Jeffrey G. Sheldon (State Bar No. 67516)
Marc A. Karish (State Bar No. 205440)
SHELDON MAK ROSE & ANDERSON PC
100 East Corson Street, Third Floor
Pasadena, California 91103-3842
Telephone: (626) 796-4000
Facsimile: (626) 795-6321
E-Mail: mkarish@usip.com

Attorneys for Plaintiff
APIO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 07 5628

| | |
|---|---|
| APIO, INC., a Delaware corporation, | Case No. |
| Plaintiff, | **CERTIFICATION AS TO INTERESTED PARTIES** |
| vs. | |
| MANN PACKING COMPANY, INC., a California corporation; and DOES 1 – 10, inclusive, | |
| Defendants. | |

The undersigned, counsel of record for Plaintiff APIO, INC. ("Plaintiff"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Apio, Inc.;

2. Mann Packing Company, Inc..

Dated: November 5, 2006

SHELDON MAK ROSE & ANDERSON PC

By: _____
Marc A. Karish

Attorneys for Plaintiff
APIO, INC.