VIRGINIA A. CRISP (State Bar No. 121387)
e-mail: ef-vac@cpdb.com
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663

JOSEPH S. PRESTA (*Pro Hac Vice Pending*)
email: jsp@nixonvan.com
MICHAEL E. CRAWFORD (*Pro Hac Vice Pending*)
email: mec@nixonvan.com
NIXON & VANDERHYE P.C.
901 North Glebe Road
Arlington, Virginia 22203
Telephone: 703.816.4000
Facsimile: 703.816.4100

Attorneys for Defendant and Counterclaimant
MANN PACKING COMPANY, INC.,
a California corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| APIO, INC., a Delaware corporation, | Case No. CV-07-5628-PVT |
| Plaintiff, | **DEFENDANT MANN PACKING COMPANY, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| MANN PACKING COMPANY, INC., a California corporation, and DOES 1-10 inclusive, | Judge: Honorable Patricia V. Trumbull |
| | Trial Date:   None Set |
| Defendant. | |
| MANN PACKING COMPANY, INC. a California corporation, | |
| Counterclaimant, | |
| v. | |
| APIO, INC., a Delaware corporation, | |
| Counterdefendant. | |

13247.001.759167v1

Case No. CV-07-5628-PVT

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1  Pursuant to CIVIL L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

1. William Ramsey & Gloria Marlene Ramsey, Trustees of the William Ramsey & Gloria Marlene Ramsey Trust.

2. Richard Ramsey, Co-Trustee of the Richard W. Ramsey and Kimberly U. Ramsey Trust Agreement U/D/T October 31,1996, as the separate property of Richard W. Ramsey

3. Jeffery R. Ramsey, Trustee of the Jeffery R. Ramsey Trust U/D/T August 2, 1996

4. Carrie Fallon

5. Rebecca Sturvist

6. Deborah Ann Nucci, Trustee of the Donald A. Nucci 1994 Insurance Trust dated March 11, 1994 f.b.o. Joseph Mathew Nucci

7. Deborah Ann Nucci, Trustee of the Donald A. Nucci 1994 Insurance Trust dated March 11, 1994 f.b.o. Michael Anthony Nucci

8. Joan E. Nucci, Trustee, Donald A. Nucci Administrative Trust

9. Deborah A. Nucci, Trustee of the Joseph Matthew Nucci Trust dated 1/21/06

10. Deborah A. Nucci, Trustee of the Michael Anthony Nucci Trust dated 1/21/06

11. Deborah A. Nucci and Barbara Panis, Co-Trustees of the Exemption Trust created 7/7/05 of the 2001 Nucci revocable Trust U/D/T 08/29/01

12. Lorraine Anne Koster

13. Thomas John Koster and Lorraine Anne Koster, Trustees of the Koster Family Trust U/D/T 12/29/05 as the separate property of Lorraine Anne Koster

14. Deanna M. Reyna

15. Paul B. Reyna and Deanna M. Reyna, Trustees of the Reyna Family Trust U/D/T 9/24/04 as the separate property of Deanna M. Reyna

16. Gina M. Nucci

///

///

///

13247.001.759167v1                    2                    Case No. CV-07-5628-PVT

**DEFENDANT MANN PACKING COMPANY, INC.'S
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1. 17.   Gina M. Nucci, Trustee of the Gina Marie Nucci Trust, dated 10/11/06

Dated:  December 13, 2007                COBLENTZ, PATCH, DUFFY & BASS LLP


                                          By:  _____O/S by_____
                                               Virginia A. Crisp
                                               Attorneys for Defendant
                                               MANN PACKING COMPANY, INC.,
                                               a California corporation

13247.001.759167v1                      3                        Case No. CV-07-5628-PVT

**DEFENDANT MANN PACKING COMPANY, INC.'S
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**