1  VIRGINIA A. CRISP (State Bar No. 121387)
   e-mail: ef-vac@cpdb.com
2  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
3  San Francisco, California 94111-4213
   Telephone: 415.391.4800
4  Facsimile: 415.989.1663

5  JOSEPH S. PRESTA (*Pro Hac Vice Pending*)
   email: jsp@nixonvan.com
6  MICHAEL E. CRAWFORD (*Pro Hac Vice Pending*)
   email: mec@nixonvan.com
7  NIXON & VANDERHYE P.C.
   901 North Glebe Road
8  Arlington, Virginia 22203
   Telephone: 703.816.4000
9  Facsimile: 703.816.4100

10 Attorneys for Defendant and Counterclaimant
   MANN PACKING COMPANY, INC.,
11 a California corporation

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| APIO, INC., a Delaware corporation, | Case No. CV-07-5628-PVT |
| Plaintiff, | **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MANN PACKING COMPANY, INC.** |
| v. | |
| MANN PACKING COMPANY, INC., a California corporation; and DOES 1-10 inclusive, | Trial Date:   None Set |
| Defendant. | |
| MANN PACKING COMPANY, INC. a California corporation, | |
| Counterclaimant, | |
| v. | |
| APIO, INC., a Delaware corporation, | |
| Counterdefendant. | |

13247.001.759082v1                                                     Case No. CV-07-5628-PVT

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MANN PACKING COMPANY, INC.**

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Please take notice that Virginia A. Crisp, a member of the firm of Coblentz, Patch, Duffy
3  & Bass LLP, One Ferry Building, Suite 200, San Francisco, California 94111, hereby appears as
4  counsel on behalf of Defendant Mann Packing Company, Inc.

5  Dated: December 13, 2007            COBLENTZ, PATCH, DUFFY & BASS LLP

7                                      By:    _____O/S by_____
                                              Virginia A. Crisp
8                                             Attorneys for Defendant
                                              MANN PACKING COMPANY, INC.,
9                                             a California corporation

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

13247.001.759082v1                          2                       Case No. CV-07-5628-PVT
**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MANN PACKING COMPANY, INC.**