1  VIRGINIA A. CRISP (State Bar No. 121387)
   e-mail: ef-vac@cpdb.com
2  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
3  San Francisco, California 94111-4213
   Telephone: 415.391.4800
4  Facsimile: 415.989.1663

5  JOSEPH S. PRESTA (*Pro Hac Vice Pending*)
   email: jsp@nixonvan.com
6  MICHAEL E. CRAWFORD (*Pro Hac Vice Pending*)
   email: mec@nixonvan.com
7  NIXON & VANDERHYE P.C.
   901 North Glebe Road
8  Arlington, Virginia 22203
   Telephone: 703.816.4000
9  Facsimile: 703.816.4100

10 Attorneys for Defendant and Counterclaimant
   MANN PACKING COMPANY, INC.,
11 a California corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| APIO, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MANN PACKING COMPANY, INC., a California corporation, and DOES 1-10 inclusive,<br><br>　　　　Defendant. | Case No. CV-07-5628-PVT<br><br>**DEFENDANT MANN PACKING COMPANY, INC.'S DISCLOSURE STATEMENT**<br><br>Judge: Honorable Patricia V. Trumbull<br><br>Trial Date:　　None Set |
| MANN PACKING COMPANY, INC. a California corporation,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>APIO, INC., a Delaware corporation,<br><br>　　　　Counterdefendant. | |

13247.001.759161v1

Case No. CV-07-5628-PVT

**DEFENDANT MANN PACKING COMPANY, INC.'S DISCLOSURE STATEMENT**

1   As required by FED.R.CIV.P. 7.1, the undersigned provides:

2   Defendant, MANN PACKING COMPANY, INC., has no parent corporation and there are
3   no publicly held companies that own 10% or more of its stock.

4   Dated: December 13, 2007             COBLENTZ, PATCH, DUFFY & BASS LLP

6                                        By:      O/S by
                                            Virginia A. Crisp
7                                           Attorneys for Defendant
                                            MANN PACKING COMPANY, INC.,
8                                           a California corporation

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663