| Attorney or Party without Attorney:<br>JEFFREY G. SHELDON, Bar #67516<br>SHELDON MAK ROSE & ANDERSON, PC<br>100 E. CORSON ST.<br>3RD FL.<br>PASADENA, CA 91103<br>Telephone No: 626-796-4000   FAX No: 626-795-6321<br><br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: APIO, INC., ETC.
Defendant: MANN PACKING COMPANY, INC., ETC.

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV075628 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES ; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE.

3. a. Party served:     MANN PACKING COMPANY, INC., A CALIFORNIA CORPORATION
   b. Person served:    WILLIAM BEATON, AGENT AUTHORIZED TO ACCEPT SERVICE. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:   1250 HANSEN STREET
                                         SALINAS, CA 93901

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Nov. 26, 2007 (2) at: 10:53AM

7. **Person Who Served Papers:**   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RAYMOND PETERSON
   
   First Legal Support Services
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.:   68
      (iii) County:            Monterey

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Tue, Nov. 27, 2007                                (RAYMOND PETERSON)
                                                           3959301.jefsh.99510

Judicial Council Form                    PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL CASE