Fee Paid

FILED
2007 DEC 14 P 2: 11
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1  JOSEPH S. PRESTA, (*Pro Hac Vice*)
   E-mail: jsp@nixonvan.com
2  NIXON & VANDERHYE P.C.
   901 North Glebe Road,
3  Arlington, Virginia 22203
   Telephone: 703.816.4000
4  Facsimile: 703.816.4100

5  VIRGINIA A. CRISP (State Bar No. 121387)
   E-mail: vac@cpdb.com
6  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
7  San Francisco, California 94111-4213
   Telephone: 415.391.4800
8  Facsimile: 415.989.1663

9  Attorneys for Defendant
   MANN PACKING COMPANY, INC.,
10 a California corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| APIO, INC., a Delaware corporation, | Case No. CV-07-5628-PVT |
| Plaintiff, | **APPLICATION FOR ADMISSION OF JOSEPH S. PRESTA TO APPEAR *PRO HAC VICE*** |
| v. | |
| MANN PACKING COMPANY, INC., a California corporation; and DOES 1-10 inclusive, | Trial Date: None Set |
| Defendant. | |

Pursuant to Civil L.R. 11-3, Joseph S. Presta, an active member in good standing of the bar of the State of Virginia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing MANN PACKING CO., INC. in the above-captioned action.

In support of this Application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

12690.001.754607v1                                              Case No. CV-07-5628-PVT

APPLICATION FOR ADMISSION OF JOSEPH S. PRESTA TO APPEAR *PRO HAC VICE*

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-captioned action. The name, address and telephone number of that attorney is:

> Virginia A. Crisp (State Bar No. 121387)
> COBLENTZ, PATCH, DUFFY & BASS LLP
> One Ferry Building, Suite 200
> San Francisco, California 94111-4213
> Telephone:  415.391.4800
> Facsimile:   415.989.1663

I declare under penalty of perjury that the foregoing is true and correct.

December 10, 2007

_____
Joseph S. Presta

12690.001.754607v1

Case No. CV-07-5628-PVT

APPLICATION FOR ADMISSION OF JOSEPH S. PRESTA TO APPEAR *PRO HAC VICE*