1  VIRGINIA A. CRISP (State Bar No. 121387)
   e-mail: ef-vac@cpdb.com
2  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
3  San Francisco, California 94111-4213
   Telephone: 415.391.4800
4  Facsimile: 415.989.1663

5  JOSEPH S. PRESTA (*Pro Hac Vice Pending*)
   email: jsp@nixonvan.com
6  MICHAEL E. CRAWFORD (*Pro Hac Vice Pending*)
   email: mec@nixonvan.com
7  NIXON & VANDERHYE P.C.
   901 North Glebe Road
8  Arlington, Virginia 22203
   Telephone: 703.816.4000
9  Facsimile: 703.816.4100

10 Attorneys for Defendant and Counterclaimant
   MANN PACKING COMPANY, INC.,
11 a California corporation

FILED
2007 DEC 14  P 2:12
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| APIO, INC., a Delaware corporation, | Case No. CV-07-5628-PVT |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Judge: Honorable Patricia V. Trumbull |
| MANN PACKING COMPANY, INC., a California corporation, and DOES 1-10 inclusive, | Trial Date: None Set |
| Defendant. | |
| MANN PACKING COMPANY, INC. a California corporation, | |
| Counterclaimant, | |
| v. | |
| APIO, INC., a Delaware corporation, | |
| Counterdefendant. | |

Case No. CV-07-5628-PVT

PROOF OF SERVICE

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 200, San Francisco, California 94111-4213.

On December 13, 2007, I served true copies of the following document(s) described as

APPLICATION FOR ADMISSION OF JOSEPH S. PRESTA TO APPEAR PRO HAC VICE

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF JOSEPH S. PRESTA TO APPEAR PRO HAC VICE

APPLICATION FOR ADMISSION OF MICHAEL E. CRAWFORD TO APPEAR PRO HAC VICE

(PROPOSED) ORDER GRANTING APPLICATION OF MICHAEL E. CRAWFORD TO APPEAR PRO HAC VICE

on the interested parties in this action as follows:

| | |
|---|---|
| Jeffrey G. Sheldon (State Bar No. 67516)<br>email: jgsheldon@usip.com<br>Marc A. Karish (State Bar No. 205440)<br>email: mkarish@usip.com<br>SHELDON MAK ROSE & ANDERSON PC<br>100 East Corson Street, Third Floor<br>Pasadena, California 91103-3842<br>Phone: 626.796.4000<br>Fax: 626.795.6321 | Attorneys for Plaintiff<br>AIPO, INC. |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Coblentz, Patch, Duffy & Bass LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 13, 2007, at San Francisco, California.

*/s/ Kathy Leduc*

1