# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| APIO, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MANN PACKING COMPANY, INC., a California corporation; and DOES 1-10 inclusive,<br><br>Defendant. | Case No. CV-07-5628-PVT<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF JOSEPH S. PRESTA TO APPEAR *PRO HAC VICE***<br><br>Trial Date:   None Set |

Joseph S. Presta, an active member in good standing of the bar of the State of Virginia, whose business address and telephone number is NIXON & VANDERHYE P.C., 901 North Glebe Road, Arlington, Virginia 22203, telephone: 703.816.4000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing MANN PACKING CO., INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: 12/17/07

_____
Honorable Patricia V. Trumbull
Magistrate Judge United States District

10123.004.754612v1

Case No. CV-07-5628-PVT
ORDER GRANTING APPLICATION FOR ADMISSION OF JOSEPH S. PRESTA TO APPEAR *PRO HAC VICE*