1

2

3

4

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

5  **APIO, INC.,**                                           **C 07-5628  PVT**

6                                                            **CLERK'S NOTICE OF**
                         **Plaintiff(s),**                   **IMPENDING REASSIGNMENT**
7                                                            **TO A UNITED STATES**
                                                             **DISTRICT JUDGE**
8  **VS.**

9  **MANN PACKING COMPANY,**

10                         **Defendant(s).**
   _____

11

12        The Clerk of this Court will now randomly reassign this case to a United

13  States District Judge because one or more of the parties has requested reassignment to

    a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

14
          PLEASE TAKE NOTICE that a Case Management Conference in the above-

15  entitled matter which was previously set for February 26, 2008 before the Honorable

16  Patricia V. Trumbull has rescheduled for **February 29, 2008 at 10:30 a.m.,**  before the

17  Honorable Judge Jeremy Fogel.  Parties are to appear in courtroom #3, 5th  floor of the

18  U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a

19  Joint Case Management Statement on or before February 22, 2008.

20        If the above-entitled matter settles counsel are required to notify the Court

21  by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off

22  calendar.

23

24  Dated: January 4, 2008                    RICHARD W. WIEKING,
                                              Clerk of Court
25

26                                            /s/ Corinne Lew
                                              Corinne Lew
27                                            Courtroom Deputy

28