UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Apio, Inc.

           Plaintiff(s),

v.

Mann Packing Company, Inc.

           Defendant(s).
_____/

Case No. CV 07-5628 JF

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2-5-08

Dated: 2-5-08

_____
Michael Jarrard, CEO
Mann Packing Company, Inc.

_____
Joseph S. Presta
Defendant's Attorney