1  Jeffrey G. Sheldon (State Bar No. 67516)
   Marc A. Karish (State Bar No. 205440)
2  SHELDON MAK ROSE & ANDERSON PC
   100 Corson Street, Third Floor
3  Pasadena, California 91103-3842
   Telephone: (626) 796-4000
4  Facsimile: (626) 795-6321
   E-Mail: mkarish@usip.com
5
   Attorneys for Plaintiff and Counterdefendant
6  APIO, INC.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  APIO, INC., a Delaware corporation,    )  Case No.  CV 07-5628 JF
                                           )
12            Plaintiff,                    )  **PLAINTIFF'S REQUEST TO**
                                           )  **APPEAR BY TELEPHONE AT**
13        vs.                               )  **INITIAL CASE MANAGEMENT**
                                           )  **CONFERENCE**
14  MANN PACKING COMPANY, INC.,            )
    a California corporation; and DOES 1 – )
15  10, inclusive,                          )
                                           )
16            Defendants.                   )
                                           )
17  _____        )
                                           )
18  AND RELATED COUNTERCLAIM.              )
                                           )
19  _____        )

20

21      TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

22      PLEASE TAKE NOTICE that, pursuant to Local Rule 16-10(a), counsel for

Plaintiff Apio, Inc. hereby requests that they be allowed to participate in the Initial

23  Case Management Conference via telephone. By Order dated January 3, 2008

24  (D.N. 16), the Initial Case Management Conference is currently scheduled for

25  February 29, 2006 at 10:30 a.m., in Courtroom 3.

26      PLEASE TAKE FURTHER NOTICE that counsel for Apio may be reached

27  by the Court at (626) 796-4000, or can contact the Court at the appropriate time if

28  provided a dial-in telephone number.

J:\Apio\17281.22                    1         REQUEST TO APPEAR BY TELEPHONE
                                              AT INITIAL CASE MANAGEMENT CONFERENCE

1

2    Dated: February 14, 2008

3

4                                    SHELDON MAK ROSE & ANDERSON PC

5    By: _____
                                         Marc A. Karish

6    Attorneys for Plaintiff and Counterdefendant
     APIO, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**
CCP §§ 1013, 1013a  (New January 1, 2005)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1.    At the time of service I was over 18 years of age and **not a party to this action**.

2.    My business address is: 100 East Corson Street, Third Floor, Pasadena, CA 91103-3842.

3.    On **February 14, 2008**, I served the following document(s):

**PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE AT
INITIAL CASE MANAGEMENT CONFERENCE**

☐  The documents are listed on Attachment "A."

4.    I served the documents on the **persons** below, as follows:

a.  **Name** of person served:

b.  **Address** of person served:

c.  **Fax Number** or **e-mail address** of person served, if service was by fax or e-mail:

d.  Time of service, if personal service was used:

☐ The names, addresses, and other applicable information about the persons served is on Attachment "B."

5.    The documents were served by the following means (specify):

a. ☐  **By personal service**.  I personally delivered the documents to the persons at the addresses listed in Item 4.  (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.  (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

b. ☐  **By United States mail**.  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in Item 4 and (specify one):

(1) ☐  **deposited** the sealed envelope with the United States Postal Service, with the postage fully prepaid.

(2) ☐  **placed** the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Pasadena, California.

c. ☐  **By overnight delivery**.  I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in Item 4.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐    **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in Item 4 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐    **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in Item 4. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

f. ☐    **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in Item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

g. X    **By E-FILING.** The document will be E-Filed with the Court and a "Notification of E-Filing" will be e-mailed by the Court to all registered attorneys.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I further declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on **February 14, 2008** at Pasadena, California.

Donald K. Piper

## DECLARATION OF MESSENGER

☐    **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in Item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on (date):

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on **February 14, 2008** at _____, California.

_____       _____
(Name of Declarant)                             (Signature of Declarant)

## ATTACHMENT "B" TO PROOF OF SERVICE

**NAMES, ADDRESSES, AND OTHER APPLICABLE INFORMATION ABOUT PERSONS SERVED:**

| Name of Person Served | Address (business or residential), Fax, or E-mail (as applicable) Where Served | Manner of Service |
|---|---|---|
| Virginia A. Crisp, Esq. | COBLENTZ, PATCH, DUFFY & BASS LLP<br>One Ferry Building, Suite 200<br>San Francisco, California 94111-4213<br>Fax: 415-989-1663 | ECF |
| Joseph S. Presta, Esq.<br>Michael E. Crawford, Esq. | NIXON & VANDERHYE P.C.<br>901 North Glebe Road<br>Arlington, Virginia 22203<br>Fax: 703-816-4100 | ECF |