# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APIO, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MANN PACKING COMPANY, INC., a California corporation; and DOES 1 – 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV 07-5628 JF<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY ORDERED that counsel for Plaintiff Apio, Inc. may be allowed to participate in the Initial Case Management Conference via telephone.

Dated: February ___, 2008

_____
United States District Court Judge

1  Presented By:

2

3  *[signature]*

Marc A. Karish
4  SHELDON MAK ROSE & ANDERSON PC
100 Corson Street, Third Floor
5  Pasadena, California  91103-3842
Telephone: (626) 796-4000
6  Facsimile: (626) 795-6321
E-Mail: mkarish@usip.com
7

Attorneys for Plaintiff and Counterdefendant
8  **APIO, INC.**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28