**E-filed 2/22/08**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APIO, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MANN PACKING COMPANY, INC., a California corporation; and DOES 1 – 10, inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV 07-5628 JF<br><br>[~~PROPOSED~~] ORDER ON PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE |

　　　IT IS HEREBY ORDERED that counsel for Plaintiff Apio, Inc. may be allowed to participate in the Initial Case Management Conference via telephone.

Dated: February 22 , 2008

　　　　　　　　　　　　　　　　　　*/s/ Jeremy Fogel*
　　　　　　　　　　　　　　　　　　United States District Court Judge
　　　　　　　　　　　　　　　　　　Jeremy Fogel

1  Presented By:

2
3  /s/ Marc A. Karish
   Marc A. Karish
4  SHELDON MAK ROSE & ANDERSON PC
   100 Corson Street, Third Floor
5  Pasadena, California 91103-3842
   Telephone: (626) 796-4000
6  Facsimile: (626) 795-6321
   E-Mail: mkarish@usip.com
7
   Attorneys for Plaintiff and Counterdefendant
8  **APIO, INC.**

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28