UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, February 29, 2008
**Case Number:** CV-07-5628-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:                APIO, INC. V. MANN PACKING CO.

              PLAINTIFF                              DEFENDANT

    Attorneys Present: Jeffrey Sheldon, Marc Karish    Attorneys Present: Michael Crawford, Virginia Crisp

PROCEEDINGS:

Case management conference held. Parties are present. The Court adopts the case schedule. The case is set for claim construction hearing on 9/15/08 at 9:00 a.m., pretrial conference on 7/17/09 at 11:00 a.m. and jury trial on 8/10/09 at 9:00 a.m.