VIRGINIA A. CRISP (State Bar No. 121387)
e-mail: ef-vac@cpdb.com
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663

JOSEPH S. PRESTA (*Pro Hac Vice*)
e-mail: jsp@nixonvan.com
MICHAEL E. CRAWFORD (*Pro Hac Vice*)
e-mail: mec@nixonvan.com
NIXON & VANDERHYE P.C.
901 North Glebe Road
Arlington, Virginia 22203
Telephone: 703.816.4000
Facsimile: 703.816.4100

Attorneys for Defendant and Counterclaimant
MANN PACKING COMPANY, INC.,
a California corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| APIO, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MANN PACKING COMPANY, INC., a California corporation, and DOES 1-10 inclusive,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-07-5628-JF/pvt<br><br>**STIPULATED MOTION FOR EXTENSION OF MEDIATION DEADLINES**<br><br>Judge: Honorable Jeremy Fogel<br><br>Trial Date: August 10, 2009 |

Plaintiff Apio and Defendant Mann jointly move under ADR L.R. 6-5 and CIVIL L.R. 7 to continue the deadline for conducting mediation 16 days from the presumptive deadline (May 12, 2008) to a new deadline of May 28, 2008. Consequently, the parties also move that the due date for the mediation statements required under ADR L.R. 6-7 be changed to May 23, 2008. All parties to this action and the mediator concur in these requests.

13247.001.828198v1

Case No. CV-07-5628-JF

**STIPULATED MOTION FOR EXTENSION OF MEDIATION DEADLINES**

1  The considerations that support this request include the current 2008 litigation schedule of
2  Mann's lead counsel, who has a trial scheduled for April 14-30 and another from May 5-20.  Other
3  dates were precluded because persons with decision-making authority for Mann have conflicts
4  with long-scheduled corporate board meetings.  In contrast, the proposed new date is acceptable
5  and practical for all parties, their counsel, and the mediator.  The proposed 16-day delay should
6  not negatively impact the efficient prosecution of this action.

7  Counsel for both parties believe it is in the best interests of a successful mediation that
8  persons with decision-making authority be available at the mediation session and that futility can
9  be avoided if all parties and their counsel are properly prepared to realistically discuss and
10 negotiate the relevant issues.  Both parties and the mediator concur that continuing the deadline
11 date 16 days to May 28, 2008 will facilitate preparation and the greatly enhance the chances for a
12 successful mediation.  There have not been any previous time modifications in this case, the
13 requested time modification will not affect the schedule for the case.

14 Apio's counsel has authorized Mann's counsel to make this joint motion on behalf of all
15 parties.

16 Dated:  March 27, 2008                COBLENTZ, PATCH, DUFFY & BASS LLP

18                                        By:  O/S by
19                                             Virginia A. Crisp
                                               Attorneys for Defendant and Counterclaimant
20                                             MANN PACKING COMPANY, INC.,
                                               a California corporation

13247.001.828198v1                        2                        Case No. CV-07-5628-JF

**STIPULATED MOTION FOR EXTENSION OF MEDIATION DEADLINES**

**PROOF OF SERVICE**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 200, San Francisco, California 94111-4213.

On March 27, 2008, I served true copies of the following document(s) described as

**STIPULATED MOTION FOR EXTENSION OF MEDIATION DEADLINES**

on the interested parties in this action as follows:

ADR PROGRAM
United States District Court
450 Golden Gate Avenue
16th Floor
San Francisco, California  94102

Alexander L. Brainerd                           Mediator
Heller Ehrmann LLP
333 Bush Street
San Francisco, California  94104

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Coblentz, Patch, Duffy & Bass LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

Jeffrey G. Sheldon (State Bar No. 67516)        Attorneys for Plaintiff
email: jgsheldon@usip.com                       and Counter-Defendant
Marc A. Karish (State Bar No. 205440)           AIPO, INC.
email: mkarish@usip.com
SHELDON MAK ROSE & ANDERSON PC
100 East Corson Street, Third Floor
Pasadena, California  91103-3842
Phone: 626.796.4000
Fax:  626.795.6321

**BY E-FILING:** This document will be E-filed with the Court and a "notification of e-filing" will be emailed by the Court to all registered attorneys.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 27, 2008, at Orinda, California.

O/S by _____
Kathy Leduc

13247.001.828198v1                              Case No. CV-07-5628-JF

**STIPULATED MOTION FOR EXTENSION OF MEDIATION DEADLINES**