VIRGINIA A. CRISP (State Bar No. 121387)
e-mail: ef-vac@cpdb.com
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663

JOSEPH S. PRESTA (*Pro Hac Vice*)
e-mail: jsp@nixonvan.com
MICHAEL E. CRAWFORD (*Pro Hac Vice*)
e-mail: mec@nixonvan.com
NIXON & VANDERHYE P.C.
901 North Glebe Road
Arlington, Virginia 22203
Telephone: 703.816.4000
Facsimile: 703.816.4100

Attorneys for Defendant and Counterclaimant
MANN PACKING COMPANY, INC.,
a California corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| APIO, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>MANN PACKING COMPANY, INC., a California corporation, and DOES 1-10 inclusive,<br><br>  Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-07-5628-JF/pvt<br><br>**[Proposed] ORDER RE: STIPULATED MOTION FOR EXTENSION OF MEDIATION DEADLINES**<br><br>Judge: Honorable Jeremy Fogel<br><br>Trial Date: August 10, 2009 |

///
///
///
///
///

13247.001.828215v1

Case No. CV-07-5628-JF

**[Proposed] ORDER RE: STIPULATED MOTION FOR EXTENSION OF MEDIATION DEADLINES**

1    Upon consideration of the Stipulated Motion for Extension of Deadline for Conducting
2 Mediation, it is ORDERED that this motion is granted and that the deadline date for the mediation
3 is changed to May 28, 2008, with the mediation statements required under ADR L.R. 6-7 to be due
4 May 23, 2008.

6 Dated: _____, 2008

The Honorable Jeremy Fogel
Judge of the United States District Court

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663