Virginia A. Crisp (State Bar No. 121387)
ef-vac@cpdb.com
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415-391-4800
Facsimile: 415-989-1663

Joseph S. Presta (*Pro hac vice*)
jsp@nixonvan.com
Michael E. Crawford (*Pro hac vice*)
mec@nixonvan.com
NIXON & VANDERHYE P.C.
901 North Glebe Road
Arlington, Virginia 22203
Telephone: 703-816-4000
Facsimile: 703-816-4100

Attorneys for Defendant and Counterclaimant
MANN PACKING COMPANY, INC.,
a California corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| APIO, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MANN PACKING COMPANY, INC., a California corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case Number: 5:07-CV-5628-JF/PVT<br><br>**Supporting Declaration of Michael E. Crawford**<br><br>Judge: Honorable Jeremy Fogel<br><br>Trial Date: August 10, 2009 |

EXHIBIT 1

---

| | 1 | Case No. 5:07-CV-5628-JF/PVT |
|---|---|---|
| | **Supporting Declaration of Michael E. Crawford** | |

#1334850

I, Michael E. Crawford, declare as follows:

1. I am employed as an attorney by NIXON & VANDERHYE P.C., and am an attorney of record appearing on behalf of the defendant, MANN PACKING COMPANY, INC., in this action. I am submitting this declaration in support of Defendant Mann's Motion for Protective Order.

2. Exhibit 2 to this motion is a true and correct copy of an e-mail letter I received on April 2, 2008 from Apio's counsel, Marc Karish.

3. Exhibit 3 to this motion is a true and correct copy of *Mikohn Gaming Corp. v Acres Gaming Corp.*, 50 USPQ2d 1783 (D. Nev. 1998).

4. Exhibit 4 to this motion is a true and correct copy of *Motorola, Inc. v Interdigital Technology Corp.*, 1994 U.S. Dist. Lexis 20714 (D. Del. Dec., 19, 1994).

5. Exhibit 5 to this motion is a true and correct copy of Pratte U.S. Patent Application Publication 11/408,442 for "Party tray," a division of the application that eventually issued as the '818 patent-in-suit.

6. Exhibit 6 to this motion is a true and correct copy of Pratte U.S. Patent Application Publication 11/408,443 for "Party tray," a continuation of the application that eventually issued as the '818 patent-in-suit.

7. Exhibit 7 to this motion is a true and correct copy of Pratte U.S. Patent Application Publication 11/409,354 for "Party tray," a division of the application that eventually issued as the '818 patent-in-suit.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on May 7, 2008

Michael E. Crawford
NIXON & VANDERHYE P.C.
901 N. Glebe Rd.
Arlington, VA 22203

---

3 | Case No. 5:07-CV-5628-JF/PVT

**Supporting Declaration of Michael E. Crawford**

#1334850