**EXHIBIT "A"**

# CURRICULUM VITAE OF JEFFREY G. SHELDON

SHELDON MAK ROSE & ANDERSON
100 Corson Street, Third Floor
Pasadena, California 91103
Tel: (626) 796-4000
Fax: (626) 795-6321

LICENSES:

    U.S. Patent and Trademark Office; California State Bar, District of Columbia Bar; Federal Circuit; Ninth Circuit; Central, Northern, and Southern Districts of California.

EDUCATION:

| | |
|---|---|
| 1965-1969 | Carnegie - Mellon University, Pittsburgh, PA<br>B.S. Chemical Engineering, Minor - Economics |
| 1970-1971 | University of Strathclyde, Glasgow, Scotland<br>MSc, Bio-Medical Engineering; Thesis was on artificial kidneys |
| 1972-1973 | Ohio University, Athens, OH<br>Studies in finance |
| 1969-1975 | Loyola University School of Law, Los Angeles, CA<br>Magna Cum Laude<br>(leave of absence to study in Scotland) |

ADMISSIONS:

    Admitted to bar:
        California
        District of Columbia

    U.S. Supreme Court

    U.S. District Courts:
        Central District of California
        Northern District of California
        Southern District of California
        **District of Colorado**
        Western District of Michigan
        District of Arizona

    U.S. Court of Appeals:
        Ninth Circuit
        Federal Circuit

U.S. Patent and Trademark Office

CURRICULUM VITAE OF JEFFREY G. SHELDON          PAGE 2

ACADEMIC HONORS:

>Marshall Scholarship for study in Scotland
>Tau Beta Pi (President)
>ODK
>Phi Kappa Phi
>Dean's List in Law School
>Loyola Honorary Scholarships

LEGAL EMPLOYMENT:

| | |
|---|---|
| 1975-1977 | Christie, Parker & Hale, Pasadena, CA |
| 1978-1983 | Lyon & Lyon, Los Angeles, CA |
| 1983-Present | Sheldon Mak Rose & Anderson, Pasadena, CA |

TEACHING EMPLOYMENT (ADJUNCT PROFESSORSHIP):

| | |
|---|---|
| 1985-1989 | La Verne University, La Verne, CA<br>Intellectual Property |
| 1989-1992 | Southwestern University, Los Angeles, CA<br>Intellectual Property and Patent Law |
| 1993-5 | Loyola University, Los Angeles, CA<br>Advanced Patent Law |

NON-LEGAL EMPLOYMENT:

| | |
|---|---|
| 1969-1973 | Shell Chemical Company, Torrance, CA and Belpre, OH<br>Process Engineer |
| 1973-1974 | Pharmaseal Laboratories, Glendale, CA<br>Development Engineer |
| 1974-1975 | Lee Pharmaceutical, S. El Monte, CA<br>Scientific Coordinator |

EXPERT WITNESS

| | |
|---|---|
| 1995 | Expert Witness, *Baxter Diagnostics v. AVL Scientific Corp.*, |

CVJGS.doc

CURRICULUM VITAE OF JEFFREY G. SHELDON        PAGE 3

|      |      |
|------|------|
|      | Case No. CV-91-4178RB (Ex), Central District of California, (for Graham & James, Los Angeles, CA) (deposition and trial) |
| 1996 | Expert Witness: *Popeil Pasta Products v. Creative Technologies Corp.* L.A.S.C. Case No. BC135743 (for Christie, Parker & Hale, Pasadena, CA (deposition) |
| 1996 | Expert Witness, *Rogers, et al. v. Leegin, et al.*, Case No. CIV 94-998 MV/DS Federal District Court, New Mexico (deposition) |
| 1999 | Expert Witness, *Acromed v. Danek,* Case No. COV 1:93CV 1184 (for Woodard et al., Indianapolis, Indiana) (deposition and trial) |
| 2002 | Expert Witness, *Tim LaHaye v. Cloud Ten Pictures, Inc. et al.*, U.S.D.C. CV 00-08306 TJH (RZx) (deposition) |
| 2003 | Expert Witness, *Schneider Automation, Inc. v. Opto 22, Inc.*, U.S.D.C. (N.D. Ill.) CV 01C-1332 (for Pillsbury Winthrop, Los Angeles, California) (deposition) |
| 2004 | Expert Witness, *Infineon Technologies North America Corp. v. Mosaid Technologies Inc.*, U.S.D.C. (N.J.), CV 04-4698 (for Jones Day, Menlo Park, California (deposition) |
| 2005 | Expert Witness, *Michael Callicrate v. New Age Industrial Corporation, Inc.*, U.S.D.C. (Ks.), 04-4008-JAR (for Dykas, Shaver & Nipper, Boise, Idaho) (deposition and Markman hearing) |

ARBITRATION

| | |
|---|---|
| 1994 | Arbitrator, In the Matter of Arbitration between *General Medical Products v. Multi Med Molds*, Arbitration No. 72 133 00841 94 (for the American Arbitration Association) |
| 1996 | Arbitrator, in the Matter of Arbitration between Claimant Gainer R. Lewis and Respondent Clarion Co., Ltd., Case No. 72 184 00116 96 (for the American Arbitration Association) |

OTHER HONORS AND MEMBERSHIPS:

Columnist, *Los Angeles Daily Journal* for intellectual property (past)

State Bar of California Intellectual Property Law Association (past Chairman)

CVJGS.doc

CURRICULUM VITAE OF JEFFREY G. SHELDON        PAGE 4

    Frequent speaker for CEB, PLI, and other organizations

    PLI (Practising Law Institute) Advisory Board

    Los Angeles Intellectual Property Law Association (past President)

    <u>Trademark World</u> Advisory Board (past)

    Editorial Board for AIPLA Quarterly (past)

    Member of American Bar Association - Patent, Trademark, Copyright Section, Past Committee Chair of multiple committees including Inequitable Conduct Committee

    Member of American Intellectual Property Law Association ( past Committee Chair, including Licensing Committee)

## **PUBLICATIONS BY JEFFREY G. SHELDON**

### **BOOKS**

Treatise entitled "How to Write a Patent Application" by Jeffrey G. Sheldon, Practising Law Institute, New York, N.Y., 1992, updated at least yearly.

Federal Circuit Year Book, Practising Law Institute, New York, New York, 2000, 2001, 2002

Intellectual Property in Business Transactions, Continuing Education of the Bar, First Edition 2008, Chapter 5, <u>Intellectual Property Licensing.</u>

### **ARTICLES**

"Why Register a Copyright?" <u>Graphics Journal</u>, Vol. 4, No. 1, January, 1986.

"Copyright Protection for Useful Articles," <u>Graphics Journal</u>, Vol. 4, No. 3, March, 1986.

"Copyright Protection for Useful Articles," Danton K. Mak and Jeffrey G. Sheldon, <u>New Matter</u>, Vol. 11, No. 1, Fall-Spring, 1986.

"New Trends in Patent Law," Jeffrey G. Sheldon, <u>Inland Business Magazine</u>, January, 1987.

"Increasing Profits through Innovation," Jeffrey G. Sheldon and Denton L. Anderson, <u>Inland Business Magazine</u>, p. 52, March, 1987.

CVJGS.doc

CURRICULUM VITAE OF JEFFREY G. SHELDON      PAGE 5

"Who Owns the Trademark: The Importer or the Manufacturer?" Jeffrey G. Sheldon, <u>The Los Angeles Times</u>, July 15, 1987.

"Genetic Engineering and the Patent Office," Jeffrey G. Sheldon and Denton L. Anderson," <u>BioScience</u>, Vol. 37, No. 9, p. 679, October, 1987.

"Patent Cooperation Treaty - Creates New Horizons," Jeffrey G. Sheldon and Charles Berman, (Adapted from a paper delivered at the Annual Meeting of the Intellectual Property Section of the State Bar of California, Coronado, California) October 9, 1987.

"Genetic Engineering and the U.S. Patent Office," Jeffrey G. Sheldon and Denton L. Anderson, <u>The Los Angeles Daily Journal</u>, October 8, 1987.

"Copyright Holders Are Now More Likely to Recover Attorney's Fees," Jeffrey G. Sheldon and Dr. Michael B. Farber, <u>The Los Angeles Daily Journal</u>, November 12, 1987.

"Inconsistent 'Trade Dress' Decisions Create Confusion," <u>The Los Angeles Daily Journal</u>, Jeffrey G. Sheldon and Surjit P. Soni, December 10, 1987.

"Using the PCT for Inexpensive Foreign Patent Protection," Jeffrey G. Sheldon and Charles Berman, <u>The Los Angeles Daily Journal</u>, January 14, 1988.

"TRA '86 Altered the Rules on Intellectual Property Transfers," Jeffrey G. Sheldon and Danton K. Mak, <u>The Los Angeles Daily Journal</u>, February 11, 1988.

"Prior Use May Not Be a Complete Defense," Jeffrey G. Sheldon and Shlomo R. Frieman, <u>The Los Angeles Daily Journal</u>, March 10, 1988.

"Trade Dress and Unfair Competition: What Are the Rules?" Surjit P. Soni and Jeffrey G. Sheldon, <u>Trademark World</u>, Issue 12, p. 17, April, 1988.

"Celebrities Gain Greater Protection in Their Appearance," Jeffrey G. Sheldon and Denton L. Anderson, <u>The Los Angeles Daily Journal</u>, April 14, 1988.

"Copyright Act Leaves Unresolved Questions About Software," <u>Los Angeles Daily Journal</u>, May 16, 1988.

"Federal Circuit Changes the Rules on 'Equivalents,'" Jeffrey G. Sheldon and Dr. Michael B. Farber, <u>The Los Angeles Daily Journal</u>, June 9, 1988.

"The Case of the Unclear Pasta Trademark," Jeffrey G. Sheldon and Charles Berman, <u>The Los Angeles Daily Journal</u>, July 14, 1988.

CVJGS.doc

CURRICULUM VITAE OF JEFFREY G. SHELDON        PAGE 6

"What Courts Should Require to Protect Package Designs," Jeffrey G. Sheldon, Wean Khing Wong, The Los Angeles Daily Journal, August 11, 1988.

"Trade Act Rewrites Some Intellectual Property Law," Jeffrey G. Sheldon and Steven B. Lehat, The Los Angeles Daily Journal, September 8, 1988.

"When is a Trademark License a Franchise?" Jeffrey G. Sheldon and Mark L. Sutton, The Los Angeles Daily Journal, October 13, 1988.

"Trademark Law Revision Act: Important Changes in Federal Trademark Law," Jeffrey G. Sheldon, The Los Angeles Daily Journal, October 25, 1988.

"New Bill Eases Business Use of Trademarks," Jeffrey G. Sheldon, Los Angeles Daily Journal, November 1, 1988.

"International Patents and Technology: Where Does the U.S. Stand?" Jeffrey G. Sheldon and Charles Berman, The Los Angeles Daily Journal, November, 1988.

"The Coming Patent Challenge," Jeffrey G. Sheldon and Charles Berman, Los Angeles Daily Journal, November 9, 1988.

"Copyright Holders are Now More Likely to Recover Attorney's Fees," Jeffrey G. Sheldon and Dr. Michael B. Farber, The Los Angeles Daily Journal, November 12, 1988.

"U.S. Proposes New Patent Rules," Jeffrey G. Sheldon and Stephen Donovan, The Los Angeles Daily Journal, December 14, 1988.

"It's Not Enough to Be Funny," Jeffrey G. Sheldon and Dr. Michael B. Farber, The Los Angeles Daily Journal, January 12, 1989.

"A New Regime For Process Patents In the U.S.," Jeffrey G. Sheldon and Charles Berman, The Los Angeles Daily Journal, February, 1989.

"Patent Holders Get a New Weapon," Jeffrey G. Sheldon and Charles Berman, The Los Angeles Daily Journal, March 2, 1989.

"Your Rights: Protect Them or Lose Them," Jeffrey G. Sheldon and Mark L. Sutton, The Los Angeles Daily Journal, March 21, 1989.

"Refac Learns a Tough Lesson," Jeffrey G. Sheldon and Surjit P. Soni, The Los Angeles Daily Journal, April 27, 1989.

CVJGS.doc

CURRICULUM VITAE OF JEFFREY G. SHELDON        PAGE 7

"Patently Offensive Claims," Jeffrey G. Sheldon and Surjit P. Soni, <u>Best's Review</u>, April, 1989.

"Complex Patent Litigation Made More Complex," Jeffrey G. Sheldon and Surjit P. Soni, <u>The Daily Journal</u>, April 6, 1989.

"A Patent Infringement Suit that Backfired," Jeffrey G. Sheldon and Surjit P. Soni, <u>The Legal Intelligencer</u>, April 28, 1989.

"Moral Rights for Mural Artists," Jeffrey G. Sheldon and Edward Donovan, <u>The Los Angeles Daily Journal</u>, May 22, 1989.

"Use of Personal Name as Trademark Can Be Rewarding, Yet Risky," Jeffrey G. Sheldon and Dr. Michael B. Farber, <u>The Los Angeles Daily Journal</u>, July, 1989.

"Trademark Families," Jeffrey G. Sheldon and R. Dabney Eastham, <u>The Los Angeles Daily Journal</u>, August, 1989.

"You Need Not Be Using Mark to Register It," Jeffrey G. Sheldon and SaraLynn Mandel, <u>The Los Angeles Daily Journal</u>, September 13, 1989.

"What Contributions Make You a 'Joint Inventor'? Jeffrey G. Sheldon and Danton K. Mak, <u>The Los Angeles Daily Journal</u>, October 16, 1989.

"Documentation For Inventors," Jeffrey G. Sheldon and Stephen R. Seccombe, <u>The Los Angeles Daily Journal</u>, November, 1989.

"Sue First and Negotiate With the Infringer Later?" Jeffrey G. Sheldon and Mark L. Sutton, <u>The Los Angeles Daily Journal</u>, November 17, 1989.

"The Importance of Commercial Success in Obtaining Patents," Jeffrey G. Sheldon and Stephen Donovan, <u>The Los Angeles Daily Journal</u>, December, 1989.

"Coping with the Berne Convention," Jeffrey G. Sheldon and Stephen R. Seccombe, <u>Bulletin of the San Bernardino County Bar Association</u>, December, 1989.

"Commercial Success Helps Inventions Get Patented," Jeffrey G. Sheldon and Stephen Donovan, <u>The Los Angeles Daily Journal</u>, December 14, 1989.

"Court Makes 'Inequitable Conduct' Defense Tougher," Jeffrey G. Sheldon and Dr. Michael B. Farber, <u>The Los Angeles Daily Journal</u>, January 12, 1990.

CVJGS.doc

CURRICULUM VITAE OF JEFFREY G. SHELDON        PAGE 8

"Design Patents Can Protect Against Knock-Offs," Jeffrey G. Sheldon and Charles Berman, <u>The Los Angeles Daily Journal</u>, March 9, 1990.

"Trademark Families," Jeffrey G. Sheldon and R. Dabney Eastham, <u>Trademark World</u>, April 1990.

"What's in a Name? Do the Rewards of Using One's Personal Name as a Trademark Outweigh the Risks?" Jeffrey G. Sheldon and Dr. Michael B. Farber, <u>Trademark World</u>, May 1990.

"1986 Tax Reform and Intellectual Property Transfers," Jeffrey G. Sheldon and Danton K. Mak, <u>Patent World</u>, May 1990.

"Litigators Choose Your Sanctions," Jeffrey G. Sheldon and Elizabeth Swanson, <u>The Los Angeles Daily Journal</u>, June 5, 1990.

"Licensors Can Be Liable for Products", by Jeffrey G. Sheldon and Lisa A. Pullen, <u>The Los Angeles Daily Journal</u> June 12, 1990.

"Catch-22 Stymies Biotechnology Process Patents, by Jeffrey G. Sheldon and Dr. Michael B. Farber, <u>The Los Angeles Daily Journal</u>, August 9, 1990.

"Noninfringing Sales of an Infringing Medical Device: *Lilly v. Medtronics*", by Jeffrey G. Sheldon and Michael J. Ram, <u>Medical Device & Diagnostic Industry</u>, September, 1990.

"Inequitable Conduct Puts Attorneys at Risk", by Jeffrey G. Sheldon and Nancy S. Lambrecht, <u>The Los Angeles Daily Journal</u>, September 19, 1990.

"Protection of Trade Dress", by Jeffrey G. Sheldon, Surjit P. Soni, and Nancy S. Lambrecht, <u>The Los Angeles Daily Journal</u>, October 1990.

"Does the Patent Attorney-Client Privilege Extend to Patent Attorneys?", Jeffrey G. Sheldon and Nancy S. Lambrecht, <u>The Los Angeles Daily Journal</u>, November-December, 1990

"You Can Protect Distinctive Product Packaging", by Jeffrey G. Sheldon, Surjit P. Soni, and Nancy Lambrecht, <u>The Los Angeles Daily Journal</u>, January 10, 1991.

"Inequitable Conduct Before the Patent Office, a talk by Jeffrey G. Sheldon for the Practising Law Institute & Continuing Education of the Bar, Los Angeles, November 8, 1990, Patent Litigation Section.

"Inequitable Conduct Before the Patent Office, by Jeffrey G. Sheldon, <u>The IP Litigator</u>, Vol. 3, Number 1, January/February 1997.

CURRICULUM VITAE OF JEFFREY G. SHELDON          PAGE 9

"Patent Damages" by Jeffrey G. Sheldon, *PATENT LITIGATION 1992*, Vol. 1, Practising Law Institute, N.Y., 1992.

"How to Obtain a Patent" by Jeffrey G. Sheldon, How to Handle Basic Patent Problems, PLI 1992.

"Supreme Court Clarifies Work-for-Hire Doctrine", by Danton K. Mak and Jeffrey G. Sheldon, PMA Newsletter, Vol. 10, No. 10, October 1992.

"Prosecution of Patent Applications", Fundamentals of Intellectual Property Law, American Bar Association, Young Lawyers Division, August 7, 1994.

"Do you Own the Software You Paid For?", by Jeffrey G. Sheldon, Software CEO Magazine, November/December, 1994.

"Consumer Standing Under the Lanham Act Is an Open Question," by Erin McKeown Joyce and Jeffrey G. Sheldon, *San Francisco Daily Journal*, December 20, 1994.

"By All Means: The Debate Over Clause Interpretation in Patent Cases", by Jeffrey G. Sheldon, Los Angeles Daily Journal, July 7, 1995; I.P. Viewpoint, August 1995.

"By All Means: The Debate Over Clause Interpretation in Patent Cases," Jeffrey G. Sheldon, I.P. Viewpoint, August 1995.

"Apply With Caution - The Problems With Provisionals", Jeffrey G. Sheldon, Los Angeles Daily Journal, February 16, 1996, page 7.

"Does Your Bank's Security Interest Render Your Trademarks Insecure?", IP Today, Law Works, February 1999.

"Intellectual Property Due Diligence in Acquisitions and Mergers," Licensing Journal, 24:8, 11/2004, pp. 9-14.

"Pitfalls for the Foreign Practitioner," PatentWorld, June 2006.

"Let The Battle Begin," Trademark World, October 2006, Issue 191

## SEMINARS/TALKS
(Papers included in many presentations)

"Inequitable Conduct Before the Patent Office", Jeffrey G. Sheldon, Practising Law Institute & CEB, November 1990.

CVJGS.doc

CURRICULUM VITAE OF JEFFREY G. SHELDON       PAGE 10

"How to Obtain a Patent?", Jeffrey G. Sheldon, Practising Law Institute, Los Angeles, October 1992

"Damages Production and Rebuttal", Jeffrey G. Sheldon, Practising Law Institute, San Francisco, November 1992.

"Copyright Law Developments", Jeffrey G. Sheldon, March 14, 1994.

"Preparation and Prosecution of Patent Applications", Jeffrey G. Sheldon, ABA, Young Lawyers Division Annual Conference, New Orleans, August 7, 1994.

"Introduction to Intellectual Property", Jeffrey G. Sheldon, for Southern California Edison, December 7, 1994.

"Introduction to Patent and Trade Secret Law", Jeffrey G. Sheldon, for SAMPE, March 28, 1995.

"Means Clauses", Jeffrey G. Sheldon, American Bar Association, June 1995.

"Is Your Collaborator a Joint Inventor or a 'Pair of Hands'"?, Jeffrey G. Sheldon and Margaret Churchill, Presented to the American Chemical Society, August 21, 1995, Chicago, IL., Div. of Chemistry and the Law.

"Preparing and Prosecuting a Patent to Win in Litigation", Jeffrey G. Sheldon, for the Practising Law Institute, December 7-8, 1995.

"Reexamination and Reissue: Effective Tools for Strengthening A Patent," PLI, 1997.

"Writing Patent Validity and Infringement Opinions," LAIPLA, Los Angeles, CA 1998.

"Preparing A Patent Application," LAIPLA, Los Angeles, CA, October 1998.

"Responding to Non-Final Office Actions," LAIPLA, Los Angeles, CA, March 1999.

"Reexamination and Reissue: Effective Tools for Strengthening (and Weakening) a Patent," 1999 National CLE Conference, January 12, 1999, Vail, CO.

Local Program re "Covenants Not To Compete", Pasadena, California," December 3, 1999.

"Avoiding Inequitable Conduct," ABA 2000 IPL Summer Conference, June 21-25, 2000, Boston, Massachusetts.

"Protecting Inventions," Los Angeles Public Library, Summer 2000, Los Angeles, California.

CVJGS.doc

CURRICULUM VITAE OF JEFFREY G. SHELDON        PAGE 11

"Understanding Basic Trademark Law in California," Lorman Education Services, September 22, 2000, Pasadena, California.

"Defending a Patent Infringement Action," Barristers, National Intellectual Property CLE Seminar, New Orleans, December 2000.

"Top Ten Tips for Terrific Patent Prosecution," Law Education Institute, January 2001.

"An Overview of the AIPLA, LAIPLA," Washington and the West 2001; January 25, 2001, Los Angeles.

"Festo and Patent Prosecution," LEI, January 14, 2002.

"Introduction of IP Law to Business Lawyers", San Gabriel Valley Bar, March 1, 2002.

"CEB Program "Intellectual Property Issues: Transactional", ModeratorMay 3, 2002 Costa Mesa, California, May 10, 2002 Los Angeles, California

LAIPLA Panel, "How Much Disclosure Needed in a Patent Specification," September 10, 2002

"Festo: What Does It All Mean?" Paper and presentation at LEI/ABA Conference, January 2003.

"IP Due Diligence in Acquisitions and Mergers", paper and presentation at LEI Conference January 2004

ACC America, "Madrid Protocol: When Is It A Viable Option to Save Money?", September 29, 2004.

Technology Law Section of the Pasadena Bar Association, "IP Due Diligence in Mergers and Acquisitions," September 30, 2004.

LAIPLA, Los Angeles "New PTO Rules for Prosecutors: Practical Hints," January 18, 2005.

"Urban Legends - Almost True Stories"; TLC network (The Learning Channel); 2004

"Protect Your IP: Sky Radio Business and Technology Report Presents America's Best Lawyers", by Forbes, United Airlines, August 2005.

Technology Law Section of the Pasadena Bar Association, "Covenants Not to Compete in California", April 27, 2006.

CVJGS.doc

CURRICULUM VITAE OF JEFFREY G. SHELDON        PAGE 12

Annual Practising Law Institute, San Francisco, CA, "Ethical Issues in the Electronic Age of Patent Prosecution," January 29, 2007.

CEB Program, Beverly Hills, CA "Negotiating and Drafting IP License Agreements," May 14, 2007.

Practising Law Institute, Los Angeles, CA "Prosecution Ethics," January 29, 2008.

LAIPLA, Los Angeles, CA "Ethical and Legal Obligations in Disclosing Prior Art Under Existing and Proposed PTO Rules," January 30, 2008.

Kansas Bar Association, IP Section, "Patent Prosecution Ethics" and "Patent Prosecution – Hot Topics," May 9, 2008

CVJGS.doc