**EXHIBIT "B"**

# SHELDON MAK ROSE & ANDERSON PC
## AN INTELLECTUAL PROPERTY LAW FIRM



## Marc A. Karish

### All Areas of Intellectual Property

Marc A. Karish is a registered patent attorney and represents clients ranging from sole inventors to large corporations. He works closely with inventors and in-house attorneys to develop effective intellectual property strategies to meet each client's needs. Mr. Karish has broad experience in all aspects of patent, trademark, trade secret and copyright protection and enforcement as well as technology licensing.

Mr. Karish's litigation experience includes patent, trademark and trade dress actions. In addition, he has prosecution expertise in United States and foreign patents, as well as in reissue and reexamination proceedings.

## Qualifications

### Bar Admissions
California
U.S. Court of Appeals for the Ninth Circuit
U.S. District Courts:
   Central District of California
   Northern District of California
   Southern District of California
U.S. Patent & Trademark Office
   Registered Patent Attorney

### Education
University of Southern California
Gould School of Law
Los Angeles, CA
   J.D.
California State University
Northridge, CA
   M.S., Biology
University of California
Los Angeles, CA
   B.A., English and History