UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APIO, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>    vs.<br><br>MANN PACKING COMPANY, INC.,<br>a California corporation; and DOES 1 –<br>10, inclusive,<br><br>          Defendants.<br>_____<br>MANN PACKING COMPANY, INC.,<br>a California corporation,<br><br>          Counterclaimant,<br><br>    vs.<br><br>APIO, INC., a Delaware corporation,<br><br>          Counterdefendant.<br>_____ | Case No.  CV 07-5628 JF<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION PURSUANT TO LOCAL RULE 7-7(b) TO CONTINUE HEARING ON MANN PACKING COMPANY INC.'S MOTION FOR PROTECTIVE ORDER** |

Pursuant to the stipulation of the parties and, for good cause, IT IS HEREBY ORDERED that the hearing on Mann's motion for protective order shall be continued to June 24, 2008, at 10:00 a.m. and Mann's Reply in support of its motion for protective order shall be served and filed on or before June 10, 2008.

Dated: _____        _____

                          U.S. Magistrate Judge