```
                                              FILED
                                              JUN 0 5 2008
                                              RICHARD W. WIEKING
                                              CLERK U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Apio, Inc., | No. C 07-05628 JF MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Mann Packing Company, Inc., | |
| Defendant(s). | |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) May 28, 2008

2. Did the case settle?   ☐ fully   ☐ partially   ☑ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☑ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☑ YES   ☐ NO

Dated: May 28, 2008

Mediator, Alexander L Brainerd
Heller Ehrman, LLP
333 Bush St.
San Francisco, CA 94104-2678

**Certification of ADR Session**
07-05628 JF MED