# Exhibit 8

Virginia A. Crisp (State Bar No. 121387)
ef-vac@cpdb.com
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415-391-4800
Facsimile: 415-989-1663

Joseph S. Presta (*Pro hac vice*)
jsp@nixonvan.com
Michael E. Crawford (*Pro hac vice*)
mec@nixonvan.com
NIXON & VANDERHYE P.C.
901 North Glebe Road
Arlington, Virginia 22203
Telephone: 703-816-4000
Facsimile: 703-816-4100

Attorneys for Defendant and Counterclaimant
MANN PACKING COMPANY, INC.,
a California corporation

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| APIO, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MANN PACKING COMPANY, INC., a California corporation,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case Number: 5:07-CV-5628-JF/PVT<br><br>**Declaration of Michael E. Crawford in Support of Mann's Reply**<br><br>Judge: Honorable Jeremy Fogel<br><br>Trial Date: August 10, 2009 |

1

Case No. CV-07-5628-JF/PVT
Declaration of Michael E. Crawford in Support of Mann's Reply

I, Michael E. Crawford, declare as follows:

1. I am employed as an attorney by NIXON & VANDERHYE P.C., and am an attorney of record appearing on behalf of the defendant, MANN PACKING COMPANY, INC., in this action. I am submitting this declaration in support of Mann's Reply to Apio's Opposition to Motion for Protective Order.

2. On June 6, 2008, I searched the file history of the '818 patent-in-suit and found that it does not appear that Mark Karish is, or ever was, an attorney of record in that prosecution. A true and correct copies of the power of attorney that was filed in that prosecution is the first page attached as Exhibit 9. "Jeffrey G. Sheldon" is the first-listed attorney given the power of attorney and the person to whom all future correspondence regarding these applications is to be directed. Mark Karish's name does not appear on this document.

3. On June 6, 2008, I searched file histories of Apio's: Pratte divisional application 11/408,442; Pratte continuation application 11/408,443; and Pratte divisional application 11/409,354. Mark Karish's name does not appear on the Power of Attorney form for any of these applications (see Exhibit 9) and it does not appear that any associate or substitute power of attorney has been filed in any of these prosecutions naming Mr. Karish as attorney of record. The first mention of his name I could find in these applications was on the "Notice of Appeal" forms just filed April 28, 2008, true and correct copies of which are attached as Exhibit 16.

4. Exhibit 10 is a true and correct copy of Mark Karish's May 27, 2008 notice letter to me and true and correct copies of the first page of each of the U.S. Patent Publications he enclosed with that letter.

5. Exhibit 11 is a true and correct copy of selected pages of Apio's 7/21/06 "Disclosure Under 37 CFR 1.56" from the file history of the '818 patent.

6. Exhibit 12 is a true and correct copy of selected pages of the 8/16/02 Specification for Apio's "Application for a Utility Patent" from the file history of the '818 patent.

7. Exhibit 13 is a true and correct copy of selected pages from Apio's 11/3/04 "Reply" from the file history of the '818 patent.

8. Exhibit 14 is a true and correct copy of selected pages from Apio's 3/6/06 Amendment After Notice of Allowance Under Rule 312 from the '818 file history.

9. Exhibit 15 is a true and correct copy of *In re Papst Licensing,* No. 1298, 2000 U.S. Dist. Lexis 6374 (E.D. La. May 4, 2000).

10. Exhibit 17 is a true and correct copy of selected pages from Apio's First Set of Interrogatories. Because it attempted to reference paragraph 14 from Mann's Answer, a true and correct copy of selected pages from Mann's Answer are also attached. A true and correct copy of a 5/16/08 letter from Mark Karish explaining that Apio's Interrogatories contained a typographical error stating "Complaint" when "Answer" was intended is also included.

11. Exhibit 18 is a true and correct copy of selected pages from Apio's First Set of Production Requests.

12. Exhibit 19 are true and correct copies of selected pages from the filing receipts issued by the United States Patent and Trademark Office upon the filing of three pending Mann patent applications directed towards party trays.

3   Case No. CV-07-5628-JF/PVT
**Declaration of Michael E. Crawford in Support of Mann's Reply**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on June 6, 2008

_____
Michael E. Crawford
NIXON & VANDERHYE P.C.
901 N. Glebe Rd.
Arlington, VA 22203