# Exhibit 9



# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## POWER OF ATTORNEY

Docket No. 14181

| | |
|---|---|
| Name of Applicant: | Wesley Paul PRATTE |
| Address of Applicant: | 565 Pinecone Way |
| | Arroyo Grande, CA 93420 |
| Title: | Party Tray |
| Serial No., if Any: | 10/222,435 |
| Filed: | August 16, 2002 |

TO THE ASSISTANT COMMISSIONER FOR PATENTS

The Assistant Commissioner for Patents
Washington, D.C. 20231

Honorable Sir:
I hereby appoint:

Jeffrey G. Sheldon, Reg. No. 27,953
T.H.P. Richardson, Reg. No. 28,805
Danton K. Mak, Reg. No. 31,695
Denton L. Anderson, Reg. No. 30,153
Robert J. Rose, Reg. No. 47,037

as principal attorneys to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

Please direct all future correspondence to:

Jeffrey G. Sheldon
SHELDON & MAK
225 S. Lake Ave., 9th Floor
Pasadena, CA 91101
(626) 796-4000
Fax: (626) 795-6321

By: _/s/ Nicholas Tompkins_
Nicholas Tompkins
CEO
Apio, Inc.
4575 W. Main Street
Guadalupe, CA 93434

Dated: 1/6/03

PTO/SB/05 (04-05)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# UTILITY PATENT APPLICATION TRANSMITTAL

(Only for new nonprovisional applications under 37 CFR 1.53(b))

| Attorney Docket No. | 14181-3 |
|---|---|
| First Inventor | Pratte |
| Title | Method of Serving a Party Tray |
| Express Mail Label No. | EQ 288938550 US |

ADDRESS TO: Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

## APPLICATION ELEMENTS
See MPEP chapter 600 concerning utility patent application contents.

1. [✓] **Fee Transmittal Form** (e.g., PTO/SB/17)
   (Submit an original and a duplicate for fee processing)
2. [✓] **Applicant claims small entity status.**
   See 37 CFR 1.27.
3. [✓] **Specification** [Total Pages 17]
   Both the claims and abstract must start on a new page
   (For information on the preferred arrangement, see MPEP 608.01(a))
4. [✓] **Drawing(s)** (35 U.S.C. 113) [Total Sheets 5]
5. **Oath or Declaration** [Total Sheets 3]
   a. [ ] Newly executed (original or copy)
   b. [✓] A copy from a prior application (37 CFR 1.63(d))
       (for continuation/divisional with Box 18 completed)
     i. [ ] **DELETION OF INVENTOR(S)**
        Signed statement attached deleting inventor(s) name in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).
6. [ ] **Application Data Sheet.** See 37 CFR 1.76
7. [ ] **CD-ROM or CD-R** in duplicate, large table or Computer Program (Appendix)
   [ ] Landscape Table on CD
8. **Nucleotide and/or Amino Acid Sequence Submission**
   (if applicable, items a. – c. are required)
   a. [ ] Computer Readable Form (CRF)
   b. Specification Sequence Listing on:
     i. [ ] CD-ROM or CD-R (2 copies); or
     ii. [ ] Paper
   c. [ ] Statements verifying identity of above copies

## ACCOMPANYING APPLICATION PARTS

9. [ ] **Assignment Papers** (cover sheet & document(s))
   Name of Assignee_____
10. [✓] **37 CFR 3.73(b) Statement** [✓] **Power of Attorney**
    (when there is an assignee)
11. [ ] **English Translation Document** (if applicable)
12. [ ] **Information Disclosure Statement** (PTO/SB/08 or PTO-1449)
    [ ] Copies of citations attached
13. [✓] **Preliminary Amendment**
14. [✓] **Return Receipt Postcard** (MPEP 503)
    (Should be specifically itemized)
15. [ ] **Certified Copy of Priority Document(s)**
    (if foreign priority is claimed)
16. [ ] **Nonpublication Request** under 35 U.S.C. 122(b)(2)(B)(i).
    Applicant must attach form PTO/SB/35 or equivalent.
17. [ ] **Other:**_____

18. If a **CONTINUING APPLICATION**, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76:

[ ] Continuation  [✓] Divisional  [ ] Continuation-in-part (CIP)  of prior application No.: 10/222,435

Prior application information: Examiner Robert Madsen    Art Unit: 1761

## 19. CORRESPONDENCE ADDRESS

[✓] The address associated with Customer Number: 23676    OR   [ ] Correspondence address below

| Name | |
|---|---|
| Address | |
| City | State |
| Country | Telephone |
| | Zip Code |
| | Email |

| Signature | [signature] | Date | April 19, 2006 |
|---|---|---|---|
| Name (Print/Type) | T.H.P. Richardson | Registration No. (Attorney/Agent) | 28,805 |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

POWER OF ATTORNEY

Docket No. 14181

Name of Applicant: Wesley Paul PRATTE
Address of Applicant: 565 Pinecone Way
Arroyo Grande, CA 93420

Title: Party Tray

Serial No., if Any: 10/222,435
Filed: August 16, 2002

TO THE ASSISTANT COMMISSIONER FOR PATENTS

The Assistant Commissioner for Patents
Washington, D.C. 20231

Honorable Sir:
I hereby appoint:

Jeffrey G. Sheldon, Reg. No. 27,953
T.H.P. Richardson, Reg. No. 28,805
Danton K. Mak, Reg. No. 31,695
Denton L. Anderson, Reg. No. 30,153
Robert J. Rose, Reg. No. 47,037

as principal attorneys to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

Please direct all future correspondence to:

Jeffrey G. Sheldon
SHELDON & MAK
225 S. Lake Ave., 9th Floor
Pasadena, CA 91101
(626) 796-4000
Fax: (626) 795-6321

By: /s/ Nicholas Tompkins
Nicholas Tompkins
CEO
Apio, Inc.
4575 W. Main Street
Guadalupe, CA 93434

Best Available Copy

Dated: 1/6/03

PTO/SB/05 (04-05)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| UTILITY PATENT APPLICATION TRANSMITTAL (Only for new nonprovisional applications under 37 CFR 1.53(b)) | | |
|---|---|---|
| | Attorney Docket No. | 14181-1 |
| | First Inventor | Pratte |
| | Title | Method of Preparing a Party Tray |
| | Express Mail Label No. | EQ 288938577 US |

**APPLICATION ELEMENTS**
See MPEP chapter 600 concerning utility patent application contents.

ADDRESS TO: Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

**ACCOMPANYING APPLICATION PARTS**

1. [✓] **Fee Transmittal Form** (e.g., PTO/SB/17)
   (Submit an original and a duplicate for fee processing)
2. [✓] **Applicant claims small entity status.**
   See 37 CFR 1.27.
3. [✓] **Specification** [Total Pages 17]
   Both the claims and abstract must start on a new page
   (For information on the preferred arrangement, see MPEP 608.01(a))
4. [✓] **Drawing(s)** (35 U.S.C. 113) [Total Sheets 5]
5. **Oath or Declaration** [Total Sheets 3]
   a. [ ] Newly executed (original or copy)
   b. [✓] A copy from a prior application (37 CFR 1.63(d))
      (for continuation/divisional with Box 18 completed)
      i. [ ] DELETION OF INVENTOR(S)
         Signed statement attached deleting inventor(s) name in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).
6. [ ] **Application Data Sheet.** See 37 CFR 1.76
7. [ ] **CD-ROM or CD-R** in duplicate, large table or Computer Program (Appendix)
   [ ] Landscape Table on CD
8. **Nucleotide and/or Amino Acid Sequence Submission**
   (if applicable, items a. – c. are required)
   a. [ ] Computer Readable Form (CRF)
   b. Specification Sequence Listing on:
      i. [ ] CD-ROM or CD-R (2 copies); or
      ii. [ ] Paper
   c. [ ] Statements verifying identity of above copies

9. [ ] **Assignment Papers** (cover sheet & document(s))
   Name of Assignee _____
10. [✓] **37 CFR 3.73(b) Statement**    [✓] **Power of Attorney**
    (when there is an assignee)
11. [ ] **English Translation Document** (if applicable)
12. [ ] **Information Disclosure Statement** (PTO/SB/08 or PTO-1449)
    [ ] Copies of citations attached
13. [✓] **Preliminary Amendment**
14. [✓] **Return Receipt Postcard** (MPEP 503)
    (Should be specifically itemized)
15. [ ] **Certified Copy of Priority Document(s)**
    (if foreign priority is claimed)
16. [ ] **Nonpublication Request** under 35 U.S.C. 122(b)(2)(B)(i).
    Applicant must attach form PTO/SB/35 or equivalent.
17. [ ] **Other:** _____

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76:

[✓] Continuation   [ ] Divisional   [ ] Continuation-in-part (CIP)   of prior application No.: 10/222,435

Prior application information:   Examiner Robert Madsen   Art Unit: 1761

**19. CORRESPONDENCE ADDRESS**

[✓] The address associated with Customer Number: 23676   OR   [ ] Correspondence address below

| Name | |
|---|---|
| Address | |
| City | State | Zip Code |
| Country | Telephone | Email |

| Signature | T.H.P. Richardson (signed) | Date | April 19, 2006 |
|---|---|---|---|
| Name (Print/Type) | T.H.P. Richardson | Registration No. (Attorney/Agent) | 28,805 |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

POWER OF ATTORNEY

Docket No. 14181

Name of Applicant: Wesley Paul PRATTE
Address of Applicant: 565 Pinecone Way
Arroyo Grande, CA 93420

Title: Party Tray

Serial No., if Any: 10/222,435
Filed: August 16, 2002

TO THE ASSISTANT COMMISSIONER FOR PATENTS

The Assistant Commissioner for Patents
Washington, D.C. 20231

Honorable Sir:

I hereby appoint:

Jeffrey G. Sheldon, Reg. No. 27,953
T.H.P. Richardson, Reg. No. 28,805
Danton K. Mak, Reg. No. 31,695
Denton L. Anderson, Reg. No. 30,153
Robert J. Rose, Reg. No. 47,037

Best Available Copy

as principal attorneys to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

Please direct all future correspondence to:

Jeffrey G. Sheldon
SHELDON & MAK
225 S. Lake Ave., 9th Floor
Pasadena, CA 91101
(626) 796-4000
Fax: (626) 795-6321

By: /s/ Nicholas Tompkins

Nicholas Tompkins
CEO
Apio, Inc.
4575 W. Main Street
Guadalupe, CA 93434

Dated: 1/6/03

PTO/SB/05 (04-05)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | |
|---|---|
| Attorney Docket No. | 14181-2 |
| First Inventor | Pratte |
| Title | Party Tray with Atmosphere Control |
| Express Mail Label No. | EQ 288938563 US |

# UTILITY PATENT APPLICATION TRANSMITTAL

(Only for new nonprovisional applications under 37 CFR 1.53(b))

**ADDRESS TO:** Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

## APPLICATION ELEMENTS
See MPEP chapter 600 concerning utility patent application contents.

1. [✓] Fee Transmittal Form (e.g., PTO/SB/17)
   (Submit an original and a duplicate for fee processing)
2. [✓] Applicant claims small entity status.
   See 37 CFR 1.27.
3. [✓] Specification   [Total Pages  17  ]
   Both the claims and abstract must start on a new page
   (For information on the preferred arrangement, see MPEP 608.01(a))
4. [✓] Drawing(s) (35 U.S.C. 113)   [Total Sheets  5  ]
5. Oath or Declaration   [Total Sheets  3  ]
   a. [ ] Newly executed (original or copy)
   b. [✓] A copy from a prior application (37 CFR 1.63(d))
      (for continuation/divisional with Box 18 completed)
      i. [ ] DELETION OF INVENTOR(S)
         Signed statement attached deleting inventor(s)
         name in the prior application, see 37 CFR
         1.63(d)(2) and 1.33(b).
6. [ ] Application Data Sheet. See 37 CFR 1.76
7. [ ] CD-ROM or CD-R in duplicate, large table or
       Computer Program (Appendix)
       [ ] Landscape Table on CD
8. Nucleotide and/or Amino Acid Sequence Submission
   (if applicable, items a. – c. are required)
   a. [ ] Computer Readable Form (CRF)
   b. Specification Sequence Listing on:
      i. [ ] CD-ROM or CD-R (2 copies); or
      ii. [ ] Paper
   c. [ ] Statements verifying identity of above copies

## ACCOMPANYING APPLICATION PARTS

9. [ ] Assignment Papers (cover sheet & document(s))
   Name of Assignee _____
10. [✓] 37 CFR 3.73(b) Statement   [✓] Power of Attorney
       (when there is an assignee)
11. [ ] English Translation Document (if applicable)
12. [ ] Information Disclosure Statement (PTO/SB/08 or PTO-1449)
       [ ] Copies of citations attached
13. [✓] Preliminary Amendment
14. [✓] Return Receipt Postcard (MPEP 503)
       (Should be specifically itemized)
15. [ ] Certified Copy of Priority Document(s)
       (if foreign priority is claimed)
16. [ ] Nonpublication Request under 35 U.S.C. 122(b)(2)(B)(i).
       Applicant must attach form PTO/SB/35 or equivalent.
17. [ ] Other: _____

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76:

[ ] Continuation   [✓] Divisional   [ ] Continuation-in-part (CIP)   of prior application No.: 10/222,435

Prior application information:   Examiner  Robert Madsen   Art Unit: 1761

## 19. CORRESPONDENCE ADDRESS

[✓] The address associated with Customer Number:  23676   OR   [ ] Correspondence address below

| Name | |
|---|---|
| Address | |
| City | State |
| Country | Telephone |
| | Zip Code |
| | Email |

| Signature | (signature) | Date | April 19, 2006 |
|---|---|---|---|
| Name (Print/Type) | T.H.P. Richardson | Registration No. (Attorney/Agent) | 28805 |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

BEST AVAILABLE COPY

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

POWER OF ATTORNEY

Docket No. 14181

Name of Applicant: Wesley Paul PRATTE
Address of Applicant: 565 Pinecone Way
Arroyo Grande, CA 93420

Title: Party Tray

Serial No., if Any: 10/222,435
Filed: August 16, 2002

TO THE ASSISTANT COMMISSIONER FOR PATENTS

The Assistant Commissioner for Patents
Washington, D.C. 20231

Honorable Sir:
 I hereby appoint:

Jeffrey G. Sheldon, Reg. No. 27,953
T.H.P. Richardson, Reg. No. 28,805
Danton K. Mak, Reg. No. 31,695
Denton L. Anderson, Reg. No. 30,153
Robert J. Rose, Reg. No. 47,037

as principal attorneys to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

Please direct all future correspondence to:

Jeffrey G. Sheldon
SHELDON & MAK
225 S. Lake Ave., 9th Floor
Pasadena, CA 91101
(626) 796-4000
Fax: (626) 795-6321

By: _____
Nicholas Tompkins
CEO
Apio, Inc.
4575 W. Main Street
Guadalupe, CA 93434

Dated: 1/6/03