# Exhibit 10

**SHELDON MAK ROSE & ANDERSON**
A PROFESSIONAL CORPORATION
ATTORNEYS
100 EAST CORSON STREET, THIRD FLOOR
PASADENA, CALIFORNIA 91103-3842
FACSIMILE: (626) 795-6321
HOME PAGE: www.usip.com
(626) 796-4000

REY G. SHELDON
.TON K. MAK
DENTON L. ANDERSON
DAVID A. FARAH, M.D.
DOUGLAS H. MORSEBURG
ROBERT J. ROSE
WILLIAM J. BRUTOCAO
DANIEL J. COPLAN
KRISTIN C. HIIBNER, PH.D.
MARC A. KARISH
MICHAEL F. FEDRICK
A. ERIC BJORGUM
NORMAN VAN TREECK
MARGARET A. CHURCHILL, PH.D.
LISA FREDRICKSON, PH.D.

NIXON & VANDERHYE PC
2008 MAY 29 AM 11: 20

OTHER CALIFORNIA OFFICES:
RIVERSIDE
UPLAND
VENTURA COUNTY

ROBERT A. SCHROEDER
OF COUNSEL

LES J WEINSTEIN
SENIOR COUNSEL

May 27, 2008

**VIA MAIL AND E-MAIL**

Michael E. Crawford, Esq.
NIXON & VANDERHYE P.C.
901 North Glebe Road
Arlington, Virginia 22203

Re: APIO, Inc. v. Mann Packing Company, etc., et al.
USDC Case No. CV-07-5628-PVT
SMRA Ref. No. 18171.21

Dear Michael:

Pursuant to 35 U.S.C. §154(d)(1), Apio is providing notice to Mann Packing Company, Inc. of Apio's Published U.S. Patent Application Nos. 20060210682, 20060210683 and 20060210684. At least the Mann products that are the subject of the above identified lawsuit are within the scope of at least one claim of each of the published applications. Copies of Apio's published applications are enclosed.

Please note Apio's provisional rights pursuant to 35 U.S.C. §154(d).

Please contact me with any questions.

Very truly yours,

SHELDON MAK ROSE & ANDERSON PC

By _____
Marc A. Karish

MK:ep
Enclosures

24 Letter to Crawford052708.doc

US 20060210682A1

(19) **United States**
(12) **Patent Application Publication** (10) Pub. No.: **US 2006/0210682 A1**
Pratte (43) Pub. Date: **Sep. 21, 2006**

(54) PARTY TRAY

(76) Inventor: Wesley Paul Pratte, Arroyo Grande, CA (US)

Correspondence Address:
SHELDON & MAK, INC
225 SOUTH LAKE AVENUE
9TH FLOOR
PASADENA, CA 91101 (US)

(21) Appl. No.: 11/408,443

(22) Filed: Apr. 20, 2006

**Related U.S. Application Data**

(63) Continuation of application No. 10/222,435, filed on Aug. 16, 2002, now Pat. No. 7,083,818.

**Publication Classification**

(51) Int. Cl.
B65B 25/06 (2006.01)
(52) U.S. Cl. .................................................. 426/392

(57) **ABSTRACT**

A party tray includes a support tray and, on the support tray, a sealed package made up of transparent container body and a polymeric sealing sheet sealed to the rim of the container body. The sealed package contains foodstuffs, in particular respiring foodstuffs such as fresh fruits and vegetables, which rest on the sealing sheet; the sealing sheet is in turn supported by the support tray. The sealed package may include an atmosphere control member. When the party tray is on display, its contents are viewed through the single thickness of the container body.



US 20060210683A1

## (19) United States
## (12) Patent Application Publication (10) Pub. No.: US 2006/0210683 A1
### Pratte
(43) Pub. Date: **Sep. 21, 2006**

(54) PARTY TRAY

(76) Inventor: Wesley Paul Pratte, Arroyo Grande, CA (US)

Correspondence Address:
SHELDON & MAK, INC
225 SOUTH LAKE AVENUE
9TH FLOOR
PASADENA, CA 91101 (US)

(21) Appl. No.: 11/408,442

(22) Filed: Apr. 20, 2006

**Related U.S. Application Data**

(62) Division of application No. 10/222,435, filed on Aug. 16, 2002, now Pat. No. 7,083,818.

**Publication Classification**

(51) Int. Cl.
  B65D  81/34  (2006.01)
(52) U.S. Cl. .................................................. 426/394

(57) **ABSTRACT**

A party tray includes a support tray and, on the support tray, a sealed package made up of transparent container body and a polymeric sealing sheet sealed to the rim of the container body. The sealed package contains foodstuffs, in particular respiring foodstuffs such as fresh fruits and vegetables, which rest on the sealing sheet; the sealing sheet is in turn supported by the support tray. The sealed package may include an atmosphere control member. When the party tray is on display, its contents are viewed through the single thickness of the container body.



US 20060210684A1

(19) **United States**
(12) **Patent Application Publication**  (10) Pub. No.: US 2006/0210684 A1
Pratte                                    (43) Pub. Date:   **Sep. 21, 2006**

(54) PARTY TRAY

(76) Inventor: Wesley Paul Pratte, Arroyo Grande, CA (US)

Correspondence Address:
SHELDON & MAK, INC
225 SOUTH LAKE AVENUE
9TH FLOOR
PASADENA, CA 91101 (US)

(21) Appl. No.: 11/409,354

(22) Filed: Apr. 20, 2006

Related U.S. Application Data

(62) Division of application No. 10/222,435, filed on Aug. 16, 2002, now Pat. No. 7,083,818.

Publication Classification

(51) Int. Cl.
    B65D  81/34  (2006.01)
(52) U.S. Cl. .................................................. 426/394

(57) **ABSTRACT**

A party tray includes a support tray and, on the support tray, a sealed package made up of transparent container body and a polymeric sealing sheet sealed to the rim of the container body. The sealed package contains foodstuffs, in particular respiring foodstuffs such as fresh fruits and vegetables, which rest on the sealing sheet; the sealing sheet is in turn supported by the support tray. The sealed package may include an atmosphere control member. When the party tray is on display, its contents are viewed through the single thickness of the container body.

