# Exhibit 11

Docket No. 14181

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant: Pratte | Group Art Unit: 1761 |
| Serial No.: 10/222,435 | Examiner: Robert Madsen (who has left the Office) |
| Filing Date: August 16, 2002 | |
| Title: Party Tray | |

**Issue Fee paid March 2, 2006**

15 pages total.

Mail Stop Issue Fee
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### DISCLOSURE UNDER 37 CFR 1.56

In fulfilling the duty of candor and good faith, the information set out below is disclosed to the Office in accordance with 37 CFR § 1.56. Applicant understands that this Disclosure Statement will be placed in the file but will not be considered by the Examiner (37 CFR 1.97 and MPEP 609.01).

This information is being disclosed to the Office because it has been supplied to the Applicant in communications from a lawyer, R. Scott Welde Esq., who apparently represents a third party (Foxy Foods, a company manufacturing and supplying party trays), and who has asserted that the information is material. Applicant disagrees. However, out of an abundance of caution, the information is being disclosed to the Office. Out of the same abundance of caution, Applicant is also disclosing to the Office additional information about party trays which were manufactured and sold by the assignee of the Applicant, Apio, more than one year before filing date of this application, and which are in some respects similar

CERTIFICATE OF FACSIMILE TRANSMISSION UNDER 37 CFR 1.8
IHerebyy certify that this paper is being ssent byfacsimile transmission to the United States Patent and Trademark Office (571-273-8300) on July 21, 2006
Typed name of person signing this certificate: T. H. P. Richardson, Reg No. 28,805, Tel No. 650 854 6304
Signature

PAGE 1/15 * RCVD AT 7/21/2006 6:09:53 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-2/17 * DNIS:2738300 * CSID:6508542384 * DURATION (mm-ss):06-44

07/21/2006  15:13    6508542384                    RICHARDSON                              PAGE  02/15

to the party trays allegedly manufactured by Foxy Foods. As with the information about party trays allegedly manufactured by Foxy Foods, Applicant believes that the information about the party trays manufactured by Aplo is not material, and is disclosing it out of an abundance of caution.

5

**Information provided by the lawyer for Foxy Foods.**

In early March, 2006, after the issue fee had been paid on this application (on March 2, 2006), Applicant's attorney received a letter from Mr. Weide.
10 Attached to that letter was a copy of an e-mail message which appears to be dated January 5, 2005, and to be from Jerry.Hull@Sam's Club.com (Jerry Hull, according to the message, being a Senior Produce Buyer at Sam's Club), to ndacosta@foxyproduce.com, and which includes four photographs of a party tray described as "the tray style SAM'S Club purchased from Foxy Foods in January
15 2001". Attached hereto as Exhibit A is a copy of that e-mail message. Since the photographs in Exhibit A are not very clear, and may well become less clear through reproduction, the following description of the photographs is provided.

The photographs show a circular party tray comprising a container body
20 having six compartments, each containing fresh vegetables. The compartments surround a generally cylindrical dip container in the center of the container body. A transparent sheet is sealed to the rim of the container body over the compartments and the dip container. There is a rectangular opaque patch in the transparent sealing sheet. The patch is positioned between the outer periphery
25 of the dip container and the rim of the container body and somewhat closer to the rim. A transparent lid fits over the rim of the container body and covers the transparent sealing sheet. It is not apparent from the photographs that there are any ribs or other conformations on the transparent lid, except around the periphery where the lid engages the rim of the container body.
30

PAGE 2/15 * RCVD AT 7/21/2006 6:09:53 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-2/17 * DNIS:2738300 * CSID:6508542384 * DURATION (mm-ss):06-44