# Exhibit 12

Docket No. 14181

APPLICATION FOR A UTILITY PATENT

TITLE

Party Tray

APPLICANT

Wesley Paul Pratte

United States citizen

of Arroyo Grande, California

EXPRESS MAIL CERTIFICATION UNDER 37 CFR 1.10

I hereby certify that this paper is being deposited with the "Express Mail Post Office to Addressee" service of the United States Postal Service on the date indicated below and is addressed to Assistant Commissioner for Patents, Washington, D.C. 20231.
Express Mail mailing label No. ~~EF 278921210~~ US   Date of Deposit to August 16, 2002
Typed name of person signing this certificate: T. H. P. Richardson   Signature

EF 279074515 US

D)  after step C, turning the assembly prepared in step C upside-down so that the foodstuffs are supported on the serving dish; and

E)  after step D, removing the container body so that the foodstuffs are ready to be served.

5

The sealed packages referred to in describing the invention preferably include an atmosphere control member. The term "atmosphere control member" is used herein to denote any member which modifies the rates at which oxygen and carbon dioxide pass into and out of the sealed package. Atmosphere control members are well-known and

10  are described for example in U.S. Patent No. 6,376,032 and WO 00/0477, the entire disclosures of which are incorporated herein by reference for all purposes. An atmosphere control member can for example be placed over a window in the container body and/or over a window in the sealing sheet.

15  The container body is generally prepared by molding, preferably thermoforming, a suitable polymeric material, for example, polyethylene, so that the base, wall and rim are parts of a unitary body. However, the invention includes the possibility that the container body is prepared in some other way, for example by securing together two or more separate components. The container body can be of any convenient shape, for

20  example generally rectangular (including square) with rounded corners, or round. The depth of the container body can be for example 1-4 in. (25-100 mm), e.g. 1.25-2.5 in. (30-65 mm). The circumference of the container body can be for example 30-100 in. (760-2,500 mm), e.g. 40-70 in. (1000-1800 mm). The rim of the container body, to which the sealing sheet is sealed, preferably has a width of at least 0.125 in. (3 mm),

25  e.g. 0.15 -0.4 in. (4-10 mm). The thickness of the container body is for example 0.02-0.08 in. (0.5-2 mm), and correspondingly less in areas that have been stretched by thermoforming. The container body is preferably shaped so that a plurality of the bodies can be nested together with little or no space between them.