# Exhibit 13

11/04/2004  20:53   650-8542384   T&S RICHARDSON   RECEIVED   PAGE  02
CENTRAL FAX CENTER
NOV 0 3 2004

Docket No. 14181

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

5   Applicant:   Pratte                                           Group Art Unit: 1761

Serial No.:   10/222,435                        Examiner: Robert Madsen

Filing Date: August 16, 2002

Title:        Party Tray

10   Mail Stop Amendment

Commissioner for Patents

P.O. Box 1450

Alexandria, VA 22313-1450

REPLY

15   Sir,

This paper is filed in reply to the Office Action mailed June 3, 2004. Applicant requests an extension of two months, i.e. until November 3, 2004, for filing this Reply. Reexamination, reconsideration and allowance are respectfully requested in view of the Amendments and Remarks below.

20

**Statement of the Substance of the Interview.**

The Examiner is thanked for his courtesy and attention at the interview on November 1, 2004. The Interview Summary prepared by the Examiner is correct, and

25   the only additional points that need be noted are that the Examiner agreed

(1)   that the application as filed provides basis for the Independent claims considered at the interview (which are the same as independent claims 1, 35, 44, 52, 60, 64 and 69 in the amended claims requested below) and for the

**CERTIFICATE OF FACSIMILE TRANSMISSION UNDER 37 CFR 1.8**

I hereby certify that this paper is being sent by facsimile transmission to the United States Patent and Trademark Office (703 872 9306) on November 3, 2004.
Typed name of person signing this certificate: T. H. P. Richardson, Reg No. 27805, Tel No. 650 854 6304, Fax No. 650 854 6304
Signature [signed]

It should also be noted that page 8, lines 7-11, of the application as filed (i) defines the term "atmosphere control member" as "any member which modifies the rates at which oxygen and carbon dioxide pass into and out of the sealed package", and

5   (ii) points out that atmosphere control members are well known. Thus, an atmosphere control member can for example be a nonwoven material, optionally having a polymer coating thereon, as described for example in U.S. Patent No. 5,045,331 (Antoon), relied upon by the Examiner; a microporous film, optionally having a polymeric coating thereon, as described for example in U.S. Patent No. 6,376,032, incorporated by

10  reference in the application as filed, and U.S. Patent Nos. 4,879,078, 4,842,875 and 5,160,768; or one or more perforations having a size such that they control the packaging atmosphere, as described for example in paras 0052-0053 of U.S. Patent Publication No. 2003/0057217, relied upon by the Examiner, U.S. Patent Nos. 5,832,699 and 6,296,923, and European Application 0351116 (see for example, page 4,

15  lines 27-40 of that European application), incorporated by reference at column 1, lines 45-46, of U.S. Patent No. 6,376,032. A copy of European application 0351116 is attached; the United States patents referred to are no doubt readily available to the Examiner.

20  Insofar as the requested amendments cancel or restrict claims, the amendments are made in interest of speedy prosecution of this application, and without prejudice to Applicant's right to prosecute broader and/or different claims in one or more continuing applications.

25  The Rejection under 35 USC 112

Applicant respectfully traverses the rejection of claims 1-5 and 17 under 35 USC 112, insofar as that rejection is applicable to the amended claims. The amended claims no longer refer to "the assembly produced in step D", but rather to the "sealed package

30  and the support tray placed thereon" produced in step D.

22