# Exhibit 14

Docket No. 14181

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:   Pratte

Serial No.:   10/222,435

5   Filing Date: August 16, 2002

Title:       Party Tray

Group Art Unit:  1761

Examiner: Robert Madsen (who has left the Office)

Mail Stop Issue Fee

Commissioner for Patents

10   P.O. Box 1450

Alexandria, VA 22313-1450

## AMENDMENT UNDER 37 CFR 1.312

15   Sir,

This paper is a request for amendment under 37 CFR 1.312.

Since Examiner Madsen has left the Office, SPE Cano has agreed

20   informally to review this paper.

**"Special" Status of This Application.**

As noted in the Reply mailed on January 16, 2006, and at the interview on

25   January 12, 2006, Applicant is extremely anxious that this application should

proceed to grant with the minimum delay, and it was indicated informally at the

interview that, in view of the history of this application, it might be possible for

future processing to be carried out on the basis that the application had been

"made special." Applicant is grateful for the rapid issuance of a Notice of

30   Allowance in accordance with that indication, and hopes that, for the same

1

47. (Previously presented)    A method according to claim 44 wherein the ribs on the support tray are discontinuous, upstanding ribs.

48. (Canceled)

5

49. (Previously presented)    A method according to claim 44 wherein, before step B, a carton of vegetable dip is placed in the center of the container body, and the carton has walls which help to define the compartments.

10    50. (Canceled)

51. (Previously presented)    A method according to claim 44 which includes; after step E, the step of displaying the party tray for sale in a display orientation in which the foodstuffs are viewed by a shopper through the container
15    body.

52-63. (Canceled)

64. (Currently amended)    A method of preparing a party tray which
20    comprises the steps of
        A)    providing a container body which
            (i)    is composed of a transparent polymeric material,
            (ii)    has a depth of 1 to 4 in.,
            (iii)    has a circumference of 30 to 100 in.;
25          (iv)    comprises
                1)    a base,
                2)    a single continuous wall which extends away from the
                base and is contiguous with the base,
                3)    a continuous rim which is contiguous with the wall,
30              and

# REMARKS

**The Amendments to the Specification.**

5          The amendments to pages 6 and 8 of the specification remove the amendments requested in the reply filed November 4, 2004, which were entered (see paragraph 2 of the Office Action mailed February 9, 2005), and return the relevant passages to the text of the original specification. Applicant believes that there is basis for the previously requested amendments, but is canceling the

10      previously requested amendments in view of the rejections under 35 USC 112 set out in paragraphs 2-7 of the Office Action mailed 10/26/2005 those rejections being based upon the Examiner's perception that certain features in those claims, which are also features in the previously requested amendments, have no support in the original specification.

15

          The amendments to pages 10-11 of the specification correct minor and obvious errors.

**The Amendments to the Claims.**

20

          The only amendment to the claims restricts independent claim 64 by replacing "a continuous wall" by -- a **single** continuous wall --. The container body shown in the Figures has a single continuous wall and thus provides basis for this amendment. The other independent claims (claims 35 and 44) remain in

25      broad form, covering the possibility that the container body comprises a single continuous wall or two or more continuous walls (in the same way as, as noted on page 15 of the Reply filed January 16, 2006, a sealed package which contains "an atmosphere control member" can contain a single atmosphere control member or more than one atmosphere control member).

30

It should also be noted that page 8, lines 7-11, of the application as filed (i)
defines the term "atmosphere control member" as "any member which modifies the
rates at which oxygen and carbon dioxide pass into and out of the sealed package", and

5    (ii) points out that atmosphere control members are well known. Thus, an atmosphere
control member can for example be a nonwoven material, optionally having a polymer
coating thereon, as described for example in U.S. Patent No. 5,045,331 (Antoon), relied
upon by the Examiner; a microporous film, optionally having a polymeric coating
thereon, as described for example in U.S. Patent No. 6,376,032, incorporated by

10   reference in the application as filed, and U.S. Patent Nos. 4,879,078, 4,842,875 and
5,160,768; or one or more perforations having a size such that they control the
packaging atmosphere, as described for example in paras 0052-0053 of U.S. Patent
Publication No. 2003/0057217, relied upon by the Examiner, U.S. Patent Nos.
5,832,699 and 6,296,923, and European Application 0351116 (see for example, page 4,

15   lines 27-40 of that European application), incorporated by reference at column 1, lines
45-46, of U.S. Patent No. 6,376,032. A copy of European application 0351116 is
attached; the United States patents referred to are no doubt readily available to the
Examiner.

20          Insofar as the requested amendments cancel or restrict claims, the amendments
are made in interest of speedy prosecution of this application, and without prejudice to
Applicant's right to prosecute broader and/or different claims in one or more continuing
applications.

25   The Rejection under 35 USC 112

          Applicant respectfully traverses the rejection of claims 1-5 and 17 under 35 USC
112, insofar as that rejection is applicable to the amended claims. The amended claims
no longer refer to "the assembly produced in step D", but rather to the "sealed package

30   and the support tray placed thereon" produced in step D.