# Exhibit 16

| | |
|---|---|
| **NOTICE OF APPEAL FROM THE PRIMARY EXAMINER TO THE BOARD OF PATENT APPEALS AND INTERFERENCES (Small Entity)** | Docket No. 14181-3 |

In Re Application Of: Wesley Paul Pratte

| Application No. | Filing Date | Examiner | Customer No. | Group Art Unit | Confirmation No. |
|---|---|---|---|---|---|
| 11/408,442 | April 20, 2006 | Viren A. Thakur | 23676 | 1794 | 9159 |

Invention: Method Of Serving A Party Tray

COMMISSIONER FOR PATENTS:

Applicant(s) hereby appeal(s) to the Board of Patent Appeals and Interferences from the decision of the Primary Examiner dated **October 31, 2007** finally rejecting Claim(s) **17, 18, 22-30, 42 and 62-121**

Applicant is a small entity under 37 CFR 1.9 and 1.27.

☒ Applicant claims small entity status. See 37 CFR 1.27

The fee for this Notice of Appeal is: $255.00

☐ A check in the amount of the fee is enclosed.

☐ The Director has already been authorized to charge fees in this application to a Deposit Account.

☒ The Director is hereby authorized to charge any fees which may be required, or credit any overpayment to Deposit Account No. 19-2090

☐ Payment by credit card. Form PTO-2038 is attached.

**WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

/Marc Karish/
Signature

Dated: **April 28, 2008**

Marc Karish, Reg. No. 44,816
Sheldon Mak Rose & Anderson
100 Corson Street, 3rd Floor
Pasadena, CA 91103
Telephone: (626) 796-4000

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope adressed to the "Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450" [37 CFR 1.8(a)] on _____.

(Date)

Signature of Person Mailing Correspondence

Typed or Printed Name of Person Mailing Correspondence

CC:

P13SMALL/REV11

| NOTICE OF APPEAL FROM THE PRIMARY EXAMINER TO THE BOARD OF PATENT APPEALS AND INTERFERENCES (Small Entity) | Docket No. 14181-1 |
|---|---|

In Re Application Of:  Wesley Paul Pratte

| Application No. | Filing Date | Examiner | Customer No. | Group Art Unit | Confirmation No. |
|---|---|---|---|---|---|
| 11/408,443 | April 20, 2006 | Viren A. Thakur | 23676 | 1794 | 9156 |

Invention:  Method Of Preparing A Party Tray

COMMISSIONER FOR PATENTS:

Applicant(s) hereby appeal(s) to the Board of Patent Appeals and Interferences from the decision of the Primary Examiner dated    October 31, 2007    finally rejecting Claim(s)  1, 2, 4, 18, 21-25, 27, 41 and 68-134

Applicant is a small entity under 37 CFR 1.9 and 1.27.

☒ Applicant claims small entity status. See 37 CFR 1.27

The fee for this Notice of Appeal is:    $255.00

☐ A check in the amount of the fee is enclosed.

☐ The Director has already been authorized to charge fees in this application to a Deposit Account.

☒ The Director is hereby authorized to charge any fees which may be required, or credit any overpayment to Deposit Account No.   19-2090

☐ Payment by credit card. Form PTO-2038 is attached.

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

/Marc Karish/
Signature

Dated: April 28, 2008

Marc Karish, Reg. No. 44816
Sheldon Mak Rose & Anderson
100 Corson Street, 3rd Floor
Pasadena, CA 91103
(626) 796-4000 Telephone

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope adressed to the "Commissioner for Patents, P.O. Box 1450, Alexandria, VA  22313-1450" [37 CFR 1.8(a)] on

_____.
(Date)

_____
Signature of Person Mailing Correspondence

_____
Typed or Printed Name of Person Mailing Correspondence

CC:

P13SMALL/REV11

| NOTICE OF APPEAL FROM THE PRIMARY EXAMINER TO THE BOARD OF PATENT APPEALS AND INTERFERENCES (Small Entity) | Docket No. 14181-2 |
|---|---|

In Re Application Of: **Wesley Paul Pratte**

| Application No. | Filing Date | Examiner | Customer No. | Group Art Unit | Confirmation No. |
|---|---|---|---|---|---|
| 11/409,354 | April 20, 2006 | Viren A. Thakur | 23676 | 1794 | 1743 |

Invention: **Party Tray With Atmosphere Control**

COMMISSIONER FOR PATENTS:

Applicant(s) hereby appeal(s) to the Board of Patent Appeals and Interferences from the decision of the Primary Examiner dated **October 31, 2007** finally rejecting Claim(s) **17, 20, 21, 23-30, 42 and 62-126**

Applicant is a small entity under 37 CFR 1.9 and 1.27.

☒ Applicant claims small entity status. See 37 CFR 1.27

The fee for this Notice of Appeal is: $255.00

☐ A check in the amount of the fee is enclosed.

☐ The Director has already been authorized to charge fees in this application to a Deposit Account.

☒ The Director is hereby authorized to charge any fees which may be required, or credit any overpayment to Deposit Account No. **19-2090**

☐ Payment by credit card. Form PTO-2038 is attached.

**WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

_____
/Marc Karish/
Signature

Dated: **April 28, 2008**

**Mark Karish**, Reg. No. 44,816
Sheldon Mak Rose & Anderson
100 Corson Street, 3rd Floor
Pasadena, Ca 91103
Telephone: 626/796-4000

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope adressed to the "Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450" [37 CFR 1.8(a)] on

_____
(Date)

_____
Signature of Person Mailing Correspondence

_____
Typed or Printed Name of Person Mailing Correspondence

CC:

P13SMALL/REV11