# Exhibit 17

Jeffrey G. Sheldon (State Bar No. 67516)
Marc A. Karish (State Bar No. 205440)
SHELDON MAK ROSE & ANDERSON PC
100 Corson Street, Third Floor
Pasadena, California 91103-3842
Telephone: (626) 796-4000
Facsimile: (626) 795-6321
E-Mail: mkarish@usip.com

Attorneys for Plaintiff and Counterdefendant
APIO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APIO, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MANN PACKING COMPANY, INC.,<br>a California corporation; and DOES 1 –<br>10, inclusive,<br><br>　　　　　Defendants.<br>_____<br>MANN PACKING COMPANY, INC.,<br>a California corporation,<br><br>　　　　　Counterclaimant,<br><br>　　vs.<br><br>APIO, INC., a Delaware corporation,<br><br>　　　　　Counterdefendant. | Case No. CV 07-5628 JF<br><br>**PLAINTIFF APIO, INC.'S FIRST SET OF INTERROGATORIES TO DEFENDANT MANN PACKING COMPANY, INC.** |

　　　　Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff and Counterdefendant APIO, INC. ("APIO") by and through its attorneys, Sheldon

J:\Apio\18171.21　　　　　　　　　　1　　　　APIO, INC.'S FIRST SET OF INTERROGATORIES
　　　　　　　　　　　　　　　　　　　　　　　　TO DEFENDANT MANN PACKING COMPANY

including, without limitation, a description of the act, the date, location and names and addresses of all persons involved in or with substantial knowledge of the act, any documentation of that act in any form.

## INTERROGATORIES

1. Identify all documents, all facts, and all persons having knowledge of facts relevant to the allegations contained in paragraph 14 of the Complaint.

2. Identify all documents, all facts, and all persons having knowledge of facts relevant to the allegations contained in paragraph 15 of the Complaint.

3. Identify all documents, all facts, and all persons having knowledge of facts relevant to the allegations contained in paragraph 20 of the Complaint.

4. Identify separately, providing any applicable name or designation, type, trade name, trademark, and product model number of each Mann Product since September 1, 2000.

5. State when and how MANN first became of the aware of U.S. Patent No. 7,083,818.

6. For each document requested in APIO's First Request for Production of Documents to Defendant that you do not produce and of which you are aware and that is believed to exist only outside of your possession, custody or control, identify where such item is located and the person believed to have possession, custody or control of the item.

Dated: April 8, 2008

SHELDON MAK ROSE & ANDERSON PC

Jeffrey G. Sheldon
Marc A. Karish

Attorneys for Plaintiff
APIO, INC.

1  VIRGINIA A. CRISP (State Bar No. 121387)
   e-mail: ef-vac@cpdb.com
2  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
3  San Francisco, California 94111-4213
   Telephone: 415.391.4800
4  Facsimile: 415.989.1663

5  JOSEPH S. PRESTA (*Pro Hac Vice Pending*)
   email: jsp@nixonvan.com
6  MICHAEL E. CRAWFORD (*Pro Hac Vice Pending*)
   email: mec@nixonvan.com
7  NIXON & VANDERHYE P.C.
   901 North Glebe Road
8  Arlington, Virginia 22203
   Telephone: 703.816.4000
9  Facsimile: 703.816.4100

10 Attorneys for Defendant and Counterclaimant
   MANN PACKING COMPANY, INC.,
11 a California corporation

12

13                    UNITED STATES DISTRICT COURT

14        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

15

| | |
|---|---|
| APIO, INC., a Delaware corporation, | Case No. CV-07-5628-PVT |
| Plaintiff, | **ANSWER AND COUNTERCLAIMS** |
| v. | Judge: Honorable Patricia V. Trumbull |
| MANN PACKING COMPANY, INC., a California corporation, and DOES 1-10 inclusive, | Trial Date:   None Set |
| Defendant. | |
| MANN PACKING COMPANY, INC. a California corporation, | |
| Counterclaimant, | |
| v. | |
| APIO, INC., a Delaware corporation, | |
| Counterdefendant. | |

13247.001.759120v1                                    Case No. CV-07-5628-PVT

**ANSWER AND COUNTERCLAIMS**

1 paragraph (and the Complaint) wholly fail to satisfy the pleading requirements described in *Bell*
2 *Atlantic Corporation v Twombly*, ____ U.S. ____, 127 S. Ct. 1955 (2007).

3     9.     Denied. Moreover, this paragraph (and the Complaint) wholly fail to satisfy the
4 pleading requirements as described in *Bell Atlantic Corporation v Twombly*, ____ U.S. ____, 127
5 S. Ct. 1955 (2007).

6     10.     Denied. Moreover, this paragraph (and the Complaint) wholly fail to satisfy the
7 pleading requirements as described in *Bell Atlantic Corporation v Twombly*, ____ U.S. ____, 127
8 S. Ct. 1955 (2007).

9     11.     Any allegation in Apio's Complaint against Mann that is not specifically admitted
10 above and to which a response is necessary is hereby denied.

**PRAYER FOR RELIEF**

12     12.     To the extent that this section of Apio's Complaint contains any allegations,
13 statements, assertions, or averments, they are denied. Mann denies that Apio is entitled to any of
14 the relief requested in its Complaint.

**AFFIRMATIVE DEFENSES**

16 Defendant Mann asserts the following defenses:

**FIRST AFFIRMATIVE DEFENSE**
**(Failure to State a Claim)**

19     13.     Apio's Complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**
**(Noninfringement)**

21     14.     Mann has not infringed, and is not infringing, any valid and enforceable claim of
22 the '818 patent, either literally or under the doctrine of equivalents, nor has it induced or
23 contributorily infringed any claim of that patent.

**THIRD AFFIRMATIVE DEFENSE**
**(Invalidity)**

25     15.     The '818 patent, and each claim thereof, is invalid and/or unenforceable under 35
26 USC § 1 et seq., including without limitation §§ 101, 102, 103 and/or 112.

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

**SHELDON MAK ROSE & ANDERSON**
A PROFESSIONAL CORPORATION
ATTORNEYS
100 EAST CORSON STREET, THIRD FLOOR
PASADENA, CALIFORNIA 91103-3842
FACSIMILE: (626) 795-6321
HOME PAGE: www.usip.com
(626) 796-4000

REY G. SHELDON
.TON K. MAK
DENTON L. ANDERSON
DAVID A. FARAH, M.D.
DOUGLAS H. MORSEBURG
ROBERT J. ROSE
WILLIAM J. BRUTOCAO
DANIEL J. COPLAN
KRISTIN C. HIIBNER, PH.D.
MARC A. KARISH
MICHAEL F. FEDRICK
A. ERIC BJORGUM
NORMAN VAN TREECK
MARGARET A. CHURCHILL, PH.D.
LISA FREDRICKSON, PH.D.

OTHER CALIFORNIA OFFICES:
RIVERSIDE
UPLAND
VENTURA COUNTY

ROBERT A. SCHROEDER
OF COUNSEL

LES J WEINSTEIN
SENIOR COUNSEL

NIXON & VANDERHYE PC
MAY 19 AM 11:20

May 16, 2008

**VIA MAIL AND E-MAIL**

Michael E. Crawford, Esq.
NIXON & VANDERHYE P.C.
901 North Glebe Road
Arlington, Virginia 22203

Re:   APIO, Inc. v. Mann Packing Company, etc., et al.
      USDC Case No. CV-07-5628-PVT
      SMRA Ref. No. 18171.21

Dear Michael:

This letter confirms our telephone conference earlier today. During the telephone conference we discussed the typographical error in Interrogatories 1 to 3 of Plaintiff Apio, Inc.'s First Set of Interrogatories to Defendant Mann Packing Company, Inc. You agreed to supplement Mann's responses to Apio's Interrogatory Nos. 1 to 3 within 30 days from today with the understanding that Interrogatory Nos. 1 to 3 refer to numbered paragraphs 14, 15 and 20 of Mann's Answer and Counterclaim filed on December 13, 2007 respectively. Your courtesy is appreciated.

Please feel free to contact me should you have any questions or if you do not believe this letter accurately reflects the agreement we reached during our telephone conference.

Very truly yours,

SHELDON MAK ROSE & ANDERSON PC

By _____
Marc A. Karish

MK:ep

19 Letter to Crawford 051608.doc