**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

APIO, INC.,                                          C 07-5628  JF

v.                          Plaintiff(s)

                                          **CLERK'S NOTICE CONTINUING**
                                          **TIME ON MOTION HEARING**

MANN PACKING COMPANY, INC.,

                          Defendant(s).

_____

    Please take notice that the time on Defendant's Motion for Protective Order has been

**RESCHEDULED to 2:00 P.M. on June 24, 2008.**  Parties are to appear in courtroom#5, 4th floor of the

U.S. Courthouse, 280 South First Street, San Jose, California.


Dated: 6/18/08                     /s/ Corinne Lew
                                   _____
                                   Corinne Lew
                                   DEPUTY CLERK