UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 6/24/08

Court Reporter: Jana Ridenour        Clerk: C. Lew

Case No:C 07-05628 JF        Case Title: APIO, INC.  V.  MANN PACKING COMPANY, INC.

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Jeffrey Sheldon | Ann Johnston |

## PROCEEDINGS

Pretrial Conferences:    [ ] Initial        [ ] Status        [ ] Discovery

[ ] Settlement    [ ] Final

[ ] Other        [X] Motion

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [X] | 1. Motion for Protective Order. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted        [X] Submitted        [ ] Settled

[ ] Denied        [ ] Briefs to be filed        [ ] Not Settled

[ ] Granted in part, denied in part        [ ] Off Calendar

## ORDER TO BE PREPARED BY

[ ] Plaintiff    [ ] Defendant    [X] Court    [ ] Court w/opinion