1   Jeffrey G. Sheldon (State Bar No. 67516)
    jgsheldon@usip.com
2   Marc A. Karish (State Bar No. 205440)
    mkarish@usip.com
3   SHELDON MAK ROSE & ANDERSON PC
    100 Corson Street, Third Floor
4   Pasadena, California  91103-3842
    Telephone: (626) 796-4000
5   Facsimile: (626) 795-6321

6
    Attorneys for Plaintiff and Counterdefendant
7   APIO, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  APIO, INC., a Delaware corporation,        )  Case No.  CV 07-5628 JF/PVT
                                               )
12              Plaintiff,                      )  **JOINT CLAIM CONSTRUCTION AND**
                                               )  **PREHEARING STATEMENT**
13         vs.                                  )
                                               )  [N.D.Cal. Patent Local Rule 4-3]
14  MANN PACKING COMPANY, INC., a              )
15  California corporation; and DOES 1 – 10,    )  Hon. Jeremy Fogel
    inclusive,                                 )
16                                             )
                                               )
17              Defendants.                     )
                                               )
    _____        )
18                                             )
    MANN PACKING COMPANY, INC., a              )
19  California corporation,                     )
                                               )
20              Counterclaimant,                )
                                               )
21         vs.                                  )
                                               )
22  APIO, INC., a Delaware corporation,        )
                                               )
23              Counterdefendant.               )
                                               )
24  _____        )

25

26

27

28

In accordance with the Scheduling Order entered by The Honorable Jeremy Fogel on March 6, 2008 and Northern District Local Patent Rule 4-3, the parties hereby submit this Joint Claim Construction and Prehearing Statement.

**(a)     Construction of claim terms on which the parties agree**

The parties agree that the term "solid color" should be construed as "uniform in tone, and not clear or transparent."

**(b)     Each party's proposed construction of each disputed claim term, together with an identification of all references and evidence that support their construction**

## Apio's proposed constructions and evidence

| Claims | Claim Term and Construction | Identification of References And Evidence In Support |
|---|---|---|
| 1, 4, 8, 11 | **Ribs:** any conformation which ensures that air can circulate between the support tray and the atmosphere control member | **U.S. Patent No. 7,083,818 ('818 Patent):** Col. 2, lines 39 to 42; col. 6, lines 20 to 32; col. 7, lines 16 to 24; Fig. 13. Claims 1, 4, 8 and 11.<br><br>**'818 Patent File History:** Office action of June 3, 2004; Response and Amendment filed on November 3, 2004; Office action of February 9, 2005; Office action of October 26, 2005; Response and Amendment filed on January 16, 2006; Information Disclosure Statement filed on July 21, 2006.<br><br>**Definition of *rib*: "something resembling a rib in form, position, or use, as a supporting or strengthening part" and "a structural member that supports the shape of something: an umbrella rib,"** The Random House Dictionary, 2nd Edition, unabridged ©1987.<br><br>**Definition of *rib*: "something resembling a rib in form, position, or use, as a supporting part: *the ribs of an umbrella*,"** Webster's Universal College Dictionary ©2001; |

1

| Claims | Claim Term and Construction | Identification of References And Evidence In Support |
|---|---|---|
| 1, 6, 8 | **Atmosphere control member:** any member which modifies the rates at which oxygen and carbon dioxide pass into and out of the sealed package | **'818 Patent:** Col. 2, lines 39 to 42, col. 4, lines 48 to 50 of the specification.  Claims 1, 3, 6, 8, 9, 14, 17 and 23.<br><br>**'818 Patent File History:** Initially filed application; Office action of June 3, 2004; Preliminary Amendment filed on March 11, 2003; Response and Amendment filed on November 3, 2004; Office action of February 9, 2005; Office action of October 26, 2005 and Exhibits thereto.<br><br>Patent Publication No. 2003/0057217, U.S. Patent Nos. 4,879,078, 4842875, 5,160,768, 5,832,699, 6,296,923, 6,376032, 6441340 and 7083837, and European Application Nos. 0351115 and 0351116.<br><br>Apio's U.S. Patent Application No. 11/408,442: March 22, 2007 Office Action.<br><br>Apio's U.S. Patent Application No. 11/408,443: March 22, 2007 Office Action.<br><br>Apio's U.S. Patent Application No. 11/409,354: March 21, 2007 Office Action.<br><br>Physical samples and/or photographs and/or information about Apio's prior art vegetable trays and current vegetable trays.<br><br>"**Smart Party Trading Headquarters**," trade brochure published by Apio<br><br>"**All Occasion Party Trays**," trade brochure published by Apio<br><br>The testimony of Raymond Clarke, Principal Scientist of Apio regarding what one of ordinary skill in the art would have understood the term "atmosphere control member" to mean at the time the application was filed.<br><br>The testimony of Wesley Paul Pratte, the inventor, regarding different implementations by Apio of the claimed invention. |

2

| Claims | Claim Term and Construction | Identification of References And Evidence In Support |
|--------|------------------------------|------------------------------------------------------|
| 1, 8 | **Sealing sheet:**[1] a sheet that closes the container body | **'818 Patent:** Claims 1, 6 and 8. Col. 1, lines 27 to 33, col. 2, lines 39 to 42, col. 4, lines 2 to 3, col. 6, lines 39 to 46, col. 7, lines 12 to 15.<br><br>**'818 Patent File History:** Information Disclosure Statement filed on August 16, 2002 and references cited therein; petition to Make Special filed on February 28, 2003; Office action of June 3, 2004; Response and Amendment of November 3, 2004; Office action of February 9, 2005; Response and Amendment of April 11, 2005.<br><br>Patent Publication No. 2003/0057217, U.S. Patent Nos. 4,879,078, 4842875, 5,160,768, 5,832,699, 6,296,923, 6,376032, 6441340 and 7083837, and European Application Nos. 0351115 and 0351116.<br><br>Apio's U.S. Patent Application No. 11/408,442: March 22, 2007 Office Action. Apio's U.S. Patent Application No. 11/408,443: March 22, 2007 Office Action. Apio's U.S. Patent Application No. 11/409,354: March 21, 2007 Office Action.<br><br>Physical samples and/or photographs and/or information about Apio's prior art vegetable trays and current vegetable trays.<br><br>**"Smart Party Trading Headquarters,"** trade brochure published by Apio<br><br>**"All Occasion Party Trays,"** trade brochure published by Apio<br><br>**Definition of *seal*: "something that secures" and "a closure that must be broken to be opened and that thus reveals tampering,"** Webster's Ninth New Collegiate Dictionary ©1991<br><br>**Definition of *seal*: "to close with a fastening that must be broken to gain access" and "to fasten or close tightly by or as if by a seal,"** Webster's Universal College Dictionary ©2001.<br><br>**"BreatheWay"** information overview on Apio's gas-permeable membranes, accessed 6/27/08 at www.breatheway.com/overview/difference.aspx<br><br>**"Film Properties of Thermoplastic Films,"** Handbook of Plastics and Elastomers, McGraw-Hill BookCompany ©1975, |

[1] Apio contends that the term "sealing sheet" is entitled to its ordinary and customary meaning and that no construction by the Court is necessary. However, if the Court finds that the term "sealing sheet" should be construed to have other than its ordinary meaning then Apio provides the following proposed construction and support.

3

| Claims | Claim Term and Construction | Identification of References And Evidence In Support |
|--------|------------------------------|------------------------------------------------------|
|        |                              | pp. 1-101, 1-102, |
|        |                              | The testimony of Raymond Clarke, Principal Scientist of Apio regarding what one of ordinary skill in the art would have understood the term "sealing sheet" to mean at the time the application was filed. |
|        |                              | The testimony of Wesley Paul Pratte, the inventor, regarding different implementations by Apio of the claimed invention. |

4

| Claims | Claim Term and Construction | Identification of References And Evidence In Support |
|---|---|---|
| 1, 7, 8, 13 | **Display Orientation:** the container body is oriented so that the base of the container body in the loading orientation provides the top surface of the sealed package for viewing of the foodstuffs by a shopper through the container body | **'818 Patent:**  Claims 1, 8; col. 1, lines 46 to 48, col. 2, lines 5 to 16, col. 2, lines 39 to 42, col. 7, lines 16 to 31; Figs. 11 to 16. <br><br> **'818 Patent File History:**  Preliminary Amendment filed on March 11, 2003; Response and Amendment filed on November 3, 2004; Response and Amendment filed on March 9, 2005. <br><br> May 16, 2008 letter from Michael Crawford with Mann's initial proposed definitions of its Patent L.R. 4-1(a) list of claim terms. <br><br> Apio's U.S. Patent Application No. 11/408,443: August 18, 2006 Petition to Make Special <br><br> **Definition of *display*: "an arrangement, as of merchandise, designed to pleaser the eye or attract buyers."**  Webster's Universal College Dictionary ©2001. |

5

| Claims | Claim Term and Construction | Identification of References And Evidence In Support |
|--------|------------------------------|-------------------------------------------------------|
| 1, 8 | **Atmosphere control member included in the sealing sheet:**[2] <br><br> the **sealing sheet** comprises an **atmosphere control member** | Apio incorporates by reference its proposed constructions of "atmosphere control member" and "sealing sheet" and the identification of references and evidence in support from above. <br><br> **'818 Patent:** Col. 2, lines 39 to 42, col. 4, lines 48 to 56. Claims 1, 3, 6, 8, 9, 14, 17 and 23. <br><br> **'818 Patent File History:** Initially filed application; Information Disclosure Statement filed on August 16, 2002 and references cited therein; petition to Make Special filed on February 28, 2003; Preliminary Amendment filed on March 11, 2003; Office action of June 3, 2004; Response and Amendment filed on November 3, 2004; Office action of February 9, 2005; Response and Amendment of April 11, 2005. Office action of October 26, 2005 and Exhibits thereto. <br><br> Patent Publication No. 2003/0057217, U.S. Patent Nos. 4,879,078, 4842875, 5,160,768, 5,832,699, 6,296,923, 6,376032, 6441340 and 7083837, and European Application Nos. 0351115 and 0351116. <br><br> Apio's U.S. Patent Application No. 11/408,442: March 22, 2007 Office Action. <br><br> Apio's U.S. Patent Application No. 11/408,443: March 22, 2007 Office Action. <br><br> Apio's U.S. Patent Application No. 11/409,354: March 21, 2007 Office Action. <br><br> Physical samples and/or photographs and/or information about Apio's prior art vegetable trays and current vegetable trays. <br><br> **"Smart Party Trading Headquarters,"** trade brochure published by Apio <br><br> **"All Occasion Party Trays,"** trade brochure published by Apio <br><br> **Definition of *include*:** "to take in or comprise as part of a **whole,"** Webster's Ninth New Collegiate Dictionary ©1991; <br><br> **Definition of *include*:** "to contain or encompass as part of a **whole,"** Webster's Universal College Dictionary ©2001. <br><br> **"BreatheWay"** information overview on Apio's gas-permeable |

---

[2] Apio contends that the term "included in" is entitled to its ordinary and customary meaning and that no construction by the Court is necessary. However, if the Court finds that the term "included in" should be construed to have other than its ordinary meaning then Apio provides the following proposed construction and support.

6

| Claims | Claim Term and Construction | Identification of References And Evidence In Support |
|--------|------------------------------|-------------------------------------------------------|
|        |                              | membranes, accessed 6/27/08 at www.breatheway.com/overview/difference.aspx **"Film Properties of Thermoplastic Films,"** Handbook of Plastics and Elastomers, McGraw-Hill BookCompany ©1975, pp. 1-101, 1-102, The testimony of Raymond Clarke, Principal Scientist of Apio regarding what one of ordinary skill in the art would have understood the term "atmosphere control member included in the sealing sheet" to mean at the time the application was filed. The testimony of Wesley Paul Pratte, the inventor, regarding different implementations by Apio of the claimed invention. |

7

# Mann's proposed constructions and evidence

| Claims | Claim term and construction | Identification of references and evidence in support |
|---|---|---|
| 1, 4, 8, 11 | **ribs**: upstanding projections that support the portion of the sealing sheet that extends over the fillable compartments when the tray is loaded and turned upside down and ensure that air can reach the atmosphere control member | **'818 patent**: Col. 1, lns. 3-10; Col. 2, lns. 26-34; Col. 6, lns. 20-32; Col. 7, lns. 16-24; Fig. 13 <br><br> **'818 file history**: 8/16/02 Disclosure Under 37 CFR 1.56 and attached exhibits; 8/12/06 Disclosure Under 37 CFR 1.56; 4/11/05 Reply; 4/5/05 Declaration of Wesley P. Pratte; 1/16/06 Reply; 3/6/06 Amendment Under 37 CFR 1.312; 7/21/06 Disclosure Under 37 CFR 1.56 and attached exhibits <br><br> **Apio's U.S. Patent Application 11/408,442**: 8/12/06 Second Preliminary Amendment; 8/31/06 "Protest Under 37 CFR §1.29(a) including the 8/25/06 "Declaration of Nicholas DaCosta" and attached exhibits; 9/11/06 Protest Under 37 C.F.R. § 1.291(a); Information Disclosure Statement, filed 1/14/07; Third Preliminary Amendment, filed 1/14/07; USPTO Official Action, mailed 3/22/07; 8/23/07 Reply; 9/20/07 Amendment; 10/31/07 USPTO Official Action <br><br> **Apio's U.S. Patent Application 11/408,443**: Notice – 8/12/06 Filing of Terminal Disclaimer and Second Preliminary Amendment; 8/12/06 Disclosure Under 37 CFR 1.56; 8/18/06 Petition to Make Special; 8/28/06 Protest Under 37 C.F.R. § 1.291(a) including the 8/25/06 "Declaration of Nicholas DaCosta" and attached exhibits; 1/12/07 Information Disclosure Statement; 1/12/07 Third Preliminary Amendment; 3/22/07 USPTO Official Action; 8/23/07 Reply; 9/20/07 Amendment; 10/31/07 USPTO Official Action <br><br> **Apio's U.S. Patent Application 11/409,354**: 8/12/06 Second Preliminary Amendment; 8/12/06 Disclosure Under 37 CFR 1.56; 5/3/07 Interview Summary; 8/18/06 Petition to Make Special; 8/28/06 Protest Under 37 C.F.R. § 1.291(a) including the 8/25/06 "Declaration of Nicholas DaCosta" and attached exhibits; 1/14/07 Information Disclosure Statement; 5/30/06 Response to Notice to File Corrected Application Papers; 1/12/07 Third Preliminary Amendment; 3/21/07 USPTO Official Action; 8/24/07 Reply; 9/20/07 Amendment; 10/31/07 USPTO Official Action <br><br> **Definition of *upstanding*: "erect, upright,"** Merriam Webster's Collegiate Dictionary, 10th ed., p.1295 (2002) |

| Claims | Claim term and construction | Identification of references and evidence in support |
|---|---|---|
| | | Definition of *upstanding:* "Standing erect or upright," THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE (4th ed. 2004), accessed 5/27/08 on Dictionary.com at http://dictionary.reference.com/browse/upstanding |
| | | Definition of *projections:* "a part that juts out," MERRIAM WEBSTER'S COLLEGIATE DICTIONARY, 10th ed., p.930 (2002) |
| | | Definition of *projections:* "A thing or part that extends outward beyond a prevailing line or surface," THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE (4th ed. 2004), accessed 5/27/08 on Dictionary.com at http://dictionary.reference.com/browse/projection |
| | | Definition of *support:* "To bear by being under; to keep from falling; to uphold; to sustain, in a literal or physical sense; to prop up; to bear the weight of; as, a pillar supports a structure," WEBSTER'S REVISED UNABRIDGED DICTIONARY, MICRA, Inc, accessed 5/27/08 on Dictionary.com at http://dictionary.reference.com/browse/support |
| | | Definition of *ensure:* "To make sure or certain," THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE (4th ed. 2004), accessed 5/27/08 on Dictionary.com at http://dictionary.reference.com/browse/ensure |
| | | Alberston's Produce Procedures Manual (printed publication), including p.37: "Fresh Vegetable Tray with Ranch Dressing (8/96) |
| | | "Smart Party Trading Headquarters," trade brochure published by Apio |
| | | "All Occasion Party Trays," trade brochure published by Apio |
| | | "Modified Atmosphere Packaging of Fresh Produce," FOOD TECHNOLOGY, Sept. 1988, 70-77, D.Zagory, A.Kader. |
| | | "Temperature-activated permeable patch helps Apio keep cut veggies fresh," 12/1/98 press release by LANDEC CORP. accessed 5/28/08 on HIGHBEAM ENCYCLOPEDIA at www.encyclopedia.com/doc/1G1-53475297.html |
| | | "BreatheWay Technology," information overview on Apio's gas-permeable membranes, accessed 5/28/08 at www.Breathway.com |

| Claims | Claim term and construction | Identification of references and evidence in support |
|--------|------------------------------|------------------------------------------------------|
|  |  | **"Landec Technology – Technology on the Cutting Edge,"** internet information sheet on BreatheWay packaging accessed 5/28/08 at www.apioinc.com/about/technology.html<br><br>**Physical samples and/or photographs of Apio's "Eat Smart" and "All Occasion Party Trays"** shown or described in the 8/16/02 "Disclosure Under 37 CFR 1.56" and its exhibits from the '818 file history, especially the undisclosed lids (admitted prior art).<br><br>**Physical samples and/or photographs of the Foxy Foods party trays** shown or described in Foxy Foods' "Protest Under 37 CFR §1.29(a) including the 8/25/06 "Declaration of Nicholas DaCosta" and attached exhibits from Apio's U.S. Patent Application 11/408,442<br><br>**Physical samples and/or photographs of the Foxy Foods party trays** shown or described in 7/21/06 "Disclosure Under 37 CFR 1.56" and attached exhibits from the '818 file history<br><br>**Physical samples and/or photographs of Apio's "Foxy-similar" tray** shown or described in the 7/21/06 "Disclosure Under 37 CFR 1.56" and attached exhibits from the '818 file history (admitted prior art)<br><br>**Physical samples and/or photographs of Albertson's Vegetable Tray with Ranch Dressing** (prior art product)<br><br>**Colucci, U.S. 5,165,947**<br><br>**Curtis U.S. 5,730, 311**<br><br>**DeMoor U.S. 6,013,293** |

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT

| Claims | Claim term and construction | Identification of references and evidence in support |
|---|---|---|
| 1, 8 | **sealing sheet**: a substantially gas-impervious sheet | **'818 patent**: Col. 1, lns. 25-45; Col. 1, ln. 63 to Col. 2, ln. 25; Col. 2, ln. 64 to Col. 3, ln. 9; Col. 3, ln. 62 to Col. 4, ln. 8; Col. 4, ln. 17 to Col. 5, ln. 4; Col. 6, lns. 20-46; Col. 7, lns. 5-24; Figs. 11-13 |
| | | **'818 file history**: 8/16/02 Disclosure Under 37 CFR 1.56 and attached exhibits; 8/12/06 Disclosure Under 37 CFR 1.56; 4/11/05 Reply; 4/5/05 Declaration of Wesley P. Pratte; 1/16/06 Reply; 3/6/06 Amendment Under 37 CFR 1.312; 7/21/06 Disclosure Under 37 CFR 1.56 and attached exhibits |
| | | **Apio's U.S. Patent Application 11/408,442**: 8/12/06 Second Preliminary Amendment; 8/31/06 "Protest Under 37 CFR §1.29(a) including the 8/25/06 "Declaration of Nicholas DaCosta" and attached exhibits; 9/11/06 Protest Under 37 C.F.R. § 1.291(a); Information Disclosure Statement, filed 1/14/07; Third Preliminary Amendment, filed 1/14/07; USPTO Official Action, mailed 3/22/07; 8/23/07 Reply; 9/20/07 Amendment; 10/31/07 USPTO Official Action |
| | | **Apio's U.S. Patent Application 11/408,443**: Notice – 8/12/06 Filing of Terminal Disclaimer and Second Preliminary Amendment; 8/12/06 Disclosure Under 37 CFR 1.56; 8/18/06 Petition to Make Special; 8/28/06 Protest Under 37 C.F.R. § 1.291(a) including the 8/25/06 "Declaration of Nicholas DaCosta" and attached exhibits; 1/12/07 Information Disclosure Statement; 1/12/07 Third Preliminary Amendment; 3/22/07 USPTO Official Action; 8/23/07 Reply; 9/20/07 Amendment; 10/31/07 USPTO Official Action |
| | | **Apio's U.S. Patent Application 11/409,354**: 8/12/06 Second Preliminary Amendment; 8/12/06 Disclosure Under 37 CFR 1.56; 5/3/07 Interview Summary; 8/18/06 Petition to Make Special; 8/28/06 Protest Under 37 C.F.R. § 1.291(a) including the 8/25/06 "Declaration of Nicholas DaCosta" and attached exhibits; 1/14/07 Information Disclosure Statement; 5/30/06 Response to Notice to File Corrected Application Papers; 1/12/07 Third Preliminary Amendment; 3/21/07 USPTO Official Action; 8/24/07 Reply; 9/20/07 Amendment; 10/31/07 USPTO Official Action |
| | | **Definition of *seal*: "a device to prevent the passage or return of gas or air into a pipe or container,"** MERRIAM WEBSTER'S COLLEGIATE DICTIONARY, 10th ed., p.1049 (2002) |

11

| Claims | Claim term and construction | Identification of references and evidence in support |
|--------|------------------------------|------------------------------------------------------|
| | | **Definition of *seal(ed)(ing)*: "to close hermetically,"** THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE (4th ed. 2004), accessed 5/27/08 on Dictionary.com at http://dictionary.reference.com/browse/seal |
| | | **Definition of *seal*: "an airtight closure,"** THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE (4th ed. 2004) accessed 5/27/08 on Dictionary.com at http://dictionary.reference.com/browse/seal |
| | | **Definition of *seal*: "something fixed around the edge of an opening to prevent liquid or gas flowing through it,"** CAMBRIDGE ADVANCED LEARNER'S DICTIONARY, 3rd ed., Cambridge University Press, accessed 5/27/08 at http://dictionary.cambridge.org/define.asp?key=70852&dict=CALD |
| | | **Definition of *sheet*: "a broad stretch or surface of something,"** MERRIAM WEBSTER'S COLLEGIATE DICTIONARY, 10th ed., p.1076 (2002) |
| | | **Definition of *sheet*: "a broad, relatively thin, surface, layer, or covering,"** Dictionary.com Unabridged (v 1.1), RANDOM HOUSE, INC.(2006), accessed 5/27/08 at http://dictionary.reference.com/browse/sheet  **Anderson U.S. 4,842,875** |
| | | **Definition of *hermetically*: "in an airtight manner,"** WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY, p.1059 (2002) |
| | | **Definition of *hermetic seal*: "an airtight seal,"** MCGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS, 5th ed., p.926 (1994) |
| | | **Definition of *impervious*: "not allowing entrance or passage,"** MERRIAM WEBSTER'S COLLEGIATE DICTIONARY, 10th ed., p. 581 (2002) |
| | | **Definition of *impervious*: "not allowing entrance or passage through; impenetrable,"** WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY UNABRIDGED, p.1134 (2002) |
| | | **Definition of *impervious*: "not admitting of entrance or passage through; as, a substance impervious to water or air,"** WEBSTER'S REVISED UNABRIDGED DICTIONARY, MICRA, Inc, accessed 5/27/08 on Dictionary.com at |

12

| Claims | Claim term and construction | Identification of references and evidence in support |
|--------|------------------------------|------------------------------------------------------|
| | | http://dictionary.reference.com/browse/impervious, accessed 5/27/08 |
| | | **Alberston's Produce Procedures Manual** (printed publication), including p.37: "Fresh Vegetable Tray with Ranch Dressing (8/96) |
| | | "**Smart Party Trading Headquarters**," trade brochure published by Apio |
| | | "**All Occasion Party Trays**," trade brochure published by Apio |
| | | "**Modified Atmosphere Packaging of Fresh Produce**," FOOD TECHNOLOGY, Sept. 1988, 70-77,  D.Zagory, A.Kader |
| | | **Physical samples and/or photographs of Apio's "Eat Smart" and "All Occasion Party Trays"** shown or described in the 8/16/02 "Disclosure Under 37 CFR 1.56" and its exhibits from the '818 file history, especially the undisclosed lids (admitted prior art). |
| | | **Physical samples and/or photographs of the Foxy Foods party trays** shown or described in Foxy Foods' "Protest Under 37 CFR §1.29(a) including the 8/25/06 "Declaration of Nicholas DaCosta" and attached exhibits from  Apio's U.S. Patent Application 11/408,442 |
| | | **Physical samples and/or photographs of the Foxy Foods party trays** shown or described in 7/21/06 "Disclosure Under 37·CFR 1.56" and attached exhibits from the '818 file history |
| | | **Physical samples and/or photographs of Apio's "Foxy-similar" tray** shown or described in the 7/21/06 "Disclosure Under 37 CFR 1.56" and attached exhibits from the '818 file history (admitted prior art) |
| | | **Physical samples and/or photographs of Albertson's Vegetable Tray with Ranch Dressing** (prior art product) |
| | | **Clarke U.S. 6,376, 032** |
| | | **Clarke U.S. 6,210,724** |
| | | **Clarke International Publication No. WO 00/04787** |
| | | **Clarke U.S. 6,548,132** |

13

| Claims | Claim term and construction | Identification of references and evidence in support |
|--------|------------------------------|------------------------------------------------------|
|        |                              | Colucci, U.S. 5,165,947 |
|        |                              | Curtis U.S. 5,730, 311 |
|        |                              | Ferrar U.S. 4,769,262 |
|        |                              | Myers U.S. 4,515,266 |

14

| Claims | Claim term and construction | Identification of references and evidence in support |
|--------|------------------------------|-------------------------------------------------------|
| 1, 6, 8 | **atmosphere control member**: a gas-permeable element which modifies the rate at which oxygen and carbon dioxide pass into and out of the sealed container | **'818 patent**: Col. 4, lns. 46-56; Col. 6, lns. 20-32; Col. 7, lns. 5-24; Figs. 11-13 <br><br> **'818 file history**: 8/16/02 Disclosure Under 37 CFR 1.56 and attached exhibits; 8/12/06 Disclosure Under 37 CFR 1.56; 4/11/05 Reply; 4/5/05 Declaration of Wesley P. Pratte; 1/16/06 Reply; 3/6/06 Amendment Under 37 CFR 1.312; 7/21/06 Disclosure Under 37 CFR 1.56 and attached exhibits; <br><br> **Apio's U.S. Patent Application 11/408,442**: 8/12/06 Second Preliminary Amendment; 8/31/06 "Protest Under 37 CFR §1.29(a) including the 8/25/06 "Declaration of Nicholas DaCosta" and attached exhibits; 9/11/06 Protest Under 37 C.F.R. § 1.291(a); Information Disclosure Statement, filed 1/14/07; Third Preliminary Amendment, filed 1/14/07; USPTO Official Action, mailed 3/22/07; 8/23/07 Reply; 9/20/07 Amendment; 10/31/07 USPTO Official Action <br><br> **Apio's U.S. Patent Application 11/408,443**: Notice – 8/12/06 Filing of Terminal Disclaimer and Second Preliminary Amendment; 8/12/06 Disclosure Under 37 CFR 1.56; 8/18/06 Petition to Make Special; 8/28/06 Protest Under 37 C.F.R. § 1.291(a) including the 8/25/06 "Declaration of Nicholas DaCosta" and attached exhibits; 1/12/07 Information Disclosure Statement; 1/12/07 Third Preliminary Amendment; 3/22/07 USPTO Official Action; 8/23/07 Reply; 9/20/07Amendment; 10/31/07 USPTO Official Action <br><br> **Apio's U.S. Patent Application 11/409,354**: 8/12/06 Second Preliminary Amendment; 8/12/06 Disclosure Under 37 CFR 1.56; 5/3/07 Interview Summary; 8/18/06 Petition to Make Special; 8/28/06 Protest Under 37 C.F.R. § 1.291(a) including the 8/25/06 "Declaration of Nicholas DaCosta" and attached exhibits; 1/14/07 Information Disclosure Statement; 5/30/06 Response to Notice to File Corrected Application Papers; 1/12/07 Third Preliminary Amendment; 3/21/07 USPTO Official Action; 8/24/07 Reply; 9/20/07 Amendment; 10/31/07 USPTO Official Action <br><br> **Definition of *permeable*: "capable of being permeated: penetrable; *esp*: having pores or openings that permit liquids or gases to pass through,"** MERRIAM WEBSTER'S COLLEGIATE DICTIONARY, 10th ed., p.863 (2002) |

| Claims | Claim term and construction | Identification of references and evidence in support |
|--------|------------------------------|------------------------------------------------------|
| | | Definition of *seal:* "a device to prevent the passage or return of gas or air into a pipe or container," MERRIAM WEBSTER'S COLLEGIATE DICTIONARY, 10th ed., p.1049 (2002) |
| | | Definition of *seal(ed)(ing):* "to close hermetically," THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE (4th ed. 2004), accessed 5/27/08 on Dictionary.com at http://dictionary.reference.com/browse/seal |
| | | Definition of *seal:* "an airtight closure," THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE (4th ed. 2004), accessed 5/27/08 on Dictionary.com at http://dictionary.reference.com/browse/seal |
| | | Definition of *seal:* "something fixed around the edge of an opening to prevent liquid or gas flowing through it," CAMBRIDGE ADVANCED LEARNER'S DICTIONARY, 3rd ed., Cambridge University Press, accessed 5/27/08 at http://dictionary.cambridge.org/define.asp?key=70852&dict=CALD |
| | | Definition of *hermetically:* "in an airtight manner," WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY, p.1059 (2002) |
| | | **Alberston's Produce Procedures Manual** (printed publication), including p.37: "Fresh Vegetable Tray with Ranch Dressing (8/96) |
| | | "**Smart Party Trading Headquarters**," trade brochure published by Apio |
| | | "**All Occasion Party Trays**," trade brochure published by Apio |
| | | "**Modified Atmosphere Packaging of Fresh Produce**," FOOD TECHNOLOGY, Sept. 1988, 70-77, D.Zagory, A.Kader. |
| | | "**Temperature-activated permeable patch helps Apio keep cut veggies fresh**," 12/1/98 press release by LANDEC CORP. accessed 5/28/08 on HIGHBEAM ENCYCLOPEDIA at www.encyclopedia.com/doc/1G1-53475297.html |
| | | "**BreatheWay Technology**," information overview on Apio's gas-permeable membranes, accessed 5/28/08 at www.Breathway.com |

16

| Claims | Claim term and construction | Identification of references and evidence in support |
|---|---|---|
| | | **"Landec Technology – Technology on the Cutting Edge,"** internet information sheet on BreatheWay packaging accessed 5/28/08 at www.apioinc.com/about/technology.html |
| | | **"BreatheWay™ Membrane Technology – Intelligent packaging for fresh produce,"** accessed 5/28/08 on http://www.breatheway.com/overview/technology.aspx |
| | | **Physical samples and/or photographs of Apio's "Eat Smart" and "All Occasion Party Trays"** shown or described in the 8/16/02 "Disclosure Under 37 CFR 1.56" and its exhibits from the '818 file history, especially the undisclosed lids (admitted prior art). |
| | | **Physical samples and/or photographs of the Foxy Foods party trays** shown or described in Foxy Foods' "Protest Under 37 CFR §1.29(a) including the 8/25/06 "Declaration of Nicholas DaCosta" and attached exhibits from Apio's U.S. Patent Application 11/408,442 |
| | | **Physical samples and/or photographs of the Foxy Foods party trays** shown or described in 7/21/06 "Disclosure Under 37 CFR 1.56" and attached exhibits from the '818 file history |
| | | **Physical samples and/or photographs of Apio's "Foxy-similar" tray** shown or described in the 7/21/06 "Disclosure Under 37 CFR 1.56" and attached exhibits from the '818 file history (admitted prior art) |
| | | **Physical samples and/or photographs of Albertson's Vegetable Tray with Ranch Dressing** (prior art product) |
| | | **Anderson U.S. 4,842,875** |
| | | **Antoon Jr. U.S. 5,045,331** |
| | | **Clarke U.S. 6,376, 032** |
| | | **Clarke U.S. 6,210,724** |
| | | **Clarke International Publication No. WO 00/04787** |
| | | **Clarke U.S. 6,548,132** |
| | | **Colucci, U.S. 5,165,947** |
| | | **Curtis U.S. 5,730, 311** |

17

| Claims | Claim term and construction | Identification of references and evidence in support |
|---|---|---|
| | | DeMoor U.S. 6,013,293 |
| | | Ferrar U.S. 4,769,262 |
| | | Myers U.S. 4,515,266 |
| | | Nordahl U.S. 5,308,630 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joint Claim Construction and
Prehearing Statement

| Claims | Claim term and construction | Identification of references and evidence in support |
|--------|------------------------------|------------------------------------------------------|
| 1, 8 | **atmosphere control member included in the sealing sheet**: a gas-permeable element placed over a gas pathway in a section of the sealing sheet which modifies the rate at which oxygen and carbon dioxide pass into and out of the sealed container | **'818 patent**: Col. 1, lns. 14-24; Col. 4, lns. 46-56; Col. 6, lns. 20-32; Col. 7, lns. 5-24; Figs. 11-13<br><br>**'818 file history**: 8/16/02 Disclosure Under 37 CFR 1.56 and attached exhibits; 8/12/06 Disclosure Under 37 CFR 1.56; 4/11/05 Reply; 4/5/05 Declaration of Wesley P. Pratte; 1/16/06 Reply; 3/6/06 Amendment Under 37 CFR 1.312; 7/21/06 Disclosure Under 37 CFR 1.56 and attached exhibits;<br><br>**Apio's U.S. Patent Application 11/408,442**: 8/12/06 Second Preliminary Amendment; 8/31/06 "Protest Under 37 CFR §1.29(a) including the 8/25/06 "Declaration of Nicholas DaCosta" and attached exhibits; 9/11/06 Protest Under 37 C.F.R. § 1.291(a); Information Disclosure Statement, filed 1/14/07; Third Preliminary Amendment, filed 1/14/07; USPTO Official Action, mailed 3/22/07; 8/23/07 Reply; 9/20/07 Amendment; 10/31/07 USPTO Official Action<br><br>**Apio's U.S. Patent Application 11/408,443**: Notice – 8/12/06 Filing of Terminal Disclaimer and Second Preliminary Amendment; 8/12/06 Disclosure Under 37 CFR 1.56; 8/18/06 Petition to Make Special; 8/28/06 Protest Under 37 C.F.R. § 1.291(a) including the 8/25/06 "Declaration of Nicholas DaCosta" and attached exhibits; 1/12/07 Information Disclosure Statement; 1/12/07 Third Preliminary Amendment; 3/22/07 USPTO Official Action; 8/23/07 Reply; 9/20/07 Amendment; 10/31/07 USPTO Official Action<br><br>**Apio's U.S. Patent Application 11/409,354**: 8/12/06 Second Preliminary Amendment; 8/12/06 Disclosure Under 37 CFR 1.56; 5/3/07 Interview Summary; 8/18/06 Petition to Make Special; 8/28/06 Protest Under 37 C.F.R. § 1.291(a) including the 8/25/06 "Declaration of Nicholas DaCosta" and attached exhibits; 1/14/07 Information Disclosure Statement; 5/30/06 Response to Notice to File Corrected Application Papers; 1/12/07 Third Preliminary Amendment; 3/21/07 USPTO Official Action; 8/24/07 Reply; 9/20/07 Amendment; 10/31/07 USPTO Official Action<br><br>**Definition of *permeable*:** "**capable of being permeated: penetrable; *esp*: having pores or openings that permit liquids or gases to pass through,"** MERRIAM WEBSTER'S COLLEGIATE DICTIONARY, 10th ed., p.863 (2002) |

**Definition of *permeable:* "capable of being permeated; especially : having pores or openings that permit liquids or gases to pass through,"** MERRIAM-WEBSTER'S MEDICAL DESK DICTIONARY, accessed 5/28/08 on Dictionary.com at http://dictionary.reference.com/browse/permeable

**Definition of *include(d):* "to contain, as a whole does parts or any part or element . . . to contain as a subordinate element,"** Dictionary.com Unabridged (v 1.1), RANDOM HOUSE, INC.(2006), accessed 5/27/08 at http://dictionary.reference.com/browse/include

**Definition of *include(d):* "to contain, as a secondary or subordinate element,"** THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE, 4th ed., Houghton Mifflin Company (2004), accessed 5/27/08 on Dictionary.com at http://dictionary.reference.com/browse/include

**Definition of *pathway:* "path, course,"** MERRIAM WEBSTER'S COLLEGIATE DICTIONARY, 10th ed., p.850 (2002)

**Definition of *pathway:* "a path, course, route, or way,"** Dictionary.com Unabridged (v 1.1), RANDOM HOUSE, INC.(2006), accessed 5/27/08 at http://dictionary.reference.com/browse/pathway

**Definition of *seal:* "a device to prevent the passage or return of gas or air into a pipe or container,"** MERRIAM WEBSTER'S COLLEGIATE DICTIONARY, 10th ed., p.1049 (2002)

**Definition of *seal:* "an airtight closure,"** THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE (4th ed. 2004), accessed 5/27/08 on Dictionary.com at http://dictionary.reference.com/browse/seal

**Definition of *seal:* "something fixed around the edge of an opening to prevent liquid or gas flowing through it,"** CAMBRIDGE ADVANCED LEARNER'S DICTIONARY, 3rd ed., Cambridge University Press, accessed 5/27/08 at http://dictionary.cambridge.org/define.asp?key=70852&dict=CALD

**Definition of *seal(ed)(ing):* "to close hermetically,"** THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE (4th ed. 2004), accessed 5/27/08 on Dictionary.com at http://dictionary.reference.com/browse/seal

Joint Claim Construction and
Prehearing Statement

**Definition of *hermetically:* "in an airtight manner,"** WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY, p.1059 (2002)

**Definition of *hermetic seal:* "an airtight seal,"** MCGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS, 5th ed., p.926 (1994)

**Definition of *sheet:* "a broad stretch or surface of something,"** MERRIAM WEBSTER'S COLLEGIATE DICTIONARY, 10th ed., p.1076 (2002)

**Definition of *sheet:* "a broad, relatively thin, surface, layer, or covering,"** Dictionary.com Unabridged (v 1.1), RANDOM HOUSE, INC.(2006), accessed 5/27/08 at http://dictionary.reference.com/browse/sheet

**Alberston's Produce Procedures Manual** (printed publication), including p.37: "Fresh Vegetable Tray with Ranch Dressing (8/96)

**"Smart Party Trading Headquarters**," trade brochure published by Apio

**"All Occasion Party Trays**," trade brochure published by Apio

**"Modified Atmosphere Packaging of Fresh Produce,"** FOOD TECHNOLOGY, Sept. 1988, 70-77, D.Zagory, A.Kader.

**"Temperature-activated permeable patch helps Apio keep cut veggies fresh,"** 12/1/98 press release by LANDEC CORP. accessed 5/28/08 on HIGHBEAM ENCYCLOPEDIA at www.encyclopedia.com/doc/1G1-53475297.html

**"BreatheWay Technology,"** information overview on Apio's gas-permeable membranes, accessed 5/28/08 at www.Breathway.com

**"Landec Technology – Technology on the Cutting Edge,"** internet information sheet on BreatheWay packaging accessed 5/28/08 at www.apioinc.com/about/technology.html

**Physical samples and/or photographs of Apio's "Eat Smart" and "All Occasion Party Trays"** shown or described in the 8/16/02 "Disclosure Under 37 CFR 1.56" and its exhibits from the '818 file history, especially the undisclosed lids (admitted prior art).

| | | |
|---|---|---|
| 1 | | **Physical samples and/or photographs of the Foxy Foods party trays** shown or described in Foxy Foods' "Protest Under 37 CFR §1.29(a) including the 8/25/06 "Declaration of Nicholas DaCosta" and attached exhibits from Apio's U.S. Patent Application 11/408,442 |
| | | **Physical samples and/or photographs of the Foxy Foods party trays** shown or described in 7/21/06 "Disclosure Under 37 CFR 1.56" and attached exhibits from the '818 file history |
| | | **Physical samples and/or photographs of Apio's "Foxy-similar" tray** shown or described in the 7/21/06 "Disclosure Under 37 CFR 1.56" and attached exhibits from the '818 file history (admitted prior art) |
| | | **Physical samples and/or photographs of Albertson's Vegetable Tray with Ranch Dressing** (prior art product) |
| | | **Anderson U.S. 4,842,875** |
| | | **Antoon Jr. U.S. 5,045,331** |
| | | **Clarke U.S. 6,376, 032** |
| | | **Clarke U.S. 6,210,724** |
| | | **Clarke International Publication No. WO 00/04787** |
| | | **Clarke U.S. 6,548,132** |
| | | **Colucci, U.S. 5,165,947** |
| | | **Curtis U.S. 5,730, 311** |
| | | **DeMoor U.S. 6,013,293** |
| | | **Ferrar U.S. 4,769,262** |
| | | **Myers U.S. 4,515,266** |

**Joint Claim Construction and
Prehearing Statement**

| Claims | Claim term and construction | Identification of references and evidence in support |
|---|---|---|
| 1, 7, 8, 13 | **display orientation**: means that the container body is oriented so that the base of the container body in the loading orientation provides the top surface of the sealed package | **'818 patent:** Abstract; Col. 1, ln. 25 to Col. 2, ln. 25; Col. 2, lns. 48-52; Col. 3, lns. 1-9; Col. 5, lns. 10-16; Col. 6, lns. 3-15; Col. 6., lns. 53-59; Col. 7, lns. 16-31; Figs. 1-6, 11-16<br><br>**'818 file history:** 8/16/02 Disclosure Under 37 CFR 1.56 and attached exhibits; 8/12/06 Disclosure Under 37 CFR 1.56; 4/11/05 Reply; 4/5/05 Declaration of Wesley P. Pratte; 1/16/06 Reply; 3/6/06 Amendment Under 37 CFR 1.312; 7/21/06 Disclosure Under 37 CFR 1.56 and attached exhibits;<br><br>**Apio's U.S. Patent Application 11/408,442**: 8/12/06 Second Preliminary Amendment; 8/31/06 "Protest Under 37 CFR §1.29(a) including the 8/25/06 "Declaration of Nicholas DaCosta" and attached exhibits; 9/11/06 Protest Under 37 C.F.R. § 1.291(a); Information Disclosure Statement, filed 1/14/07; Third Preliminary Amendment, filed 1/14/07; USPTO Official Action, mailed 3/22/07; 8/23/07 Reply; 9/20/07 Amendment; 10/31/07 USPTO Official Action<br><br>**Apio's U.S. Patent Application 11/408,443**: Notice – 8/12/06 Filing of Terminal Disclaimer and Second Preliminary Amendment; 8/12/06 Disclosure Under 37 CFR 1.56; 8/18/06 Petition to Make Special; 8/28/06 Protest Under 37 C.F.R. § 1.291(a) including the 8/25/06 "Declaration of Nicholas DaCosta" and attached exhibits; 1/12/07 Information Disclosure Statement; 1/12/07 Third Preliminary Amendment; 3/22/07 USPTO Official Action; 8/23/07 Reply; 9/20/07Amendment; 10/31/07 USPTO Official Action<br><br>**Apio's U.S. Patent Application 11/409,354**: 8/12/06 Second Preliminary Amendment; 8/12/06 Disclosure Under 37 CFR 1.56; 5/3/07 Interview Summary; 8/18/06 Petition to Make Special; 8/28/06 Protest Under 37 C.F.R. § 1.291(a) including the 8/25/06 "Declaration of Nicholas DaCosta" and attached exhibits; 1/14/07 Information Disclosure Statement; 5/30/06 Response to Notice to File Corrected Application Papers; 1/12/07 Third Preliminary Amendment; 3/21/07 USPTO Official Action; 8/24/07 Reply; 9/20/07 Amendment; 10/31/07 USPTO Official Action<br><br>**Definition of *orient(ed):*** **"To align or position with respect to a point or system of reference,"** THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE (4th ed. 2004), accessed 5/27/08 on Dictionary.com at http://dictionary.reference.com/browse/orient |

| Claims | Claim term and construction | Identification of references and evidence in support |
|---|---|---|
| | | Definition of *seal:* "a device to prevent the passage or return of gas or air into a pipe or container," MERRIAM WEBSTER'S COLLEGIATE DICTIONARY, 10th ed., p.1049 (2002)<br><br>Definition of *seal(ed)(ing):* "to close hermetically," THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE (4th ed. 2004) accessed 5/27/08 on Dictionary.com at http://dictionary.reference.com/browse/seal<br><br>Definition of *seal:* "a device to prevent the passage or return of gas or air into a pipe or container," MERRIAM WEBSTER'S COLLEGIATE DICTIONARY, 10th ed., p.1049 (2002)<br><br>Definition of *seal:* "an airtight closure," THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE (4th ed. 2004), accessed 5/27/08 on Dictionary.com at http://dictionary.reference.com/browse/seal<br><br>Definition of *seal:* "something fixed around the edge of an opening to prevent liquid or gas flowing through it," CAMBRIDGE ADVANCED LEARNER'S DICTIONARY, 3rd ed., Cambridge University Press, accessed 5/27/08 at http://dictionary.cambridge.org/define.asp?key=70852&dict=CALD<br><br>**Alberston's Produce Procedures Manual** (printed publication), including p.37: "Fresh Vegetable Tray with Ranch Dressing (8/96)<br><br>**"Smart Party Trading Headquarters,"** trade brochure published by Apio<br><br>"**All Occasion Party Trays,"** trade brochure published by Apio<br><br>**"Modified Atmosphere Packaging of Fresh Produce,"** FOOD TECHNOLOGY, Sept. 1988, 70-77, D.Zagory, A.Kader.<br><br>**Physical samples and/or photographs of Apio's "Eat Smart" and "All Occasion Party Trays"** shown or described in the 8/16/02 "Disclosure Under 37 CFR 1.56" and its exhibits from the '818 file history, especially undisclosed lids (admitted prior art).<br><br>**Physical samples and/or photographs of the Foxy Foods party trays** shown or described in Foxy Foods' "Protest Under 37 CFR §1.29(a) including the 8/25/06 "Declaration of Nicholas DaCosta" and attached exhibits from Apio's U.S. Patent Application 11/408,442 |

24

| Claims | Claim term and construction | Identification of references and evidence in support |
|---|---|---|
| | | **Physical samples and/or photographs of the Foxy Foods party trays** shown or described in 7/21/06 "Disclosure Under 37 CFR 1.56" and attached exhibits from the '818 file history

**Physical samples and/or photographs of Apio's "Foxy-similar" tray** shown or described in the 7/21/06 "Disclosure Under 37 CFR 1.56" and attached exhibits from the '818 file history (admitted prior art)

**Physical samples and/or photographs of Albertson's Vegetable Tray with Ranch Dressing** (prior art product)

**McMahon U.S. 4,660,716** |

**(c)**    **The anticipated length of time necessary for the claim construction hearing**

About 1 day.

**(d)**    **Witness information**

**(1)**    *Apio's witness information*

At the Claim Construction Hearing, Apio expects to call Raymond Clarke, Principal Scientist of Apio, regarding what one of ordinary skill in the art would have understood the terms "atmosphere control member", "sealing sheet" and "atmosphere control member included in the sealing sheet" to mean at the time the application was filed. Apio also expects to call Wesley Paul Pratte, the inventor, regarding different implementations by Apio of the claimed invention.

**(2)**    *Mann's witness information*

Mann does not believe "expert" testimony is necessary or helpful at the claim construction stage. However, should Mssrs. Clarke and/or Pratte testify at the claim construction hearing, Mann expects to call its Senior Research Scientist, Julio Loaiza, to the extent considered necessary to rebut and to testify regarding what one of ordinary skill in the art would have understood the terms "atmosphere control member," "sealing sheet," and "atmosphere control member included in the sealing sheet" to mean at the time the application that eventually issued as the '818 patent was filed.

**(e)**    **Issues for a prehearing conference prior to the claim construction hearing, and proposed dates for such a conference**

None.

1    DATED:  June 27, 2008                    SHELDON MAK ROSE & ANDERSON PC

2

3                                              By:    /s/ Marc A. Karish
                                                      Jeffrey G. Sheldon
4                                                     Marc A. Karish
                                                      Attorneys for Plaintiff
5                                                     APIO, INC.

6

7    DATED:  June 27, 2008                    NIXON & VANDERHYE P.C.

8

9                                              By:    /s/  Michael E. Crawford
                                                      Joseph S. Presta
10                                                    Michael E. Crawford
                                                      Attorneys for Defendant
11                                                    MANN PACKING COMPANY, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Claim Construction and
Prehearing Statement

**PROOF OF SERVICE**
CCP §§ 1013, 1013a  (New January 1, 2005)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1.      At the time of service I was over 18 years of age and **not a party to this action**.

2.      My business address is: 100 Corson Street, Third Floor, Pasadena, CA 91103-3842.

3.      On **June 27, 2008**, I served the following document(s):

        **JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

    ☐  The documents are listed on Attachment "A."

4.      I served the documents on the **persons** below, as follows:

    a.  **Name** of person served:

    b.  **Address** of person served:

    c.  **Fax Number** or **e-mail address** of person served, if service was by fax or e-mail:

    d.  Time of service, if personal service was used:

    X The names, addresses, and other applicable information about the persons served is on Attachment "B."

5.      The documents were served by the following means (specify):

    a. ☐  **By personal service**.  I personally delivered the documents to the persons at the addresses listed in Item 4.  (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.  (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

    b. ☐  **By United States mail**.  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in Item 4 and (specify one):

        (1) ☐  **deposited** the sealed envelope with the United States Postal Service, with the postage fully prepaid.

        (2) ☐  **placed** the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Pasadena, California.

    c. ☐  **By overnight delivery**.  I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in Item 4.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in Item 4 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in Item 4. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

f. X **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in Item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

g. X **By E-FILING.** The document will be E-Filed with the Court and a "Notification of E-Filing" will be e-mailed by the Court to all registered attorneys.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I further declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on **June 27, 2008** at Pasadena, California.

_____
Donald K. Piper

## DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in Item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on (date): .

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on **June 27, 2008** at _____, California.

_____        _____
(Name of Declarant)                              (Signature of Declarant)

## ATTACHMENT "B" TO PROOF OF SERVICE

**NAMES, ADDRESSES, AND OTHER APPLICABLE INFORMATION ABOUT PERSONS SERVED:**

| Name of Person Served | Address (business or residential), Fax, or E-mail (as applicable) Where Served | Manner of Service |
|---|---|---|
| Virginia A. Crisp, Esq. | COBLENTZ, PATCH, DUFFY & BASS LLP<br>One Ferry Building, Suite 200<br>San Francisco, California 94111-4213<br>Fax: 415-989-1663<br>Email: ef-vac@cpdb.com | Email and ECF |
| Joseph S. Presta, Esq.<br>Michael E. Crawford, Esq. | NIXON & VANDERHYE P.C.<br>901 North Glebe Road<br>Arlington, Virginia 22203<br>Fax: 703-816-4100<br>Email: jsp@nixonvan.com;<br>mec@nixonvan.com | Email and ECF |