Jeffrey G. Sheldon (State Bar No. 67516)
Marc A. Karish (State Bar No. 205440)
SHELDON MAK ROSE & ANDERSON PC
100 East Corson Street, Third Floor
Pasadena, California  91103-3842
Telephone: (626) 796-4000
Facsimile: (626) 795-6321
E-Mail: mkarish@usip.com

Attorneys for Plaintiff and Counterdefendant
APIO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APIO, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>MANN PACKING COMPANY, INC., a California corporation; and DOES 1 – 10, inclusive,<br><br>  Defendants. | Case No.  CV 07-5628 PVT<br><br>**DECLARATION OF MARC A. KARISH IN SUPPORT OF IN PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF** |
| MANN PACKING COMPANY, INC., a California corporation,<br><br>  Counterclaimant,<br><br>vs.<br><br>APIO, INC., a Delaware corporation,<br><br>  Counterdefendant. | |

I, Marc A. Karish, declare:

1.  I am an attorney at law duly licensed to practice before all of the courts of the State of California and the Federal court of the Northern District of

California. I am an attorney at Sheldon Mak Rose & Anderson and one of the attorneys responsible for representing Apio, Inc. ("Apio") in this matter. I have personal knowledge of the facts set forth below and, if called as a witness and properly sworn, I could and would testify thereto from my own personal knowledge. I make this declaration in support of Apio's Opening Claim Construction Brief.

2. Attached hereto as Exhibit K are true and correct copies of selected pages from Webster's Universal College Dictionary ©2001 with respect to the definition of "rib."

3. Attached hereto as Exhibit L are true and correct copies of (1) selected pages from Webster's Ninth New Collegiate Dictionary ©1991; and (2) selected pages from Webster's Universal College Dictionary ©2001 with respect to the definition of "seal."

4. Attached hereto as Exhibit M are true and correct copies of (1) selected pages from Webster's Ninth New Collegiate Dictionary ©1991; and (2) selected pages from Webster's Universal College Dictionary ©2001 with respect to the definition of "include."

5. Attached hereto as Exhibit N are true and correct copies of selected pages from The Random House Dictionary of the English Language, Second Edition, unabridged ©1987 with respect to the definition of "rib."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed this 11th day of August, 2008 at Pasadena, California.

Marc A. Karish