Jeffrey G. Sheldon (State Bar No. 67516)
Marc A. Karish (State Bar No. 205440)
SHELDON MAK ROSE & ANDERSON PC
100 East Corson Street, Third Floor
Pasadena, California 91103-3842
Telephone: (626) 796-4000
Facsimile: (626) 795-6321
E-Mail: mkarish@usip.com

Attorneys for Plaintiff and Counterdefendant
APIO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APIO, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MANN PACKING COMPANY, INC., a California corporation; and DOES 1 – 10, inclusive,<br><br>　　　　Defendants.<br>_____<br>MANN PACKING COMPANY, INC., a California corporation,<br><br>　　　　Counterclaimant,<br><br>　vs.<br><br>APIO, INC., a Delaware corporation,<br><br>　　　　Counterdefendant. | Case No. CV 07-5628 PVT<br><br>**COMPENDIUM OF EXHIBITS IN SUPPORT OF PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF** |

　　　　PLEASE TAKE NOTICE that Plaintiff and Counterdefendant Apio, Inc. submit this compendium of exhibits to Apio's Opening Claim Construction Brief, as follows:

Exhibit A - Curriculum Vitae of Raymond Clarke.

Exhibit B - U.S. Patent Nos. 5,832,699; 6,296,923; and 6,441,340.

Exhibit C - Paper written by Raymond Clarke and D.R. Paul entitled "Modeling of Modified Atmosphere Packaging Based on Designs with a Membrane and Perforations" for the Journal of Membrane Science 208 (2002) 269-283, submitted for publication in January 2002.

Exhibit D – Pages 1-101 and 1-102 from **"Film Properties of Thermo-plastic Films,"** Handbook of Plastics and Elastomers, McGraw-Hill Book Company ©1975.

Exhibit E – Photograph of Apio, Inc. product which is in accordance with a particular embodiment taught in the '818 Patent. (See Declaration of Wesley Paul Pratte.)

Exhibit F – Photograph of Apio, Inc. product which shows the sealing sheet has multiple perforations which are atmosphere control members which modify the rates at which oxygen and carbon dioxide pass into and out of the sealed package. (See Declaration of Wesley Paul Pratte.)

Exhibit G - U.S. Patent No. 7,083,818.

Exhibit H - the prosecution file history of U.S. Patent No. 7,083,818.

Exhibit I - copies of an Office action dated March 22, 2007 in U.S. Patent Application No. 11/408,442, an Office action dated March 22, 2007 in U.S. Patent Application No. 11/408,443; and an Office action dated March 21, 2007 in U.S. Patent Application No. 11/409,354.

Exhibit J - declaration of Wesley Paul Pratte filed in an Amendment and Response to Office action filed on July 25, 2008 in U.S. Patent Application No. 11/408,443.

Exhibit K - selected pages from Webster's Universal College Dictionary ©2001 with respect to the definition of "rib".

Exhibit L - selected pages from Webster's Ninth New Collegiate Dictionary ©1991 and Webster's Universal College Dictionary ©2001 with respect to the definition of "seal."

Exhibit M - selected pages from Webster's Ninth New Collegiate Dictionary ©1991 and Webster's Universal College Dictionary ©2001 with respect to the definition of "include."

Exhibit N – selected pages from the Random House Dictionary, 2nd Edition, unabridged ©1987 with respect to the definition of "rib."

Exhibit O – U.S. Patent Pub. No. 2003/0057217.

DATED: August 11, 2008

SHELDON MAK ROSE & ANDERSON PC

By: _____
Jeffrey G. Sheldon
Marc A. Karish
Attorneys for Plaintiff
**APIO, INC.**