**EXHIBIT "A"**

**Raymond Clarke**
1394 Marinovich Way, Los Altos, CA 94024
650 967 1969

**Summary**
Development and application of polymeric materials for use in membrane, biomedical and fiber optic applications.
Management and commercialization of R&D projects.
16 US patents.

**Research Projects**
- Developed membrane technology used by Apio Inc for preserving fresh produce. With this family of membranes, the permeability ratio of carbon dioxide to oxygen is controllable as is the total permeability; the permeability is triggered to increase with temperature. (Author of 5 US patents and 5 published applications using this membrane technology).

- Developed novel adhesives whose adhesion can be triggered by temperature and where the release is controlled by raising or lowering the temperature. (2 US Patents)

- Developed fiber optic wave-guides and specifically a distributed temperature sensor using a novel polymeric temperature switchable cladding.( 6 US patents)

- Developed fiber optic coronary and peripheral catheters for ablating obstructions in the artery. (1 US patent).

- Developed polymeric memory compositions for different applications. (1 US patent)

- Studied effect of gamma radiation on polymers. (1 US patent).

**Management Activities**
- Managed multidisciplinary group under a research contract to develop and commercialize temperature responsive membranes for controlling the respiration rate of fresh produce.

- Managed multidisciplinary group to develop in vivo fiber optic blood gas sensors.

**Experiences**
Principle Scientist
Apio Inc.  10/2000 to present.  (Apio is a wholly owned subsidiary of Landec).
Developed family of membranes and products using the temperature switchable technology.

Director of Product Development
Landec Corporation, Menlo Park, CA    5/90 to 10/2000
Developed temperature responsive membranes for use in controlling respiration rate of fresh produce.
Developed temperature sensitive adhesives.

<u>Manager Catheter Development Group</u>
MCM Laboratories Inc. Mountain View CA  7/87 –5/90
Developed fiber optic coronary and peripheral catheters for use in laser angioplasty.

<u>Technical Director</u>
Kelsius Inc.  San Carlos, CA  April 4/84 –7/87
Recruited and led team, which developed fiber optic sensors for pH, carbon dioxide and oxygen sensors for use in the radial artery.

<u>Technical Manager, Fiberoptic Development Group</u>
Raychem Corporation, Menlo Park, CA  8/77-4/84
Developed distributed temperature sensors, low temperature plastic clad silica fiber, radiation hard optical fiber, cable for use on high voltage power lines, improved UV transmitting fiber and Fibersleeve fiberoptic termination system.

<u>Project Leader, Corporate Technology</u>
Raychem Corporation, Menlo Park CA  8/73-8/77
Part of a material science group providing service to a market division.  Developed and productionized a high temperature adhesive for Tefzel.

<u>Project Leader, Corporate Technology</u>
Raychem Ltd., United Kingdom  8/73-8/77
Developed novel polymeric memory materials for use in different applications.  Included conductive, zero halogen flame retardant, oil resistant and high voltage insulator materials.

<u>Polymer Chemist</u>
Gillette Research and Development Laboratories, United Kingdom  8/66-8/73
Studied gamma radiation effects on polymers and medical devices. Developed stabilization systems. Developed medical needle assembly process, (G.B. 1,460,719).  Part of team, which developed an electric razor.

**Selected Patents and Publications.**
A Versatile Membrane System for Bulk Storage and Shipping of Produce in a Modified Atmosphere B.S.Kirkland, R Clarke, D.R. Paul (In press Journal of Membrane Science)
Modeling of Modified Atmosphere Packaging Based on Designs with a Membrane and Perforations D.R. Paul, R. Clarke.  Journal of Membrane Science 208 (2002) 269-283
Intelligent Packaging for Safeguarding Product Quality.   Second International Conference on Active and Intelligent Packaging.  2002
Temperature Switchable Membranes for Packaging Fresh Produce.  TAPPI Polymers Laminations and Coatings Conference 2000.
Temperature Switchable Membranes for Creating and Maintaining Beneficial Package Atmospheres for Fresh Produce.  TAPPI Polymers Laminations and Coatings Conference 1999.
The Future in Film Technology: A Tunable Packaging System for Fresh Produce. Proceedings Volume 5  CA97  Post Harvest Horticulture Series no 19 October, 1997
Temperature Switchable Pressure Sensitive Adhesives  Adhesives Age  September 1993

<u>US Patents</u>
7,329,452        Gas Permeable Membrane

| | |
|---|---|
| 7,169,451 | Gas Permeable Membrane |
| 6,548,132 | Packaging Biological Materials |
| 6,376,032 | Gas permeable Membranes |
| 6,210,724 | Temperature Responsive Containers |
| 5,783,302 | Thermoplastic Elastomers |
| 5,412,035 | Pressure Sensitive Adhesives |
| 5,114,403 | Rotatable Catheter Tip |
| 4,505,542 | Thermostatic fiber optic waveguides |
| 4,431,264 | Fluorosiloxane optical cladding |
| 4,417,782 | Fiber optic temperature sensing |
| 4,373,768 | Thermostatic fiber optic waveguides |
| 4,317,616 | Fluorosiloxane optical cladding |
| 4,290,668 | Fiber optic waveguide termination and method of forming same. |
| 4,275,180 | Polymer Compositions |
| 3,758,273 | Process for Sterilizing Polypropylene Objects |

**Education**
Honors Degree in Chemistry, University of Bradford, United Kingdom. 1966

**Personal**
US citizen.