**EXHIBIT "D"**

dbooks:
–Processes

l Engineers

with Tables

s and Plants
ers

d Engineers

ok

g and

ok

# Handbook of Plastics and Elastomers

**CHARLES A. HARPER**  *editor-in-chief*
Westinghouse Electric Corporation
Baltimore, Maryland

McGRAW-HILL BOOK COMPANY

New York   St. Louis   San Francisco   Auckland   Düsseldorf
Johannesburg   Kuala Lumpur   London   Mexico   Montreal
New Delhi   Panama   Paris   São Paulo   Singapore
Sydney   Tokyo   Toronto

Library of Congress Cataloging in Publication Data

Main entry under title:

Handbook of plastics and elastomers.

   Includes bibliographies and index.
   1. Plastics—Handbooks, manuals, etc.  2. Elastomers—Handbooks, manuals, etc.  I. Harper, Charles A.
TP1130.H36        668.4'02'02        75-9790
ISBN 0-07-026681-6

Copyright © 1975 by McGraw-Hill, Inc. All rights reserved.
Printed in the United States of America. No part of this
publication may be reproduced, stored in a retrieval system,
or transmitted in any form or by any means, electronic,
mechanical, photocopying, recording, or otherwise, without
the prior written permission of the publisher.

9  VBVB   8987654

*The editors for this book were Harold B. Crawford
and Ruth Weine, the designer was Naomi Auerbach,
and its production was supervised by Teresa F. Leaden.
It was set in Caledonia by Monotype Composition Company, Inc.*

:orage. The deterioration
hibited by storage at low

ral key properties but are
hapter described in detail
mited to film properties.
in selection of the proper
36.
ric strength and flexibility.
Electric strength is also
films have higher electric
incidence of holes in the
lly improves their physical
g the films, thereby reduc-
ity of the polymer. This
ated temperature, and the
l during service.
riety of adhesives. Those
ice-treated for bonding by
bined to obtain bondable
fins laminated to polyester

and often are used either
colors obtained by use of
ed into the resin, increasing
olding to provide color or
g and plating will be pre-

ng than precolored resin or
paint, and proper considera-
d. Table 37 is a selection
on ratings for various paints.
owing sections.
ermines if a bake-type paint
re the plastic can tolerate.
to solvent attack dictates the
rate is desirable to improve
rface and results in cracking

parts with localized areas of
the plastic and cause crazing.
liminate the problem. Often
led part to prevent locked-in

l-release agents often cause
the plastic surface must be

compounded with plasticizers
rate to the surface and may
coating should be checked for
r the specific plastic formula-

**TABLE 35   Film Properties of Thermoplastic Films**[48]

| Property | ASTM test No. | Cellulose acetate | Cellulose triacetate | Cellulose acetate butyrate | FEP fluorocarbon | Polyamide | | Polytrifluorochloroethylene copolymers | Polymethylmethacrylate | Polyethylene | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Nylon 6 | Nylon 6/6 | | | Low density | Medium density | High density |
| Method of processing | | Casting, extrusion | Casting | Casting, extrusion | Extrusion | Extrusion | Extrusion | Extrusion | Extrusion two-way stretch, orientation | Extrusion | Extrusion | Extrusion |
| Forms available | | Sheets, rolls, tapes | Sheets, rolls | Sheets, rolls | Rolls, sheets, tubes | Rolls, tubes | Rolls | Rolls | Rolls, sheets | Rolls, sheets, tapes, tubes | Rolls, sheets, tapes, tubes | Rolls, sheets, tapes, tubes |
| Thickness range, in. | | 0.0005 –0.250 | 0.0008 –0.030 | 0.0011 –0.150 | 0.0005 –0.020 | 0.0005 –0.030 | 0.0005–0.020 | 0.0005 –0.030 | 0.005–0.010 | 0.0003 and up | 0.0003 and up | 0.0004 and up |
| Max width, in. | | 40–60 | 40–60¾ | 40 cast 42 extruded | 46–48 | 54 | 20 | 54 | | | | |
| Area factor, in.²/(lb)(mil) | | 21,000 –22,000 | 21,000 –22,000 | 23,000 (1-mil) | 12,900 | 24,500 | 24,200 | 13,000 | 23,400 | 30,000 | 29,500 | 29,000 |
| Specific gravity | D 1505-63T | 1.28–1.31 | 1.28–1.31 | 1.19–1.20 | 2.15 | 1.13 | 1.14 | 2.05–2.15 | 1.18–1.19 | 0.910–0.925 | 0.926–0.940 | 0.941–0.965 |
| Tensile strength, lb/in.² | D 882-61T | 8,000 –16,400 | 9,000 –18,000 | 5,000–9,000 | 2,500–3,000 | 9,000 –18,000 | 9,000 –12,000 | 5,000–8,000 | 8,200–8,300 | 1,500–3,000 | 2,000–3,500 | 2,400–5,100 |
| Elongation, % | D 882-61T | 15–70 | 10–40 | 50–100 | 300 | 250–350 | 200 | 50–150 | 4–12 | 100–700 | 50–850 | 10–650 |
| Bursting strength at 1-mil thickness, Mullen points | D 774-63T | 30–60 | 50–70 | 40–70 | 11 | Elongates | | 23–31 | | 10–12 | 50–300 | 15–300 |
| Tearing strength, g* | D 1922-61T | 4–10 (1-mil) | 4–10 | 5–10 (1-mil) | 125 | 50–90 | | 8–29 | | 100–500 | | |
| Tearing strength, lb/mil | D 1004-61 | 1–2 | 55–395 | 80–105 | 600 | 1,000–1,210 | | 330–900 | 340–380 | 65–575 | | |
| Folding endurance | D 2167-63T | 500–2,000 (1-mil) | 1,000–4,000 (1-mil) | 800–1,200 | 4,000 | >260,000 | | Good | | Excellent | Very high | Very high |
| Water absorption after 24 h, % | D 570-63 | 5–9 (5-mil) | 2–4.5 | 1–2 | <0.01 | 9.5 | 8.9 | Nil | 0.3–0.4 | <0.01 | <0.01 | Nil |
| Water-vapor permeability: g/(100 in.²)(24 h)(mil) at 25°C | E-96-63S(E) | 3,000 | 2,000 | 2,000 | 0.40 | 5.4–29 at 38°C | 3–6 | 0.025–0.055 | | 1.0–1.5 | 0.7 | 0.3 |
| g/(m²)(24 h)(mm thickness) at 25°C | | 476–1,200 | 790 | 790 | | | | | 0.5 | 0.512 | | |
| Permeability to gases, cm³/(100 in.²)(mil thickness)(24 h)(atm) at 25°C: | D 1434-63 | | | | | | | | | | | |
| CO₂ | | 850–1,000 | 880 | 6,000 | 1,670 | 9.7–45 | 9.1 | 16–40 | | 2,700 | 2,500 | 580 |
| H₂ | | 835 | | | 2,200 | 90–250 | | 220–330 | | | 1,350 | |
| N₂ | | 30–40 | 30 | 250 | 320 | 0.9–6 | 0.35 | 2.5 | | 180 | 315 | 42 |
| O₂ | | 117–150 | 150 | 950 | 750 | 2.6 (dry)–25 | 5.0 | 7–15 | | 500 | 635 | 185 |

* Propagating.
† Initial.

**TABLE 35 Film Properties of Thermoplastic Films[a] (Continued)**

| Property | ASTM test No. | Polystyrene | Regenerated cellulose (cellophane) | Polycarbonate | Polyimide | Polyvinyl fluoride | Polypropylene Extrusion (cast) | Polypropylene Biaxially oriented | Polyester (PE terephthalate) | Polytetra-fluoroethylene |
|---|---|---|---|---|---|---|---|---|---|---|
| Method of processing | ...... | Extrusion oriented | Extrusion into bath | Casting, extrusion | ...... | Extrusion | Extrusion (cast) | Orientation | Casting, extrusion | Skiving, casting extrusion |
| Forms available | ...... | Rolls, sheets | Sheets, rolls, ribbons | Rolls (extruded) | Rolls | Rolls | Sheets, rolls, tapes | Rolls | Sheets, rolls, tapes, tubes | Sheets, tapes tubing |
| Thickness range, in. | ...... | 0.001 | 0.0008–0.0019 | 0.0005–0.020 | 0.0005–0.005 | 0.0005–0.002 | 0.0005 and up | 0.0005–0.00125 | 0.00015–0.014 | Up to 0.010 |
| Max width, in. | ...... | 40 | 60 | 45 cast; 36 extruded | 18 | 138 | 60 | 48–72 | 60–120 | 38 |
| Area factor, in.²/(lb)(mil) | D 1505-63T | 26,100 | 11,600–25,000 | 22,100 | 19,400 | 17,200 | 30,000–31,200 | 30,600 | 19,800–22,600 | 12,800 |
| Specific gravity | D 882-64T | 1.05–1.07 | 1.40–1.50 | 1.20 | 1.42 | 1.38 | 0.885–0.9 | 0.902–0.907 | 1,380–1,399 | 2.1–2.2 |
| Tensile strength, lb/in.² | | 7,000–12,000 | 7,000–18,000 | 8,400–8,900 | 25,000 | 7,000–18,000 | 4,500–10,000 | 12,000–33,000 | 20,000–30,000 40,000 (type T) | 1,500–4,000 |
| Elongation, % | D 882-64T | 10 | 10–60 | 85–105 | 70 | 115–250 | 550–1,000 | 50–200 | 70–130; 50 (type T) | 100–350 |
| Bursting strength at 1-mil thickness, Mullens points | D 774-63T | 30 | 55–65 | No break 4 mil, 25–35 | 75 | 19–70 | ...... | ...... | 55–80 | |
| Tearing strength, $g_i$ | D 1922-61T | 2–8 | 2–20 | 20–25 | 8 | 12–40 | 500-TD 25-MD | 7–20 | 12–27 | 10–100 |
| Tearing strength, lb/mil | D 1004-61 | ...... | 110–515 | 1,150–1,570 | 510 g/mil | 937–1,400 | | | 1,000–1,200 | |
| Folding endurance | D 2157-63T | Low | ...... | 250–400 | 10,000 | 5,000–47,000 | Very high | Excellent | >100,000 | |
| Water absorption after 24 hr, % | D 570-63 | 0.04 | 45–115 | 0.35 | 2.9 | <0.5 | 0.005 or less | <0.005 | <0.8 | 0.00 |
| Water-vapor permeability: g/(100 in.²)(24 h)(mil) at 25°C | E-96-535(E) | 6.2 | 0.4–134 | 11.0 | 5.4 | 3.24 | 0.4–1.0 | 0.35–0.45 | 1.7–1.8 | |
| g/(m²)(24 h)(mm thickness) at 25°C | | ...... | ...... | 6.7 | ...... | ...... | 0.1575 | 0.14 | | |
| Permeability to gases, cm³/(100 in.²)(mil thickness)(24 h)(atm) at 25°C: | D 1434-63 | | | | | | | | | |
| $CO_2$ | | 925 | 0.4–6.0 | 1,075 | 45 | 15 | 900 | 370 | 16 | |
| $H_2$ | | ...... | 1.2–2.2 | 1,600 | 250 | 58 | 1,700 | ...... | 100 | |
| $N_2$ | | 42 | 0.5–1.6 | 50 | 6 | 0.25 | 48 | ...... | 0.7–1.0 | |
| $O_2$ | | 213 | 0.2–5.0 | 300 | 25 | 3 | 240 | 120 | 3.5–5.0 | |