**EXHIBIT "F"**

