11/04/2004  20:53

# === COVER PAGE ===

**TO:** _____

FAX: 17038729306

**FROM:** T&S RICHARDSON_____

FAX: 650-8542384

TEL: 650-85466304

**COMMENT:**

BEST AVAILABLE COPY

PAGE 1/37 * RCVD AT 11/3/2004 10:53:20 PM [Eastern Standard Time] * SVR:USPTO-EFXRF-1/0 * DNIS:8729306 * CSID:650 8542384 * DURATION (mm-ss):18-44

H-230

11/04/2004  20:53    650-8542384                    T&S RICHARDSON           PAGE  01

RECEIVED
CENTRAL FAX CENTER

NOV 0 3 2004

## TRANSMITTAL FORM AND FEE TRANSMITTAL

| Attorney Docket No. | 14181 | Applicant | Pratte |
|---|---|---|---|
| Application No. | 10/222,435 | Filing Date | August 16, 2002 |
| Examiner | Robert Madsen | Group Art Unit | 1761 |

### This Transmittal Sheet is accompanied by

Reply to Office Action mailed June 3, 2004; and copy of European Application 0351116.

### Fee Calculations (applicant is a small entity)

| | | | | | Fee Paid |
|---|---|---|---|---|---|
| (1)   Filing fee | | | 740/370 | | $ |
| (2) Extra claim fees | Claims Remaining After Amendment | Highest No. Previously Paid For | Present Extra | Rate Fee | Fee Paid |
| Total Claims | 47 | -25 = | 22 | x 18/9 | $198.00 |
| Ind. Claims | 7 | – 6 = | 1 | x 80/40 | $40.00 |
| Multiple dependent claim(s) presented for first time (c) | | | No | 280/140 | $ |
| | | | Subtotal (2) Extra claim fees | | $238.00 |
| (3)   Additional or other fees | | | | | Fee Paid |
| Extension for Reply (1,2,3 months): $110/55, 430/215, 980/490) 2 months | | | | | $ 215.00 |
| Petition to Commissioner ($130) | | | | | |
| Information Disclosure Statement ($180) | | | | | |
| | | | Subtotal (3) Additional or other fees | | $215.00 |
| | Total Fees Submitted (Sum of Subtotals (1), (2), and (3)) | | | | $453.00 |

5   **Authorization to Charge Deposit Account for Filing Fees**
The Assistant Commissioner for Patents is hereby authorized to charge the above fees and any additional fees required under 37 CFR §§ 1.16 and 1.17, and credit any overpayments to, the following deposit account.

Deposit Account No:  **19-2090**          Deposit Account Name:  **Sheldon & Mak**

10   .

CERTIFICATE OF FACSIMILE
TRANSMISSION UNDER 37 CFR 1.8
I hereby certify that this paper is being sent by facsimile
transmission to the United States Patent and Trademark
Office (703) 872 9306) on November 3, 2004

Typed name of person signing this certificate:
T. H. P. Richardson, Reg No. 27805.
Tel No. 650 854 6304
Signature

Respectfully Submitted,

Name         T. H. P. Richardson
Reg. No 27805
Tel. No.650-854-6304
Fax No.626-795-6321
Sheldon & Mak
225 South Lake Avenue
Pasadena, CA 91101

H-231

11/04/2004  20:53  650-8542384                     T&S RICHARDSON    RECEIVED    PAGE  02
                                                        CENTRAL FAX CENTER

                                                         NOV 0 3 2004

Docket No. 14181


# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

5   Applicant:    Pratte                          Group Art Unit: 1761

    Serial No.:   10/222,435                      Examiner: Robert Madsen

    Filing Date: August 16, 2002

    Title:        Party Tray


10  Mail Stop Amendment

    Commissioner for Patents

    P.O. Box 1450

    Alexandria, VA 22313-1450

                              **REPLY**

15  Sir,

           This paper is filed in reply to the Office Action mailed June 3, 2004. Applicant

    requests an extension of two months, i.e. until November 3, 2004, for filing this Reply.

    Reexamination, reconsideration and allowance are respectfully requested in view of the

    Amendments and Remarks below.

20

    **Statement of the Substance of the Interview.**


           The Examiner is thanked for his courtesy and attention at the interview on

    November 1, 2004. The Interview Summary prepared by the Examiner is correct, and

25  the only additional points that need be noted are that the Examiner agreed

           (1)     that the application as filed provides basis for the independent claims

                   considered at the interview (which are the same as independent claims 1, 35, 44,

                   52, 60, 64 and 69 in the amended claims requested below) and for the

           **CERTIFICATE OF FACSIMILE TRANSMISSION UNDER 37 CFR 1.8**

I hereby certify that this paper is being sent by facsimile transmission to the United States Patent and Trademark Office
(703 872 9306) on November 3, 2004
Typed name of person signing this certificate: T. H. P. Richardson, Reg No. 27805, Tel No. 650 854 6304, Fax No.
650 854 6304
Signature

5    dependent claims considered at the interview (which are substantially the same as, or very similar to, in the amended claims requested below, claims 27-29, 31 and 33 dependent on claim 1, claims 37, 38, 40 and 42 dependent on claim 35, claims 45, 46, 48 and 50 dependent on claim 44, claims 53, 54, 56 and 58 dependent on claim 52, claim 62 dependent on claim 60, claims 65 and 67, dependent on claim 64, and claims 70 and 71, dependent on claim 69); and

(2)      that, providing claim 2 was retained, the seven independent claims considered at the interview could properly be prosecuted in this application.

10   **Amendments to the Specification**

Amendments to the specification begin on page 2 of this paper.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 4 of this paper.  In these claims, claim 2 is unchanged, and, as noted above, amended

15   claim 1 and independent claims 35, 44, 52, 60, 64 and 69 are the same as amended claim 1 and independent claims A, B, C, D, E and F considered at the interview.

**Remarks/Arguments** begin on page 12 of this paper.

2

H-233

**This Page is Inserted by IFW Indexing and Scanning Operations and is not part of the Official Record**

## BEST AVAILABLE IMAGES

Defective images within this document are accurate representations of the original documents submitted by the applicant.

Defects in the images include but are not limited to the items checked:

☐ **BLACK BORDERS**

☐ **IMAGE CUT OFF AT TOP, BOTTOM OR SIDES**

☑ **FADED TEXT OR DRAWING**

☑ **BLURRED OR ILLEGIBLE TEXT OR DRAWING**

☐ **SKEWED/SLANTED IMAGES**

☐ **COLOR OR BLACK AND WHITE PHOTOGRAPHS**

☑ **GRAY SCALE DOCUMENTS**

☑ **LINES OR MARKS ON ORIGINAL DOCUMENT**

☐ **REFERENCE(S) OR EXHIBIT(S) SUBMITTED ARE POOR QUALITY**

☐ **OTHER:** _____

## IMAGES ARE BEST AVAILABLE COPY.
## As rescanning these documents will not correct the image problems checked, please do not report these problems to the IFW Image Problem Mailbox.

H-234

11/04/2004  20:53

# === COVER PAGE ===

TO:          _____

     FAX: 17038729306

FROM:     T&S RICHARDSON

     FAX: 650-8542384

     TEL: 650-85466304

COMMENT:

BEST AVAILABLE COPY

PAGE 1/37 * RCVD AT 11/3/2004 10:53:20 PM [Eastern Standard Time] * SVR:USPTO-EFXRF-1/0 * DNIS:8729306 * CSID:650 8542384 * DURATION (mm-ss):18-44

H-235

11/04/2004  20:53    650-8542384              T&S RICHARDSON                    PAGE  01

RECEIVED
CENTRAL FAX CENTER

NOV 03 2004

## TRANSMITTAL FORM AND FEE TRANSMITTAL

| Attorney Docket No. | 14161 | | Pratte |
|---|---|---|---|
| Application No. | 10/222,435 | | August 16, 2002 |
| Examiner | Robert Madsen | | 1761 |

### This Transmittal Sheet is accompanied by
   Reply to Office Action mailed June 3, 2004; and copy of European Application 0351116.

### Fee Calculations (applicant is a small entity)

| | | | | Application as | Fee Paid |
|---|---|---|---|---|---|
| (1)    Filing fee | | | | 740/370 | $ |
| (2) Extra claim fees | | | | | Fee Paid |
| Total Claims | 47 | -25 = | 22 | x 18/9 | $198.00 |
| Ind. Claims | 7 | - 6 = | 1 | x 80/40 | $40.00 |
| Multiple dependent claim(s) presented for first time (c) | | | No | 280/140 | $ |
| | | | Subtotal (2) Extra claim fees | | $238.00 |
| (3)    Additional or other fees | | | | | Fee Paid |
| Extension for Reply (1,2,3 months: $110/55, 430/215, 980/490) 2 months | | | | | $ 215.00 |
| Petition to Commissioner ($130) | | | | | |
| Information Disclosure Statement ($180) | | | | | |
| | | | Subtotal (3) Additional or other fees | | $215.00 |
| | | Total Fees Submitted (Sum of Subtotals (1), (2), and (3)) | | | $453.00 |

5    **Authorization to Charge Deposit Account for ___ Fees**
The Assistant Commissioner for Patents is hereby authorized to charge the above fees and any
additional fees required under 37 CFR §§ 1.16 and 1.17, and credit any overpayments to, the
following deposit account.
     Deposit Account No: __19-2090__          Deposit Account Name: __Sheldon & Mak__

10

| |
|---|
| **CERTIFICATE OF FACSIMILE TRANSMISSION UNDER 37 CFR 1.8**<br>I hereby certify that this paper is being sent by facsimile transmission to the United States Patent and Trademark Office (703 872 9306) on November 3, 2004<br><br>Typed name of person signing this certificate:<br>T. H. P. Richardson, Reg No. 27805<br>Tel No. 650 854 6304<br>Signature |

Respectfully Submitted,

Name    T. H. P. Richardson
Reg. No 27805
Tel. No.650-854-6304
Fax No.626-795-6321
Sheldon & Mak
225 South Lake Avenue
Pasadena, CA 91101

H-236

11/04/2004  20:53    650-8542384                    T&S RICHARDSON    RECEIVED    PAGE  02
                                                                 CENTRAL FAX CENTER

                                                                 NOV 0 3 2004

Docket No. 14181


## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

5    Applicant:    Pratte                      Group Art Unit: 1761

     Serial No.:    10/222,435                 Examiner: Robert Madsen

     Filing Date: August 16, 2002

     Title:        Party Tray


10   Mail Stop Amendment

     Commissioner for Patents

     P.O. Box 1450

     Alexandria, VA 22313-1450

### REPLY

15   Sir,

         This paper is filed in reply to the Office Action mailed June 3, 2004.  Applicant
     requests an extension of two months, i.e. until November 3, 2004, for filing this Reply.
     Reexamination, reconsideration and allowance are respectfully requested in view of the
     Amendments and Remarks below.

20

     **Statement of the Substance of the Interview.**


         The Examiner is thanked for his courtesy and attention at the interview on
     November 1, 2004.  The Interview Summary prepared by the Examiner is correct, and
25   the only additional points that need be noted are that the Examiner agreed

              (1)    that the application as filed provides basis for the independent claims

              considered at the interview (which are the same as independent claims 1, 35, 44,

              52, 60, 64 and 69 in the amended claims requested below) and for the

**CERTIFICATE OF FACSIMILE TRANSMISSION UNDER 37 CFR 1.8**

I hereby certify that this paper is being sent by facsimile transmission to the United States Patent and Trademark Office
(703 872 9306) on November 3, 2004
Typed name of person signing this certificate: T. H. P. Richardson, Reg No. 27805, Tel No. 650 854 6304, Fax No.
650 854 6304
Signature

PAGE 3/37 * RCVD AT 11/3/2004 10:53:20 PM [Eastern Standard Time] * SVR:USPTO-EFXRF-1/0 * DNIS:8729306 * CSID:650 8542384 * DURATION (mm-ss):18-44

H-237

dependent claims considered at the interview (which are substantially the same as, or very similar to, in the amended claims requested below, claims 27-29, 31 and 33 dependent on claim 1, claims 37, 38, 40 and 42 dependent on claim 35, claims 45, 46, 48 and 50 dependent on claim 44, claims 53, 54, 56 and 58 dependent on claim 52, claim 62 dependent on claim 60, claims 65 and 67, dependent on claim 64, and claims 70 and 71, dependent on claim 69); and

5

(2)     that, providing claim 2 was retained, the seven independent claims considered at the interview could properly be prosecuted in this application.

10  **Amendments to the Specification**

Amendments to the specification begin on page 2 of this paper.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 4 of this paper.  In these claims, claim 2 is unchanged, and, as noted above, amended

15  claim 1 and independent claims 35, 44, 52, 60, 64 and 69 are the same as amended claim 1 and independent claims A, B, C, D, E and F considered at the interview.

**Remarks/Arguments** begin on page 12 of this paper.

2

H-238

**This Page is Inserted by IFW Indexing and Scanning Operations and is not part of the Official Record**

## BEST AVAILABLE IMAGES

Defective images within this document are accurate representations of the original documents submitted by the applicant.

Defects in the images include but are not limited to the items checked:

- ☐ **BLACK BORDERS**

- ☐ **IMAGE CUT OFF AT TOP, BOTTOM OR SIDES**

- ☑ **FADED TEXT OR DRAWING**

- ☑ **BLURRED OR ILLEGIBLE TEXT OR DRAWING**

- ☐ **SKEWED/SLANTED IMAGES**

- ☐ **COLOR OR BLACK AND WHITE PHOTOGRAPHS**

- ☑ **GRAY SCALE DOCUMENTS**

- ☑ **LINES OR MARKS ON ORIGINAL DOCUMENT**

- ☐ **REFERENCE(S) OR EXHIBIT(S) SUBMITTED ARE POOR QUALITY**

- ☐ **OTHER:** _____

**IMAGES ARE BEST AVAILABLE COPY.
As rescanning these documents will not correct the image problems checked, please do not report these problems to the IFW Image Problem Mailbox.**

H-239

**Amendments to the Specification:**

1.     After the paragraph beginning on page 6, line 5 (with the words "In a first aspect...") and ending on page 6, line 19 (with the words "... upside-down"), please
5    insert the following new paragraph.

In this method, as in the other methods of the invention, there can optionally be intermediate steps. Thus, step B follows step A with or without an intermediate step between step A and step B, and step C follows step B with or without an intermediate
10    step between step B and step C.  It is possible to use the known technique of modified atmosphere packaging (MAP) with control of the initial atmosphere within the party tray, in which case the initial packaging atmosphere around the foodstuffs is the controlled atmosphere which, through an intermediate step, replaces air initially present in the container body.  Alternatively, it is possible to use the known technique of modified
15    atmosphere packaging without control of the initial packaging atmosphere, in which case the initial packaging atmosphere is air.

2.     Please rewrite the paragraph beginning on page 8, line 6 (with the words "The sealed packages...") and ending on page 8, line 13 (with the words "... in the sealing
20    sheet.") as follows.

The sealed packages referred to in describing the invention preferably include one or more atmosphere control members an atmosphere control member. The term "atmosphere control member" is used herein to denote any member which modifies the
25    rates at which oxygen and carbon dioxide pass into and out of the sealed package. Atmosphere control members are well-known and are described for example in U.S. Patent No. 6,376,032 and WO 00/0477, the entire disclosures of which are incorporated herein by reference for all purposes. An atmosphere control member can for example be placed over a window in the container body and/or over a window in the sealing
30    sheet. The atmosphere control member(s) are preferably such that at 22°C at least 75% of the oxygen entering the packaging atmosphere (i.e. the atmosphere within the

3

H-240

11/04/2004  20:53    650-8542384              T&S RICHARDSON                    PAGE  05

sealed package surrounding the foodstuffs) passes through the atmosphere control member(s), and the atmosphere control member(s) can provide substantially the only pathways for oxygen and carbon dioxide to enter or leave the packaging atmosphere.

5    3.    Please rewrite the paragraph beginning on page 11, line 17 (with the words "The foodstuffs used ...") and ending on page 11, line 19 (with the words "... or fresh fruit.") as follows.

       The foodstuffs used in the present invention can be of any kind, but the invention
10  is particularly useful when at it least one of the foodstuffs is a respiring material, for example a fresh vegetable or fresh fruit.  For example, each compartment can contain multiple pieces of a single type of fresh vegetable.

4

H-241

**Amendments to the Claims:**

This listing of claims will replace all prior versions, and listings, of claims in the application:

5

**Listing of Claims:**

1.  (Currently Amended)    A method of preparing a party tray which comprises the steps of

10    A)    providing a container body which

(i)    is composed of a transparent polymeric material,

(ii)    has a depth of 1 to 4 in.,

(iii)    has a circumference of 30 to 100 in.; and which

(iv)    comprises

15    1)    a base,

2)    a continuous wall which extends away from the base and is contiguous with the base,

3)    a continuous rim which is contiguous with the wall, and

4)    partitions which extend upwards from the base and create

20    compartments within the container body;

B)    placing foodstuffs in the compartments, at least some of the foodstuffs being fresh vegetables;

C)    after step B, sealing a sealing sheet of polymeric material to the rim of the container body,  thus creating a sealed package (i) which contains the foodstuffs

25    and a packaging atmosphere around the foodstuffs, the initial packaging atmosphere being air, (ii) whose outer surface is defined by the container body and the sealing sheet, and (iii) which includes at least one atmosphere control member;

D)    after step C, placing a support tray over the sealing sheet; and

30    E)    after step D, turning the sealed package and the support tray placed thereon upside-down;

5

H-242

whereby the party tray can be displayed for sale so that the foodstuffs are viewed by a shopper through the ~~transparent~~ container body.

2. (Original) A method according to claim 1 wherein the partitions are removably
5    located within the container body.

3-25. (Cancelled)

26. (New)    A method according to claim 1 wherein there is no intermediate step
10    between step B and step C.

27. (New)    A method according to claim 1 wherein, after step E, the foodstuffs rest on the sealing sheet, and the sealing sheet is supported by the support tray.

15    28. (New)    A method according to claim 27 wherein the atmosphere control member, or one of the atmosphere control members if there is more than one atmosphere control member, covers a window in the sealing sheet, and the support tray comprises ribs such that air can circulate between support member and the atmosphere control member.
20

29. (New)    A method according to claim 1 wherein the atmosphere control member, or each of the atmosphere control members if there is more than one atmosphere control member, covers a window in the sealing sheet or a window in the container body.
25

30. (New)    A method according to claim 1 wherein the partitions are cavity walls, and the container body has been prepared by molding a polymeric material, thus forming the base, wall, rim and partitions at the same time.

6

H-243

11/04/2004  20:53    650-8542384                T&S RICHARDSON                PAGE  08

31.  (New)    A method according to claim 2 wherein the partitions have little or no visual impact when the party tray is displayed for sale so that the foodstuffs are viewed by a shopper through the container body.

5    32.  (New)    A method according to claim 1 wherein, before step B, a carton of vegetable dip is placed in the center of the container body, and the carton has walls which help to define the compartments.

33.  (New)    A method according to claim 1 wherein at 22°C at least 75% of the oxygen
10    entering the packaging atmosphere passes through said at least one atmosphere control member.

34.  (New)    A method according to claim 1 which includes, after step E, the step of displaying the party tray for sale so that the foodstuffs are viewed by a shopper through
15    the container body.

35.  (New)    A method of preparing a party tray which comprises the steps of
         A)    providing a container body which
              (i)    is composed of a transparent polymeric material,
20            (ii)   has a depth of 1 to 4 in.,
              (iii)  has a circumference of 30 to 100 in.; and
              (iv)   comprises
                     1)    a base,
                     2)    a continuous wall which extends away from the base and is
25                         contiguous with the base,
                     3)    a continuous rim which is contiguous with the wall, and
                     4)    partitions which extend upwards from the base and create
                           compartments within the container body;
         B)    placing foodstuffs in the compartments, at least some of the foodstuffs
30            being fresh vegetables;

7

H·244

C)    after step B, and without any intermediate step between step B and step

C, sealing a sealing sheet of polymeric material to the rim of the container body,

thus creating a sealed package (i) which contains the foodstuffs and a packaging

atmosphere around the foodstuffs, (ii) whose outer surface is defined by the

5        container body and the sealing sheet, and (iii) which includes at least one

atmosphere control member;

D)    after step C, placing a support tray over the sealing sheet; and

E)    after step D, turning the sealed package and the support tray placed

thereon upside-down;

10    whereby the party tray can be displayed for sale so that the foodstuffs are viewed by

a shopper through the container body.


36.  (New)    A method according to claim 35 wherein, after step E, the foodstuffs rest

on the sealing sheet, and the sealing sheet is supported by the support tray.

15

37.  (New)    A method according to claim 36 wherein the atmosphere control member,

or one of the atmosphere control members if there is more than one atmosphere control

member, covers a window in the sealing sheet, and the support tray comprises ribs

such that air can circulate between support member and the atmosphere control

20    member.


38.  (New)    A method according to claim 35 wherein the atmosphere control member,

or each of the atmosphere control members if there is more than one atmosphere

control member, covers a window in the sealing sheet or a window in the container

25    body.


39.  (New)    A method according to claim 35 wherein the partitions are cavity walls,

and the container body has been prepared by molding a polymeric material, thus

forming the base, wall, rim and partitions at the same time.

30

8

H-245

40. (New)    A method according to claim 35 wherein the partitions are removably located within the container body and have little or no visual impact when the party tray is displayed for sale so that the foodstuffs are viewed by a shopper through the container body.

5

41. (New)    A method according to claim 35 wherein, before step B, a carton of vegetable dip is placed in the center of the container body, and the carton has walls which help to define the compartments.

10   42. (New)    A method according to claim 35 wherein said at least one atmosphere control member provides substantially the only pathways for oxygen and carbon dioxide to enter or leave the packaging atmosphere.

43. (New)    A method according to claim 35 which includes, after step E, the step of
15   displaying the party tray for sale so that the foodstuffs are viewed by a shopper through the container body.

44. (New)    A method of preparing a party tray which comprises the steps of
         A)    providing a container body which
20            (i)    is composed of a transparent polymeric material,
              (ii)   has a depth of 1 to 4 in.,
              (iii)  has a circumference of 30 to 100 in.; and
              (iv)   comprises
                     1)    a base,
25                   2)    a continuous wall which extends away from the base and is
                          contiguous with the base,
                     3)    a continuous rim which is contiguous with the wall, and
                     4)    partitions which extend upwards from the base and create
                          compartments within the container body;
30       B)    placing foodstuffs in the compartments, at least some of the foodstuffs
              being fresh vegetables;

9

H-246

11/04/2004  20:53    650-8542384                    T&S RICHARDSON                        PAGE  11

C)      after step B, sealing a sealing sheet of polymeric material to the rim of the container body,  thus creating a sealed package (i) which contains the foodstuffs and a packaging atmosphere around the foodstuffs, (ii) whose outer surface is defined by the container body and the sealing sheet, and (iii) which includes at least one atmosphere control member;

5

D)      after step C, placing a support tray over the sealing sheet; and

E)      after step D, turning the sealed package and the support tray placed thereon upside-down, so that the foodstuffs rest on the sealing sheet, and the sealing sheet is supported by the support tray;

10      whereby the party tray can be displayed for sale so that the foodstuffs are viewed by a shopper through the container body.

45.  (New)    A method according to claim 44 wherein the atmosphere control member, or one of the atmosphere control members if there is more than one atmosphere control

15      member, covers a window in the sealing sheet, and the support tray comprises ribs such that air can circulate between support member and the atmosphere control member.

46.  (New)    A method according to claim 44 wherein the atmosphere control member,

20      or each of the atmosphere control members if there is more than one atmosphere control member, covers a window in the sealing sheet or a window in the container body.

47.  (New)    A method according to claim 44 wherein the partitions are cavity walls,

25      and the container body has been prepared by molding a polymeric material, thus forming the base, wall, rim and partitions at the same time.

48.  (New)    A method according to claim 44 wherein the partitions are removably located within the container body and have little or no visual impact when the party tray

30      is displayed for sale so that the foodstuffs are viewed by a shopper through the container body.

10

H-247

49. (New)    A method according to claim 44 wherein, before step B, a carton of vegetable dip is placed in the center of the container body, and the carton has walls which help to define the compartments.

5

50. (New)    A method according to claim 44 wherein at 22°C at least 75% of the oxygen entering the packaging atmosphere passes through said at least one atmosphere control member.

10    51. (New)    A method according to claim 44 which includes, after step E, the step of displaying the party tray for sale so that the foodstuffs are viewed by a shopper through the container body.

52. (New)    A method of preparing a party tray which comprises the steps of

15    A)    providing a container body which

    (i)    is composed of a transparent polymeric material,

    (ii)    has a depth of 1 to 4 in.,

    (iii)    has a circumference of 30 to 100 in.; and

    (iv)    comprises

20            1)    a base,

        2)    a continuous wall which extends away from the base and is contiguous with the base,

        3)    a continuous rim which is contiguous with the wall, and

        4)    partitions which extend upwards from the base and create

25            compartments within the container body;

B)    placing foodstuffs in the compartments, at least some of the foodstuffs being fresh vegetables;

C)    after step B, sealing a sealing sheet of polymeric material to the rim of the container body,  thus creating a sealed package (i) which contains the foodstuffs

30    and a packaging atmosphere around the foodstuffs, (ii) whose outer surface is defined by the container body and the sealing sheet, and (iii) which includes at

11

H-248

least one atmosphere control member, the atmosphere control member, or one of the atmosphere control members if there is more than one atmosphere control member, covering a window in the sealing sheet, and;

D)    after step C, placing a support tray over the sealing sheet; and

5    E)    after step D, turning the sealed package and the support tray placed thereon upside-down, so that the foodstuffs rest on the sealing sheet, and the sealing sheet is supported by the support tray;

whereby the party tray can be displayed for sale so that the foodstuffs are viewed by a shopper through the container body.

10

53.  (New)    A method according to claim 52 wherein the support tray comprises ribs such that air can circulate between support member and the atmosphere control member.

15    54.  (New)    A method according to claim 52 wherein the atmosphere control member, or each of the atmosphere control members if there is more than one atmosphere control member, covers a window in the sealing sheet or a window in the container body.

20    55.  (New)    A method according to claim 52 wherein the partitions are cavity walls, and the container body has been prepared by molding a polymeric material, thus forming the base, wall, rim and partitions at the same time.

56.  (New)    A method according to claim 52 wherein the partitions are removably located within the container body and have little or no visual impact when the party tray is displayed for sale so that the foodstuffs are viewed by a shopper through the container body.

57.  (New)    A method according to claim 52 wherein, before step B, a carton of vegetable dip is placed in the center of the container body, and the carton has walls which help to define the compartments.

12

H-249

58.  (New)    A method according to claim 52 wherein said at least one atmosphere
control member provides substantially the only pathways for oxygen and carbon dioxide
to enter or leave the packaging atmosphere.

5

59.  (New)    A method according to claim 52 which includes, after step E, the step of
displaying the party tray for sale so that the foodstuffs are viewed by a shopper through
the container body.

10    60.  (New)    A method of preparing a party tray which comprises the steps of
      A)   providing a container body which
          (i)   is composed of a transparent polymeric material,
          (ii)   has a depth of 1 to 4 in.,
          (iii)   has a circumference of 30 to 100 in.; and
15          (iv)   comprises
              1)   a base,
              2)   a continuous wall which extends away from the base and is
              contiguous with the base,
              3)   a continuous rim which is contiguous with the wall,
20              4)   partitions which extend upwards from the base and create
              compartments within the container body, and
          (v)   has been prepared by molding a polymeric material, thus forming
          the base, the wall, the rim and the partitions at same time;
      B)   placing foodstuffs in the compartments, at least some of the foodstuffs
25    being fresh vegetables;
      C)   after step B, sealing a sealing sheet of polymeric material to the rim of the
container body,  thus creating a sealed package (i) which contains the foodstuffs
and a packaging atmosphere around the foodstuffs,  , (ii) whose outer surface is
defined by the container body and the sealing sheet, and (iii) which includes at
30    least one atmosphere control member, the atmosphere control member, or one

13

H-250

of the atmosphere control members if there is more than one atmosphere control
member, covering a window in the sealing sheet, and;

D)      after step C, placing a support tray over the sealing sheet; and

E)      after step D, turning the sealed package and the support tray placed

5        thereon upside-down;

whereby the party tray can be displayed for sale so that the foodstuffs are viewed by
a shopper through the container body.

61.  (New)    A method according to claim 60 wherein, before step B, a carton of

10    vegetable dip is placed in the center of the container body, and the carton has walls
which help to define the compartments.

62.  (New)    A method according to claim 60 wherein said at least one atmosphere
control member provides substantially the only pathways for oxygen and carbon dioxide

15    to enter or leave the packaging atmosphere.

63.  (New)    A method according to claim 60 which includes, after step E, the step of
displaying the party tray for sale so that the foodstuffs are viewed by a shopper through
the container body.

20

64.  (New)    A method of preparing a party tray which comprises the steps of

A)      providing a container body which

(i)     is composed of a transparent polymeric material,

(ii)    has a depth of 1 to 4 in.,

25                (iii)   has a circumference of 30 to 100 in.;

(iv)    comprises

1)      a base,

2)      a continuous wall which extends away from the base and is
contiguous with the base,

30                 3)      a continuous rim which is contiguous with the wall, and

14

H-251

        4)      partitions which extend upwards from the base, create compartments within the container body, and are removably located in the container body;

B)    placing foodstuffs in the compartments, at least some of the foodstuffs being fresh vegetables;

C)    after step B, sealing a sealing sheet of polymeric material to the rim of the container body,  thus creating a sealed package (i) which contains the foodstuffs and a packaging atmosphere around the foodstuffs, (ii) whose outer surface is defined by the container body and the sealing sheet, and (iii) which includes at least one atmosphere control member;

D)    after step C, placing a support tray over the sealing sheet; and

E)    after step D, turning the sealed package and the support tray placed thereon upside-down;

whereby the party tray can be displayed for sale so that the foodstuffs are viewed by a shopper through the container body.

65. (New)    A method according to claim 64 wherein the partitions have little or no visual impact when the party tray is displayed for sale so that the foodstuffs are viewed by a shopper through the container body.

66. (New)    A method according to claim 64 wherein, before step B, a carton of vegetable dip is placed in the center of the container body, and the carton has walls which help to define the compartments.

67. (New)    A method according to claim 64 wherein said at least one atmosphere control member provides substantially the only pathways for oxygen and carbon dioxide to enter or leave the packaging atmosphere.

68. (New)    A method according to claim 64 which includes, after step E, the step of displaying the party tray for sale so that the foodstuffs are viewed by a shopper through the container body.

15

H-252

69.  (New)      A method of preparing a party tray which comprises the steps of

    A)       providing a container body which

        (i)       is composed of a transparent polymeric material,

5        (ii)      has a depth of 1 to 4 in.,

        (iii)     has a circumference of 30 to 100 in.; and

        (iv)      comprises

            1)       a base,

            2)       a continuous wall which extends away from the base and is

10            contiguous with the base,

            3)       a continuous rim which is contiguous with the wall, and

            4)       partitions which extend upwards from the base and create

            compartments within the container body, and are removably

            located within the container body;

15    B1)      placing a carton of vegetable dip in the center of the container body, the

walls of the container body helping to form the compartments;

    B2)      after step B1, placing foodstuffs in the compartments, at least some of the

foodstuffs being fresh vegetables;

    C)       after step B2, sealing a sealing sheet of polymeric material to the rim of

20    the container body,  thus creating a sealed package (i) which contains the

foodstuffs and a packaging atmosphere around the foodstuffs, (ii) whose outer

surface is defined by the container body and the sealing sheet, and (iii) which

includes at least one atmosphere control member;

    D)       after step C, placing a support tray over the sealing sheet; and

25    E)       after step D, turning the sealed package and the support tray placed

thereon upside-down;

whereby the party tray can be displayed for sale so that the foodstuffs are viewed by

a shopper through the container body.

16

H-253

11/04/2004  20:53    650-8542384                T&S RICHARDSON                    PAGE  18

70. (New)    A method according to claim 69 wherein at 22°C at least 75% of the oxygen entering the packaging atmosphere passes through said at least one atmosphere control member.

5    71. (New)    A method according to claim 69 wherein said at least one atmosphere control member provides substantially the only pathways for oxygen and carbon dioxide to enter or leave the packaging atmosphere.

72. (New)    A method according to claim 69 which includes, after step E, the step of
10   displaying the party tray for sale so that the foodstuffs are viewed by a shopper through the container body.

PAGE 19/37 ' RCVD AT 11/3/2004 10:53:20 PM [Eastern Standard Time] ' SVR:USPTO-EFXRF-1/0 ' DNIS:8729306 ' CSID:650 8542384 ' DURATION (mm-ss):18-44

H-254

## Remarks

Election Requirement.

5          Applicant confirms the election of claims 1-5 and 17 for prosecution in this application.

Amendments

10          The existing claims have been amended and new claims, including independent claims, have been added.  All the independent claims have the limitations of original claim 1, and additional limitations as further explained below.

           Claims 3-5 and 17 have been canceled (though some of the requirements of
15    those claims appear in new dependent claims).  Claims 6-16 and 18-25, withdrawn from consideration by the Examiner, have been canceled.

           Where appropriate, the descriptive part of the specification has been amended to provide precise verbal basis for the amended claims.
20
           Each of the independent claims now contains, in addition to the limitations present in original claim 1, the following limitations 1-4.
           (1)     The container body has a depth of 1 to 4 in. and a circumference of 30 to 100 in. (basis on page 8, lines 20-23, of the application as filed).
25    (2)     The partitions extend upwards from the base (basis on page 9, lines 1-4, page 10, lines 5-7, and the drawings, of the application as filed).
           (3)     At least some of the foodstuffs are fresh vegetables (basis on page 11, lines 17-19, and drawings of the application as filed).
           (4)     The sealed package includes at least one atmosphere control member
30    (basis on page 8, lines 6-13, of the application as filed).
In addition, each of the independent claims includes one of the following limitations

18

H-255

5-11.

(5)    The packaging atmosphere around the foodstuffs initially is air. Basis for this limitation is on page 1, lines 16-22, of the application as filed, which refers to the fact that by providing a sealed package for respiring foodstuffs in a party tray,

5    it is "possible to use the known technique of modified atmosphere packaging (MAP) and/or to control the initial atmosphere within the party tray". When the initial atmosphere is not controlled, it is of course air.

Page 6 of the specification has been correspondingly amended to provide a verbal counterpart for limitation (5).

10    (6)    There is no intermediate step between step B and Step C.

Basis for this limitation is on page 5, lines 20-22, of the application as filed which, by referring to the possibility of "one or more other steps which are carried out... between two of the defined steps", likewise discloses the possibility that there is no such intermediate step. Thus, this limitation excludes the possibility that, as

15    required in Wyslotsky, the air initially surrounding the foodstuffs is replaced by a different atmosphere before sealing the package. The limitation does not of course exclude movement of the container body from one location to another, or any other step which has no substantial effect on the end product.

Page 6 of the specification has been correspondingly amended to provide a

20    verbal counterpart for limitation (6).

(7)    After step E, the foodstuffs rest on the sealing sheet and sealing sheet is supported by the support tray. Basis is on page 3, lines 2-5, of the application as filed.

(8)    The atmosphere control member, or one of the atmosphere control

25    members if there is more than one atmosphere control member, covers a window in the sealing sheet. Basis is on page 8, lines 6-13, of the application as filed.

(9)    The partitions are cavity walls, and the container body has been prepared by molding a polymeric material, thus forming the base, wall, rim and partitions simultaneously. Basis is on page 8, lines 15-17 and page 9, lines 1-2, of the

30    application as filed.

H-256

(10)  The partitions are removably located within the container body. Basis for this limitation is on page 10, lines 6-7, and claim 10 of the application as filed.

(11)  A carton of vegetable dip is placed in the center of the container body, and the walls of the container help to form the compartments.  Basis is on page 9, lines 27-30, and the drawings of the application as filed.

The table below shows the extent to which these limitations are incorporated into the independent claims.

| Limitation | cl. 1 | cl. 35 | cl. 44 | cl. 52 | cl. 60 | cl. 64 | cl. 69 |
|---|---|---|---|---|---|---|---|
| 1. Container is 1-4 in deep, 30-100 inch around | yes | yes | yes | yes | yes | yes | yes |
| 2. Partitions extend upwards from base. | yes | yes | yes | yes | yes | yes | yes |
| 3. At least some foodstuffs are fresh vegetables | yes | yes | yes | yes | yes | yes | yes |
| 4. At least one atmosphere control member (ACM). | yes | yes | yes | yes | yes | yes | yes |
| 5. Initial packaging atmosphere is air. | yes | | | | | | |
| 6. No intermediate step between step B and step C. | | yes | | | | | |
| 7. Foodstuffs rest on sealing sheet  supported by tray. | | | yes | | | | |
| 8. ACM covers  window in sealing sheet | | | | yes | | | |
| 9. Cavity wall partitions; base, wall, rim and partitions prepared simultaneously by molding. | | | | | yes | | |
| 10. Partitions are removably located in container body | | | | | | yes | |
| 11. Walls of dip carton help to form compartments. | | | | | | | yes |

Other features newly included in the dependent claims are:

(12)  The atmosphere control member(s) are such that at 22°C at least 75% of the oxygen entering the package passes through the atmosphere control member(s).  Basis is as stated below after limitation 13.

(13)  The atmosphere control member(s) provide(s) substantially the only pathways for oxygen and carbon dioxide to enter or leave the packaging atmosphere.

Basis for limitations 12 and 13 will be found in WO 00/04787 and U.S. Patent No. 6,376,032, both of which are incorporated by reference in the application as filed

H-257

on page 8, lines 9-11. Thus, column 8, lines 17-25, of U.S. Patent No. 6,376,032
states: —

> The properties of the membranes are such that they can be used to
> control the atmosphere within a container whose walls are relatively
5     impervious to gases except over one or more control sections, the control
> section, or at least one of the control sections if there are two or more,
> being provided by a membrane of the invention.

and page 8, lines 27-37, of WO 00/04787 states: —

> The remainder of the container, i.e. the barrier section or sections...
10     is composed of one or more materials which are relatively impermeable to
> oxygen and carbon dioxide... In some cases the barrier sections are
> composed of a material whose OTR and COTR are so low that the
> packaging atmosphere is substantially determined only by the control
> member(s). In other cases, the barrier sections have OTR and COTR
15     values which (although low) are high enough that... a substantial
> proportion of oxygen entering the packaging atmosphere passes through
> the barrier sections. At 22°C, this proportion can be, for example as high
> as 50%, but is generally less than 25%.

(14)    The partitions have little or no visual impact on the party tray when it is
20     displayed for sale. Basis is on page 9, lines 4-5, of the application as filed.

(15)    The atmosphere control member, or each of the atmosphere control
members if there is more than one atmosphere control member, covers a window
in the sealing sheet or a window in the container body. Basis is on page 8, lines
6-13, of the application as filed.

25

It should be noted that, in the amended claims, the requirement that the party
tray "can be displayed for sale so that the foodstuffs are viewed by a shopper through
the container body" does no more than require that the party tray is capable of being
displayed for sale in this manner, and does not restrict the claims to party trays that are
30     so displayed. This fact is emphasized by the fact that there are dependent claims which
include the step of displaying the tray in this way.

21

H·258

11/04/2004  20:53    650-8542384                    T&S RICHARDSON                         PAGE  23

It should also be noted that page 8, lines 7-11, of the application as filed (i) defines the term "atmosphere control member" as "any member which modifies the rates at which oxygen and carbon dioxide pass into and out of the sealed package", and

5    (ii) points out that atmosphere control members are well known. Thus, an atmosphere control member can for example be a nonwoven material, optionally having a polymer coating thereon, as described for example in U.S. Patent No. 5,045,331 (Antoon), relied upon by the Examiner; a microporous film, optionally having a polymeric coating thereon, as described for example in U.S. Patent No. 6,376,032, incorporated by

10   reference in the application as filed, and U.S. Patent Nos. 4,879,078, 4,842,875 and 5,160,768; or one or more perforations having a size such that they control the packaging atmosphere, as described for example in paras 0052-0053 of U.S. Patent Publication No. 2003/0057217, relied upon by the Examiner, U.S. Patent Nos. 5,832,699 and 6,296,923, and European Application 0351116 (see for example, page 4,

15   lines 27-40 of that European application), incorporated by reference at column 1, lines 45-46, of U.S. Patent No. 6,376,032.  A copy of European application 0351116 is attached; the United States patents referred to are no doubt readily available to the Examiner.

20         Insofar as the requested amendments cancel or restrict claims, the amendments are made in interest of speedy prosecution of this application, and without prejudice to Applicant's right to prosecute broader and/or different claims in one or more continuing applications.

25   The Rejection under 35 USC 112

       Applicant respectfully traverses the rejection of claims 1-5 and 17 under 35 USC 112, insofar as that rejection is applicable to the amended claims.  The amended claims no longer refer to "the assembly produced in step D", but rather to the "sealed package

30   and the support tray placed thereon" produced in step D.

PAGE 24/37 ª RCVD AT 11/3/2004 10:53:20 PM [Eastern Standard Time] ª SVR:USPTO-EFXRF-1/0 ª DNIS:8729306 ª CSID:650 8542384 ª DURATION (mm-ss):18-44

H-259

The rejections under 35 USC 103.

Applicant respectfully traverses

(a)    the rejection of claims 1 and 17 as unpatentable over EP0437082
5    (hereinafter Carter) in view of US 3,610,458 (hereinafter Nissley),

(b)    the rejection of claims 1, 3 and 17 as unpatentable over Albertson's page
37 (hereinafter Albertson's) in view of US 1,695,366 (hereinafter Brown) and US
2003/0057217 (hereinafter Wyslotsky),

(c)    the rejection of claim 2 as unpatentable over Albertson's in view of Brown
10    and Wyslotsky, and further in view of US 3,038,625 (hereinafter Sinner),

(d)    the rejection of claims 4 and 5 over Albertson's in view of Brown and
Wyslotsky, and further in view of US 5,045,331 (hereinafter Antoon),

insofar as those rejections are applicable to the amended claims, for the following
reasons.

15

(a)    The rejection of claims 1 and 17 as unpatentable over Carter in view of Nissley.

Carter and Nissley are concerned with food containers in which food is cooked.
No doubt because the Examiner recognized that such containers do not include an
20    atmosphere control member, claim 3 (which required the presence of an atmosphere
control member) was not rejected over Carter and Nissley.  All the amended claims
require the presence of an atmosphere control member, and it is submitted, therefore,
that the rejection over Carter in view of Nissley should be withdrawn.

25    (b)    The rejection of claims 1, 3 and 17 as unpatentable over Albertson's in view of
Brown and Wyslotsky.

Albertson's discloses a "lid" containing fresh vegetables and a "tray" which is
applied to the lid.  After the tray has been applied to the lid, the assembly of the tray and
30    lid is turned upside down.  Albertson's lid and tray correspond to Applicant's container
body and support tray respectively. Albertson's does not disclose a sealing sheet or an

**23**

H-260

atmosphere control member, or partitions which create compartments within the container body (Albertson's "lid").

5    Brown is relied upon to make good the failure of Albertson's to disclose partitions. Brown is concerned with food containers containing "fragile food items such as pizza, cake, pie, pastries, bread, quiche, casserole and the like" (column 1, lines 17-20) and also "... cookies, streudel... coffee cake, other pastries and baked goods" (column 3, lines 17-19)). The container has a bottom which is substantially flat, and a lid having downwardly extending elements (or "ribs") on its underside (column 2, lines 18-29).

10    The purpose of these ribs is to engage the foodstuffs when the lid is put in place, and thus to ensure that the visual appearance of the food items, **when viewed through the lid, is not adversely affected** by distortion of the lid and/or by shifting of the food items or toppings thereon (column 1, lines 36 - column 2, line 17).

15    Even if Albertson's and Brown can properly be combined, which is not admitted, the combination does not disclose partitions which extend upwardly from the base of the container body, or a step in which foodstuffs are placed in compartments created by such partitions. On the contrary, the first step of Brown's method is to place the pizza or other "fragile food item" in a bottom which is free from compartments (the grooves 20,

20    22 and 24 shown in Brown's Figures 3 and 4 function merely to strengthen the bottom and to provide a well to collect condensation--see column 3, lines 53-59). It is only after this step that Brown fits the rib-bearing lid over the container so that the downwardly-extending ribs are pushed into the previously-placed foodstuffs. The ribs do not extend down far enough to form compartments which separate the foodstuffs previously placed

25    in the container (see the drawings), but merely far enough to engage the foodstuffs so that they cannot move around.

All the claims are yet further distinguished from a combination of Albertson's and Brown by the requirement for an atmosphere control member. The claims requiring one

30    or other of limitations 9-11 above (cavity wall partitions, removably located partitions or

PAGE 26/37 ' RCVD AT 11/3/2004 10:53:20 PM [Eastern Standard Time] ' SVR:USPTO-EFXRF-1/0 ' DNIS:8729306 ' CSID:650 8542384 ' DURATION (mm-ss):18-44

H-261

compartments partially formed by a carton vegetable dip) provides yet further distinguishing features which are disclosed by a combination of Albertson's and Brown.

5    Wyslotsky is relied upon to make good the failure of Albertson's (and Brown) to disclose a sealing sheet or an atmosphere control member. Wyslotsky is concerned with a food container for "single portion 'fast food' servings" (para 0006), for example a salad. The container includes a cup and a lid. The cup has for example a bottom diameter of 2.5 in. and a height of 5 in., so that it will fit into cup holders in the consoles of cars, furniture, serving trays and other locations (paras 0048 and 0049)

10

As noted in para 0007, in some embodiments, the top opening of the cup is sealed by the lid, in which case, the lid can be flat (see for example Figures 4, 5, 8 and 9) but is preferably dome-shaped (see for example Figures 1-3, 6, 10 and 13-15); in an alternative embodiment, the top opening of the cup is sealed by a diaphragm, in which

15    case, as the reference later makes clear, the lid must be dome-shaped. Thus, as disclosed in paras 0059-0062 and 0070—00704 and Figure 12, the purpose of using a diaphragm is to produce a container having two compartments, so that the principal foodstuff can be placed in one of the compartments, and "other food items to be intermixed before eating" can be placed in the other compartment. As noted in para

20    0060 " the separation is for the purpose of not allowing the food to contact the individual packs of various ' fixings'... or... to isolate moist components... from contacting the main food". Wyslotsky discloses that such two-compartment containers can be displayed with the cup on top and the smaller compartment at the bottom (paras 0061 and 0062). There is no disclosure of displaying any of Wyslotsky's other containers in that way.

25

Wyslotsky requires that the contents of the cup should be maintained in an atmosphere containing a low (but not negligible) oxygen content. Thus para 0008 notes "In particular, the invention incorporates methodology and structures to produce low oxygen packaging with the interior headspace automatically regulated to a specific

30    partial pressure of oxygen...", and para 0057 notes that "the technology developed for controlling the oxygen levels described the present invention was developed for

25

H·262

reduced oxygen packaging various foods in which the circumstances require safety measures". Exemplary low oxygen contents are 1-2%, disclosed in para 0056 and claim 2; 1-2.5%, disclosed in para 0036; 5%, dropping to about 1%, disclosed in Fig 7A; and 2.5-3%, dropping to about 1%, disclosed in Fig 7B.

5

Wyslotsky's low oxygen contents are achieved by packaging the foodstuffs "in a modified gas atmosphere sealed inside the package with the food" (Abstract and para 0007). Thus, after placing the foodstuff in the cup-like container, the air in the container is replaced by a suitable gas and the container is then sealed -- see also para 0009

10  ("the gas-flushed breathable package of the present invention") and para 0034 ("after the lidding operation, the air is displaced from the container and is replaced with a mixture of gas consisting in alternative embodiments of..."). After the initial modified atmosphere has been produced in this way, the desired low oxygen content is maintained or produced by consumption of oxygen by the foodstuff (if the foodstuff is

15  still metabolizing) and diffusion of oxygen from the atmosphere through the walls of the container into the atmosphere surrounding the foodstuff -- see for example para 0027.

Most of Wyslotsky is concerned with containers in which the container itself has pleated configuration in order to increase its oxygen transmission. For example, para

20  0043 notes that "in the present invention, surface area enlargement by means of incorporating ribs (in the cup) achieves the necessary diffusion and transmission of oxygen through the walls of the package and thus maintains the freshness of the products" -- see also paras 0032 and 0033 and the Figures. However, in para 0052-0055 and Figure 10, Wyslotsky also refers to an embodiment which "offers the freedom

25  to use any thermoformable polymer with high or low diffusion (transmission) rate of gases into the package and to provide a controlled supply of oxygen into the package". In this embodiment, the gases diffuse through micro holes in the walls of the container, the micro holes being covered by a porous label through which gases can pass freely.

30  Albertson's container is 12 in. in diameter. The height of the container is not explicitly stated, but it is clear from the weight of the ingredients that the height is much

26

H-263

less than the diameter.  These are typical dimensions for a party tray, which, as noted on page 1, lines 16-17, of the application as filed, is a term used to denote a tray of assorted foodstuffs to be served at a party.  Thus, Albertson's is concerned with containers which are physically different from, and have a different purpose from, the

5   single portion containers disclosed by Wyslotsky.  Indeed Wyslotsky itself makes this clear when, in para 0042, it draws a distinction between a cup-shaped container according to Wyslotsky and a "rigid container in the form of a large bowl". It is also to be noted that the contents of Wyslotsky's container could not be emptied out onto the lid, in contrast to the conventional requirement of a party tray that it should include a tray onto

10   which the foodstuffs can be emptied and served. In addition, Albertson's does not replace the air around the contents of his container by a reduced oxygen atmosphere, which is an essential part of Wyslotsky.  Having regard to these differences, there is no reason why one of ordinary skill in the art would consider the possibility of modifying Albertson's to incorporate teaching from Wyslotsky.

15

Even if Albertson's, Brown and Wyslotsky can properly be combined, which is not admitted, the combination does not disclose or suggest the invention as now claimed. In addition to the differences between Albertson's and Brown already noted above, there are at least the following differences between the amended claims and a

20   combination of Albertson's, Brown and Wyslotsky.

(1)    Claims 1, 2 and 26-34 require that the packaging atmosphere around the foodstuffs in the sealed package initially is air.  This is contrary to the teaching of Wyslotsky that the initial packaging atmosphere is a controlled atmosphere having a reduced oxygen content.

25   (2)    Claims 26 and 35-43 require that there is no intermediate step between step B and step C.  This is contrary to the teaching of Wyslotsky that there must be an intermediate step in which the air initially surrounding foodstuffs is replaced by a controlled low oxygen content atmosphere before sealing the package.

30   (3)    Claims 27, 36 and 44-51 require that, after step E, the foodstuffs rest on the sealing sheet and the sealing sheet is supported by the tray.  This is not

H-264

11/04/2004  20:53    650-8542384                T&S RICHARDSON                        PAGE  29

disclosed by Albertson's or by Wyslotsky, in which the only disclosure of a
sealing sheet is in the context of a two-compartment container having a dome-
shaped lid, thus making it impossible for the sealing sheet to be supported by the
lid.

5      (4)      Claims 28, 29, 37, 38, 45, 46 and 52-59 require that there should be an
atmosphere control member covering a window in the sealing sheet. Albertson's
does not disclose atmosphere control members at all, and Wyslotsky discloses
only an atmosphere control member in the container body of a two-compartment
container.  An atmosphere control member covering a window in Wyslotsky's
10    diaphragm, sandwiched between two food-containing compartments, would not
be effective.

        (5)      Claims 28, 37, 45 and 53 require that the support tray has ribs such that
air can circulate between the support tray and the atmosphere control member.
This is not disclosed by Albertson's or Wyslotsky.

15

(c)     The rejection of claim 2 as unpatentable over Albertson's in view of Brown and
Wyslotsky, and further in view of Sinner.

        Sinner is relied on to make good the failure of a combination of Albertson's,
20    Brown and Wyslotsky to disclose removable partitions.

        Sinner is concerned with packing premium quality fruit, each fruit being
separately packed in its own compartment. Sinner's invention is directed to the problem
that such fruits, although graded, are not absolutely uniform in size and shape, and that
25    conventional partitions cannot be adjusted to accommodate such non-uniformity.
Sinner's solution to this problem is a box having cells formed by longitudinal and
transverse partitions at right angles to each other.  All the members are generally V-
shaped in cross-section.  The longitudinal members are higher than the transverse
members and have V-shaped apertures such that they fit over the transverse members.
30    As a result, the dimensions of each cell can be changed by pushing on the sides of the
partitions. The partitions are ordinarily made of corrugated board (column 1, line 64).

28

H-265

The problem addressed by Sinner does not arise in any of Albertson's, Brown and Wyslotsky.  Albertson's container body does not have compartments, and even if it had compartments, it would be perfectly satisfactory for them to be of fixed size, since
5   that is what is needed for multiple pieces of fresh vegetables. To the extent that Brown may be regarded as having compartments, it is important that the compartment should be of fixed size, contrary to Sinner.  Wyslotsky does not have compartments at all.

Even if Sinner can properly be combined with Albertson's, Brown and Wyslotsky,
10   which is not admitted, there is no disclosure in Sinner of partitions as defined in a number of the amended claims. Thus, there are at least following differences between partitions as defined in the following claims and partitions as disclosed by Sinner.

   (1)   Claims 30, 39, 47, 55 and 60-63 require that the partitions are cavity walls formed at the same time as the base, wall and rim of the container body in a
15   molding process.

   (2)   Claims 31, 40, 48, 56 and 65  require that the partitions have little or no visual impact when the party tray is displayed for sale.

   (3)   Claims 32, 41, 49, 57, 62, 66 and 69-74 require the presence of a carton of vegetable dip having walls which helped to define the compartments

20   Therefore, even if the deficiencies of Albertson's, Brown and Wyslotsky noted above are ignored, the combination of Albertson's, Brown, Wyslotsky and Sinner does not disclose or suggest the invention claimed in those claims

(d)   The rejection of claims 4 and 5 over Albertson's in view of Brown and Wyslotsky,
25   and further in view of Antoon.

Antoon is relied upon to make good the failure of Albertson's, Brown and Wyslotsky to disclose an atmosphere control member which covers a window in a sealing sheet, with the support tray comprising ribs such that air can circulate between
30   the support tray and the atmosphere control member.

29

H·266

11/04/2004  20:53    650-8542384    T&S RICHARDSON    PAGE  31

Antoon is one of many references disclosing the well-known use of atmosphere control members to modify the atmosphere within a sealed package containing respiring foodstuffs. Antoon discloses the use of an atmosphere control member in a container which is otherwise substantially impermeable to gases (Abstract and claim 21), and

5      states that the atmosphere control member can be "located at any point on the package where it will not be covered by other containers when it is stacked or packed for shipment" (column 4, lines 37-35). However, Antoon does not disclose any container in which an atmosphere control member is part of a sealing sheet which is covered by a support tray, as required by claims 28, 29, 37, 38, 45, 46 and 52-59, still less a support

10     tray having ribs such that air can circulate between the support tray and the atmosphere control member, as required by claims 28, 37, 45 and 53. Therefore, even if the deficiencies of Albertson's, Brown and Wyslotsky noted above are ignored, the combination of Albertson's, Brown, Wyslotsky and Antoon does not disclose the invention claimed in those claims.

15     Conclusion

It is submitted that, having regard to the amendments made to the specification and claims, and the facts and arguments set out above, this application is now in

20     condition for allowance. If, however, the Examiner has any remaining issues that could usefully be discussed by telephone, he is asked to call the undersigned.

Respectfully submitted

T.H.P.Richardson

25     Registration No. 27805

Tel No. 650 854 6304

30

H·267

11/04/2004  20:53   650-8542384                    T&S RICHARDSON                           PAGE  32



⑲ Europäisches Patentamt
European Patent Office
Office européen des brevets

⑪ Publication number:      **0 351 116 A2**

⑫ **EUROPEAN PATENT APPLICATION**

㉑ Application number: 89306712.4

㉒ Date of filing: 03.07.89

�51 Int. Cl.⁴ **B65D 81/24**

㉚ Priority: 15.07.88 GB 8816950

㊹ Date of publication of application:
17.01.90 Bulletin 90/03

㊴ Designated Contracting States:
AT BE CH DE ES FR GB GR IT LI NL SE

⑦ Applicant: COURTAULDS FILMS &
PACKAGING (HOLDINGS) LTD.
Bath Road
Bridgwater Somerset TA6 4PA(GB)

㉜ Inventor: Zobel, Michael George Reinhardt
24 Lower Road
Woolavington Bridgwater Somerset(GB)

㉴ Representative: Claisse, John Anthony, Dr.
Courtaulds Films & Packaging (Holdings) Ltd
Bath Road
Bridgwater Somerset TA6 4PA(GB)

㊽ Polymeric films.

㊗ The invention provides polymeric films for the storage or packaging of plant material, the film being perforate and having a water vapour permeability of not more than 800g m⁻² day⁻¹ and an oxygen permeability of not more than 200000 cm³ m⁻² day⁻¹ atmosphere⁻¹, both permeabilities being measured at 25˚C with a relative humidity of 75 percent. Various plant materials, for example carrots, tomatoes, calabrese and mushrooms heat sealed in packs of films of the invention have shown improved shelf lives compared with similar plant materials packaged for example in polyethylene cling film or polyvinyl chloride stretch wrap.

EP 0 351 116 A2

Xerox Copy Centre

H-268

11/04/2004   20:53     650-8542384          T&S RICHARDSON                    PAGE   33

1                        EP 0 351 116 A2                        2

## POLYMERIC FILMS

This invention concerns polymeric films, and in particular polymeric films for the storage or packaging of plant materials.

During storage, plant materials continue to respire even when the materials have been removed from the plant on which they were growing or when the plant material has been dug out of the ground. Thus fruit and vegetables, for example, continue to place demands on the surrounding atmosphere during storage, and deterioration of the quality of the plant materials occurs through water loss and surrounding levels of oxygen and carbon dioxide which do not favour their remaining fresh.

The freshness of fruit and vegetables can be prolonged by packaging, and this can have the added advantage of reducing damage when the fresh produce is displayed on a supermarket shelf. However, there are problems with the use of many packaging materials as the atmosphere within the package changes as respiration proceeds. This can be a particular problem with plant materials which undergo a climacteric stage during ripening, when a sharp rise in the rate of respiration occurs. Thus, while polymeric films, e.g. polyolefin films, can improve the shelf life of fruit and vegetables, a point can come during their storage when deterioration is accelerated by the changes in the atmosphere within the package.

Various proposals have been made for overcoming the problems with storing plant materials in packages made from polymeric films. British Patent Specifications 1106285 and 1134687, for example, describe control of the atmosphere within a package so that the oxygen content is less than that of normal air while the carbon dioxide content is greater than that of normal air, this being effected by the use of imperforate polyethylene sheet of a thickness that it is permeable to oxygen and carbon dioxide and of an area sufficient to allow the sealed-in produce to establish and maintain a controlled atmosphere within the package. Although oxygen and carbon dioxide levels are controlled by this method, the water content of the atmosphere is not and this can lead to undesirable water levels which can increase deterioration of the packaged materials.

Films with very high water permeability are proposed in Japanese Patent Publication 62.148247, 50 to 300 holes per square centimetre being made in the film, each hole being from 50 to 300 microns in diameter. These films are proposed for wrapping cut flowers where the water vapour permeability has to be sufficient to remove condensed water droplets.

Other proposals include the use of gas and water-vapour impermeable films which have permeable windows let into them, the windows being made of more permeable materials. Alternatively, composite containers have been proposed in which one side of the container is made from an impervious plastics film and another side is made from a microporous film.

According to the present invention there is provided a polymeric film for the storage or packaging of plant material, the film being perforate and having a water vapour permeability of not more than 800g m$^{-2}$ day$^{-1}$ and an oxygen permeability of not more than 200000 cm$^3$ m$^{-2}$ day$^{-1}$ atmosphere$^{-1}$, both permeabilities being measured at 25°C with a relative humidity of 75 percent.

Films of the present invention have the advantage of providing packages with the desired degree of oxygen permeability to give good storage life to plant materials stored in them while at the same time enabling the water permeability of the packages to be controlled to a desired level, this being achieved without the necessity for special windows or a number of films for the one package. Films of the present invention can be produced which are generally stiffer than conventional cling film, thus enabling them to be used more readily on horizontal or vertical form fill seal packaging machinery. Furthermore, they will usually be clear as the perforations used are very small.

The water vapour permeability of the films of the present invention can be selected by the type of polymer used for the film. Examples of polymers which can be used include regenerated cellulose, homo and copolymers of polyolefins, e.g. with vinyl acetate or methyl acrylate, polyesters and polyamides. The films can furthermore be laminates and/or can include one or more layers, e.g. a heat sealable layer. Films of regenerated cellulose can be used to achieve water vapour permeability over a wide range, typically up to 800g m$^{-2}$ day$^{-1}$ measured at 25°C and 75 percent relative humidity for a film 24 microns thick. Lower permeabilities can be achieved by the use of a thicker film, but it is generally preferred to apply a coating to the film when it is desired to reduce its permeability to water vapour. Suitable materials for the purpose are known in the art. Thus water vapour permeabilities of 100-800g m$^{-2}$ day$^{-1}$ can be achieved, and if desired lower values, e.g. down to 60g m$^{-2}$ day$^{-1}$, or even lower, e.g. as little as 10g m$^{-2}$ day$^{-1}$, can be achieved. When a coating is present, the permeability will usually be less than 500g m$^{-2}$ day$^{-1}$.

Polyolefins can also be used to make films of the present invention, the inherent water vapour

H-269

3
**EP 0 351 116 A2**
4

permeability of films of such materials tending to be substantially less than that of uncoated regenerated cellulose films of the same thickness. Polyethylene films 30 microns thick typically have water vapour permeabilities of about 4g m⁻² day⁻¹, while polypropylene films of the same thickness typically have water vapour permeabilities of 1-2g m⁻² day⁻¹.

The water vapour permeability of the film will be selected to suit the respiration requirements of the plant material to be packaged, and therefore there are no overall preferences for water vapour permeability other than that the permeability be selected to optimise the storage life of the packaged plant material.

The oxygen permeability of films of the present invention is not more than 200000cm³ m⁻² day⁻¹ atmosphere⁻¹ as measured at 25°C and 75 percent relative humidity. As with water vapour permeability, different plant materials require films with different oxygen permeabilities, and permeabilities of not more than 100000, e.g. less than 50000 cm³ m⁻² day⁻¹ atmosphere⁻¹ are often preferred. Lower oxygen permeabilities still can be achieved, for example less than 10000 cm³ m⁻² day⁻¹ atmosphere⁻¹. The oxygen permeability will, however, be greater than that inherent for the material of the film, and typically it should be at least 900 cm³ m⁻² day⁻¹ atmosphere⁻¹ greater than that of the material of the film. This usually means at least 3500 cm³ m⁻² day⁻¹ atmosphere⁻¹.

The oxygen permeability of films of the present invention is achieved by perforations in the film. The size of the perforations affects the oxygen permeability of the film, and they are preferably from 20 to 100 microns, more preferably 40 to 60 microns and advantageously about 50 microns mean diameter. If the perforations are too large, control of oxygen permeability is not possible, and if the holes are too small large number of holes are required which in particular adds to the cost of the film. Typically it is preferred to have up to 1000 perforations in the film per square metre of film surface, but as few as 10 perforations or even less can be used. This is very significantly lower than the frequency of perforations in the films proposed in Japanese Patent Publication 62.148247 which proposes 50 to 300 holes per square centimetre, i.e. at least five hundred times fewer perforations for the same area of film. As will be appreciated, the size and number of perforations in films in accordance with the invention will be selected according to the plant material to be packaged. However, there should be sufficient perforations in the film that each package of plant material has at least one perforation. This usually requires at least 50 perforations per square metre. Usually the film will have fewer than 500 perforations per square metre,

and typically from 100 to 300 per square metre.

The holes or perforations in films of the present invention can be produced by known methods. It is, however, unlikely that they will be sufficiently small to achieve the desired oxygen permeability if mechanical puncturing methods are used, and the preferred methods are electrical discharge and optical means, e.g. using a laser.

In most applications, it will be necessary to be able to heat seal films of the present invention. In particular to ensure that the oxygen permeability depends on the perforations in the film rather than leaks in the package. Various heat sealable layers can therefore be present on films of the present invention, and as will be appreciated these will affect the inherent water vapour permeability of the films. Of course, the film itself may be of a heat sealable material.

As will be appreciated by those skilled in the art, any heat sealable layer or other layer should not obscure the perforations in the film, and the perforations will therefore usually be made in a film already having such layers. These layers, which can be selected from those known in the art, can be formed in known manner, for example by co-extrusion or by coating.

In packaging plant materials, the film will be selected to meet the requirements of the material to be packaged, both in terms of water vapour permeability (i.e. the type and thickness of polymer used for the film) and oxygen permeability (i.e. the size and frequency of perforations, these also differing for the same material under different temperature conditions.) Obviously when very small numbers of perforations are used, e.g. about 10 per square metre, the amount of film used for an individual pack should be such as to include at least one perforation in the surface of the film so that oxygen can pass between the interior of the pack and the atmosphere outside.

Various types of fruits, vegetables, herbs and flowers have shown particularly good shelf lives when stored in packages made from films of the present invention. Thus broccoli, carrots, mushrooms and tomatoes, which represent a wide variety of plant materials in terms of requirements for oxygen, carbon dioxide and water vapour during respiration, have all shown extended shelf lives when compared with those packed in hitherto proposed polymeric packaging films.

The following Examples are given by way of illustration only. All parts are by weight and all temperatures are in °C unless stated otherwise.

**Example 1**

After discarding any showing signs of damage,

3

H-270

5                          EP 0 351 116 A2                          6

carrots were washed, placed for 1 minute in chilled water containing 25 ppm of chlorine, and then rinsed with cold water. The carrots were allowed to dry, and packs were prepared by heat sealing them in a variety of films, each pack having internal dimensions of 20cm x 18cm and containing approximately 0.35kg of carrots. A similar quantity of carrots on an open tray without any wrapping film acted as a control. The samples were all stored at 20°C and 50 percent relative humidity.

The films used were as follows:-

(A) - heat sealable oriented polypropylene 25 microns thick and having 100 holes per square metre, the mean diameter of the holes being about 50 microns

(B) - as film (A) but with 68 holes per square metre

(C) - as film (A) but with 34 holes per square metre

(D) - as film (A) but without any holes

(E) - imperforate polyethylene cling film 25 microns thick

(F) - imperforate polyvinyl chloride stretch wrap film 25 microns thick

All of the packs having a film over the carrots had a much improved shelf life compared with the unwrapped control. The packs had mould free shelf lives of at least seven days, the unwrapped carrots becoming dried, shrivelled and unacceptable after three days. The packs wrapped with the imperforate films (D), (E) and (F) either became anaerobic within three days or were becoming so by 10 days. The carrots wrapped in film (B) were particularly good, those wrapped in films (A) and (C) being somewhat less so but still significantly better than those wrapped in the other films.

Water losses from all of the packaged carrots were acceptable in all cases at less than 1% by weight after 10 days.

## Example 2

The procedure of Example 1 was repeated for tomatoes except that they were packed in trays of six after washing and then drying for one hour. The calices were not removed.

Each tray was wrapped in one of the films (A) and (C)-(F) of Example 1, and a further tray was left unwrapped as a control.

The unwrapped tomatoes became very soft and mouldy after four days, and those wrapped in film (F) became mouldy after three days. Film (A), with 100 holes per square metre, led to widespread mould after seven days, the tomatoes having become soft after four days. However, tomatoes packed in film (C) remained firm even after six days.

## Example 3

Packs of unwashed calabrese were prepared by wrapping 150g of the calabrese on trays 025m x 0.185m (area 0.0925m²), the films being:-

(G) - 25 micron thick heat sealable oriented polypropylene film

(H) - film (G) with 21 holes over pack area

(I) - film (G) with 7 holes over pack area

For comparison purposes, 150g samples of calabrese were packed in 25 microns thick polyvinyl chloride cling film or simply left unwrapped.

The unwrapped pack was very limp and showed browning after two days at 20°C and 50 percent relative humidity. Under the same conditions, the calabrese packed in the polyvinyl chloride cling film showed yellowing after two days whereas the perforated films of the present invention did not show adverse signs until nearly six days. After three days, the calabrese packed in the unperforated polypropylene film showed dry ends and it was limper than that in the perforated film. At 4°C, calabrese stored in films of the present invention were still very good and fresh after 17 days and of better appearance than any of the samples packed using the other films.

## Example 4

Using the procedure of Example 3, 200g of unwashed mushrooms were packed in a variety of films as follows:-

(J) - unperforated heat sealable regenerated cellulose film 25 microns thick and having a water vapour permeability of 80g m⁻² day⁻¹ - pack size 0.25m x 0.185m (area 0.0925m²)

(K) - film (J) with 53 holes over pack area - pack size 0.175m x 0.125m (area 0.0875m²)

(L) - as film (K) but with 25 holes over same pack area

(M) - as film (K) but with 12 holes over same pack area

Comparison tests were also carried out using 25 micron thick polyvinyl chloride cling film with 200g of mushrooms on a 0.175m x 0.125m tray and with the same amount of mushrooms unwrapped, the packs being stored at 20°C and 50 percent relative humidity.

The unwrapped mushrooms were unacceptable after two days, as were those packed in the cling film and in film (J). The mushrooms packed in film (K) were still acceptable approaching six days, whereas those packed in films (L) and (M) were showing significant signs of deterioration after three days.

A similar series of tests at 4°C using films of the present invention based on the same regener-

H·271

ated cellulose film but with 12, 25 and 50 holes respectively over the pack area showed very good results at up to 20 days whereas the unperforated film and the cling film led to an unacceptable product and in some cases mould formation after only two days.

## Claims

1. A polymeric film for the storage or packaging of plant material, the film being perforate and having a water vapour permeability of not more than 800g m$^{-2}$ day$^{-1}$ and an oxygen permeability of not more than 200000cm$^3$ m$^{-2}$ day$^{-1}$ atmosphere$^{-1}$, both permeabilities being measured at 25°C with a relative humidity of 75 percent.

2. A film according to claim 1, wherein the film is of regenerated cellulose.

3. A film according to claim 2, wherein the regenerated cellulose has a coating thereon which modifies the water vapour permeability of the film.

4. A film according to any of the preceding claims, wherein the water vapour permeability is from 100 to 800g m$^{-2}$ day$^{-1}$.

5. A film according to any of claims 1 to 3, wherein the water vapour permeability is at least 10g m$^{-2}$ day$^{-1}$, preferably at least 80g m$^{-2}$ day$^{-1}$.

6. A film according to claim 1 wherein the film is of a polyolefin.

7. A film according to claim 6, wherein the polyolefin is polyethylene or polypropylene.

8. A film according to any of the preceding claims, wherein the oxygen permeability of the film is not more than 100000 cm$^3$ m$^{-2}$ day$^{-1}$ atmosphere$^{-1}$.

9. A film according to claim 8, wherein the oxygen permeability of the film is less than 50000 cm$^3$ m$^{-2}$ day$^{-1}$ atmosphere$^{-1}$.

10. A film according to claim 9, wherein the oxygen permeability is less than 10000 cm$^3$ m$^{-2}$ day$^{-1}$ atmosphere$^{-1}$.

11. A film according to any of the preceding claims, having from 10 to 1000 perforations per square metre.

12. A film according to any of the preceding claims, wherein the perforations are from 20 to 100 microns mean diameter.

13. A film according to claim 12, wherein the mean diameter of the perforations is from 40 to 60 microns.

14. A film according to claim 13, wherein the mean diameter of the perforations is about 50 microns.

15. A film according to any of the preceding claims, which is clear.

16. A film according to any of the preceding claims, having at least one heat sealable surface.

5

H-272

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective October 1, 2001

Application or Docket Number

10222435

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | 16 | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 16 minus 20= | * |
| INDEPENDENT CLAIMS | 3 minus 3 = | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

\* If the difference in column 1 is less than zero, enter "0" in column 2

| SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | FEE | | RATE | FEE |
| BASIC FEE | 370.00 | | BASIC FEE | 740.00 |
| X$ 9= | 1 | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | 1 | OR | +280= | |
| TOTAL | 370 | OR | TOTAL | |

## CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * 47 | Minus | ** 25 | = 22 |
| Independent | * 7 | Minus | *** 6 | = 1 |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| | | OR | SMALL ENTITY | | | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| | | | RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
| | | | X$ 9= | | OR | X$18= | |
| | | | X42= | | OR | X84= | |
| | | | +140= | | OR | +280= | |
| | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875    (Rev. 8/01)          *U.S. Government Printing Office: 2001 — 484-484/59268          Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

H-273