

OIPE  JC130  MAY 2 0 2004  PATENT & TRADEMARK OFFICE

14181  1761/
1FW

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re application of: | ) | Group Art Unit: 1761 |
| | ) | |
| PRATTE, Wesley Paul | ) | Examiner Robert A. Madsen |
| | ) | |
| Serial No.: 10/222,435 | ) | **CERTIFICATE OF TRANSMISSION UNDER 37 CFR 1.8** |
| | ) | I hereby certify that this correspondence is being facsimile |
| | ) | transmitted to the United States Patent and Trademark Office |
| Publication No. 2004/0033338 | ) | (571-273-1402) on 5-18-04 |
| | ) | *Kira Lutchenkov* |
| Filing Date: August 16, 2002 | ) | Kira Lutchenkov |
| | ) | |
| For: PARTY TRAY | ) | |


## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia  22313-1450

Sir:

    Attached is an Information Disclosure Citation form for the above-identified

application.  It is respectfully requested that these documents be considered by the Examiner

and an initialled copy of the form be returned to the undersigned.

    It should be noted that the word "prior" is not on the form.

    It is believed that this disclosure complies with the requirements of 37 C.F.R. 1.56 and

the Manual of Patent Examining Procedures Section 707.05(b).  If for some reason the

Examiner considers otherwise, it is respectfully requested that the undersigned be called so that

any deficiencies can be promptly remedied.

    Some part of the documents may have markings thereon.  No significance is meant to

be attached to the markings.

14181

The information submitted herewith was received by the undersigned on May 17, 2004. It was provided gratuitously by an attorney for an unknown third party. According to the attorney, the Albertson's Trays are from an Albertson's manual dated 1996. The third party states: "See bar code date on page entitled "Fresh Fruit Tray"." The undersigned has no independent knowledge as to the date of the pages; whether or not all the pages are from the same manual with the same date, and if they are, what the missing pages state.

Respectfully submitted,

SHELDON & MAK

Date: 5/18/04

By _____

Jeffrey G. Sheldon
Reg. No. 27,953

225 South Lake Avenue
Ninth Floor
Pasadena, California 91101
(626) 796-4000

2

H-327

| INFORMATION DISCLOSURE CITATION (Use Several sheets if necessary) | | Docket Number 14181 | | | | Application Number 10/222,425 | | |
|---|---|---|---|---|---|---|---|---|
| | | Applicant(s) PRATTE | | | | | | |
| | | Filing Date: August 16, 2002 | | | | Group Art Unit 3753 | | |

**U.S. PATENT DOCUMENTS**

| *EXAMINER INITIAL* | REF | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | RE36,867 | 09/12/00 | Rozzano | 426 | 87 | |
| | B | D305,205 | 12/26/89 | Grindrod et al. | D9 | 418 | |
| | C | 2,731,996 | 01/24/56 | Hayes | 150 | 5 | |
| | D | 3,301,460 | 01/31/67 | Harrison | 229 | 15 | |
| | E | 3,487,972 | 01/06/70 | Swett | 220 | 20 | |
| | F | 4,335,842 | 06/22/82 | Bradford et al. | 229 | 25 | |
| | G | 5,277,329 | 01/11/94 | Pomroy et al. | 220 | 526 | |
| | H | 5,657,874 | 08/19/97 | Hustad et al. | 206 | 724 | |
| | I | 6,092,664 | 07/25/00 | Bartosek | 206 | 784 | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | YES | N |
| | J | | | | | | | |
| | K | | | | | | | |
| | L | | | | | | | |
| | M | | | | | | | |
| | N | | | | | | | |
| | O | | | | | | | |

**OTHER ART (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | P | "Albertson's Caramel Apple Tray", page 32A |
|---|---|---|
| | Q | "Albertson's Fresh Food Tray", page 34 |
| | R | "Albertson's Fresh Melon Tray", page 35 |
| | S | "Albertson's Fresh Vegetable Tray, page 37 |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

H-328

| Response To Notice To File Missing Parts Of Application<br>Filing Date Granted (PTO-1533)(Small Entity) | Docket No.<br>14181 |
|---|---|

In Re Application Of:   **Wesley Paul PRATTE**

| Serial No.<br>10/222,435 | Filing Date<br>**August 16, 2002** | Examiner | Group Art Unit<br>**1772** |
|---|---|---|---|

Invention:

**PARTY TRAY**

RECEIVED
APR 0 7 2003
TC 1700

## TO THE ASSISTANT COMMISSIONER FOR PATENTS:

Box Missing Parts

This is a response to the Notice to File Missing Parts of Application - Filing Date Granted (PTO-1533) mailed on
**February 11, 2002** .
*Date*

Enclosed herewith for filing are the following:

☑   A copy of the Notice to File Missing Parts of Application - Filing Date Granted (PTO-1533).  **(REQUIRED)**

☐   An oath or declaration in compliance with 37 CFR 1.63, including residence information and identifying the application by the above Application Number and Filing Date.

☐   A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date.

☐   An oath or declaration in compliance with 37 CFR 1.63 listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date.

☐   A verified English translation of the non-English language application papers as originally filed.  It is requested that this translation be used as the copy for examination purposes in the United States Patent and Trademark Office.

☐   _____ verified small entity declaration(s)

    ☐   is/are attached.

    ☐   was/were filed on   _____

☐   A separate request for refund.

☑   Other (list):

| **Replacement drawings** |
|---|

P31SMALL/REV03

H-329

| Response To Notice To File Missing Parts Of Application Filing Date Granted (PTO-1533)(Small Entity) | Docket No. 14181 |

In Re Application Of:   Wesley Paul PRATTE

| Serial No. 10/222,435 | Filing Date August 16, 2002 | Examiner | Group Art Unit 1772 |

Invention:

**PARTY TRAY**

RECEIVED
APR 0 7 2003
TC 1700

### TO THE ASSISTANT COMMISSIONER FOR PATENTS:

#### Box Missing Parts

☑  Completion of application fees as calculated below:

 ☐  Utility application filing fee            _____

 ☐  Design application filing fee            _____

 ☐  Total number of independent claims =  _____    _____

 ☐  Total number of claims =  _____       _____

 ☐  Multiple dependent claims           _____

 ☑  Surcharge for late payment of filing fee and/or late filing of original declaration or oath    $65.00

 ☐  Petition and fee for filing by other than all the inventors or a person not the inventor   _____

 ☐  Fee for processing an application filed with a non-English language specification   _____

 ☐  Fee for processing and retention of application      _____

         Total completion of application fees    $65.00

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a response to the above-identified Notice to File Missing Parts of Application.  The requested extension is as follows (check time period desired).  If an additional time extension is required, please consider this a petition therefor.

 ☐  One month    ☐  Two months    ☐  Three months    ☐  Four months    ☑  Five months

from:    **September 30, 2002**     until:    **March 31, 2003**
     *Date*             *Date*

          Total time extension fees    $985.00

           Total fees due    $1,050.00

[Page 2 of 3]             P31SMALL/REV02

H-330

| Response To Notice To File Missing Parts Of Application Filing Date Granted (PTO-1533) (Small Entity) | Docket No. 14181 |
|---|---|

In Re Application Of:   Wesley Paul PRATTE

| Serial No. 10/222,435 | Filing Date August 16, 2002 | Examiner | Group Art Unit 1772 |
|---|---|---|---|

Invention:

**PARTY TRAY**

RECEIVED
APR 0 7 2003
TC 1700

### TO THE ASSISTANT COMMISSIONER FOR PATENTS:

Box Missing Parts

The fee of     **$1,050.00**     is to be paid as follows:

☒ A check in the amount of the fee is enclosed.

☒ The Commissioner is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account No. 19-2090
    A duplicate copy of this sheet is enclosed.

☐ If an additional extension of time is required, please consider this a petition therefor and charge any additional fees which may be required to Deposit Account No.  19-2090
    A duplicate copy of this sheet is enclosed.

_Jeffrey G. Sheldon_
Signature

Dated:

Jeffrey G. Sheldon, Reg. No. 27,953
Sheldon & Mak
225 South Lake Avenue, 9th Floor
Pasadena, California  91101
(626) 796-4000

I certify that  this  document and fee  is being  deposited on _3 - 19 - 03_ with the U.S. Postal Service as first class mail under 37 C.F.R. 1.8 and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

_Kira Lutchenkov_
*Signature of Person Mailing Correspondence*

**Kira Lutchenkov**
*Typed or Printed Name of Person Mailing Correspondence*

cc:

[Page 3 of 3]                                                   P31SMALL/REV02

H-331



Page 1 of 1

UNITED STATES
PATENT AND
TRADEMARK OFFICE

Commissioner for Patents
Washington, DC 20231
www.uspto.gov

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
|---|---|---|---|
| 10/222,435 | 08/16/2002 | Wesley Paul Pratte | 14181 |

Jeffrey G. Sheldon Esq.
Sheldon & Mak
Suite 900
225 South Lake Avenue
Pasadena, CA 91101

**CONFIRMATION NO. 8932**
**FORMALITIES LETTER**

*OC000000009502137*

Date Mailed: 02/11/2003

## NOTICE OF INCOMPLETE REPLY (NONPROVISIONAL)

### *Filing Date Granted*

The U.S. Patent and Trademark Office has received your reply on 01/24/2003 to the Notice to File Missing Parts (Notice) mailed 09/30/2002 and it has been entered into the nonprovisional application. The reply, however, does not include the following items required in the Notice.

The period of reply remains as set forth in the Notice. You may, however, obtain EXTENSIONS OF TIME under the provisions of 37 CFR 1.136 (a) accompanied by the appropriate fee (37 CFR 1.17(a)).

A complete reply must be timely filed to prevent ABANDONMENT of the above-identified application.

The application is informal since it does not comply with the regulations for the reason(s) indicated below.

The required item(s) identified below must be timely submitted to avoid abandonment:

- Replacement drawings in compliance with 37 CFR 1.84 and 37 CFR 1.121 are required. The drawings submitted are not acceptable because:

  - The drawing sheets do not have the appropriate margin(s) (see 37 CFR 1.84(g)). Each sheet must include a top margin of at least 2.5 cm. (1 inch), a left side margin of at least 2.5 cm. (1 inch), a right side margin of at least 1.5 cm. ( 5/8 inch), and a bottom margin of at least 1.0 cm. (3/8 inch).See Figures(s) 1 & 11.

---

*A copy of this notice **MUST** be returned with the reply.*

*Truworth*
Customer Service Center
Initial Patent Examination Division (703) 308-1202
PART 2 - COPY TO BE RETURNED WITH RESPONSE

H-332

1/5

## FIG.1



## FIG.2



H-333



2/5

## FIG.3



## FIG.4



## FIG.5



## FIG.6



H-334



3/5

**FIG.7**



**FIG.8**



**FIG.9**

**FIG.10**



H-335

4/5

**FIG.11**



**FIG.12**



**FIG.13**



H-336



5/5

*FIG.14*



*FIG.15*



*FIG.16*

H-337



LN ●3 - 13 - 3                                                      0340.

## TRANSMITTAL FORM AND FEE TRANSMITTAL

| Attorney Docket No.: | 14181 | First Named Inventor (a): | Pratte |
|---|---|---|---|
| Application No.: | 10/222,435 | Filing Date: | August 16, 2002 |
| Examiner: | not yet known | Group Art Unit: | not yet known |

### This Transmittal Sheet is accompanied by

Petition to Make Special, Preliminary Amendment, Information Disclosure Statement (including PTO 1449 and references), cheque for $225.00, and an Acknowledgement Postcard

### Fee Calculations

| | | | | Applicable Fee | Fee Paid |
|---|---|---|---|---|---|
| (1)  **Filing fee** | | | | 740/370 | $ |
| (2) Extra claim fees | No. in Specification or after Amendment | No. Included in Filing Fee or Previously Paid For | No. Extra (b) | Applicable Fee | Fee Paid |
| Total Claims | 25 | - 20 = | 5 | x 18/9 | $45.00 |
| Ind. Claims | 6 | - 5 = | 1 | x 80/40 | $40.00 |
| Multiple dependent claim(s) presented for first time (c) | | | No | 280/140 | $ |
| | | | Subtotal (2) Extra claim fees | | $95.00 |
| **(3)     Additional or other fees** | | | | | Fee Paid |
| Extension for Reply (1,2,3 months: $110/55, 400/200, 920/460)        **month(s** | | | | | $ |
| Petition to Commissioner ($130) | | | | | $130.00 |
| Information Disclosure Statement ($180) | | | | | $ |
| | | | Subtotal (3) Additional or other fees | | $130.00 |
| | | Total Fees Submitted (Sum of Subtotals (1), (2), and (3)) | | | $225.00 |

### A check for $ 225.00 is attached
### Authorization to Charge Deposit Account for Additional Fees

The Assistant Commissioner for Patents is hereby authorized to charge any additional fees required under 37 CFR §§ 1.16 and 1.17, and credit any overpayments to, the following deposit account.

Deposit Account No:  **19-2090**          Deposit Account Name:  **Sheldon & Mak**

This sheet is transmitted **in duplicate**.

---

**EXPRESS MAIL CERTIFICATION UNDER 37 CFR 1.10**

I hereby certify that this paper is being deposited with the "Express Mail Post Office to Addressee" service of the United States Postal Service on the date indicated below and is addressed to Box DAC, Assistant Commissioner for Patents, Washington, D.C. 20231.

Express Mail mailing label No. EU 686155502US  Date of Deposit March 11, 2003

Typed name of person signing this certificate: T. H. P. Richardson

Signature

---

Respectfully Submitted,

Name     T. H. P. Richardson
Tel. No.650-854-6304 Fax No.626-795-6321
Sheldon & Mak
225 South Lake Avenue
Pasadena
CA  91101

H-338



Docket No. 14181    ⑤

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

5    Applicant:    Pratte                    Group Art Unit: not yet known

Serial No.:    10/222,435              Examiner: not yet known

Filing Date: August 16, 2002

Title:        Party Tray

10   Assistant Commissioner for Patents

Washington, DC 20231

### PRELIMINARY AMENDMENT

Sir

15

**Introductory Comments**

Before examining this application, and in conjunction with the accompanying
Petition to Make Special under 37 CFR 1.102, please amend the claims as set out
20   below.

The requested amendments are set out below in accordance with the Revised
Format approved by the Notice in the Official Gazette of February 8, 2003.

03/14/2003 AWDNDAF1 00000066 10222435
02 FC:2202                45.00 OP
03 FC:2201                42.00 OP
04 FC:9998                 8.00 OP

### EXPRESS MAIL CERTIFICATION UNDER 37 CFR 1.10

I hereby certify that this paper is being deposited with the "Express Mail Post Office to Addressee" service of the United States
Postal Service on the date indicated below and is addressed to Box DAC, Assistant Commissioner for Patents, Washington, D.C.
20231.
Express Mail mailing label No. EU 686155502US  Date of Deposit March 11, 2003
Typed name of person signing this certificate: T. H. P. Richardson  Signature

H-339

**Amendments to the Claims**

Please amend the claims by amending claims 1, 4, 12 and 14, and adding new claims
17-24, as set out below.

1. (Currently Amended)          A method of preparing a party tray which comprises
the steps of

   A)    providing a container body which is composed of a transparent polymeric
   material and which comprises

      1)    a base,

      2)    a continuous wall which extends away from the base and is
      contiguous with the base,

      3)    a continuous rim which is contiguous with the wall, and

      4)    partitions which create compartments within the container body;

   B)    placing foodstuffs in the compartments;

   C)    after step B, sealing a sealing sheet of polymeric material to the rim of the
   container body, thus creating a sealed package which contains the foodstuffs
   and whose outer surface is defined by the container body and the sealing sheet;

   D)    after step C, placing a support tray over the sealing sheet; and

   E)    after step D, turning the assembly produced in step D upside-down;
   whereby the party tray can be displayed for sale so that the foodstuffs are viewed by a
   shopper through the transparent container body.

2. (Original)          A method according to Claim 1 wherein the partitions are
removably located within the container body.

3. (Original)          A method according to Claim 1 wherein at least some of the
foodstuffs are respiring, and the sealed package includes an atmosphere control
member.

2

H-340

4. (Currently Amended)        A method according to Claim 3 wherein the atmosphere control member covers a window in the sealing sheet, and the support tray comprises ribs such that [that] air can circulate between the support member and the atmosphere control member.

5

5. (Original)        A method according to Claim 4 wherein at least some of the foodstuffs are fresh vegetables.

6. (Original)        A container body for a party tray, the container body being

10   composed of a transparent polymeric material and comprising

        1)        a base,

        2)        a continuous wall which extends away from the base and is contiguous with the base, and

        3)        a continuous rim which is contiguous with the wall and which comprises a

15        continuous flat  surface to which a sheet of polymeric material can be sealed to create a sealed package whose outer surface is defined by the container body and the sheet of polymeric material,

at least one of the base and the wall including location members for locating partitions which create compartments within the container body.

20

7. (Original)        A container body according to Claim 6 which further comprises partitions which are removably located within the container body by the location members.

25   8. (Original)        A kit of parts which comprises at least one container body as defined in Claim 6, and at least two partitions, the partitions being locatable by the location members so that they create compartments within the container body.

9. (Original)        A kit of parts according to Claim 8 which includes at least 10 said

30   container bodies which are nested together with little or no space between them and at least 20 said partitions which are nested together with little or no space between them.

3

H-341

10. (Original)        A party tray which comprises

     A)        a container body which is composed of a transparent polymeric material and which comprises

5

          1)        a base,

          2)        a continuous wall which extends away from the base and is contiguous with the base,

          3)        a continuous rim which is contiguous with the wall, and

          4)        partitions which create compartments within the container body,

10

          and which are removably located within the container body;

     B)        foodstuffs in the compartments; and

     C)        a sealing sheet of polymeric material which is sealed to the rim, thus creating a sealed package which contains the foodstuffs and whose outer surface is defined by the container body and the sealing sheet.

15

11. (Original)        A party tray according to Claim 10 wherein the partitions are located within the container body by location members which form part of at least one of the base and the wall.

20    12. (Currently Amended)    A party tray according to Claim 11 wherein <u>at</u> [it] least some of the foodstuffs are respiring, and the sealed package includes an atmosphere control member.

13. (Original)        A party tray according to Claim 12 wherein at least some of the
25    foodstuffs are fresh vegetables.

14. (Currently Amended)        A party tray according to Claim 10 [which is in a display orientation and] which also comprises a support tray <u>which lies</u> adjacent to <u>and</u> underneath the sealing sheet<u>, whereby the party tray can be displayed for sale so that</u>
30    <u>the foodstuffs are viewed by a shopper through the transparent container body.</u>

4

H-342

15. (Original)        A party tray according to Claim 14 wherein at least some of the foodstuffs are respiring, the sealed package includes an atmosphere control member which covers a window in the sealing sheet, and the support tray comprises ribs such that that air can circulate between the support member and the atmosphere control member.

16. (Original)        A method of serving a party tray, the method comprising

A)      placing a party tray as defined in Claim 10 in a loading orientation;

B)      after step A, removing the sealing sheet;

C)      after step B, placing a serving dish over the container body;

D)      after step C, turning the assembly prepared in step C upside-down so that the foodstuffs are supported on the serving dish; and

E)      after step D, removing the container body so that the foodstuffs are ready to be served.

17. (New)      a method according to Claim 1 which comprises, after step (E), displaying the party tray for sale so that the foodstuffs are viewed by a shopper through the transparent container body.

18. (New)      A party tray according to Claim 10 which is displayed for sale so that the foodstuffs are viewed by a shopper through the transparent container body.

19. (New)      A party tray which comprises

A)       a container body which is composed of a transparent polymeric material and which comprises

1)      a base,

2)      a continuous wall which extends away from the base and is contiguous with the base,

3)      a continuous rim which is contiguous with the wall, and

5

H-343

4)    partitions which create compartments within the container body,

B)    foodstuffs in the compartments;

C)    a sealing sheet of polymeric material which is sealed to the rim, thus

5    creating a sealed package which contains the foodstuffs and whose outer

surface is defined by the container body and the sealing sheet; and

D)    a support tray which lies adjacent to the sealing sheet and underneath the

sealed package;

whereby the party tray can be displayed for sale so that the foodstuffs are viewed by a

10    shopper through the transparent container body.

20. (New)    A party tray according to Claim 19, wherein at least some of the foodstuffs

are respiring, and the sealed package includes an atmosphere control member.

15    21. (New)    A party tray according to Claim 20, wherein the atmosphere control

member covers a window in the sealing sheet, and the support tray comprises ribs such

that air can circulate between the support member and the atmosphere control member.

22. (New)    A party tray according to Claim 20 wherein the partitions are removably

20    located within the container body.

23. (New)    A party tray according to Claim 20 wherein the partitions are cavity walls.

24. (New)    A party tray according to Claim 20 which is displayed for sale so that the

25    foodstuffs are viewed by a shopper through the transparent container body.

25. (New)    A method of serving a party tray, the method comprising

A)    placing a party tray as defined in Claim 19 in a loading orientation;

B)    after step A, removing the support tray and the sealing sheet;

30    C)    after step B, placing a serving dish over the container body;

D)    after step C, turning the assembly prepared in step C upside-down so that

the foodstuffs are supported on the serving dish; and

6

H-344

E)      after step D, removing the container body so that the foodstuffs are ready to be served.

H-345

Remarks

Claims 1 and 14 have been amended to make it clear that the party tray "can be displayed for sale so that the foodstuffs are viewed by a shopper through the transparent container body". Basis for this amendment will be found for example on page 3, lines 2-6. It may be noted that the amended claims are not restricted to party trays which are in fact so displayed, merely that the claimed party trays are capable of being so displayed. Claim 17 and 18 are directed to party trays which are so displayed.

Clerical errors in claims 4 and 12 have been corrected.

New claims 17-25 have been added to claim specific features of the disclosed invention. Basis for the new claims will be found as follows, and elsewhere, in the application as filed.

| | |
|---|---|
| Claims 17-18 | Page 3, lines 2-6 |
| Claim 19 | Page 2, lines 24-28 |
| Claim 20 | Page 8, lines 6-13, and page 11, lines 17-19 |
| Claim 21 | Page 11, lines 1-3 |
| Claim 22 | Page 10, lines 6-7 |
| Claim 23 | Page 9, lines 1-2 |
| Claim 24 | Page 3, lines 10-15 |

It may be noted that, as in amended claims 1 and 14, the requirement in Claim 19 that the party tray "can be displayed for sale so that the foodstuffs are viewed by a shopper through the transparent container body" does not restrict the Claim to party trays that are so displayed, and that new Claim 24 is directed to trays which are so displayed.

Respectfully submitted

T.H.P.Richardson,

Registration No. 27805

8

H·346

 

Docket No. 14181

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

5   Applicant:     Pratte                          Group Art Unit:  not yet known

    Serial No.:    10/222,435                     Examiner: not yet known

    Filing Date:  August 16, 2002

    Title:           Party Tray

10  Assistant Commissioner for Patents

    Washington, DC 20231

### PETITION TO MAKE SPECIAL UNDER 37 CFR 1.102

    Sir

15          This is a Petition to Make Special under 37 CFR 1.102, following the procedure

set out in Section VIII of MPEP 708.02.  Applicants request that this application be

advanced out of turn for examination in view of Applicants' compliance with each of the

items listed in Section VIII of MPEP 708.02, as set out below.  A Preliminary

Amendment accompanies this Petition, and the comments below on the references are

20  based upon the claims as amended by the Preliminary Amendment.

    **(A)     Fee**

        This petition is accompanied by the fee of $130.00 set forth in 37 CFR 1.17.

25  **(B)     Election**

        If the Office determines that all the claims presented are not obviously directed to

a single invention, Applicants will elect without traverse to prosecute in this application

Claim 19 (added by the accompanying Preliminary Amendment) and the claims

### EXPRESS MAIL CERTIFICATION UNDER 37 CFR 1.10

I hereby certify that this paper is being deposited with the "Express Mail Post Office to Addressee" service of the United States
Postal Service on the date indicated below and is addressed to Box DAC, Assistant Commissioner for Patents, Washington, D.C.
20231.
Express Mail mailing label No. EU 686155502US  Date of Deposit  March 11, 2003
Typed name of person signing this certificate: T. H. P. Richardson   Signature

H-347

dependent thereon (claims 20-25), as well as any other claim(s) that can properly be prosecuted in a single application with those claims.  For example, it is submitted that at least Claim 10 and the claims dependent thereon (claims 11-15 and 18) can properly be prosecuted in the same application as claims 19-25, being likewise directed to party

5    trays which can be displayed for sale so that the foodstuffs therein are viewed by a shopper through the transparent container body.  If a restriction requirement is made, Applicant reserves the right to prosecute the nonelected claims and any other aspects of the disclosed invention in one or more continuing applications.

10    **(C)    Preexamination Search**

Applicants state that a preexamination search was made through the official records and files of the U.S. Patent and Trademark Office.  The search was directed to the subject matter of this application as filed and a related design application, Serial No. 29/165,789, as filed.  The search was made by Murtagh Patent Search Services, and a

15    copy of the report of that search is attached.  The report lists the field of search by class and subclass as

Class 220
        subclasses 23.83,23.8
Class 206
20            subclasses 373,562,563
Class 426
        subclasses 113,114,119
Design Class 7
        subclasses 550.1,553.1,553.2,553.3, 553.4545, 549, 553.2,555
25    Design Class 9
        subclasses 431,432


**(D)    Submission of References**

Attached hereto is an Information Disclosure Statement (IDS) which lists the

30    references identified by the search referred to in (C).  Copies of the listed documents are attached to the IDS.


2

**(E)     D tail d Discussion of the Ref rences de med most closely related to the subject matter encompassed by th claims.**

Applicants believe that the references most closely related to the subject matter

5  encompassed by the claims are

U.S. Patent No. 4,939, 332 (Hahn)

U.S. Patent No. 4,660,716 (McMahon et al)

U.S. Patent No. 4,574,174 (McGonigle).

U.S. Patent No. 4,081,646 (Goltsos)

10  U.S. Patent No. 3,244,537 (Cease)

U.S. Patent No. 3,107,027 (Sheng-chiao Hong)

A detailed discussion of each of these references follows.

U.S. Patent No. 4,939, 332 (Hahn)

15  This reference describes a tray having compartments which contain foodstuffs to be microwaved. The foodstuffs are sealed within the tray by a microwave-permeable closure film. An aluminum foil cover fits over the closure film. When the foodstuffs are to be cooked, the aluminum foil cover is removed, and optionally a vent hole is made in the closure film, before placing the tray in a microwave oven.

20  This reference fails to anticipate or render obvious the claimed invention for at least the following reasons. It is not concerned with a party tray. The compartmented tray of the reference (which corresponds to the container body of the claims) is not stated to be transparent; nor is there any reason why it should be transparent. In addition,

25  as to Claim 1, the assembly of the tray, closure film and foil cover is not turned upside down as required by Claim 1;

as to Claim 6, the compartmented tray has integral partitions, i.e. does not have location members for locating partitions, as required by Claim 6;

as to Claim 10, the compartmented tray has integral partitions, not removable

30  partitions, as required by Claim 10; and

3

H-349

as to Claim 19, the aluminum foil cover of the reference (insofar as it may be regarded as a support tray) lies on top of, not underneath, the closure film, as required by Claim 19.

5   U.S. Patent No. 4,660,716 (McMahon et al)

This reference describes a tray having compartments which contain foodstuffs to be heated. A combination covering and serving member is releasably secured over the tray. When the foodstuffs are to be heated, the tray and the covering and serving member are inverted, so that the foodstuffs fall into the covering and serving member.

10   The foodstuffs are then cooked in the covering and serving member, either in a microwave oven with the tray over them and after opening vent holes in the compartments, or in a conventional oven without a lid.

This reference fails to anticipate or render obvious the claimed invention for at least the following reasons. It is not concerned with a party tray. The

15   compartmented tray of the reference (which corresponds to the container body of the claims) is not stated to be transparent, nor is there any reason why it should be transparent. In addition,

as to Claim 1 and 19, the assembly of the reference lacks a sealing sheet of polymeric material (if the covering and serving member is regarded as equivalent

20   to the support tray of the Claim) or a support tray (if the covering and serving member is regarded as equivalent to the sealing sheet of polymeric material) as required by claims 1 and 19;

as to Claim 6, the compartmented tray has integral partitions, i.e. does not have location members for locating partitions, as required by Claim 6;

25   as to Claim 10, the compartmented tray has integral partitions, not removable partitions, as required by Claim 10.

U.S. Patent No. 4,574,174 (McGonigle)

This reference describes a container (referred to in the reference as a "lid")

30   having compartments which contain foodstuffs to be heated. The bottom of least one of the compartments has a vent hole which is sealed by an adhesive tape so that the

4

H-350

foodstuffs cannot escape from the compartment(s). The foodstuffs are sealed within the lid by an aluminum foil which extends over the whole of the lid. When the foodstuffs are to be heated, the aluminum foil is removed; the lid is inverted over a suitable dish, so that the foodstuffs fall into the dish; and the foodstuffs are heated in the dish, either in a

5 microwave oven with the lid over them and after removing the adhesive tape so as to open the vent hole, or in a conventional oven without a lid.

This reference fails to anticipate or render obvious the claimed invention for at least the following reasons. It is not concerned with a party tray; correspondingly, the compartmented tray of the reference (which corresponds to the container body of the

10 claims) is not stated to be transparent, nor is there any reason why it should be transparent. In addition,

as to claims 1 and 19, the assembly of the reference lacks a sealing sheet of polymeric material as required by claims 1 and 19;

as to Claim 6, the compartmented tray has integral partitions, i.e. does not have

15 location members for locating partitions, as required by Claim 6; and

as to Claim 10, the compartmented tray has integral partitions, not removable partitions, as required by Claim 10.


U.S. Patent No. 4,081,646 (Goltsos)

20 This reference describes a tray which is composed of microwave-permeable material and which has compartments containing foodstuffs to be microwaved. The foodstuffs are sealed within the tray by a compartmented cover which is composed of microwave-permeable material. When the foodstuffs are to be heated, the tray containing the foodstuffs and the cover are placed in a microwave oven. After heating,

25 the tray and the cover are inverted, so that the heated foodstuffs fall into the cover, and the tray is then removed. The tray and the cover can be surrounded by a box which is made of material which is not permeable to microwaves, and which has windows cut into it to control the amount of microwave energy entering the different compartments.

This reference fails to anticipate or render obvious the claimed invention for at

30 least the following reasons. It is not concerned with a party tray. The compartmented tray of the reference (which corresponds to the container body of the claims) is not

5

H-351

stated to be transparent, nor is there any reason why it should be transparent.  In addition,

5

as to claims 1 and 19, the assembly of the reference lacks a sealing sheet of polymeric material (if the compartmented cover is regarded as equivalent to the support tray of the Claim) or a support tray (if the compartmented cover is regarded as equivalent to the sealing sheet of polymeric material) as required by claims 1 and 19;

as to Claim 6, the compartmented tray has integral partitions, i.e. does not have location members for locating partitions, as required by Claim 6; and

10

as to Claim 10, the compartmented tray has integral partitions, not removable partitions, as required by Claim 10.

U.S. Patent No. 3,244,537 (Cease)

This reference describes a tray which has compartments containing foodstuffs to

15

be heated.  The foodstuffs are covered by a service plate having recesses corresponding to the compartments. When the foodstuffs are to be heated, the tray service plate are placed in an oven. After cooking, the tray and the service plate are inverted, so that the heated foodstuffs fall into the recesses of the service plate.

This reference fails to anticipate or render obvious the claimed invention for at

20

least the following reasons.  It is not concerned with a party tray. The compartmented tray of the reference (which corresponds to the container body of the claims) is not stated to be transparent, nor is there any reason why it should be transparent.  In addition,

25

as to claims 1 and 19, the assembly of the reference lacks a sealing sheet of polymeric material (if the service plate is regarded as equivalent to the support tray of the Claim) or a support tray (if the service plate is regarded as equivalent to the sealing sheet of polymeric material) as required by claims 1 and 19;

as to Claim 6, the compartmented tray has integral partitions, i.e. does not have location members for locating partitions, as required by Claim 6; and

30

as to Claim 10, the compartmented tray has integral partitions, not removable partitions, as required by Claim 10.

6

H-352

U.S. Patent No. 3,107,027 (Sheng-chiao Hong)

This reference describes a tray which has compartments containing foodstuffs. The foodstuffs are covered by a cover member which is sealed over the tray and which

5    has recesses corresponding to the compartments. The cover member is preferably made of transparent plastic material, so that the foods can be viewed by a purchaser. When the foodstuffs are to be eaten, the tray and the cover member are inverted, so that the foodstuffs fall into the recesses of the cover member. The tray is then removed.

This reference fails to anticipate or render obvious the claimed invention for at

10    least the following reasons. It is not concerned with a party tray. The compartmented tray of the reference (which corresponds to the container body of the claims) is not stated to be transparent, nor is there any reason why it should be transparent. Although the reference does refer to viewing the foodstuffs, the viewing is done through the cover member (which corresponds to the sealing sheet of polymeric material in the claimed

15    invention). In addition,

as to claims 1 and 19, the assembly of the reference lacks a sealing sheet of polymeric material (if the cover member is regarded as equivalent to the support tray of the Claim) or a support tray (if the cover member is regarded as equivalent to the sealing sheet of polymeric material), as required by claims 119;

20    as to Claim 6, the compartmented tray has integral partitions, i.e. does not have location members for locating partitions, as required by Claim 6; and

as to Claim 10, the compartmented tray has integral partitions, not removable partitions, as required by Claim 10.

25

Respectfully submitted

T.H.P.Richardson,

Registration No. 27805

7

H·353



Docket No. 14181   

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Pratte                                      Group Art Unit: not yet known

Serial No.: 10/222,435                                 Examiner: not yet known

Filing Date: on 16, 2002

Title: Party Tray

Assistant Commissioner for Patents
Washington, DC 20231

### DISCLOSURE UNDER 37 CFR 1.56

Dear Sir:

    In fulfilling the duty of candor and good faith, the documents listed on the attached PTO-1449 (two copies) are disclosed to the Office in accordance with 37 CFR § 1.56. It should be noted the word "prior" has been deleted from the attached PTO-1449. It is not admitted that the information in the listed documents is material to patentability as defined in 37 CFR § 1.56(b) or that the documents are analogous art. The Examiner is asked to consider the documents listed on the attached PTO-1449, and to confirm such consideration by returning an initialed and signed copy of the PTO-1449.

    Also attached is a copy of each of the document(s) listed on the attached PTO-1449. Insofar as the attached document(s) has/have markings thereon, no significance is intended by such markings.

### EXPRESS MAIL CERTIFICATION UNDER 37 CFR 1.10

I hereby certify that this paper is being deposited with the "Express Mail Post Office to Addressee" service of the United States Postal Service on the date indicated below and is addressed to Box DAC, Assistant Commissioner for Patents, Washington, D.C. 20231.
Express Mail mailing label No. EU 686155502US   Date of Deposit   March 11, 2003
Typed name of person signing this certificate: T. H. P. Richardson   Signature

H-354

This Disclosure Statement is being filed with a Petition to Make Special, which reports the Preexamination Search which located the documents listed on the attached PTO 1449, and which identifies and discusses the references most closely related to the claimed subject matter.

Since this Disclosure Statement is being filed before the first action on the merits, it is believed that no fee is due.

It is believed that this Disclosure complies with the requirements of 37 CFR 1.56 and the MPEP. If the some reason the Examiner thinks otherwise, he is asked to call the undersigned so that any deficiencies can be remedied.

Respectfully submitted,

T.H.P. Richardson

Reg. No. 28,805

Tel. No. 650-854-6304

H-355

Page ___1___ of ___1___

| FORM PTO-1449 (Rev 8/83) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | Atty. Docket No.: 14181 | Appl'n No.: 10/222.435 |
|---|---|---|---|
| | | Applicant: Pratte | |
| | INFORMATION DISCLOSURE STATEMENT | Filing Date: | Group: not yet known |
| | (Use several sheets if necessary) | August 16, 2002 | |

*(OIPE JCB7 / MAR 11 2003 / PATENT & TRADEMARK Office stamp)*

## US PATENT DOCUMENTS

| * Exr. initial | Document number | Date | Name | Class | Sub-class | Filing date (if appropriate) |
|---|---|---|---|---|---|---|
| | 3,079,028 | 2/1963 | Rosner | 220 | 22 | |
| | 3,104,776 | 9/1963 | Bostrom | | | |
| | 3,107,027 | 10/1963 | Shaeng-chiao Hong | 220 | 23.8 | |
| | 3,244,537 | 4/1966 | Cease | 99 | 192 | |
| | 3,247,988 | 4/1966 | Cease | 214 | 301 | |
| | 3,305,126 | 2/1967 | Cease | 220 | 23.83 | |
| | 4,081,646 | 3/1978 | Goltsos | 219 | 10.55 | |
| | 4,574,174 | 3/1986 | McGonigle | 219 | 10.55 | |
| | 4,660,716 | 4/1987 | McMahon et al. | 206 | 216 | |
| | 4,939,332 | 7/1990 | Hahn | 219 | 10.55 | |
| | 4,966,295 | 10/1990 | Parrish | 220 | 22.3 | |
| | Des 250,928 | 1/1979 | Franklin | D 7 | 27 | |
| | Des 269,930 | 8/1983 | Powers | D 7 | 1 | |
| | Des 305,409 | 1/1990 | Michaud et al. | D9 | 425 | |
| | Des 318,207 | 7/1991 | Anderson | D 7 | 549 | |
| | Des 361,508 | 8/1995 | Schnack | D 9 | 425 | |
| | Des 382,796 | 8/1997 | Mangla | D 9 | 420-425 | |
| | Des 384,861 | 10/1997 | Richard | D 7 | 553 | |
| | Des 415,422 | 10/1999 | McCann | D 9 | 429 | |

## FOREIGN PATENT DOCUMENTS

| * Exr. initial | Document number | Date | Country | Class | Sub-class | Translation enclosed (?) |
|---|---|---|---|---|---|---|
| | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.)

| Exr. initial | Details of Document | Translation enclosed (?) |
|---|---|---|
| | | |

| Examiner's signature | Date considered |
|---|---|
| | |

* EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Laoyout rev. 3/95

H-356

# MURTAGH PATENT SEARCH SERVICES
### 7002 MAPLE AVENUE
### CHEVY CHASE, MARYLAND
### VOICE (301)652-9038
### FAX(301)718-1638

February 28, 2003

Mr. Anthony G. Vella
Sheldon & Mak
Corporate Center
225 South Lake Avenue 9th Floor
Pasadena, California 91101

Dear Anthony,

Re: Party Tray and Party Tray Cover
Your File Nos 14181 & 14182

The patentability search was directed to loading foodstuffs into a transparent container body, securing a sealing sheet to the container body to provide a sealed package, placing a support tray over the sealing sheet and turning the assembly upside -down.. Several aspects 1-5. The disclosure appears to be in the form of an application including a range of Claims. Dependent claims define that the partitions are removable and location members are provided.

A second patentability search was conducted for a disclosure directed a design disclosure of a party tray cover.   Drawings (23 Figures) were submitted.

Patents Listed:
3,247,988- Inverting food dish-Figure 7
3,305,126- Inverting food dish- Col. 1
3,244,537- Inverting dish-col. 2
4,574,174-Inverting Abstract
3,079,028 Partitions slots
Des 384,861
4,939,332-Partitions 4
4,966,295- Figure 4
4,574,174-Figure 6
4,660,716-Abstract-inversion of tray
4,081,646- Col. 7 inverted but may have shield coating.
3,107,027-Figure 3 vs 7

H·357

-2-

Cover
3,104,776
Des 361,508
Des 269,930
Des318,207
Des250,928
Des 415,422
Des 382,796
Des 305,409

Search Areas:

Design Class 7
    Subclasses 550.1, 553.1, 553.2, 553.3, 553.4545, 549, 553.2, 555

Design Class 9
    Subclass 431, 432

Class 220
    Subclasses 23.83, 23.8,

Class 206
    Subclasses 373,562, 563

Class 426
    Subclasses 113, 114, 119

PTO EAST COMPUTER SEARCH SYSTEM

Sincerely yours,

John Murtagh

H-358



**UNITED STATES
PATENT AND
TRADEMARK OFFICE**

Commissioner for Patents
Washington, DC 20231
www.uspto.gov

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
|---|---|---|---|
| 10/222,435 | 08/16/2002 | Wesley Paul Pratte | 14181 |

Jeffrey G. Sheldon Esq.
Sheldon & Mak
Suite 900
225 South Lake Avenue
Pasadena, CA 91101

**CONFIRMATION NO. 8932**

**FORMALITIES LETTER**

*OC000000009502137*

Date Mailed: 02/11/2003

## NOTICE OF INCOMPLETE REPLY (NONPROVISIONAL)

### *Filing Date Granted*

The U.S. Patent and Trademark Office has received your reply on 01/24/2003 to the Notice to File Missing Parts (Notice) mailed 09/30/2002 and it has been entered into the nonprovisional application. The reply, however, does not include the following items required in the Notice.

The period of reply remains as set forth in the Notice. You may, however, obtain EXTENSIONS OF TIME under the provisions of 37 CFR 1.136 (a) accompanied by the appropriate fee (37 CFR 1.17(a)).

A complete reply must be timely filed to prevent ABANDONMENT of the above-identified application.

The application is informal since it does not comply with the regulations for the reason(s) indicated below.

The required item(s) identified below must be timely submitted to avoid abandonment:

- Replacement drawings in compliance with 37 CFR 1.84 and 37 CFR 1.121 are required. The drawings submitted are not acceptable because:

    - The drawing sheets do not have the appropriate margin(s) (see 37 CFR 1.84(g)). Each sheet must include a top margin of at least 2.5 cm. (1 inch), a left side margin of at least 2.5 cm. (1 inch), a right side margin of at least 1.5 cm. ( 5/8 inch), and a bottom margin of at least 1.0 cm. (3/8 inch).See Figures(s) 1 & 11.

---

*A copy of this notice **MUST** be returned with the reply.*

Customer Service Center
Initial Patent Examination Division (703) 308-1202

PART 3 - OFFICE COPY

H-359



14181

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:                          )
                                               )
PRATTE, Wesley Paul                            )
                                               )
Serial No.: 10/222,435                         )
                                               )
Filing Date: August 16, 2002                   )
                                               )
For: PARTY TRAY                                )
                                               )

I HEREBY CERTIFY THAT THIS CORRESPONDENCE
IS BEING DEPOSITED WITH THE U.S. POSTAL
SERVICE AS FIRST CLASS MAIL IN AN ENVELOPE
ADDRESSED TO: COMMISSIONER OF PATENTS AND
TRADEMARKS, WASHINGTON, D.C. 20231

_____
(DATE SIGNED)

### TRANSMITTAL OF DECLARATION AND MISSING PARTS OF APPLICATION

COMMISSIONER FOR PATENTS
**Attn: Box Missing Parts**
Washington, D. C.  20231

Sir:

      Please file the enclosed Declaration of Wesley Paul Pratte, Power of Attorney, and Statement Under 37 CFR 3.37(b) which was omitted from the original above-referenced application.

      Please charge our Deposit Account No. 19-2090 the amount of $65.00 for the surcharge, in compliance with C.F.R. 1.16(e).

      If any extension of time is required, such extension is hereby requested.

      The Commissioner is hereby authorized to charge payment of any additional fees associated with this communication, particularly any application filing fees and extensions of time fees, or credit any overpayment (i.e., excess filing fees) to Deposit Account No. 19-2090.

J:\Lamdn\14181\06 MissingPrtTra.wpd

1

H-360

14181

It is believed that these papers are in compliance with the Notice to File Missing Parts of Application under 37 C.F.R. 1.53(d) which was mailed by the Application Division of the Patent and Trademark Office on September 30, 2002.

Respectfully submitted,

SHELDON & MAK

Date: _1/15/2002_

By_____
Jeffrey G. Sheldon
Reg. No. 27,953

225 South Lake Avenue
Ninth Floor
Pasadena, California  91101
(626) 796-4000

J:\...\14181\06 MissingPrtTrn.wpd

2

H-361

 

Page 1 of 2

#-5

**UNITED STATES
PATENT AND
TRADEMARK OFFICE**

Commissioner for Patents
Washington, DC 20231
www.uspto.gov

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
|---|---|---|---|
| 10/222,435 | 08/16/2002 | Wesley Paul Pratte | 14181 |

**CONFIRMATION NO. 8932**

Jeffrey G. Sheldon Esq.
Sheldon & Mak
Suite 900
225 South Lake Avenue
Pasadena, CA 91101

**FORMALITIES LETTER**

*OC000060008870977*

Date Mailed: 09/30/2002

## NOTICE TO FILE MISSING PARTS OF NONPROVISIONAL APPLICATION

### FILED UNDER 37 CFR 1.53(b)

#### *Filing Date Granted*

**Items Required To Avoid Abandonment:**

An application number and filing date have been accorded to this application. The item(s) indicated below, however, are missing. Applicant is given **TWO MONTHS** from the date of this Notice within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

- The oath or declaration is missing.
  *A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.*
- To avoid abandonment, a late filing fee or oath or declaration surcharge as set forth in 37 CFR 1.16(e) of $65 for a small entity in compliance with 37 CFR 1.27, must be submitted with the missing items identified in this letter.

The application is informal since it does not comply with the regulations for the reason(s) indicated below.

The required item(s) identified below must be timely submitted to avoid abandonment:

- Replacement drawings in compliance with 37 CFR 1.84 and 37 CFR 1.121 are required. The drawings submitted are not acceptable because:

  - The drawing sheets do not have the appropriate margin(s) (see 37 CFR 1.84(g)). Each sheet must include a top margin of at least 2.5 cm. (1 inch), a left side margin of at least 2.5 cm. (1 inch), a right side margin of at least 1.5 cm. ( 5/8 inch), and a bottom margin of at least 1.0 cm. (3/8 inch).See Figures(s) Fig.1, Fig. 11.

**SUMMARY OF FEES DUE:**

Total additional fee(s) required for this application is $65 for a Small Entity

01/27/2003 KKDKKGH1 00000018 192090   10222435
01 FC:2051    65.00 CH

H-362

 

Page 2 of 2

- **$65 Late oath or declaration Surcharge.**

---

*A copy of this notice **MUST** be returned with the reply.*

Customer Service Center
Initial Patent Examination Division (703) 308-1202

PART 2 - COPY TO BE RETURNED WITH RESPONSE



Express Mail Label No. _____

Page 1 of 3



| Docket No. |
|---|
| 14181 |

#3

# Declaration For Patent Application

## English Language Declaration

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

**Party Tray**

the specification of which

(check one)

☐  is attached hereto.

☒  was filed on  **August 16, 2002** _____ as United States Application No. or PCT International

Application Number  **10/222,435** _____

and was amended on  _____

(if applicable)

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose to the United States Patent and Trademark Office all information known to me to be material to patentability as defined in Title 37, Code of Federal Regulations, Section 1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, Section 119(a)-(d) or Section 365(b) of any foreign application(s) for patent or inventor's certificate, or Section 365(a) of any PCT International application which designated at least one country other than the United States, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate or PCT International application having a filing date before that of the application on which priority is claimed.

Prior Foreign Application(s)

Priority  Not Claimed

| | | | ☐ |
|---|---|---|---|
| _____ | _____ | _____ | |
| (Number) | (Country) | (Day/Month/Year Filed) | ☐ |
| _____ | _____ | _____ | |
| (Number) | (Country) | (Day/Month/Year Filed) | ☐ |
| _____ | _____ | _____ | |
| (Number) | (Country) | (Day/Month/Year Filed) | |

H·364




I hereby claim the benefit under 35 U.S.C. Section 119(e) of any United States provisional application(s) listed below:

_____                    _____
(Application Serial No.)                           (Filing Date)

_____                    _____
(Application Serial No.)                           (Filing Date)

_____                    _____
(Application Serial No.)                           (Filing Date)

I hereby claim the benefit under 35 U. S. C. Section 120 of any United States application(s), or Section 365(c) of any PCT International application designating the United States, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of 35 U.S.C. Section 112, I acknowledge the duty to disclose to the United States Patent and Trademark Office all information known to me to be material to patentability as defined in Title 37, CFR Section 1.56 which became available between the filing date of the prior application and the national or PCT International filing date of this application:

_____        _____        _____
(Application Serial No.)                 (Filing Date)                          (Status)
                                                                            (patented, pending, abandoned)

_____        _____        _____
(Application Serial No.)                 (Filing Date)                          (Status)
                                                                            (patented, pending, abandoned)

_____        _____        _____
(Application Serial No.)                 (Filing Date)                          (Status)
                                                                            (patented, pending, abandoned)

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| Full name of sole or first inventor |
|---|
| **Wesley Paul Pratte** |

| Sole or first inventor's signature | Date |
|---|---|
| *(signature)* | 1-14-03 |

| Residence |
|---|
| **565 Pinecone Way, Arroyo Grande, California 93420** |

| Citizenship |
|---|
| **USA** |

| Post Office Address |
|---|
| **Same As Residence** |

| Full name of second inventor, if any |
|---|
| |

| Second inventor's signature | Date |
|---|---|
| | |

| Residence |
|---|
| |

| Citizenship |
|---|
| |

| Post Office Address |
|---|
| |

| Full name of third inventor, if any |
|---|
| |

| Third inventor's signature | Date |
|---|---|
| | |

| Residence |
|---|
| |

| Citizenship |
|---|
| |

| Post Office Address |
|---|
| |

| Full name of fourth inventor, if any |
|---|
| |

| Fourth inventor's signature | Date |
|---|---|
| | |

| Residence |
|---|
| |

| Citizenship |
|---|
| |

| Post Office Address |
|---|
| |

Form PTO-FB-110 (8-83) (Modified)                                    Patent and Trademark Office-U.S. DEPARTMENT OF COMMERCE

H-366



# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

### POWER OF ATTORNEY

Docket No.
**14181**

Name of Applicant:    **Wesley Paul PRATTE**
Address of Applicant:    **565 Pinecone Way**
                                **Arroyo Grande, CA 93420**

Title:             **Party Tray**

Serial No., if Any:    **10/222,435**
Filed:             **August 16, 2002**

---

### TO THE ASSISTANT COMMISSIONER FOR PATENTS

---

The Assistant Commissioner for Patents
Washington, D.C. 20231

Honorable Sir:
   I hereby appoint:

    **Jeffrey G. Sheldon, Reg. No. 27,953**
    **T.H.P. Richardson, Reg. No. 28,805**
    **Danton K. Mak, Reg. No. 31,695**
    **Denton L. Anderson, Reg. No. 30,153**
    **Robert J. Rose, Reg. No. 47,037**

as principal attorneys to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

Please direct all future correspondence to:    By: _(signature)_

Jeffrey G. Sheldon
**SHELDON & MAK**                       **Nicholas Tompkins**
**225 S. Lake Ave., 9th Floor**          **CEO**
**Pasadena, CA 91101**                **Apio, Inc.**
**(626) 796-4000**                     **4575 W. Main Street**
**Fax: (626) 795-6321**              **Guadalupe, CA 93434**

Dated:   **1/6/03**

PTO/SB/96 (2-98)
Approved for use through 09/30/2000.  OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant: **Wesley Paul PRATTE**

Application No.: **10/222,435**                    Filed: **August 16, 2002**

Entitled: **Party Tray**

_____ **Apio, Inc.** _____, a    **Delaware corporation** _____,
(Name of Assignee)                          (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1. [/]   the assignee of the entire right, title, and interest; or

2. [ ]   an assignee of an undivided part interest

in the patent application identified above by virtue of either:

A. [ ] An assignment from the inventor(s) of the patent application identified above. The assignment was recorded in the Patent
and Trademark Office at Reel _____, Frame _____, or for which a copy thereof is attached.

OR

B. [ ] A chain of title from the inventor(s), of the patent application identified above, to the current assignee as shown below:

    1. From: _____    To: _____
    The document was recorded in the Patent and Trademark Office at
    Reel _____, Frame _____, or for which a copy thereof is attached.

    2. From: _____    To: _____
    The document was recorded in the Patent and Trademark Office at
    Reel _____, Frame _____, or for which a copy thereof is attached.

    3. From: _____    To: _____
    The document was recorded in the Patent and Trademark Office at
    Reel _____, Frame _____, or for which a copy thereof is attached.

    [ ] Additional documents in the chain of title are listed on a supplemental sheet.

[/] Copies of assignments or other documents in the chain of title are attached.

The undersigned (whose title is supplied below) is empowered to sign this statement on behalf of the assignee.

1/6/03
_____
Date

_____
Signature

**Nicholas Tompkins**
Typed or printed name

**CEO**
Title

Burden Hour Statement:  This form is estimated to take 0.2 hours to complete.  Time will vary depending upon the needs of the individual case. Any comments on the amount
of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231.  DO NOT SEND FEES OR
COMPLETED FORMS TO THIS ADDRESS. SEND TO:  Assistant Commissioner for Patents, Washington, DC 20231.

H-368



Page 1 of 2



**UNITED STATES**
**PATENT AND**
**TRADEMARK OFFICE**

Commissioner for Patents
Washington, DC 20231
www.uspto.gov

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
|---|---|---|---|
| 10/222,435 | 08/16/2002 | Wesley Paul Pratte | 14181 |

**CONFIRMATION NO. 8932**

Jeffrey G. Sheldon Esq.
Sheldon & Mak
Suite 900
225 South Lake Avenue
Pasadena, CA 91101

**FORMALITIES LETTER**

*OC000000008870977*

Date Mailed: 09/30/2002

## NOTICE TO FILE MISSING PARTS OF NONPROVISIONAL APPLICATION

### FILED UNDER 37 CFR 1.53(b)

#### *Filing Date Granted*

**Items Required To Avoid Abandonment:**

An application number and filing date have been accorded to this application. The item(s) indicated below, however, are missing. Applicant is given **TWO MONTHS** from the date of this Notice within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

- The oath or declaration is missing.
  *A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.*
- To avoid abandonment, a late filing fee or oath or declaration surcharge as set forth in 37 CFR 1.16(e) of $65 for a small entity in compliance with 37 CFR 1.27, must be submitted with the missing items identified in this letter.

The application is informal since it does not comply with the regulations for the reason(s) indicated below.

The required item(s) identified below must be timely submitted to avoid abandonment:

- Replacement drawings in compliance with 37 CFR 1.84 and 37 CFR 1.121 are required. The drawings submitted are not acceptable because:

  - The drawing sheets do not have the appropriate margin(s) (see 37 CFR 1.84(g)). Each sheet must include a top margin of at least 2.5 cm. (1 inch), a left side margin of at least 2.5 cm. (1 inch), a right side margin of at least 1.5 cm. ( 5/8 inch), and a bottom margin of at least 1.0 cm. (3/8 inch).See Figures(s) Fig.1, Fig. 11.

**SUMMARY OF FEES DUE:**

Total additional fee(s) required for this application is **$65** for a Small Entity

H-369

- **$65** Late oath or declaration Surcharge.

---

*A copy of this notice **MUST** be returned with the reply.*

Customer Service Center
Initial Patent Examination Division (703) 308-1202

PART 3 - OFFICE COPY

H-370