08-19-02 *SUPERRES UN. 009*

# UTILITY PATENT APPLICATION TRANSMITTAL

| Attorney Docket No.    14181 | First Named Inventor:  **Pratte** |
|---|---|
| Title  **Party Tray** | Express Mail Label No. **EF279074515US** |

**To Assistant Commissioner for Patents, Box Patent Application, Washington, D.C. 20231**

Transmitted herewith is a utility patent application.

**Items or Papers Included**

1. ☒ Fee Transmittal Form *(Original, plus a duplicate for fee processing)* and check # 7849 for $ 454.00
2. ☒ Applicant claims small entity status
3. ☒ Specification   Total Pages 17 (Description: **12** pages; Claims: **4** page(s); Abstract: **1** page)
4. ☒ Drawings (35 USC §113)   ( **5** sheet(s))
5. ☐ Oath or Declaration   ☐ Newly executed *(original or copy)*   ☐ Copy from a prior application
6. ☐ Application Data Sheet
7. ☐ CD-ROM or CD-R in duplicate          8. ☐ Nucleotide and/or Amino Acid Sequence Submission
9. ☐ Assignment Papers
10. ☐ 37 CFR §3.73(b) Statement *(when there is an assignee)* ☐ Power of Attorney
11. ☐ English Translation Document (*if applicable*)
12. ☒ Information Disclosure Statement (IDS) and ☒ Form PTO-1449 and ☒ Copies of Citations
13. ☐ Preliminary Amendment
14. ☒ Return Receipt Postcard (MPEP §503) *(specifically itemized)*
15. ☐ Certified copy of foreign Priority Document
16. ☐ Nonpuublication Request and PTO/SB/35
17. ☐ Other

**16.    If a Continuing Application    This application is a**
☐ Continuation    ☐ Divisional    ☐ Continuation-in-part (CIP)
of prior application No.:    , filed

Prior application No.:        Examiner:        Group/Art Unit:

For CONTINUATION or DIVISIONAL APPLICATIONS only: The entire disclosure of the prior application, from which an oath or declaration is supplied under box 5b, is considered a part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference. The incorporation can only be relied upon when a portion has been inadvertently omitted from the submitted application parts.

**17. Correspondence Address**    Jeffrey G. Sheldon Esq.          Tel No. 626 796-4000

Sheldon & Mak          Fax No. 626 795-6321

225 South Lake Avenue, Suite 900

Pasadena, CA 91101, U.S.A.

**EXPRESS MAIL CERTIFICATION**

I hereby certify that this paper is being deposited with the "Express Mail Post Office to Addressee" service of the United States Postal Service on the date indicated below and is addressed to Assistant Commissioner for Patents, Washington, D.C 20231
Express Mail mailing label No. EF279074515US  Date of Deposit Aug. 16, 2002
Typed name of person signing this certificate. T H P. Richardson
Signature

Respectfully Submitted,

Name:    T.H.P.Richardson, Reg. No. 28,805
Tel:        650-854-6304
Fax:        626-795-6321
Address: Sheldon & Mak
225 South Lake Avenue, 9th floor
Pasadena, CA 91101

AppTrans020815

Send to:  Assistant Commissioner for Patents, Box Patent Application, Washington, DC 20231.  *Do not use for provisional applications.*

H-371

EXPRESS MAILED

# FEE TRANSMITTAL FORM

| Application No. | Not yet known | Examiner Name | Not yet known |
|---|---|---|---|
| Filing Date | Herewith | Group Art Unit | Not yet known |
| First Named Inventor | Pratte | Attorney Docket No. | 14181 |

**METHOD OF PAYMENT**

1. ☐ The Commissioner is hereby authorized to charge indicated fees and credit any overpayments to:

    Deposit Account No: **19-2090**    Deposit Account Name: **Sheldon & Mak**

    ☒ Charge Any Additional Fee Required under 37 CFR 1.16 and 1.17

    ☒ Applicant claims small entity status. See 37 CFR.27

2. ☒ **Payment Enclosed** ☒ check # 7850 for $ 454.00

    7849

## Fee Calculations

| | Applicable Fee | Fee Paid |
|---|---|---|
| (1)    **Filing fee** | 740/370 | ($)  370 |

(2)    **Extra claim fees**

Claims in specification as filed

| | No. in Specification or after Amendment | No. Included in Filing Fee or Previously Paid For | No. Extra (b) | Applicable Fee | Fee Paid |
|---|---|---|---|---|---|
| Total Claims | 16 | - 20 = | | x 18/9 (ea) | |
| Independent Claims | 5 | - 3 = | 2 | x 84/42 (ea) | 84 |
| Multiple dependent claim(s) presented for first time (c) | | | | 280/140 | |
| | | | Subtotal (2) Extra claim fees | ($) | 84 |

(3)    **Additional fees**

| | | Fee Paid |
|---|---|---|
| Extension for Reply (1, 2, 3, 4 months: $110/55, 400/200, 920/460, 1,440/720)   **month (s)** | | |
| Surcharge, late filing fee or oath ($130/65) | | |
| Petition to Commissioner ($130/130) | | |
| Information Disclosure Statement ($180/180) | | |
| Recording each Patent assignment ($40 per property) | | |
| Request for Continued Examination (RCE) ($740/370) | | |
| | Subtotal (3) Additional or other fees | |

**Total Fees**

| | Total Fees Submitted (Sum of Subtotals (1), (2), and (3)) | $ 454 |
|---|---|---|

This sheet is transmitted **In duplicate** if a fee is due.

---

| **EXPRESS MAIL CERTIFICATION UNDER 37 CFR 1.10** | Respectfully Submitted, |
|---|---|
| I hereby certify that this paper is being deposited with the "Express Mail Post Office to Addressee" service of the United States Postal Service on the date indicated below and is addressed to Assistant Commissioner for Patents, Washington, D.C. 20231<br>Express Mail mailing label No. EF279074515US Date of Deposit August 16, 2002<br>Typed name of person signing this certificate T. H P Richardson<br>Signature | Name    T. H. P. Richardson<br>Tel. No.    650-854-6304<br>Fax No.    626-795-6321<br>Address    Sheldon & Mak<br>    225 South Lake Avenue<br>    Pasadena<br>    CA 91101 |

FEETRNS2.doc:TR/TR

H-372

Docket No. 14181

APPLICATION FOR A UTILITY PATENT

TITLE

Party Tray

APPLICANT

Wesley Paul Pratte

United States citizen

of Arroyo Grande, California

EXPRESS MAIL CERTIFICATION UNDER 37 CFR 1.10

I hereby certify that this paper is being deposited with the "Express Mail Post Office to Addressee" service of the United States Postal Service on the date indicated below and is addressed to Assistant Commissioner for Patents, Washington, D.C. 20231. Express Mail mailing label No. ~~EE 278921219~~ US   Date of Deposit  to August 16, 2002 Typed name of person signing this certificate: T. H. P. Richardson   Signature

EF 279074515 US

H-373

TITLE

Party Tray

APPLICANT

Wesley Paul Pratte, a United States citizen, of Arroyo Grande, California

5

CROSS-REFERENCE TO RELATED APPLICATION

This application is related to my copending commonly assigned application for a
design patent entitled Party Tray Cover, which is being filed on the same day as this
10    application.  The disclosure of that application is incorporated herein by reference.

BACKGROUND OF THE INVENTION

This invention relates to party trays.

15

The term "party tray" is used herein to denote a tray of assorted foodstuffs to be
served at a party. Especially when one or more of the foodstuffs is a respiring foodstuff,
for example fresh fruits or vegetables, it is desirable that the party tray should provide a
sealed package for the foodstuffs. This makes it possible to use the known technique of
20    modified atmosphere packaging (MAP), and/or to control the initial atmosphere within
the party tray, in order to help the foodstuffs to remain in good condition for a longer
time, thereby increasing the shelf life of the party tray.

Known sealed party trays are usually prepared in quantity in manufacturing
25    facilities, using carefully selected foodstuffs and under carefully controlled conditions.
As displayed for sale, such trays comprise a container body containing separate
compartments for different foodstuffs; foodstuffs within the compartments; a transparent
polymeric sheet which is sealed over the container body, thus providing a sealed
package for foodstuffs; and a transparent cover over the sealing sheet.  The size of
30    party trays is such that the sealing sheet is not robust enough to withstand routine

1

H-374

handling of the tray unless it is protected by a cover. The container body and the cover are formed by molding polymeric materials, the container body being formed with cavity walls which define the separate compartments. The container body is often black or another solid color to provide a contrasting background for the foodstuffs, but can also

5    be clear.

When the foodstuffs in the known party tray are to be consumed, the cover and the sealing sheet are removed, and the foodstuffs are served, using the container body as the serving tray.

10

When a party tray is displayed for sale in a supermarket or other store, it is desirable that shoppers should be able to view the contents of the tray clearly, and should have the impression that the tray has been recently prepared at the store level. A disadvantage of the known sealed party trays is that shoppers must view the contents

15    of the tray through the cover and the sealing sheet. This detracts from the appearance of the foodstuffs, and may also indicate to shoppers that the tray has not been prepared at the store level. Another disadvantage is that the cavity walls of the container body are at least 0.375 in. (9 mm) wide. This further detracts from the appearance of the foodstuffs, and also reduces the amount of the foodstuffs that can be placed in a given

20    total volume.

SUMMARY OF THE INVENTION

I have realized, in accordance with the present invention, that improved results

25    can be obtained by loading the foodstuffs into a transparent container body; securing a sealing sheet to the container body to provide a sealed package containing the foodstuffs; placing a support tray over the sealing sheet; and then turning the assembly of the support tray and the sealed package upside-down. In this specification, the term "in the loading orientation" means that the container body is oriented so that any

30    foodstuffs in it rest on the base of the container body; and the term "in the display

2

H-375

orientation" means that the container body is oriented so that the base of the container body in the loading orientation provides the top surface of the sealed package. Thus, if a container body, after having been loaded with foodstuffs and sealed with a sealing sheet, is in the display orientation, the foodstuffs rest on the sealing sheet (which is in

5    turn supported by the support tray), and the foodstuffs are viewed by shoppers through the single thickness of the transparent container body. As a result, the foodstuffs are readily visible, and it is not apparent that the party tray was prepared in a manufacturing facility.

10    When the contents of the novel party tray are to be served, the sealed container body is returned to the loading orientation; the support tray is removed; the sealing sheet is removed; the support tray (or a platter provided by the consumer) is placed over the open container body; the support tray (or provided platter) and container are returned to the display orientation; and finally the container body is removed, so that the

15    foodstuffs can be served from the support tray (or provided platter).

I have also realized, in accordance with the present invention, that by using partitions which are prepared separately from the container body, and are then located within the container body, the partitions can provide a smaller proportion of the visual

20    appearance and physical contents of the party tray. In preferred embodiments, the partitions are located within the container body by location members formed in the base and/or wall of the container body.

This invention includes novel methods for preparing and/or serving party trays,

25    novel container bodies (and other components) for party trays, novel kits of parts for use in the assembly of party trays, and novel party trays, which make use of, or which can be used to implement, the present invention as summarized above. The invention includes, but is not limited to, the specific aspects of the invention which are set out in the Detailed Description of the Invention below.

30

H-376

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention is illustrated in the accompanying drawings in which

Figures 1,2,3 and 4 are top, bottom, front and side views, respectively, of a

5 container body for a party tray according to the invention, the container body being in the display orientation;

Figures 5 and 6 are cross-sections on lines V-V and VI-VI of Figure 1;

Figures 7 and 8 are side and top views respectively of partitions for use in conjunction with the container body illustrated in Figures 1-6;

10 Figure 9 is a top view of two partitions as shown in Figures 7 and 8 joined together to form a single partition;

Figure 10 is a top view of a container body as shown in Figures 1-6 into which have been fitted two pairs of partitions as shown in Figures 7-8, joined together as shown in Figure 9, the container body being shown in the loading orientation;

15 Figure 11 is a top view of a container body which has been fitted with partitions, as shown in Figure 10, loaded with vegetables and with a carton of vegetable dip, and then sealed with a polymeric sheet;

Figure 12 is a top view of a loaded and sealed container body as shown in Figure 11, after a support tray has been placed over the sealing sheet, and the

20 assembly then turned over into the display orientation;

Figure 13 is a cross-sectional view on line XIII- XIII of Figure 12; and

Figures 14-16 are top, bottom and side views of another container body for a party tray according to the invention, the container body being in the display orientation.

25 In the drawings, the thicknesses of the components are exaggerated in the interests of clarity. Also the container bodies are shown as having a uniform thickness; in fact, since the container bodies are made by thermoforming polymeric sheets of uniform thickness, their thickness varies, depending upon the amount that the sheet has been deformed, as is well known to those skilled in the art.

30

4

*H-377*

## DETAILED DESCRIPTION OF THE INVENTION

     In the Summary of the Invention above and in the Detailed Description of the Invention, and the Claims below, and in the accompanying drawings, reference is made

5    to particular features (including method steps) of the invention.  It is to be understood that the disclosure of the invention in this specification includes all possible combinations of such particular features.  For example, where a particular feature is disclosed in the context of a particular aspect or embodiment of the invention, or a particular claim, that feature can also be used, to the extent possible, in combination

10   with and/or in the context of other particular aspects and embodiments of the invention, and in the invention generally.

     The term "comprises" and grammatical equivalents thereof are used herein to mean that other components, ingredients, steps etc. are optionally present.  For

15   example, an article " comprising" (or "which comprises") components A, B and C can consist of (i.e. contain only) components A, B and C, or can contain not only components A, B and C but also one or more other components. Where reference is made herein to a method comprising two or more defined steps, the defined steps can be carried out in any order or simultaneously (except where the context excludes that

20   possibility), and the method can include one or more other steps which are carried out before any of the defined steps, between two of the defined steps, or after all the defined steps (except where the context excludes that possibility. The term "at least" followed by a number is used herein to denote the start of a range beginning with that number (which may be a range having an upper limit or no upper limit, depending on

25   the variable being defined).  For example "at least 1" means 1 or more than 1.  The term "at most" followed by a number is used herein to denote the end of a range ending with that number (which may be a range having 1 or 0 as its lower limit, or a range having no lower limit, depending upon the variable being defined).  For example, "at most 4" means 4 or less than 4,and "at most 40%" means 40% or less than 40 %. When, in this

30   specification, a range is given as " (a first number) to (a second number)" or "(a first

H-378

CRITICAL: LITIGATION

number) - (a second number)", this means a range whose lower limit is the first number and whose upper limit is the second number. For example, 25-100 mm means a range whose lower limit is 25 mm, and whose upper limit is 100 mm.

5          In a first aspect, this invention provides a method of preparing a party tray which comprises the steps of

A)          providing a container body which is composed of a transparent polymeric material and which comprises

1)          a base,

10          2)          a continuous wall which extends away from the base and is contiguous with the base,

3)          a continuous rim which is contiguous with the wall, and

4)          partitions which create compartments within the container body;

B)          placing foodstuffs in the compartments;

15          C)          after step B, sealing a sealing sheet of polymeric material to the rim of the container body, thus creating a sealed package which contains the foodstuffs and whose outer surface is defined by the container body and the sealing sheet;

D)          after step C, placing a support tray over the sealing sheet; and

E)          after step D, turning the assembly produced in step D upside-down.

20

In a second aspect, this invention provides a container body for a party tray, the container body being composed of a transparent polymeric material and comprising

1)          a base,

2)          a continuous wall which extends away from the base and is contiguous

25          with the base, and

3)          a continuous rim which is contiguous with the wall and which comprises a continuous flat surface to which a sheet of polymeric material can be sealed to create a sealed package whose outer surface is defined by the container body and the sheet of polymeric material,

6

*H-379*

at least one of the base and the wall including location members for locating partitions which create compartments within the container body.

In a third aspect, this invention provides a kit of parts which comprises at
5 least one container body as defined in the second aspect of the invention, and at least two partitions, the partitions being locatable by the location members so that they create compartments within the container body.  The kit of parts preferably contains at least ten container bodies and at least 20 partitions, and may contain many more.
10

In a fourth aspect, this invention provides a party tray which comprises
A)      a container body which is composed of a transparent polymeric material and which comprises
        1)      a base,
15      2)      a continuous wall which extends away from the base and is contiguous with the base,
        3)      a continuous rim which is contiguous with the wall, and
        4)      partitions which create compartments within the container body and which are removably located within the container body;
20 B)      foodstuffs in the compartments; and
C)      a sealing sheet of polymeric material which is sealed to the rim, thus creating a sealed package which contains the foodstuffs and whose outer surface is defined by the container body and the sealing sheet.

25      In a fifth aspect, this invention provides a method of serving a party tray which comprises
A)      placing a party tray as defined in the fourth aspect of the invention in the loading orientation;
B)      after step A, removing the sealing sheet;
30 C)      after step B, placing a serving dish over the container body;

7

H-380

D)      after step C, turning the assembly prepared in step C upside-down so that the foodstuffs are supported on the serving dish; and

E)      after step D, removing the container body so that the foodstuffs are ready to be served.

5

The sealed packages referred to in describing the invention preferably include an atmosphere control member. The term "atmosphere control member" is used herein to denote any member which modifies the rates at which oxygen and carbon dioxide pass into and out of the sealed package. Atmosphere control members are well-known and 10      are described for example in U.S. Patent No. 6,376,032 and WO 00/0477, the entire disclosures of which are incorporated herein by reference for all purposes. An atmosphere control member can for example be placed over a window in the container body and/or over a window in the sealing sheet.

15      The container body is generally prepared by molding, preferably thermoforming, a suitable polymeric material, for example, polyethylene, so that the base, wall and rim are parts of a unitary body. However, the invention includes the possibility that the container body is prepared in some other way, for example by securing together two or more separate components. The container body can be of any convenient shape, for 20      example generally rectangular (including square) with rounded corners, or round. The depth of the container body can be for example 1-4 in. (25-100 mm), e.g. 1.25-2.5 in. (30-65 mm). The circumference of the container body can be for example 30-100 in. (760-2,500 mm), e.g. 40-70 in. (1000-1800 mm). The rim of the container body, to which the sealing sheet is sealed, preferably has a width of at least 0.125 in. (3 mm), 25      e.g. 0.15 -0.4 in. (4-10 mm). The thickness of the container body is for example 0.02-0.08 in. (0.5-2 mm), and correspondingly less in areas that have been stretched by thermoforming. The container body is preferably shaped so that a plurality of the bodies can be nested together with little or no space between them.

8

H-381

The methods of the invention are useful with container bodies in which the partitions are cavity walls which are formed at the same time as the base, wall and rim. Preferably, however, the partitions are prepared separately and then located within the container body.  This makes it possible for the partitions to have little or no visual impact

5     when the party tray is in the display orientation. Preferably the partitions are composed of transparent polymeric material, e.g. polyethylene or polypropylene, and have a thickness less than 0.125 in. (3 mm), particularly less than 0.04 in. (1 mm), for example 0.02-0.08 in. (0.5-1 mm).  Some or all of the partitions may be corrugated for additional strength, and/or include protrusions or channels and/or be shaped (e.g. have slots

10    therein) so that one or more partitions can be maintained in desired locations relative to each other and/or to the base or wall of the container body. Preferably, the partitions can be disassembled from each other; however, the invention includes the possibility that the partitions are secured together so that they cannot be disassembled. Preferably, the partitions can be removed from the container body; however, the

15    invention includes the possibility that they are secured to the container body so that they cannot be removed.  The partitions, when installed in the container body, can for example be substantially straight, or comprise two or more straight portions at right angles to each other, or comprise two or more straight portions with a curved portion (e.g. a quarter circle) between them. In one embodiment, two T-shaped partitions are

20    used, each T-shaped partitions being composed of two L-shaped partitions secured to each other along the leg of the T.  In another embodiment, two partitions are parallel to each other and one or more partitions are right angles thereto, and some or all of the partitions are slotted so that the partitions fit together in a desired configuration. Preferably the partitions, before being assembled and located in the container body,

25    have a shape (e.g. are substantially flat) such that a plurality of partitions can be nested together with little or no space between them. Some of the partitions can be provided by one or more components which serve an additional purpose.  For example, a carton of dressing (e.g. a vegetable dip) can be placed in the center of the container body so that the walls of the carton help to define the compartments into which the foodstuffs are

30    placed. In another embodiment, some or all of the partitions are the part of a unitary

9

H-382

body, for example a single molded polymeric article, or a number of molded articles secured to each other so that they cannot be disassembled. The compartments formed by the partitions need not be completely separate from each other, provided that the partitions maintain the desired separation of the foodstuffs.

5      The partitions can be secured to the base and/or wall of the container body so that they cannot be removed without destroying the container body. Preferably, however, the partitions are removably located in the container body. For this purpose, preferably the base or the wall, or both the base and the wall, include location members for removably locating partitions which have been prepared separately from the rest of

10    the container body. The location members are preferably formed in the container body as it is molded; alternatively, they can be secured to the container body after it has been molded. A wide variety of location members can be employed, and can result in a corresponding variety of design characteristics on the exposed surface of the party tray in the display orientation. For example, the location members can comprise one or

15    more channels which extend away from the interior of the container body. Such a channel can be continuous over the length of the partition, in which case the edge of the partition which fits into the channel can be straight. Alternatively or additionally, part or all of the channel can be discontinuous (e.g. comprise two or more separate short sections), in which case the edge of the partition will include protrusions which fit into

20    the discontinuities. Alternatively or additionally, the location members can comprise one or more ribs which extend into the interior of the container body, in which case the edge of the partition will include one or more conformations, e.g. sockets and/or clips, which interact with the ribs to locate the partition.

       The support tray is constructed so that a user can pick up the support tray with

25    the sealed party tray package on it, and so that it protects the sealing sheet during handling of the party tray. Preferably, the support tray is made by thermoforming or otherwise molding a suitable polymeric material, e.g. polyethylene. The thickness of the support tray is for example0.02-0.08 in. (0.5-2 mm). The support tray can be formed with corrugated, ribs or other conformations which increase its structural strength.

When the sealing sheet includes an atmosphere control member, the support tray preferably comprises ribs such that air can circulate between the support tray and at least the portion of the sealing sheet including the atmosphere control member. The support tray is preferably black or another solid color to provide a contrasting
5   background for viewing the foodstuffs.


Those skilled in the art will have no difficulty, having regard to their own knowledge and the disclosure of this specification, in manufacturing suitable container bodies, partitions and support trays.
10
The sealing sheet is preferably heat-sealed to rim of the container body. Suitable sealing sheets, and methods for sealing them to the container bodies, are well known, and those skilled in the art will have no difficulty, having regard to their own knowledge and the disclosure of this specification, in identifying suitable sealing sheets and using
15   them to produce sealed packages in accordance with the invention.

The foodstuffs used in the present invention can be of any kind, but the invention is particularly useful when it least one of the foodstuffs is a respiring material, for example a fresh vegetable or fresh fruit.
20
Referring now to the drawings, Figures 1-6 show a generally rectangular container body of the invention which is in the display orientation. It comprises a base 11, a wall 12, and a rim 13. The wall is corrugated for added strength. The rim 13 includes a continuous flat surface 131. Two outwardly extending channels 14 and two
25   inwardly extending rectangular depressions 15 are formed in the base and wall. The channels 14 and depressions 15 are location members for partitions to be inserted later, as described below.

Figures 7 and 8 are side and plan views of a partition 2 comprising wings 21 and
30   22 with a hinge portion 23 between them. Rib 221 is formed in wing 22. Figure 9

11

shows two partitions as shown in Figures 7 and 8, with the wings 22 joined together by
the ribs 221, and the wings 21 bent at right angles to the wings 22.

5     Figure 10 shows two partitions as shown in Figure 9 inserted into a container
body as shown in Figures 1-6, the container body being in the loading orientation, thus
creating compartments within the container body.

10     Figure 11 shows the container body of Figure 10, again in the loading orientation,
which has been loaded with a sealed carton 31 of vegetable dip and with a variety of
fresh vegetables32, 33, 34, 35 and 36, and then sealed with a sealing sheet 4.  The
sealed carton 31 is first placed, upside-down, in the center of the container body,
between the rectangular location members 15, thus creating six compartments into
which the fresh vegetables are placed.  Thereafter, the polymeric sheet 4 is secured to
the flat surface 131 of the rim 13.  The polymeric sheet 4 includes an atmosphere
15     control member 41.

20     Figure 12 shows the loaded and sealed container body of Figure 11, after a
support tray 5 has been placed over it, and the assembly then turned over so that the
container body is the display orientation.  Figure 13 is a cross-section on line XIII-XIII of
Figure 12.  Support tray 5 has discontinuous upstanding ribs 51 so that air can circulate
between the support tray and the sealing sheet 4 and the atmosphere control member
41 can regulate the atmosphere around the fresh vegetables in the party tray.

25     Figures 14-16 show a round container body of the invention in the display
orientation.  It comprises a base 11, a wall 12, and a rim 13.  The wall is corrugated for
added strength.  The rim 13 includes a continuous flat surface 131.  Four outwardly
extending channels 14 are formed in the base and the wall, and are location members
for partitions to be inserted later.

What is claimed is

1.      A method of preparing a party tray which comprises the steps of

5          A)      providing a container body which is composed of a transparent polymeric

material and which comprises

1)      a base,

2)      a continuous wall which extends away from the base and is

contiguous with the base,

10         3)      a continuous rim which is contiguous with the wall, and

4)      partitions which create compartments within the container body;

B)      placing foodstuffs in the compartments;

C)      after step B, sealing a sealing sheet of polymeric material to the rim of the

container body, thus creating a sealed package which contains the foodstuffs

15        and whose outer surface is defined by the container body and the sealing sheet;

D)      after step C, placing a support tray over the sealing sheet; and

E)      after step D, turning the assembly produced in step D upside-down.

2.      A method according to Claim 1 wherein the partitions are removably located

20    within the container body.

3.      A method according to Claim 1 wherein at least some of the foodstuffs are

respiring, and the sealed package includes an atmosphere control member.

25    4.      A method according to Claim 3 wherein the atmosphere control member covers a

window in the sealing sheet, and the support tray comprises ribs such that that air can

circulate between the support member and the atmosphere control member.

5.      A method according to Claim 4 wherein at least some of the foodstuffs are fresh

30    vegetables.

13

H-386

6.    A container body for a party tray, the container body being composed of a transparent polymeric material and comprising

    1)    a base,

5    2)    a continuous wall which extends away from the base and is contiguous with the base, and

    3)    a continuous rim which is contiguous with the wall and which comprises a continuous flat surface to which a sheet of polymeric material can be sealed to create a sealed package whose outer surface is defined by the container body

10    and the sheet of polymeric material,

at least one of the base and the wall including location members for locating partitions which create compartments within the container body.

7.    A container body according to Claim 6 which further comprises partitions which
15 are removably located within the container body by the location members.

8.    A kit of parts which comprises at least one container body as defined in Claim 6, and at least two partitions, the partitions being locatable by the location members so that they create compartments within the container body.

20

9.    A kit of parts according to Claim 8 which includes at least 10 said container bodies which are nested together with little or no space between them and at least 20 said partitions which are nested together with little or no space between them.

25 10.    A party tray which comprises

    A)    a container body which is composed of a transparent polymeric material and which comprises

      1)    a base,

      2)    a continuous wall which extends away from the base and is
30      contiguous with the base,

14

H-387

JOSEPHSON, TERRAINE

        3)      a continuous rim which is contiguous with the wall, and

        4)      partitions which create compartments within the container body,

        and which are removably located within the container body;

   B)     foodstuffs in the compartments; and

5      C)     a sealing sheet of polymeric material which is sealed to the rim, thus

     creating a sealed package which contains the foodstuffs and whose outer

     surface is defined by the container body and the sealing sheet.

11.     A party tray according to Claim 10 wherein the partitions are located within the

10  container body by location members which form part of at least one of the base and the

wall.

12.     A party tray according to Claim 11 wherein it least some of the foodstuffs are

respiring, and the sealed package includes an atmosphere control member.

15

13.     A party tray according to Claim 12 wherein at least some of the foodstuffs are

fresh vegetables.

14.     A party tray according to Claim 10 which is in a display orientation and which

20  also comprises a support tray underneath the sealing sheet.

15.     A party tray according to Claim 14 wherein at least some of the foodstuffs are

respiring, the sealed package includes an atmosphere control member which covers a

window in the sealing sheet, and the support tray comprises ribs such that that air can

25  circulate between the support member and the atmosphere control member.

16.     A method of serving a party tray, the method comprising

   A)     placing a party tray as defined in Claim 10 in a loading orientation;

   B)     after step A, removing the sealing sheet;

30     C)     after step B, placing a serving dish over the container body;

15

H-388

D)      after step C, turning the assembly prepared in step C upside-down so that the foodstuffs are supported on the serving dish; and

E)      after step D, removing the container body so that the foodstuffs are ready to be served.

H-389

## ABSTRACT

A party tray includes a support tray and, on the support tray, a sealed package made up of transparent container body and a polymeric sealing sheet sealed to the rim of the container body.  The sealed package contains foodstuffs, in particular respiring foodstuffs such as fresh fruits and vegetables, which rest on the sealing sheet; the sealing sheet is in turn supported by the support tray.  The sealed package may include an atmosphere control member.  When the party tray is on display, its contents are viewed through the single thickness of the container body.



FIG 1

FIG 2





FIG 3

FIG 4



FIG 5



FIG 6

H-392



FIG 7

FIG 8

FIG 9

FIG 10

H-393



FIG 11

36

21A

4

35

32

22A,B

31

41

34

33

131

FIG 12

36

21B

FIG 12

36

33

34

VEGGIE
DIP

14

XIII

31

32

14

13

35

4

36

5

FIG 13

14

14

22

22

131

51

31

51

5

4

H-394



## PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 2001

**Application or Docket Number**

10222435

### CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | 16 | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 16 minus 20= | * |
| INDEPENDENT CLAIMS | 3 minus 3 = | * |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

\* If the difference in column 1 is less than zero, enter "0" in column 2

| SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | FEE | | RATE | FEE |
| BASIC FEE | 370.00 | | BASIC FEE | 740.00 |
| X$ 9= | 1 | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL | 370 | OR | TOTAL | |

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| SMALL ENTITY | | | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
   The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

H-396

 

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

08/20/2002 BSAYASI1 00000023 10222435
01 FC:201                    370.00 OP

Refund Ref:
08/20/2002 BSAYASI1 0000119947 ME
--------------------------------------

CKECK Refund Total:    $84.00

PTO-1556
 (5/87)

*U.S. Government Printing Office: 2001 — 481-697/59173

H-397

＊ ½

Docket No. 14181

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

Applicant: Pratte                          Group Art Unit: not yet known

Serial No.: not yet known                  Examiner: not yet known

Filing Date: Herewith

Title: Party Tray

Assistant Commissioner for Patents
Washington, DC 20231

DISCLOSURE UNDER 37 CFR 1.56

Dear Sir:

In fulfilling the duty of candor and good faith, the documents listed on the
attached PTO-1449 (two copies) are disclosed to the Office in accordance with 37 CFR
§ 1.56. It should be noted the word "prior" has been deleted from the attached PTO-
1449.  It is not admitted that the information in the listed documents is material to
patentability as defined in 37 CFR § 1.56(b) or that the documents are analogous art.
The documents listed on the PTO 1449 include two Trade Brochures published by Apio
Inc. These trade brochures show party trays without any top covers.  Applicant admits
that party trays as shown in the trade brochures, but sealed with a sealing sheet
secured to the upper surface of the black tray, and then covered with a protective
transparent lid, were published before the date on which the present invention was
made.

<u>EXPRESS MAIL CERTIFICATION UNDER 37 CFR 1.10</u>

I hereby certify that this paper is being deposited with the "Express Mail Post Office to Addressee" service of the United States
Postal Service on the date indicated below and is addressed to Assistant Commissioner for Patents, Washington, D.C. 20231.
Express Mail mailing label No. EF279074515US  Date of Deposit  Aug. 16, 2002
Typed name of person signing this certificate: T. H. P. Richardson   Signature

H-398

The Examiner is asked to consider the documents listed on the attached PTO-1449, and to confirm such consideration by returning an initialed and signed copy of the PTO-1449.

Also attached is a copy of each of the document(s) listed on the attached PTO-1449. Insofar as the attached document(s) has/have markings thereon, no significance is intended by such markings.

It is believed that this Disclosure complies with the requirements of 37 CFR 1.56 and the MPEP.  If the some reason the Examiner thinks otherwise, he is asked to call the undersigned so that any deficiencies can be remedied.

Respectfully submitted,

T.H.P. Richardson

Reg. No. 28,805

Tel. No. 650-854-6304

H·399

Page _____1_____ of _____1_____

| FORM PTO-1449<br>(Rev 8/83) | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | Atty. Docket No.:<br>14181 | Appl'n No.:<br>not yet known |
|---|---|---|---|
| | | Applicant: Pratte | |
| | INFORMATION DISCLOSURE STATEMENT | Filing Date:<br>Herewith | Group: not yet known |
| | (Use several sheets if necessary) | | |

## US PATENT DOCUMENTS

| * Exr. initial | Document number | Date | Name | Class | Sub-class | Filing date (if appropriate) |
|---|---|---|---|---|---|---|
| | 5,254,354 | 10/93 | Stewart | 426 | 106 | |
| | 6,013,293 | 01/2000 | De Moor | 426 | 106 | |
| | 6,210,724 | 04/2001 | Clarke et al. | 426 | 118 | |
| | 6,376,032 | 04/2002 | Clarke et al. | 428 | 34.7 | 12/05/96 |
| | | | | | | |

## FOREIGN PATENT DOCUMENTS

| * Exr. initial | Document number | Date | Country | Class | Sub-class | Translation enclosed (?) |
|---|---|---|---|---|---|---|
| | W0 00/04787 A 1 | Feb 3, 2000 | International | A23B7 | 148 | |
| | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.)

| Exr. initial | Details of Document | Translation enclosed (?) |
|---|---|---|
| | Trade Brochure entitled "Smart Party Trading Headquarters" published by Apio Inc. | |
| | Trade Brochure entitled "All Occasion Party Trays" published by Apio Inc. | |
| | | |
| | | |

| Examiner's signature | Date considered |
|---|---|
| | |

\* EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Laoyout rev. 3/95

H-400

ac: TR ✓

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

## CORRECTED VERSION



(19) World Intellectual Property Organization
International Bureau

(43) International Publication Date
3 February 2000 (03.02.2000)

**PCT**

(10) International Publication Number
**WO 00/04787 A1**

(51) International Patent Classification⁷: A23B 7/148, C08G 77/442, B65D 81/24

(21) International Application Number: PCT/US99/16576

(22) International Filing Date: 22 July 1999 (22.07.1999)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
09/121,082    23 July 1998 (23.07.1998)    US

(71) Applicant: LANDEC CORPORATION [US/US]; 3603 Haven Avenue, Menlo Park, CA 94025 (US).

(72) Inventors: CLARKE, Raymond; 1394 Marinovich Way, Los Altos, CA 94024 (US). SCHULTZ, Donald, A.; 3901 Marshall Avenue, San Mateo, CA 94403 (US).

(74) Agents: SHELDON, Jeffrey, G. et al.; Sheldon & Mak, Inc., 9th floor, 225 South Lake Avenue, Pasadena, CA 91101 (US).

(81) Designated State (national): JP.

(84) Designated States (regional): European patent (AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE).

Published:
—  With international search report.

(48) Date of publication of this corrected version:
10 May 2001

(15) Information about Correction:
see PCT Gazette No. 19/2001 of 10 May 2001, Section II

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

(54) Title: PACKAGING BIOLOGICAL MATERIALS



(57) Abstract: Novel gas-permeable membranes which are particularly useful in the packaging of fresh cut fruit and vegetables, and other respiring biological materials. The membranes comprise a microporous film or other gas-permeable substrate and, coated on the substrate, a layer of a block copolymer having a heat of fusion of at least 5 J/g and containing polysiloxane polymeric blocks and crystalline polymeric blocks having a melting point of -5 °C to 40 °C.

WO 00/04787 A1

H-401

WO 00/04787                                      1                          PCT/US99/16576

## PACKAGING BIOLOGICAL MATERIALS

This invention relates to gas-permeable membranes which are useful in particular for the packaging of biological materials, especially fresh produce.

5

Fruit and vegetables, and other respiring biological materials, consume oxygen ($O_2$) and produce carbon dioxide ($CO_2$) at rates which depend upon temperature and upon the particular material and the stage of its development. Their storage stability depends on the relative and absolute concentrations of $O_2$ and $CO_2$ in the

10  atmosphere surrounding them, and on temperature. Ideally, a respiring material should be stored in a container having a total permeability to $O_2$ and a total permeability to $CO_2$ which are correlated with (i) the atmosphere outside the package (usually air), (ii) the rates at which the material consumes $O_2$ and produces $CO_2$, and (iii) the temperature, in order to produce an atmosphere within the

15  container (the "packaging atmosphere") having the desired $O_2$ and $CO_2$ concentrations for preservation of the material. The total permeability to water vapor may also be significant. This is the principle behind the technology of controlled atmosphere packaging (CAP) and modified atmosphere packaging (MAP), as discussed, for example, in US Patent Nos. 4,734,324 (Hill), 4,830,863 (Jones),

20  4,842,875 (Anderson), 4,879,078 (Antoon), 4,910,032 (Antoon), 4,923,703 (Antoon), 5,045,331 (Antoon), 5,160,768 (Antoon) and 5,254,354 (Stewart); International Publication No. WO 96/38495, European Patent No.676920, and European Patent Applications Nos. 0,351,115 and 351,116 (Courtaulds).

25  The $O_2$ transmission rate (referred to herein as OTR) and $CO_2$ transmission rate (referred to herein as COTR), of a body composed of a particular material, are the amounts of $O_2$ and $CO_2$, respectively, which will pass through a defined area of that body under defined conditions. The total permeabilities of a container to $O_2$ and $CO_2$ depend, therefore, upon the areas, OTRs and COTRs of the various parts of

30  the container.

The preferred packaging atmosphere depends on the stored material. For many materials, the preferred concentration of $O_2$ is less than the preferred concentration of

$CO_2$. For example, broccoli is generally best stored in an atmosphere containing 1-2% $O_2$ and 5-10% $CO_2$; berries are generally best stored in an atmosphere containing 5-10% $O_2$ and 10-20% $CO_2$; and cherries are generally best stored in an atmosphere containing 5-8% $O_2$ and 10-20% $CO_2$. In order to produce a packaging atmosphere

5   having a high ratio of $CO_2$ to $O_2$, the container should have a low ratio of total $CO_2$ permeability to total $O_2$ permeability. The term R ratio is used herein to denote the ratio of COTR to OTR for a particular material or the ratio of total $CO_2$ permeability to total $O_2$ permeability of a container or part of a container.

10   Respiring biological materials are often stored at temperatures substantially below normal room temperature, but exposed to room temperatures before being used. At room temperatures, the respiration rate increases. Therefore, in order to maintain the desired packaging atmosphere, the permeability of the container preferably increases sharply between storage temperatures and room

15   temperatures.

Respiring biological materials are generally stored in sealed polymeric containers. Conventional polymeric films, when used on their own, do not provide satisfactory packaging atmospheres because their OTR and COTR values are very

20   low and their R ratios are high. Microporous polymeric films, when used on their own, are also unsatisfactory, but for different reasons; namely because their OTR and COTR values are very high and their R ratios close to 1.0. It has been proposed, therefore, that containers should comprise (i) one or more barrier sections which are relatively large in area and are composed of materials having

25   relatively low OTR and COTR values (e.g. are composed of a conventional polymeric film) and (ii) one or more atmosphere-control members which are relatively small in area and are composed of a microporous film, and which provide at least a large proportion of the desired permeability for the whole container. However, for containers of conventional size, the preferred total $O_2$ permeability,

30   although larger than can be provided by the barrier sections alone, is still so small that control members made of a microporous film need to be very small in area. Such very small control members are difficult to incorporate into containers, and

H-403

can easily become blocked in use. In addition, the OTR of microporous films does not change much with temperature.

5      Improved results can be obtained through the use of atmosphere-control members composed of a membrane prepared by coating a thin layer of a polymer onto a microporous film. The permeability of these membranes is lower, and as a result such atmosphere-control members are of practical size. Furthermore, through appropriate choice of the coating polymer, in particular the use of a low-melting side chain crystalline (SCC) polymer as described in International Publication No. WO

10     96/38495, the membranes can have OTRs which increase sharply with temperature. However, the known coated membranes suffer from a number of problems. For example, their permeabilities are liable to be nonuniform and/or to change during use, particularly when using the SCC polymers which give rise to high $P_{10}$ values This is apparently due to two factors. First, the SCC polymers tend to be somewhat

15     tacky, and, therefore, to be partially removed from the microporous base film during handling. Second, their inherent permeability to gases is such that, in order to produce a coated membrane of desired size and $O_2$ permeability, the coating must be rather thin (e.g. 2-3 microns thick). Such thin coatings are difficult to apply uniformly and are liable to be damaged during use. In addition, the known coated

20     membranes generally have R ratios which are too high when the desired packaging atmosphere contains a relatively large proportion of $CO_2$.

This invention provides improved gas-permeable membranes which can be used to overcome these problems and which comprise

25     (a)     a gas-permeable substrate, particularly a microporous polymeric film, and

(b)     a polymeric coating on the microporous film, the polymeric coating comprising a block copolymer which has a heat of fusion ΔH of at least 5 J/g, and which comprises

30          (i)     polysiloxane polymeric blocks, and

(ii)    crystalline polymeric blocks having a melting point, $T_p$, of -5° to 40°C.

H-404

The gas permeable membranes are particularly useful as atmosphere control members in packages for respiring biological materials, and will be chiefly described by reference to such use. It is to be understood, however, that the invention includes gas-permeable membranes which are useful for other purposes.

5

Even a small proportion of polysiloxane blocks reduces the tack of the polymer coating; and as the proportion of polysiloxane blocks increases, the inherent permeability of the copolymer increases. This makes possible to increase the thickness of the coating so that the coating is durable and easy to apply, without an increase in the size of the atmosphere-control members. Thus, this invention makes it possible to prepare gas-permeable membranes which are resistant to damage through abrasion, have uniform properties, and which combine (a) a $P_{10}$ value of at least 1.8, e.g. 2.0 to 2.8, and (b) an OTR of more than 2,325,000 $ml/m^2.atm.24hrs$ (150,000 cc/100 $inch^2$ - atm 24 hrs), e.g. 2,480,000 to 3,410,000 $ml/m^2.atm.24hrs$ (160,000 to 220,000 cc/100 $inch^2$ - atm 24 hrs).

In describing the invention, the following abbreviations, definitions, and methods of measurement are used. OTR is $O_2$ permeability. COTR is $CO_2$ permeability. OTR and COTR values are measured at about 22 °C. unless otherwise noted, and are given in $ml/m^2.atm.24hrs$, with the equivalent in cc/100 $inch^2$ - atm 24 hrs in parentheses. OTR and COTR values were measured using a permeability cell (supplied by Millipore) in which a mixture of $O_2$, $CO_2$ and helium is applied to the sample, using a pressure of 0.035 $kg/cm^2$ (0 .5 psi), and the gases passing through the sample were analyzed for $O_2$ and $CO_2$ by a gas chromatograph. The cell could be placed in a water bath to control the temperature. The abbreviation $P_{10}$ is used to denote the ratio of OTR at a first temperature $T_1$°C ($OTR_2$) to OTR at a second temperature $T_2$°C ($OTR_2$), where $T_2$ is ($T_1$°C-10 °C.), $T_1$ being a temperature in the range 10-25 °C., or, when $T_2$ is a temperature which is not ($T_1$.10) °C., but is a temperature lower than $T_1$, to denote the ratio

$$P_{10} = \exp \frac{10}{T_1 - T_2} . \ln \frac{OTR_1}{OTR_2}$$

H-405

WO 00/04787                                5                          PCT/US99/16576

The abbreviation R is used to denote the ratio of COTR to OTR. Pore sizes are measured by mercury porosimetry or an equivalent procedure. $T_o$ denotes the onset of melting, $T_p$ denotes the crystalline melting point, and $\Delta H$ denotes the heat of fusion. $T_o$, $T_p$ and $\Delta H$ are measured by means of a differential scanning

5    calorimeter (DSC) at a rate of 10 °C./minute and on the second heating cycle.

The microporous base film preferably used as the porous substrate in this invention comprises a polymeric matrix which provides a network of interconnected pores such that gases can pass through the film. The average

10   pore size of the base film can be 0.02 to 5 micron, but is preferably greater than 0.05 micron and less than 0.24, particularly less than 0.20, especially less than 0. 15, micron. Preferably at least 70%, particularly at least 90%, of the pores have a pore size of less than 0.24micron. Preferably at least 60%, particularly at least 80%, of the pores have a pore size of less than about 0. 15 micron. Particularly at

15   least 60%, especially at least 70%, of the pores have a pore size of less than about 0.11 micron. The pores preferably constitute 35 to 80%, particularly 60 to 75%, by volume of the film. A narrow range of pore sizes is preferred. For example, it is preferred that less than 20% of the pores have a size less than 0.014 micron, and that less than 20% of the pores have a pore size greater than

20   0.13 micron.

It is highly desirable that the base film should have sufficient strength (and other physical properties) to ensure that it is not damaged in processing or in use. Accordingly, the base film preferably has a tear strength of at least 30g,

25   particularly at least 70g, when measured by the following test. A sample of the film, 10 by 1.27 cm, is used. A slit 5 mm long is made in one of the short sides. The two flaps on either side of the slit are placed in opposing jaws of an Instron tensile tester, and the tear strength measured at a jaw separation rate of 12.7cm(5 inch)/minute. If the base film has too low a tear strength, it is possible to prepare a

30   satisfactory membrane by laminating the base film, before or after it has been coated, to a support film which has a satisfactory tear strength and sufficient porosity that its presence does not adversely affect the permeability of the coated membrane. It is also preferred that the microporous base film should have a

H-406

Sheffield smoothness of at least 30. It is also preferred that the base film is composed of a material that can be heat-sealed.

Preferred polymers for polymeric matrix of the base film are (1) essentially
5    linear ultrahigh molecular weight polyethylene having an intrinsic viscosity of at least 18, preferably 18 to 39, deciliters/gram, (2) essentially linear ultrahigh molecular weight polypropylene having an intrinsic viscosity of at least 6 deciliters/gram, and (3) mixtures of (1) and (2).

10    The preferred base film includes a finely divided, particulate, substantially water insoluble, inorganic filler, for example a siliceous filler, which is distributed throughout the matrix and which is present in amount 50 to 90%. particularly 50 to 85%, by weight of the base film.  The filler is preferably silica, particularly precipitated silica, especially silica having an average ultimate particle size of less
15    than 0.1 micrometer. Preferably the filler occupies 35 to 80% of the total volume of microporous film.  Particularly preferred, because they have a relatively narrow range of pore sizes, are films made by extruding a polymeric composition which contains an inorganic filler and a processing oil, e.g. a paraffinic oil, naphthenic oil or aromatic oil, uniformly distributed therein; followed by extraction of the processing
20    oil, e.g. with trichloroethylene.  Suitable films are disclosed, for example, in US Patent Nos. 4,937,115 and 3,351,495; such films are sold by PPG Industries under the tradename "Teslin".  The thickness of the base film is preferably 0.03 to 0.65 mm.

25    The microporous base film can be modified by calendering at a nip pressure of 17.8 to 266.6 kg per linear cm (100 to 1500 pli).  Calendering the base film often, results in coated films which have reduced OTR values and increased R values. The base film can be uniaxially or biaxially calendered.  The base film can also be stretched, uniaxially or biaxially.

30

The term block copolymer is used in this specification in a broad sense to include  random  block  copolymers,  ordered  block  copolymers  (including thermoplastic elastomers), and graft block copolymers in which one of the blocks is

H-407

the polymer backbone and the other blocks are pendant from the backbone. The block copolymer used as a coating polymer in this invention comprises, and may consist essentially of,

      (i)    polysiloxane polymeric blocks and

      (ii)   crystalline polymeric blocks having a melting point $T_p$ of −5 °C. to 40 °C.

The crystalline polymeric blocks must have sufficient crystallinity, and be present in a large enough proportion, that the block copolymer has a heat of fusion ΔH of at least 5J/g, preferably at least 10 J/g, with higher values resulting in higher P10 values. The polysiloxane polymeric block is present in amount sufficient to reduce the tackiness of the crystalline polymer to a level such that the layer of coating polymer is not easily damaged during routine handling. A small proportion, e.g. 5 to 15% by weight of the block copolymer, can be effective for this purpose. However, it is usually preferred that the copolymer should contain the polysiloxane blocks in amount such that the oxygen permeability of the copolymer is substantially greater than the oxygen permeability of the crystalline polymer alone, for example at least 1.2 times, preferably at least 1.5 times, the oxygen permeability of the crystalline polymer alone. For this purpose, the copolymer may contain, for example, up to 80% of the polysiloxane blocks, and preferably contains 15 to 60%, particularly 20 to 40%, of polysiloxane blocks. It is preferred that the oxygen permeability of the block copolymer is such that the coating weights at which it can be conveniently and consistently applied result in a coated membrane having the desired OTR.

The crystalline polymeric blocks have a melting point $T_p$ of -5 °C. to 40 °C., with $T_p$ being selected with a view to the temperature range over which an increase in OTR is desired. Generally $T_p$ is from -5 °C. to 15 °C. The crystalline polymeric blocks can all be the same, or there can be two or more different kinds of crystalline polymer block. Suitable polymers from which the crystalline polymeric blocks can be derived include the polymers described in US Patent No. 5,254,354. Particularly preferred are side chain crystalline (SCC) polymers. SCC polymers can be prepared for example by copolymerizing (i) at least one n-alkyl or -fluoroalkyl acrylate or methacrylate in which the alkyl group contains at least 12 carbon atoms, preferably one or more of docosanyl, octadecyl, hexadecyl, tetradecyl, and dodecyl

H-408

WO 00/04787                                    8                        PCT/US99/16576

acrylates, and (ii) one or more comonomers selected from acrylic acid, methacrylic acid, esters of acrylic or methacrylic acid in which the esterifying group contains less than 10 carbon atoms, e.g. hydroxyethyl butyl, hexyl, cyclohexyl, or 2-ethyl hexyl, and highly polar monomers such as polyethylene glycol acrylate or methacrylate.

5     These SCC polymers generally have a high R ratio, e.g. greater than 5, except for those polymers which contain substantial amounts of fluoroalkyl and/or cycloalkyl groups. Particularly preferred SCC polymers are those prepared by copolymerizing (i) at least one n-alkyl acrylate or methacrylate in which the n-alkyl group contains at least 12 carbon atoms and (ii) one or more comonomers selected from acrylic acid ,

10    methacrylic acid, and esters of acrylic or methacrylic acid in which the esterifying group contains less than 10 carbon atoms.

       The polysiloxane blocks in the block copolymer can be derived from conventional        polysiloxanes,        e.g.       polyalkyl       siloxanes,       for       example

15    polydimethylsiloxanes and polymethyl n-alkyl siloxanes wherein the n-alkyl group contains a dodecyl, tetradecyl or hexadecyl group or other group which confers crystalline character on the polysiloxane. The polysiloxane blocks can all be of the same kind or there can be two or more different kinds of polysiloxane block.

20    The block copolymers can be prepared using conventional synthetic techniques. One method of making the block copolymer comprises copolymerizing a mixture of reactants which comprises (i) one or more monomers which will react to, form a crystalline polymer, e.g. monomers which comprise at least one n-alkyl acrylate or methacrylate in which the n-alkyl group contains at least 12 carbon,

25    atoms, and (ii) a polysiloxane having a copolymerizable group, e.g. a methacryloxypropylgroup, at one end of the polymer chain. The block copolymers prepared by this method have a backbone which provides the crystalline block, and polysiloxane blocks which are pendant from that backbone. These copolymers are believed to be novel, and as such form part of the present invention. Another

30    method comprises reacting (i) a crystalline polymer having a melting point of -5 to 40 °C. and containing at least one reactive group, and (ii) a polysiloxane containing at least one group which will react with said reactive group on the crystalline polymer. Suitable reactive groups in the polysiloxane include amino groups.

Suitable reactive groups in the crystalline polymer include carboxylic acid groups which will react with amino groups on a polysiloxane. For further details of suitable synthetic methods, reference may be made to U.S. Patent No. 5,665,822.

5      The block copolymer can contain other blocks which are not polysiloxane blocks or crystalline blocks as defined above. Two or more block copolymers as defined above can be blended together, or the block copolymer(s) as defined above can be blended with another polymer.

10      The coating polymer can be applied to the porous substrate as a coating composition which comprises the coating polymer dissolved in a suitable solvent, e.g. toluene, tetrahydrofuran, heptane or methyl ethyl ketone. After the composition has been applied, the solvent is removed by heating, leaving the polymer adherent to the substrate. The concentration of the coating polymer in the coating composition is preferably 2 to 12%, e.g. 5 to 10%, based on the weight of the composition. The coating composition can contain other ingredients in addition to the polymer and the solvent.

20      The coating can be carried out in any convenient way, for example by hand using a Meyer rod, or using commercially available coating equipment, e.g. gravure- coating equipment, which is preferred, or knife-over-roll equipment. A single coating is normally adequate, but a second coating of the same or a different coating composition can be applied after drying the first. Preferably the coating is carried out using a gravure coating roll having a theoretical cell volume of $31 \times 10^6$ to $232.5 \times 10^6$ cubic microns per mm$^2$ ($20 \times 10^9$ to $150 \times 10^9$ cubic microns per inch$^2$), preferably $62 \times 10^6$ to $124 \times 10^6$ cubic microns per mm$^2$ ($40 \times 10^9$ to $80 \times 10^9$ cubic microns per inch$^2$), or using equipment which provides a similar coating weight. The coating weight is preferably 1.5 to 5, particularly 2 to 4, e.g. 2.9 to 3.6, g/m$^2$.

30      As discussed above, the properties of the membranes of the invention depend upon a number of factors, including the base film, the coating polymer, the coating composition, and the amount of coating composition applied to the base

H- 410

WO 00/04787                          10                          PCT/US99/16576

film. The membrane preferably has a $P_{10}$ ratio, over at least one 10°C. range between -5 and 15 °C., preferably over at least one 10 °C. range between O °C. and 15 °C., of at least 1.3, preferably at least 2, particularly at least 2.5, especially at least 2.6. The membrane preferably has an OTR of 775,000 to 7,750,000 (50,000 to 500,000), preferably 1,550,000 to 3,875,000 (100,000 to 250,000), particularly at least 2,325,000,(150,000). When the OTR is 775,000 to 3,100,000 (50,000 to 200,000), the R ratio of the membrane is preferably at least 2, particularly at least 2.5, especially at least 3; and when the OTR is 775,000 to 3,100,000 (50,000 to 200,000), the R ratio is preferably more than 3.8 -0.00000045 P' (3.8 - 0.000007P), particularly up to 7.4-0.00000116 P'(7.4-0.000018P), especially up to 5.6 -0.0000084 P' (5.6-0.000013P), where P' is the OTR in ml/m$^2$.atm.24hrs , and P is the OTR in cc/100 inch$^2$ - atm 24 hrs. The membrane preferably also has these values for OTR and R when the OTR and COTR are measured at any temperature between 20 and 25 °C. The membrane preferably has these values for OTR, $P_{10}$ and R both when the $O_2$ and $CO_2$ permeabilities are measured at 0.7 kg/cm$^2$ (10 psi) and when they are measured at 0.035 kg/cm$^2$ (0.5 psi).

The membrane can be covered by a covering layer, so that the polymeric coating is sandwiched between the microporous film and the covering layer, providing that the covering layer is sufficiently porous not to have an adverse effect on permeability. The covering layer is generally different from, but can be the same as, the base film. The cover layer can be melt-bonded to the coated film. However, the use of a covering layer adds to the cost of the product.

The properties of the membrane can be modified by calendering, uniaxially or biaxially, preferably at a nip pressure of 17.8 to 266.6 kg per linear cm. (100 to 1500 pli). Calendering generally reduces the OTR and increases the R ratio of the membrane.

In use, the novel gas-permeable membrane of this invention provides at least part of an atmosphere-control member in a container which is sealed (or is suitable for sealing) around a respiring biological material. The container can

H-411

contain a single novel control member, or two or more novel control members (which will usually be the same, but can be different). In some cases, in order to ensure that the internal pressure within the container can equilibrate with ambient pressure, the container can contain a pinhole. The invention includes the possibility that the container also contains one or more atmosphere-control members which are not in accordance with the present invention.

The remainder of the container, i.e. the barrier section or sections, which is of much larger area than the control member(s), is composed of one or more materials which are relatively impermeable to $O_2$ and $CO_2$, e.g. a suitable polymeric film or other shaped article. In some cases, the barrier sections are composed of a material whose OTR and COTR are so low that the packaging atmosphere is substantially determined only by the control member(s). In other cases, the barrier sections have OTR and COTR values which (although low) are high enough that, having regard to the relative large area of the barrier section(s), a substantial proportion of the $O_2$ entering the packaging atmosphere passes through the barrier sections. At 22 °C this proportion can be, for example, as high as 50%, but is generally less than 25%. Typically, the barrier section is provided by a bag of flexible polymeric film or by two preformed, relatively rigid, polymeric members which have been heat-sealed to each other, and the atmosphere-control member covers an aperture cut into the bag or one of the preformed members. The control member(s) can be secured to the barrier section(s) in any way, for example through heat sealing or with an adhesive. The size of the containers can vary considerably. In one category, the container contains up to 2.26 kg (5 lb) of produce. In another category, the containers are much larger, e.g. containing up to 1500 lb. (680 kg) of produce.

A wide range of respiring biological materials can be packaged in containers of the invention, including cherries, broccoli, cut lettuce, cauliflower, mushrooms, asparagus, and strawberries.

The size and nature of the atmosphere-control members control the absolute and relative amounts of $O_2$ and $CO_2$ which can enter and leave the

H-412

container, and, therefore, the packaging atmosphere within the container.  The
desired packaging atmosphere will depend upon the biological material within the
container, and the temperature, and the atmosphere-control member(s) should
be selected accordingly.  Those skilled in the art of packaging biological materials

5      will have no difficulty, having regard to the disclosure in this specification and
their own knowledge, in designing containers which will give substantially
improved results under practical conditions of use and which can be economically
manufactured.


10     <u>EXAMPLES</u>

The invention is illustrated in the following Examples, which are summarized
in Tables 1, 2 and 3 below, and some of which are comparative examples, as
indicated by an asterisk (*) by the Example number. In the Examples, the following

15     additional abbreviations are used.

|  |  |  |
|---|---|---|
| ADMS | is a polydimethyl siloxane terminated at each end by an amino group and having an $M_w$ of about 27,000, which is available from Gelest, Tulleytown, PA, under the tradename DMSA-32. |
| VDMS | is a polydimethyl siloxane terminated at each end by a vinyl group and having an $M_w$ of about 28,000, which is available from Gelest under the tradename DMSV-31. |
| MACDMS | is a polydimethylsiloxane terminated at one end only by a methacryloxypropyl group, which is available from Gelest under the trade name MCR M-17. |
| DMS | is a room temperature vulcanizable (RTV) polydimethyl siloxane available from General Electric under the tradename Sylgard 184. |
| AIBN | is 2,2'-azobis (2-methylpropionitrile). |
| Esperox | is t-amylperoxy-2-ethylhexanoate, which is available from Witco Corp. under the tradename Esperox 570. |
| V501 | is 4,4-azobis (4-cyanopentanoic acid). |

H-413

TMI         is dimethyl meta-isopropenyl benzyl isocyanate, which is available from American Cyanamid under the tradename TMI.

Teslin SP7    is a microporous polyethylene film containing about 50% silica, which is available from PPG Industries under the tradename Teslin SP7. It has a thickness of about 0.18 mm (0.007 inch), a tear strength of about 90g, a porosity of about 65%, an average pore size of about 0.1 micron and a largest pore size of 4–10 microns.

BuAc      is butyl acetate.

MEK      is methyl ethyl ketone.

### EXAMPLES A1-A7

Examples AI-A7 show the preparation of SCC polymers. Examples AI-A5 show the preparation of SCC polymers which are subsequently reacted with a polysiloxane to form a block copolymer. Examples A6 and A7 show the direct preparation of SCC/siloxane block copolymers through the use of a polysiloxane which is terminated at one end with an unsaturated group which will copolymerize with the acrylate monomers. SCC polymers having the Mw, Mn, T and AH values shown in Table I were prepared using the monomers, solvents and initiators, and amounts thereof (in parts by weight) shown in Table 1. In a first step, the monomers, and the solvents and initiators shown for the first step, were maintained at the temperature and for the time shown in Table 1 for the first step. In Examples 2 and 4, the heptane was added 2 hours after the heating of the first step had commenced. In a second step, polymerization was completed by adding the initiators shown in Table 1 for the second step and maintaining the reaction mixture at the temperature and for the time shown in Table I for the second step.

### Examples B1-B6

In Examples BI, B2, B4, B5 and B6, SCC/siloxane block copolymers were prepared using one of the SCC polymers prepared in Examples A2 to A5 and 3: polysiloxane, in the amounts (in parts by weight) shown in Table 2. In Example B 1

H-414

the reaction was carried out in butyl acetate (260 parts by weight), and the reaction, mixture was heated under reflux at 11 °C for 6 hours.  Similar reaction conditions were employed in Examples B2-B5  In Example B6, the SCC polymer (A5) was, diluted to 4% solids, and the polysiloxane (ADMS) was then added.  The resulting

5    mixture was immediately applied to the substrate using a gravure coating cylinder as described below, and reaction between the SCC and siloxane polymers took place on the substrate.  In Example B3, the SCC polymer and the polysiloxane were merely blended together, and no reaction took place between them.

10    TESTING

The SCC polymers prepared in Examples Al and A3, the SCC/siloxane block copolymers prepared in Examples A6, A7, B 1, B2, B4, B5 and B6, the SCC polymer/polysiloxane blend prepared in Example B3, and DMS were tested as set

15    out below, and the results are shown in Table 3 below.

The DMS was diluted to 90% solids with toluene and hand-coated onto Teslin SP7 using a #30 Meyer rod.  The other polymers were diluted in a suitable solvent (usually heptane) to a desired concentration, as shown in Table 3.  The diluted

20    solution was coated onto a Teslin SP7 substrate using a gravure coating cylinder having a theoretical cell volume of 5 9 x 10' cubic microns per inch$^2$ and then allowed to dry. The coating weight of the dry polymer varies, for example, with the molecular weight of the polymer; when the concentration of the polymer is 5-8%, the use of this gravure coating cylinder results in a dry coating weight of about 1.5-4

25    g/m$^2$ .  After a period of days, as set out in Table 3, the OTR and COTR of the coated substrate were measured and the value of R was calculated.  The values obtained changed somewhat during the first four days after coating, but did not change substantially thereafter.  The OTR and COTR of a number of different samples were measured, and Table 3 reports the average of four samples, and, in

30    the column headed "OTR RSD %", the standard deviation of the measured samples, expressed as a percentage. For some samples, the OTR was measured at 0 and 10 °C or at 7 and 22°C and the $P_{10}$ value was calculated, and is reported in

H-415

Table 3. The $P_{10}$ value of the 5% B4 sample between 5 and 15°C was also measured and found to be 3.4.

5    Some samples were subjected to an abrasion test. In the abrasion test, a 1.82 kg (4 lb.) roller covered with a film of polyethylene terephthalate 0.05 mm (0.002 inch) thick was rolled 50 times over the sample (25 times back and forth) while the sample was at about 22°C.  After the abrasion test, the OTR of the sample was measured; and the % increase in OTR was calculated and is reported in Table 3 in the column headed "25cycle OTR increase %".

10

Some samples were tested by applying the sample to a latex rubber substrate, using an Instrumentors Inc. 4 lb. PR 1000 Power Roll at 22°C and, after 20 minutes, determining the peel strength of the resulting laminate, using an Instrumentors Inc. peel tester at 254 mm (110 inches) per minute. The peel test was 15    carried out on a number of different samples, and Table 3 reports, in the column headed "Peel RSD %", the standard deviation of the measured samples, expressed as a percentage.

The individual $P_{10}$ and OTR values (i.e. not the averages reported in Table 3) 20    measured in Examples A3*, B2* and B3 are shown graphically in Figure 1.

H-416

WO 00/04787                                    16                    PCT/US99/16576

TABLE 1

| | A1 | A2 | A3 | A4 | A5 | A6 | A7 |
|---|---|---|---|---|---|---|---|
| Monomers | | | | | | | |
| C14A | 55 | 56.5 | 85 | 60 | 85 | 43.2 | 33.2 |
| C12A | — | — | — | 39.9 | — | 36.8 | 26.8 |
| C6A | 42 | 43.5 | 15 | — | 15 | — | — |
| AA | 3 | — | — | 0.1 | — | — | — |
| TMI | — | — | — | — | 0.4 | — | — |
| MACDMS | — | — | — | — | — | 20 | 40 |
| STEP 1 | | | | | | | |
| Solvents | | | | | | | |
| BuAc | 95 | — | — | 30 | 100 | 200 | 200 |
| Heptane | 45 | 150 | 150 | 70 | — | — | — |
| MEK | — | 50 | 50 | — | — | — | — |
| Initiator | | | | | | | |
| AIBN | 0.25 | — | — | 0.35 | 0.3 | 0.1 | 0.1 |
| V501 | — | 0.425 | 0.3 | — | — | — | — |
| Temp (°C) | 54 | 54 | 54 | 54 | 54 | 75 | 75 |
| Time (Hr.) | 12 | 16 | 16 | 12 | 12 | 12 | — |
| STEP 2 | | | | | | | |
| Initiator | | | | | | | |
| Esperox | 0.5 | — | — | 0.5 | 0.67 | — | — |
| AIBN | — | 0.0875 | 0.0875 | — | — | 0.05 | 0.05 |
| Temp (°C) | 100 | 70 | 70 | 100 | 100 | 85 | 85 |
| Time (Hr.) | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Product | | | | | | | |
| $M_w$ | 838k | 645k | 626k | 737k | 1042k | 335k | 421k |
| $M_n$ | 210k | 70k | 75k | 96k | 331k | 105k | 148k |
| $T_p$ | -3.6 | -6.6 | 13.0 | 12.6 | — | 8.8 | 9.1 |
| ΔH | 12. | 32.9 | 47.4 | 58.6 | — | 44.4 | 25.1 |

H-417

WO 00/04787                                17                        PCT/US99/16576

## TABLE 2

|       | B1  | B2  | B3* | B4   | B5   | B6  |
|-------|-----|-----|-----|------|------|-----|
| A2    | 180 | —   | —   | —    | —    | —   |
| A3    | —   | 40  | 85  | —    | —    | —   |
| A4    | —   | —   | —   | 100  | 100  | —   |
| A5    | —   | —   | —   | —    | —    | 100 |
| ADMS  | 32  | 10  | —   | 18.75| 33   | 25  |
| VDMS  | —   | —   | 15  | —    | —    | —   |

## TABLE 3

| Poly-mer | Wt. % | OTR  | OTR RSD % | R    | Peel | Peel RSD % | 25-cycle increase % | $P_{10}$ | Day |
|----------|-------|------|-----------|------|------|------------|---------------------|----------|-----|
| *A1      | 6     | 107k | 1.0       | 6.21 | 271  | —          | 580                 | 1.23≡    | 8   |
|          | 7     | 90k  | 3.3       | 6.26 | 259  | —          | 1240                | 1.22≡    | 8   |
|          | 8     | 81k  | —         | 5.7  | 262  | —          | 1970                | 1.24≡    | 8   |
|          | 9     | 67k  | 2.3       | 6.53 | 267  | —          | 4570                | 1.24≡    | 8   |
| B1       | 5     | 320k | 4.5       | 4.25 | 5.1  | —          | —                   | —        | 2   |
|          | 6     | 278k | 1.0       | 4.29 | 5.4  | 18.2       | —                   | —        | 2   |
|          | 7     | 167k | 6.6       | 5.72 | 6.0  | 19.9       | —                   | —        | 2   |
|          | 8     | 140k | 10.1      | 5.98 | 4.8  | 29.3       | —                   | —        | 2   |
|          | 10    | 128k | 8.4       | 6.03 | 5.6  | 32.1       | 8.3                 | 1.36     | 2   |
| *A3      | 6     | 182k | 9.5       | 3.57 | 20.6 | 32.3       | 0                   | 1.61     | 10  |
|          | 8     | 104k | 0.9       | 4.15 | 30.3 | 14.1       | —                   | —        | 10  |
|          | 10    | 98k  | 0.4       | 5.04 | 68.5 | 17.5       | —                   | 2.0      | 10  |
|          | 8     | 126k | 8.0       | 4.68 | —    | —          | -5.7                | 1.76     | 25  |
| B2       | 5     | 281k | 32.3      | 3.3  | 4.9  | 4.6        | —                   | 1.2      | 11  |
|          | 8     | 143k | 13.5      | 5.3  | 6.6  | 38.6       | —                   | —        | 2   |
|          | 8     | 184k | 3.5       | 4.0  | —    | —          | —                   | 2.0      | 71  |
|          | 11.5  | 121k | 4.3       | 5.1  | 12.9 | 35.5       | -6.7                | 2.6      | 1   |
|          | 11.5  | 150k | 0.7       | 5.3  | —    | —          | —                   | 2.5      | 15  |
|          | 11.5  | 146k | 1.9       | 5.4  | —    | —          | —                   | 2.6      | 68  |

H-418

WO 00/04787                              18                    PCT/US99/16576

### TABLE 3 Continued

| Poly-mer | Wt. % | OTR | OTR RSD % | R | Peel | Peel RSD % | 25-cycle increase % | $P_{10}$ | Day |
|---|---|---|---|---|---|---|---|---|---|
| *B3 | 5 | 542k | 7.4 | 1.6 | 5.8 | 23.7 | — | — | 7 |
| | 8 | 155k | 6.7 | 3.6 | 11.7 | 17.9 | — | — | 7 |
| | 8 | 170k | 18.1 | 3.4 | — | — | — | 1.49 | 16 |
| | 11.5 | 120k | 13.0 | 4.0 | 36.3 | 3.9 | 7.1 | — | 7 |
| | 11.5 | 145k | 16.8 | 3.5 | — | — | — | 1.5 | 19 |
| B4 | 5 | 147k | 4.1 | 6.1 | — | — | — | 3.2 | 7 |
| | 8 | 125k | 7.3 | 5.3 | — | — | — | — | 7 |
| | 8 | 169k | 3.8 | 4.1 | — | — | — | 2.3 | 64 |
| | 11.5 | 98k | 28.9 | 5.0 | — | — | — | — | 7 |
| B5 | 5 | 225k | 13.4 | 3.9 | — | — | — | — | 18 |
| | 8 | 162k | 0.7 | 6.6 | — | — | — | — | 10 |
| | 8 | 180k | 12.8 | 4.1 | — | — | — | — | 18 |
| | 8 | 176k | 5.1 | 4.1 | — | — | — | 2.0 | 54 |
| | 11.5 | 144k | 2.2 | 5.7 | — | — | — | — | 10 |
| B6 | 5 | 175k | 4.2 | 6.4 | — | — | — | 3.4 | 5 |
| A6 | 5 | 381k | 16.6 | 3.1 | — | — | — | 1.6 | 5 |
| | 11.5 | 179k | 22.9 | 4.2 | — | — | — | 2.8 | 4 |
| A7 | 5 | 629k | 7.6 | 3.3 | — | — | — | — | 1 |
| | 8 | 481k | 8.4 | 3.5 | 13.3 | 23.4 | — | — | 1 |
| | 11 | 420k | 4.1 | 3.8 | 21.8 | 15.2 | — | 2.0 | 7 |
| *DMS | 90 | 73k | 2.1 | 4.8 | — | — | — | ≅1.2 | 11 |

Note to Table 3:   ≅ means that the $P_{10}$ value given is the $P_{10}$ value between 7° and 22°C.

5

H-419

CLAIMS

1.      A gas-permeable membrane which comprises

        (a)     a gas-permeable substrate, and

        (b)     a polymeric coating on the microporous film, the polymeric
                coating comprising a block copolymer which has a heat of fusion ΔH of
                at least 5 J/g, and which comprises

                (i)     polysiloxane polymeric blocks, and

                (ii)    crystalline polymeric blocks having a melting point, $T_p$, of
                        -5° to 40°C.

2.      A membrane according to claim 1 wherein the gas-permeable substrate is a
microporous film and the block copolymer contains 15 to 60% of the polysiloxane
blocks.

3.      A membrane according to claim 1 or 2 wherein $T_p$ is -5 to 15°C.

4.      A membrane according to any one of the preceding claims wherein the block
copolymer has at least one of the following characteristics:

        (1)     it has a $T_p$ of 0 to 15°C and a ΔH of at least 10 J/g;

        (2)     the crystalline polymeric blocks are side chain crystalline polymeric
                blocks; and

        (3)     $T_p$-$T_o$ is less than 10°C, where $T_o$ is the onset of melting temperature.

5.      A membrane according to claim 4 wherein the crystalline polymeric blocks
were prepared by copolymerizing (i) at least one n-alkyl acrylate or methacrylate in
which the n-alkyl group contains at least 12 carbon atoms, and (ii) one or more
comonomers selected from acrylic acid, methacrylic acid, and esters of acrylic or
methacrylic acid in which the esterifying group contains less than 10 carbon atoms,

6.      A membrane according to any one of the preceding claims wherein the
coating weight of the block polymer is 10 to 20 g/m$^2$.

H-420

7. A membrane according to any one of the preceding claims which

    (i)    has a $P_{10}$ ratio, over at least one 10°C range between -5° and 15°C., of at least 1.8; and

5

    (ii)    has an oxygen permeability at all temperatures between 20° and 25°C of at least 2,325,000 ml/m$^2$ • atm • 24 hrs.

8. A membrane according to claim 7 which

    (i)    has a $P_{10}$ ratio, over at least one 10°C range between -5° and 15°C of

10

        2.0 to 2.8; and

    (ii)    has an oxygen permeability at all temperatures between 20° and 25°C of 2,480,000 to 3,410,000 ml/m$^2$ • atm • 24 hrs.

9. A membrane according to claim 7 or 8 which has a $P_{10}$ ratio between 0 and

15 10°C of at least 2.0.

10. A package which is stored in air and which comprises

    (a)    a sealed container, and

    (b)    within the sealed container, a respiring biological material and a

20         packaging atmosphere around the biological material;

the sealed container including one or more permeable control sections which provide substantially the only pathways for oxygen and carbon dioxide to enter or leave the packaging atmosphere, at least one said permeable control section being a gas-permeable membrane as claimed in any one of the preceding claims.

25

11. A method of making a gas-permeable membrane as claimed in any one of the preceding claims which comprises applying to a porous substrate a composition comprising a block copolymer which has a heat of fusion ΔH of at least 5 J/g, and which comprises

30     (i)    polysiloxane polymeric blocks, and

    (ii)    crystalline polymeric blocks having a melting point, $T_p$, of -5° to 40°C.

H-421

12.    A block copolymer prepared by copolymerizing a mixture of reactants which comprises (i) at least one n-alkyl acrylate or methacrylate in which the n-alkyl group contains at least 12 carbon atoms and (ii) a polysiloxane having a copolymerizable group at one end thereof.

H- 422

Case 5:07-cv-05628-JF     Document 46-16     Filed 08/11/2008     Page 53 of 56

1/1



FIG. 1

H·423

# INTERNATIONAL SEARCH REPORT

| | International Application No |
|---|---|
| | PCT/US 99/16576 |

**A. CLASSIFICATION OF SUBJECT MATTER**
IPC 7   A23B7/148   C08G77/442   B65D81/24

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
IPC 7   C08G   A23L   A23B   B65D

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| A | US 5 160 768 A (ANTOON JR)<br>3 November 1992 (1992-11-03)<br>cited in the application<br>column 3, line 14 - line 65<br>--- | 1-11 |
| A | WO 96 38495 A (LANDEC CORPORATION)<br>5 December 1996 (1996-12-05)<br>cited in the application<br>page 8, line 3 - line 20; claims<br>--- | 1-11 |
| A | US 5 045 331 A (ANTOON JR)<br>3 September 1991 (1991-09-03)<br>cited in the application<br>column 6, line 60 -column 7, line 32;<br>claims<br>---<br>-/-- | 1-11 |

| [X] | Further documents are listed in the continuation of box C. | [X] | Patent family members are listed in annex. |
|---|---|---|---|

\* Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 2 November 1999 | 09/11/1999 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2<br>NL – 2280 HV Rijswijk<br>Tel. (+31–70) 340–2040, Tx. 31 651 epo nl,<br>Fax: (+31–70) 340–3016 | Lepretre, F |

Form PCT/ISA/210 (second sheet) (July 1992)

page 1 of 2

H-424

## INTERNATIONAL SEARCH REPORT

Information on patent family members

International Application No

PCT/US 99/16576

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| US 5160768 | A | 03-11-1992 | CA | 1329572 A | 17-05-1994 |
| WO 9638495 | A | 05-12-1996 | AU | 5950196 A | 18-12-1996 |
| | | | EP | 0828783 A | 18-03-1998 |
| | | | JP | 11506147 T | 02-06-1999 |
| US 5045331 | A | 03-09-1991 | CA | 1324592 A | 23-11-1993 |
| US 5523373 | A | 04-06-1996 | DE | 4414465 C | 11-05-1995 |
| | | | DE | 59502945 D | 03-09-1998 |
| | | | EP | 0679675 A | 02-11-1995 |

Form PCT/ISA/210 (patent family annex) (July 1992)

H-425

## INTERNATIONAL SEARCH REPORT

International Application No

PCT/US 99/16576

C.(Continuation) DOCUMENTS CONSIDERED TO BE RELEVANT

| Category * | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| A | US 5 523 373 A (ESSELBORN ET AL.)<br>4 June 1996 (1996-06-04)<br>claims<br>_____ | 12 |

H-426