**EXHIBIT "K"**

# UNIVERSAL
# COLLEGE

*Webster's Universal College Dictionary*

Copyright © 2001, 1997 by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without the written permission of the publisher. All inquiries should be addressed to RHR Press, Random House Reference, Random House, Inc., New York, NY. Published in the United States by Random House, Inc., New York and simultaneously in Canada by Random House of Canada Limited.

An earlier edition of this work was published in 1997 by Gramercy Press, an imprint of Random House Value Publishing.

*Random House Dictionary Database* is a trademark of Random House, Inc.

Trademarks
A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all terms or words in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgement on, the validity of legal status of the word or term as a trademark, service mark, or other proprietary term.

This book is available for special purchases in bulk by organizations and institutions, not for resale, at special discounts. Please direct your sales inquiries to the Random House Special Sales Department, toll-free 800-800-3246 or fax 212-572-4961.

Please address inquiries about licensing of reference products to the Subsidiary Rights Department, Random House Reference, fax 212-940-7352.

For all other inquiries, please visit the Random House Reference Web site at www.randomwords.com

Library of Congress Cataloging-in-Publication Data is available.

Typeset and printed in the United States of America.

9 8 7 6 5 4 3 2

May 2002

ISBN: 0-375-42567-5

New York • Toronto • London • Sydney • Auckland

Case 5:07-cv-05628-JF    Document 46-19    Filed 08/11/2008    Page 4 of 4

**rhi·noc′er·os bee′tle,** *n.* any of several scarabaeid beetles, esp. of the genus *Dynastes,* which comprises the largest beetles, characterized by one or more horns on the head and prothorax.

**rhi·no·plas·ty** (rī′nə plas′tē), *n., pl.* **-ties.** plastic surgery of the nose. —**rhi′no·plas′tic,** *adj.*

**rhi·no·vi·rus** (rī′nō vī′rəs, rī′nō vī′-), *n., pl.* **-rus·es.** any of a varied and widespread group of picornaviruses responsible for many respiratory diseases, including the common cold.

**rhizo-,** a combining form meaning "root": *rhizogenic.*

**rhi·zome** (rī′zōm), *n.* a rootlike underground stem, commonly horizontal in position, that usu. produces roots below and sends up shoots progressively from the upper surface. —**rhi·zom′a·tous** (-zom′ə təs, -zō′mə-), *adj.*

**rhi·zo·pod** (rī′zə pod′), *n.* any of numerous protozoans of the subphylum (or superclass) Rhizopoda, characterized by locomotion with a pseudopod: comprises most members of the phylum Sarcodina, including the amebas and foraminifers. —**rhi·zop′o·dan** (-zop′ə dn), *adj., n.*

**Rh negative** (är′āch′), *adj.* See under RH FACTOR.

**Rhodes′ schol′arship,** *n.* one of a number of scholarships at Oxford University, established by the will of Cecil Rhodes, for selected students (Rhodes′ schol′ars) from the British Commonwealth and the U.S.

**rho·di·um** (rō′dē əm), *n.* a silvery white metallic element of the platinum family, forming salts that give rose-colored solutions: used to electroplate metals to prevent corrosion. *Symbol:* Rh; *at. wt.:* 102.905; *at. no.:* 45; *sp. gr.:* 12.5 at 20°C.

**rhodo-,** a combining form meaning "rose": *rhodolite.* Also, *esp. before a vowel, rhod-.*

**rho·do·den·dron** (rō′də den′drən), *n.* any evergreen or deciduous shrub or tree belonging to the genus *Rhododendron,* of the heath family, having rounded clusters of showy pink, purple, or white flowers and ovate or oblong leaves.

**rho·do·ra** (rō dôr′ə, -dōr′ə, rə-), *n., pl.* **-ras.** a low North American shrub, *Rhododendron canadense,* of the heath family, having rose-colored flowers that appear before the leaves.

**rhom·bic** (rom′bik) also **rhom′bi·cal,** *adj.* 1. having the form of a rhombus. 2. having a rhombus as base or cross section. 3. bounded by rhombuses, as a solid.

**rhom·boid** (rom′boid), *n.* 1. an oblique-angled parallelogram with only the opposite sides equal. 2. Also, **rhom·boi′dal.** having a form like or similar to that of a rhombus; shaped like a rhomboid. —**rhom·boi′dal·ly,** *adv.*

**rhom·bus** (rom′bəs), *n., pl.* **-bus·es, -bi** (-bī), an equilateral parallelogram having oblique angles.

**Rh positive** (är′āch′), *adj.* See under RH FACTOR.

**rhu·barb** (rōō′bärb), *n.* 1. any of several plants belonging to the genus *Rheum,* of the buckwheat family, as *R. officinale,* having a medicinal rhizome, and *R. rhabarbarum,* having edible leafstalks. 2. the edible fleshy leafstalks of *R. rhabarbarum,* used in making pies, preserves, etc. 3. *Slang.* a quarrel or squabble.

**rhumb′ line′,** *n.* the path of a ship that maintains a constant compass direction.

**rhyme** (rīm), *n., v.,* **rhymed, rhym·ing.** —*n.* 1. identity in sound of some part, esp. the end, of words or lines of verse. 2. a word agreeing with another in terminal sound: *Find is a rhyme for mind and kind.* 3. verse or poetry having correspondence in the terminal sounds of the lines. 4. a poem or piece of verse having such correspondence. —*v.i.* 5. to treat in rhyme; as a subject; turn into rhyme, as something in prose. 6. to compose (verse or the like) in metrical form with rhymes. 7. to use (a word) as a rhyme to another word; use (words) as rhymes. —*v.t.* 8. to make rhyme or verse. 9. to use rhyme in writing verse. 10. to form a rhyme, as one word or line with another. 11. to be composed in metrical form with rhymes, as verse. —*Idiom.* 12. **rhyme or reason,** logic, sense, or method (usu. used negatively): *They ran off without rhyme or reason.*

**rhyn·cho·ce·pha·lian** (ring′kō sə fāl′yən, -fā′lē ən), *adj.* 1. belonging or pertaining to the Rhynchocephalia, an order of lizardlike reptiles. —*n.* 2. a rhynchocephalian reptile.

**rhythm** (rith′əm), *n.* 1. movement or procedure with uniform or patterned recurrence of a beat, accent, or the like. 2. **a.** the pattern of regular or irregular pulses caused in music by the occurrence of strong and weak melodic and harmonic beats. **b.** a particular form of this: *triple rhythm.* **c.** RHYTHM SECTION. 3. measured movement, as in dancing. 4. the pattern of recurrent strong and weak accents; long and short syllables, and vocalization and silence in speech. 5. *Pros.* **a.** metrical or rhythmical form; meter. **b.** metrical movement. 6. a patterned repetition of a motif, formal element, etc., at regular or irregular intervals in the same or a modified form. 7. *Physiol.* the regular recurrence of an action or function, as of the beat of the heart or the menstrual cycle. 8. the regular recurrence of particular phases, elements, etc. 9. the regular recurrence of related elements in a progression or other system of motion: *the importance of rhythm in film editing.* —**rhyth′mic** (-mik), **rhyth′mi·cal,** *adj.* —**rhyth′mi·cal·ly,** *adv.*

**rhythm′ and blues′,** *n.* a folk-based form of black popular music foreرunning rock.

**rhythm′ meth′od,** *n.* a method of birth control by abstaining from sexual intercourse when ovulation is most likely to occur.

**rhythm′ sec′tion,** *n.* the group of band instruments, as drums and bass, that supplies musical rhythm.

**R.I.,** 1. Queen and Empress. 2. King and Emperor. 3. Rhode Island.

**ri·al·to** (rē al′tō), *n., pl.* **-tos.** an exchange or mart.

**rib¹** (rib), *n., v.,* **ribbed, rib·bing.** —*n.* 1. one of a series of curved bones that are articulated with the vertebrae and occur in pairs, 12 in humans, on each side of the vertebrate body, certain pairs being connected to the sternum and forming the thoracic wall. 2. a cut of meat containing a rib. 3. ribs, SPARERIBS. 4. **a.** one of several archlike members of a vault supporting it at the groins and defining its distinct surfaces. **b.** one of several ornamental projecting bands or moldings on the surface of a vault or ceiling dividing the surface into panels. 5. something resembling a rib in form, position, or use, as a supporting part: *the ribs of an umbrella.* 6. any of the curved framing members in a ship's hull that rise upward and outward from the keel; frame. 7. a primary vein of a leaf. 8. a vertical ridge in cloth, esp. in knitted fabrics. 9. a wife (in allusion to the creation of Eve. Gen. 2:21–22). —*v.t.* 10. to furnish or strengthen with ribs. 11. to enclose as with ribs. 12. to mark with riblike ridges.

**rib²** (rib), *v.t.,* **ribbed, rib·bing.** to tease; make fun of.

**rib·ald** (rib′əld; *spelling pron.* rī′bald), *adj.* 1. vulgar or indecent in speech, language, etc.; coarsely mocking or irreverent. —*n.* 2. a ribald person. —**rib′ald·ly,** *adv.*

**rib·bing** (rib′ing), *n.* 1. ribs collectively. 2. an assemblage or arrangement of ribs, as in cloth or a ship.

**rib·bon** (rib′ən), *n.* 1. a woven strip or band of fine material, used for ornament, tying, etc. 2. material in such strips. 3. anything resembling a ribbon. 4. ribbons, torn or ragged strips; shreds: *torn to ribbons.* 5. a band of inked material, as used in a typewriter. 6. a strip of material, as satin or rayon, being or representing a medal or similar decoration for military one. 7. a long, thin, flexible band of metal, as for a spring band saw, or a tapeline. 8. *Carpentry.* a thin horizontal piece let in studding to support the ends of joists. —*v.t.* 9. to adorn with ribbons. 10. to mark with something suggesting ribbon. 11. to separate into ribbonlike strips. —*v.t.* 12. to form in ribbonlike strips.

**rib′bon snake′,** *n.* either of two long-tailed garter snakes, *Thamnophis proximus* or *T. sauritus,* of E and central North America, having a brownish body and yellow or orange stripes.

**rib′ cage′,** *n.* the enclosure formed by the ribs and their connecting bones.

**rib′-knit′,** *adj.* 1. (of a knitted garment or fabric) having a pattern of ribs. —*n.* 2. Also, **ribbed-knit.** a garment with such a pattern.

**ri·bo·fla·vin** (rī′bō flā′vin, rī′bō flā′-, -bə-), *n.* a vitamin B complex factor essential for growth, occurring as a yellow crystalline compound, $C_{17}H_{20}N_4O_6$, abundant in milk, meat, eggs, and leafy vegetables and produced synthetically. Also called **vitamin B₂.**

**ri′bo·nu·cle′ic ac′id** (rī′bō nōō klē′ik, -klā′-, -nyōō-, rī′-), *n.* See RNA.

**ri·bose** (rī′bōs), *n.* a white, crystalline, water-soluble, slightly sweet solid, $C_5H_{10}O_5$, a pentose sugar obtained by the hydrolysis of RNA.

**rice** (rīs), *n., v.,* **riced, ric·ing.** —*n.* 1. the starchy seeds or grain of an annual marsh grass, *Oryza sativa,* cultivated in warm climates and used food. 2. the grass itself. —*v.t.* 3. to reduce to a form resembling rice.

**rice′ pa′per,** *n.* 1. a thin paper made from the straw of rice, as in China. 2. a Chinese paper consisting of the pith of certain plants cut and pressed into thin sheets.

**ric·er** (rī′sər), *n.* an implement for ricing cooked potatoes, squash, etc., by pressing them through small holes.

**rich** (rich), *adj., -er, -est.* —*adj.* 1. having wealth or great possessions; abundantly supplied with resources, means, or funds. 2. abounding in natural resources; *a rich territory.* 3. abounding (usu. fol. by *in* or *with*): *rich in beauty.* 4. of great value or worth: *a rich harvest.* 5. delicate and perhaps unhealthfully spicy, or sweet and abounding in butter, cream: *a rich gravy; a rich pastry.* 6. costly, expensively elegant, such as dress or jewels. 7. made of valuable materials or with elaborate workmanship, as buildings or furniture. 8. (of color) deep, strong, or vivid. 9. full and mellow in tone: *a rich voice.* 10. strongly fragrant; pungent: *a rich odor.* 11. producing or yielding abundantly: *a rich soil.* 12. abundantly plentiful, or ample: *a rich supply.* 13. (of a mixture in a fuel system) having a relatively high ratio of fuel to air (contrasted with *lean*). 14. *Informal.* **a.** highly amusing; b. ridiculous; absurd. —*n.* 15. **the rich,** rich persons collectively. —**rich′ly,** *adv.* —**rich′ness,** *n.*

**Rich′ter scale′,** *n.* a logarithmic scale, ranging from 1 to 10, for indicating the intensity of an earthquake. [after C. F. Richter (1900–85), U.S. seismologist]

**rick·ets** (rik′its), *n.* (*used with a sing. v.*) a childhood disease in which the bones soften from an inadequate intake of vitamin D and insufficient exposure to sunlight.

**rick·ett·si·a** (ri ket′sē ə), *n., pl.* **-si·as, -si·ae** (-sē ē′). any of various rod-shaped infectious microorganisms of the heterogeneous group Rickettsiae; parasitic in fleas, ticks, mites, or lice and transmitted to humans. —**rick·ett′si·al,** *adj.*

**rick·et·y** (rik′i tē), *adj., -et·i·er, -et·i·est.** 1. likely to fall or collapse; shaky: *a rickety chair.* 2. feeble in the joints; tottering: *a rickety old man.* 3. old, dilapidated, or in disrepair. 4. irregular, as motion or action. 5. affected with rickets. 6. pertaining to or of the nature of rickets. —**rick′et·i·ness,** *n.*

**rick·sha** or **rick·shaw** (rik′shô, -shä), *n., pl.* **-shas** or **-shaws.** JINRIKISHA.

**ric·o·chet** (rik′ə shā′, rik′ə shā′; *esp. Brit.* rik′ə shet′), *n., v.,* **-cheted** (-shād′), **-chet·ing** (-shā′ing), **-chet·ted** (-shet′id), **-chet·ting** (-shet′ing). —*n.* 1. the rebound or skip of an object or projectile after it hits a glancing blow against a surface. —*v.i.* 2. to move in this way, as a projectile.