**EXHIBIT "L"**

# Universal College

*Webster's Universal College Dictionary*

Copyright © 2001, 1997 by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without the written permission of the publisher. All inquiries should be addressed to RHR Press, Random House Reference, Random House, Inc., New York, NY. Published in the United States by Random House, Inc., New York and simultaneously in Canada by Random House of Canada Limited.

An earlier edition of this work was published in 1997 by Gramercy Press, an imprint of Random House Value Publishing.

*Random House Dictionary Database* is a trademark of Random House, Inc.

**Trademarks**
A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all terms or words in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgement on, the validity of legal status of the word or term as a trademark, service mark, or other proprietary term.

This book is available for special purchases in bulk by organizations and institutions, not for resale, at special discounts. Please direct your sales inquiries to the Random House Special Sales Department, toll-free 800-800-3246 or fax 212-572-4961.

Please address inquiries about licensing of reference products to the Subsidiary Rights Department, Random House Reference, fax 212-940-7352.

For all other inquiries, please visit the Random House Reference Web site at www.randomwords.com

Library of Congress Cataloging-in-Publication Data is available.

Typeset and printed in the United States of America.

9 8 7 6 5 4 3 2

May 2002

ISBN: 0-375-42567-5

New York • Toronto • London • Sydney • Auckland

**sea′ anem′one,** *n.* any solitary, attached marine polyp of the order Actinaria, having a firm, gelatinous body topped with flowerlike tentacles.
**sea′ bass′** (bas), *n.* **1.** any of numerous marine fishes of the family Serranidae, characterized by a large mouth and an exposed upper jaw. **2.** any of numerous related or similar marine food fishes.
**sea′ bis′cuit,** *n.* ship biscuit; hardtack.
**sea•board** (sē′bôrd′, -bōrd′), *n.* **1.** the line where land and sea meet. **2.** a region bordering a seacoast: *the eastern seaboard.* —*adj.* **3.** bordering on the sea.
**sea•borne** (sē′bôrn′, -bōrn′), *adj.* carried on or over the sea.
**sea′ breeze′,** *n.* a thermally produced wind blowing from a cool ocean surface onto adjoining warm land.
**sea′ cap′tain,** *n.* the master of a seagoing vessel.
**sea•coast** (sē′kōst′), *n.* the land immediately adjacent to the sea.
**sea′ cow′,** *n.* the manatee or dugong.
**sea′ cray′fish** (or **craw′fish**), *n.* SPINY LOBSTER.
**sea′ cu′cumber,** *n.* any creeping echinoderm of the class Holothuroidea, having a long, leathery body and short tentacles around the mouth.
**sea′ dog′,** *n.* **1.** a sailor, esp. an old or experienced one. **2.** HARBOR SEAL. **3.** a pirate or privateer.
**sea′ ea′gle,** *n.* any of several large eagles of the genus *Haliaeetus*, that usu. feed on fish.
**sea′ el′ephant,** *n.* ELEPHANT SEAL.
**sea•far•er** (sē′fâr′ər), *n.* **1.** a sailor. **2.** a traveler on the sea.
**sea•far•ing** (sē′fâr′ing), *adj.* **1.** traveling by sea. **2.** following the sea as a trade, business, or calling. **3.** of, pertaining to, or occurring during a voyage on the sea. —*n.* **4.** the calling of a sailor.
**sea•food** (sē′fōōd′), *n.* any fish or shellfish from the sea used for food.
**sea′ front′,** *n.* an area, including buildings, along the edge of the sea; waterfront.
**sea′ gate′,** *n.* a navigable channel giving access to the sea.
**sea•go•ing** (sē′gō′ing), *adj.* **1.** designed or fit for going to sea, as a vessel. **2.** seafaring.
**sea′ grape′,** *n.* **1.** a tropical American tree, *Coccoloba uvifera*, of the buckwheat family, bearing grapelike clusters of edible purple berries. **2.** the fruit itself.
**sea′ green′,** *n.* a clear, light, bluish green. —**sea′-green′,** *adj.*
**sea′ gull′,** *n.* a gull, esp. any of the marine species.
**sea′ horse′** or **sea′horse′,** *n.* **1.** any of various fishes of the genus *Hippocampus*, of the pipefish family, having a prehensile tail, an elongated snout, and a head bent at right angles to the body. **2.** a fabled marine animal with the foreparts of a horse and the hind parts of a fish.



sea horse, *Hippocampus hudsonius*, length 3 to 4 in. (8 to 10 cm) (def. 1)

**sea′-Is′land** (or **Sea′ Is′land**) **cot′ton,** *n.* a long-fibered cotton, *Gossypium barbadense*, raised orig. in the Sea Islands and now grown chiefly in the West Indies.
**sea′ kale′,** *n.* a European broad-leaved maritime plant, *Crambe maritima*, of the mustard family: the young shoots are blanched and used like asparagus.
**seal¹** (sēl), *n.* **1.** an embossed emblem, symbol, letter, etc., used as attestation or evidence of authenticity. **2.** a stamp, medallion, ring, etc., engraved with such a device, for impressing paper, wax, lead, or the like. **3.** the impression so obtained. **4.** an authenticating mark or symbol, orig. wax with an impression, attached to a legal document. **5.** a piece of wax or similar adhesive affixed to a document, envelope, door, etc., that must be broken when the object is opened. **6.** anything that tightly or completely closes or secures a thing. **7.** something that keeps a thing secret: *Her vow was the seal that kept her silent.* **8.** a stamplike label, esp. as given to contributors to a charity: *a Christmas seal.* **9.** a mark, sign, symbol, or the like, serving as visible evidence of something. **10.** anything that serves as assurance, confirmation, or bond: *She gave the plan her seal of approval.* **11.** *Plumbing.* a small amount of water held by a trap to exclude foul gases from a sewer or the like. —*v.t.* **12.** to affix a seal to in authorization, testimony, etc. **13.** to assure, confirm, or bind with a seal to with a seal. **14.** to impress a seal upon as evidence of legal or standard exactness, measure, quality, etc. **15.** to close with a fastening that must be broken to gain access. **16.** to fasten or close tightly by or as if by a seal. **17.** to decide irrevocably: *to seal someone's fate.* **18.** *Mormon Ch.* to solemnize (a marriage or adoption). **19. seal off, a.** to close hermetically. **b.** to block all access to or from, as or as if with a police barricade. —*Idiom.* **20. set one's seal to,** to give one's approval to; authorize; endorse. —**seal′a•ble,** *adj.*
**seal²** (sēl), *n., pl.* **seals,** (esp. collectively for 1) **seal,** *v.* —*n.* **1.** any of numerous marine carnivores of the order Pinnipedia, including the eared seals of the family Otariidae and the earless seals of the family Phocidae. **2.** skin of such an animal. **3.** leather made from this skin. **4.** the fur of the fur seal; sealskin. **5.** a dark gray-brown. —*v.i.* **6.** to hunt, kill, or capture seals. —**seal′like′,** *adj.*
**sea′ lam′prey,** *n.* a parasitic marine lamprey, *Petromyzon marinus*, that spawns in fresh water along the Atlantic coast and in the Great Lakes.
**seal•ant** (sē′lənt), *n.* **1.** any of various liquids, paints, chemicals, or substances applied to a surface or circulated through pipes, that dry to form a watertight coating. **2.** any of various resins applied to the chewing surfaces of teeth to prevent decay.
**sea′ legs′,** *n.pl.* the ability to adjust one's balance to the motion of a ship at sea.
**seal•er¹** (sē′lər), *n.* **1.** a substance applied to a porous surface as a base coat for paint, varnish, etc. **2.** an officer who verifies that weights and measures are true to the standard.
**seal•er²** (sē′lər), *n.* a person or ship that hunts seals.
**sea′ let′tuce,** *n.* any seaweed of the genus *Ulva*, having large leafy blades.
**sea′ lev′el,** *n.* the horizontal plane corresponding to the surface of the sea at mean level between high and low tide.
**sea•lift** (sē′lift′), *n.* **1.** a system for transporting persons or cargo by ship, esp. in an emergency. —*v.t.* **2.** to transport (persons or cargo) by sea.
**sea′ lil′y,** *n.* a stalked, permanently attached crinoid.
**seal′ing wax′,** *n.* a resinous preparation, soft when heated, used for sealing letters, documents, etc.
**sea′ li′on,** *n.* any of several large eared seals, characterized by a blunt snout and a small amount of underfur, esp. *Zalophus californicus*, of the N Pacific.
**seal′ point′,** *n.* a Siamese cat having a cream- or fawn-colored body and dark brown points.
**seal•skin** (sēl′skin′), *n.* **1.** the skin or fur of the fur seal. **2.** a garment or article made of sealskin.
**Sea′ly•ham ter′rier** (sē′lē ham′, -lē əm), *n.* one of a Welsh breed of small, short-legged terriers having a long head with square jaws and whiskers and a hard, wiry mostly white coat. Also called **Sea′ly•ham′.**
**seam** (sēm), *n.* **1.** the line formed by sewing together pieces of cloth, leather, or the like. **2.** the stitches used to make such a line. **3.** any line formed by abutting edges. **4.** any linear indentation or mark, as a wrinkle or scar. **5.** *Geol.* a comparatively thin stratum; a bed, as of coal. —*v.t.* **6.** to join with or as if with stitches. **7.** to furrow; mark with wrinkles, scars, etc. —*v.i.* **8.** to become cracked, fissured, or furrowed. —**seam′er,** *n.*
**sea′maid′** or **sea′maid′en,** *n.* **1.** MERMAID. **2.** a goddess or nymph of the sea.
**sea•man** (sē′mən), *n., pl.* **-men. 1.** a person skilled in seamanship. **2.** a person who assists in the handling, sailing, and navigating of a vessel, esp. one below the rank of officer; sailor. **3.** an enlisted person in the U.S. Navy ranking below petty officer.
**sea•man•ship** (sē′mən ship′), *n.* knowledge and skill pertaining to the operation, navigation, safety, and maintenance of a ship.
**seam•less** (sēm′lis), *adj.* **1.** having no seams. **2.** smoothly continuous or uniform in quality: *a seamless blend of art and entertainment.* —**seam′less•ly,** *adv.* —**seam′less•ness,** *n.*
**sea′ moss′,** *n.* any of certain frondlike red algae.
**sea•mount** (sē′mount′), *n.* a mountain rising several hundred fathoms above the seafloor but having its summit well below the surface of the water.
**seam•stress** (sēm′stris; *esp. Brit.* sem′-), *n.* a woman who sews; one whose occupation is sewing.
**seam•y** (sē′mē), *adj.,* **seam•i•er, seam•i•est. 1.** sordid; low: *disagreeable the seamy side of life.* **2.** having or showing a seam, esp. the seam on the inside of a garment. —**seam′i•ness,** *n.*
**sé•ance** (sā′äns), *n.* **1.** a meeting in which a spiritualist attempts to communicate with the spirits of the dead. **2.** a session or sitting, as of a group or organization.
**sea′ net′tle,** *n.* any large, stinging jellyfish.
**sea′ oats′,** *n.* a tall grass, *Uniola paniculata*, of coastal areas of SE N America, having as its inflorescence a densely crowded panicle.
**sea′ on′ion,** *n.* **1.** a Mediterranean plant, *Urginea maritima*, of the lily family, yielding medicinal squill. **2.** a squill, *Scilla verna*, of the Isle of Wight, having narrow leaves and clusters of violet flowers.
**sea′ ot′ter,** *n.* a marine otter, *Enhydra lutris*, of N Pacific coasts, with valuable fur.
**sea′ palm′,** *n.* a kelp, *Postelsia palmaeformis*, of the Pacific coast of North America, that resembles a miniature palm tree.
**sea•plane** (sē′plān′), *n.* an airplane with floats for water takeoffs and landings.
**sea•port** (sē′pôrt′, -pōrt′), *n.* **1.** a port or harbor that accommodates seagoing vessels. **2.** a town or city at such a place.
**sea′ pow′er,** *n.* **1.** naval strength. **2.** a nation that possesses formidable naval power.
**sea•quake** (sē′kwāk′), *n.* an agitation of the sea caused by a submarine eruption or earthquake.
**sear¹** (sēr), *v.t.* **1.** to burn or char the surface of. **2.** to mark with a searing iron. **3.** to burn or scorch. **4.** to damage emotionally. **5.** to dry up; wither; parch. —*n.* **6.** a mark or scar made by searing. —*adj.* **7.** sere.
**sear²** (sēr), *n.* a pivoted piece that holds the hammer at full or half cock in the firing mechanism of small arms.
**search** (sûrch), *v.t.* **1.** to look through (a place, area, etc.) carefully





### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster*® is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1991 by Merriam-Webster Inc.

Philippines Copyright 1991 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.
     p.    cm.
  ISBN 0-87779-508-8. — ISBN 0-87779-509-6 (indexed). — ISBN 0-87779-510-X (deluxe)
  1. English language—Dictionaries. I. Merriam-Webster, Inc.
PE1628.W5638  1991
423—dc20                                                90-47350
                                                                            CIP

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

4142434445RMcN91

**sea·board** \'sē-ˌbō(ə)rd, -ˌbò(ə)rd\ n (1788) : SEACOAST; also : the country bordering a seacoast — **seaboard** adj
**sea·boot** \-ˌbüt\ n (1851) : a very high waterproof boot used esp. by sailors and fishermen
**sea·borne** \-ˌbō(ə)rn, -ˌbò(ə)rn\ adj (1823) 1 : borne over or on the sea (a ~ invasion) 2 : engaged in or carried on by oversea shipping (~ trade)
**sea bread** n (1837) : HARDTACK
**sea bream** n (1530) : any of numerous marine percoid fishes (as of the families Sparidae or Bramidae)
**sea breeze** n (1697) : a cooling breeze blowing generally in the daytime inland from the sea
**sea captain** n (1612) : the master esp. of a merchant vessel
**sea change** n (1610) 1 archaic : a change brought about by the sea 2 : TRANSFORMATION
**sea chest** n (1669) : a sailor's storage chest for personal property
**sea·coast** \'sē-ˌkōst\ n (14c) : the shore or border of the land adjacent to the sea
**sea cow** n (1613) : MANATEE, DUGONG
**sea·craft** \'sē-ˌkraft\ n (1919) 1 : seagoing ships 2 : skill in navigation
**sea crayfish** n (1748) : SPINY LOBSTER
**sea cucumber** n (1601) : HOLOTHURIAN; esp : one whose contracted body suggests a cucumber in form
**sea devil** n (1634) : DEVILFISH 1
**sea·dog** \'sē-ˌdòg\ n (1825) : FOGBOW
**sea dog** n (1840) : a veteran sailor
**sea·drome** \-ˌdrōm\ n (1923) : a usu. floating airdrome on water serving esp. as an intermediate or emergency landing place
**sea duck** n (1753) : a diving duck (as a scoter, merganser, or eider) that frequents the sea
**sea duty** n (1946) : duty in the U.S. Navy performed outside the continental U.S. or specified dependencies thereof
**sea eagle** n (1668) : any of various fish-eating eagles (esp. genus Haliaeetus)
**Sea Explorer** n (1948) : an Explorer in a scouting program that teaches seamanship
**sea fan** n (ca. 1633) : a gorgonian with a fan-shaped skeleton; esp : one (Gorgonia flabellum) of Florida and the West Indies
**sea·far·er** \'sē-ˌfar-ər, -ˌfer-\ n [sea + fare + -er] (1513) : MARINER
**sea·far·ing** \-ˌfar-iŋ, -ˌfer-\ n (1592) : a mariner's calling — **seafaring** adj
**sea fire** n (1814) : marine bioluminescence
**sea·floor** \'sē-ˌflō(ə)r, -ˌflò(ə)r\ n (1855) : SEABED
**sea·food** \-ˌfüd\ n (1836) : edible marine fish and shellfish
**sea·fowl** \-ˌfaul\ n (14c) : SEABIRD
**sea·front** \-ˌfrənt\ n (1879) : the waterfront of a seaside place
**sea gate** n (1861) 1 : a way (as a gate, beach, or channel) that gives access to the sea
**sea-girt** \'sē-ˌgərt\ adj (1621) : surrounded by the sea
**sea·go·ing** \-ˌgō-iŋ, -ˌgò-iŋ\ adj (1829) : OCEANGOING
**sea grape** n (1806) : a variable plant (Coccoloba uvifera) of sandy shores of Florida and tropical America that has rounded leaves with cordate bases and bears clusters of bluish edible berries
**sea green** n (1598) 1 : a moderate green or bluish green 2 : a moderate yellow green
**sea gull** n (1542) : a gull frequenting the sea; broadly : GULL
**sea hare** n (1593) : any of various large naked mollusks (genus Aplysia) with arched backs and anterior tentacles that project like ears
**sea holly** n (1548) : a European coastal herb (Eryngium maritimum) of the carrot family with spiny leaves and pale blue flowers
**sea horse** n (15c) 1 : WALRUS 2 : a mythical creature half horse and half fish 3 : any of numerous small fishes (family Syngnathidae) related to the pipefishes but stockier with the head and forepart of the body sharply flexed like the head and neck of a horse
**sea is·land cotton** \ˌsē-ˌī-lən(d)-\ n, often cap S&I [Sea Islands, chain of islands in the Atlantic] (1805) : a cotton (Gossypium barbadense) with esp. long silky fiber — called also sea island
**sea kale** n (1699) : a European fleshy plant (Crambe maritima) of the mustard family used as a potherb
**sea king** n (1819) : a Norse pirate chief
**1seal** \'sē(ə)l\ n, pl seals also seal [ME sele, fr. OE seolh; akin to OHG selah seal] (bef. 12c) 1 : any of numerous marine aquatic carnivorous mammals (families Phocidae and Otariidae) that occur chiefly in cold regions and have limbs modified into webbed flippers adapted primarily to swimming; esp : FUR SEAL 2 a : the pelt of a fur seal b : leather made from the skin of a seal 3 : a dark brown
**2seal** vi (1828) : to hunt seal
**3seal** n [ME seel, fr. OF, fr. L sigillum seal, fr. dim. of signum sign, seal — more at SIGN] (13c) 1 a : something that confirms, ratifies, or makes secure : GUARANTEE, ASSURANCE b (1) : a device with a cut or raised emblem, symbol, or word used to certify a signature or authenticate a document (2) : a medallion or ring face bearing such a device incised so that it can be impressed on wax or moist clay; also : a piece of wax or a wafer bearing such an impression c : an impression, device, or mark given the effect of a common-law seal by statute, law or by American local custom recognized by judicial decision d : a usu. ornamental adhesive stamp that may be used to close a letter or package; esp : one given in a fund-raising campaign 2 a : something that secures (as a wax seal on a document) b : a closure that must be broken to be opened and that thus reveals tampering c (1) : a tight and perfect closure (as against the passage of gas or water) (2) : a device to prevent the passage or return of gas or air into a pipe or container 3 : a seal that is a symbol or mark of office — **under seal** : with an authenticating seal affixed
**4seal** vt (14c) 1 a : to confirm or make secure by or as if by a seal b : to solemnize for eternity (as a marriage) by a Mormon rite 2 a : to set or affix an authenticating seal to; also : AUTHENTICATE, RATIFY b : to mark with a stamp or seal usu. as an evidence of standard exactness, legal size, weight, or capacity, or merchantable quality 3 a : to fasten with or as if with a seal to prevent tampering b : to close or make secure against access, leakage, or passage by a fastening or coating c : to fix in position or close breaks in with a filling (as of plaster) 4 : to determine irrevocably or indisputably (that answer ~ed our fate)

**sea ladder** n (1902) 1 : a rope ladder or set of steps to be lowered over a ship's side for use in coming aboard (as at sea) 2 : SEA STEPS
**sea lamprey** n (1879) : a large anadromous lamprey (Petromyzon marinus) that is sometimes used as food and is a pest destructive of native fish fauna in the Great Lakes
**sea-lane** \'sē-ˌlān\ n (1927) : an established sea route
**seal·ant** \'sē-lənt\ n (1944) : a sealing agent (radiator ~)
**sea lavender** n (1597) : any of a genus (Limonium) of mostly coastal plants of the plumbago family
**sea lawyer** n (1848) : an argumentative captious sailor
**sealed-beam** \ˌsē(ə)l(d)-ˈbēm\ adj (1941) : of, relating to, or being an electric light with prefocused reflector and lens sealed in the lamp vacuum
**sea legs** n pl (1712) : bodily adjustment to the motion of a ship indicated esp. by ability to walk steadily and by freedom from seasickness
**1seal·er** \'sē-lər\ n (15c) 1 : an official who attests or certifies conformity to a standard of correctness 2 : a coat (as of size) applied to prevent subsequent coats of paint or varnish from sinking in
**2sealer** n (1842) : a person or a ship engaged in hunting seals
**sea lettuce** n (1668) : any of several seaweeds (esp. genus Ulva of the family Ulvaceae) with green fronds sometimes eaten as salad
**sea level** n (1806) : the level of the surface of the sea esp. at its mean position midway between mean high and low water
**sea lily** n (1903) : CRINOID; esp : a stalked crinoid
**sealing wax** n (14c) : a resinous composition that is plastic when warm and is used for sealing (as letters, dry cells, or cans)
**sea lion** n (1697) : any of several large Pacific eared seals (genus Zalophus and Otaria) that are related to the fur seals but lack their valuable coat
**seal off** vt (1948) : to close tightly
**seal point** n ['seal (the color)] (1939) : a Siamese cat with cream or fawn-colored body and dark brown points
**seal ring** n (1608) : a finger ring engraved with a seal : SIGNET RING
**seal·skin** \'sē(ə)l-ˌskin\ n (14c) 1 : the fur or pelt of a fur seal 2 : a garment (as a jacket, coat, or cape) of sealskin — **sealskin** adj
**Sea·ly·ham terrier** \ˌsē-lē-ˌham-, esp Brit -lē-əm-\ n [Sealyham, Pembrokeshire, Wales] (1907) : a short-legged long-headed strong-jawed heavy-boned chiefly white terrier of a breed developed in Wales
**1seam** \'sēm\ n [ME seem, fr. OE sēam; akin to OE siwian to sew — more at SEW] (bef. 12c) 1 a : the joining of two pieces (as of cloth or leather) by sewing usu. near the edge b : the stitching used in such a joining 2 : the space between adjacent planks or strakes of a ship 3 a : a line, groove, or ridge formed by the abutment of edges b : a thin layer or stratum (as of rock) between distinctive layers; also : a bed of valuable mineral and esp. coal irrespective of thickness c : a line left by a cut or wound; also : WRINKLE — **seam·less** adj — **seam·less·ly** adv — **seam·less·ness** n — **seam·like** \-ˌlīk\ adj — **at the seams** : ENTIRELY, COMPLETELY (falling apart at the seams)
**2seam** vt (1582) 1 a : to join by sewing b : to join as if by sewing (as by welding, riveting, or heat-sealing) 2 : to mark with lines suggesting seams ~ vi : to become fissured or ridgy — **seam·er** n
**sea-maid** \ˈsē-ˌmād\ or **sea-maid-en** \-ˌmād-ᵊn\ n (1590) : MERMAID; also : a goddess or nymph of the sea
**sea·man** \'sē-mən\ n (13c) 1 : SAILOR, MARINER 2 a : one of the three ranks below petty officer in the navy or coast guard b : an enlisted man in the navy or coast guard ranking above a seaman apprentice and below a petty officer
**seaman apprentice** n (1947) : an enlisted man in the navy or coast guard ranking above a seaman recruit and below a seaman
**sea·man·like** \'sē-mən-ˌlīk\ adj (1796) : characteristic of or befitting a competent seaman
**sea·man·ly** \-lē\ adj (1798) : SEAMANLIKE
**seaman recruit** n (1947) : an enlisted man of the lowest rank in the navy or coast guard
**sea·man·ship** \'sē-mən-ˌship\ n (1766) : the art or skill of handling, working, and navigating a ship
**sea·mark** \-ˌmärk\ n (15c) 1 : a line on a coast marking the tidal limit 2 : an elevated object serving as a beacon to mariners
**sea mew** n (15c) : SEA GULL; esp : a European gull (Larus canus)
**sea mile** n (1796) : NAUTICAL MILE
**sea·mount** \'sē-ˌmaunt\ n (1948) : a submarine mountain rising above the deep-sea floor
**sea mouse** n (1520) : a large broad marine polychaete worm (esp. genus Aphrodite) covered with hairlike setae
**seam·ster** \'sēm(p)-stər also 'sem(p)-\ n [ME semester, semster, fr. OE sēamestre seamstress, tailor, fr. sēam seam] (bef. 12c) : a person employed at sewing; esp : TAILOR
**seam·stress** \-strəs\ n (1613) : a woman whose occupation is sewing
**seamy** \'sē-mē\ adj **seam·i·er**; **-est** (1604) 1 archaic : having the rough side of the seam showing 2 a : UNPLEASANT b : DEGRADED, SORDID — **seam·i·ness** n
**sé·ance** \'sā-ˌän(t)s, -ˌäⁿs, sā-\ n [F, fr. seoir to sit, fr. L sedēre — more at SIT] (1803) 1 : SESSION, SITTING 2 : a spiritualist meeting to receive spirit communications
**sea nettle** n (1601) : a stinging jellyfish
**sea oats** n pl but sing or pl in constr (1894) : a tall grass (Uniola paniculata) that has panicles resembling those of the oat, grows on the coast of the southern U.S., and is useful as a sand binder
**sea onion** n (1548) : SQUILL 1a
**sea otter** n (1664) : a rare large marine otter (Enhydra lutris) of the northern Pacific coasts that attains a maximum length of nearly six feet and feeds largely on shellfish
**sea-otter's-cabbage** n (1866) : a gigantic kelp (Nereocystis luetkeana) of the northern Pacific
**sea pen** n (1763) : any of numerous anthozoans (as of the genus Pennatula) whose colonies have a feathery form
**sea·piece** \'sē-ˌpēs\ n (1656) : SEASCAPE 2