Case 5:07-cv-05628-JF   Document 46-21   Filed 08/11/2008   Page 1 of 7

**EXHIBIT "M"**

# Universal College

*Webster's Universal College Dictionary*

Copyright © 2001, 1997 by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without the written permission of the publisher. All inquiries should be addressed to RHR Press, Random House Reference, Random House, Inc., New York, NY. Published in the United States by Random House, Inc., New York and simultaneously in Canada by Random House of Canada Limited.

An earlier edition of this work was published in 1997 by Gramercy Press, an imprint of Random House Value Publishing.

*Random House Dictionary Database* is a trademark of Random House, Inc.

**Trademarks**
A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all terms or words in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgement on, the validity of legal status of the word or term as a trademark, service mark, or other proprietary term.

This book is available for special purchases in bulk by organizations and institutions, not for resale, at special discounts. Please direct your sales inquiries to the Random House Special Sales Department, toll-free 800-800-3246 or fax 212-572-4961.

Please address inquiries about licensing of reference products to the Subsidiary Rights Department, Random House Reference, fax 212-940-7352.

For all other inquiries, please visit the Random House Reference Web site at www.randomwords.com

Library of Congress Cataloging-in-Publication Data is available.

Typeset and printed in the United States of America.

9 8 7 6 5 4 3 2

May 2002

ISBN: 0-375-42567-5

New York • Toronto • London • Sydney • Auckland

ability, qualification, or strength; disable. 2. to deprive of legal power. —in/ca·pac/i·ta/tion, n.

in·ca·pac·i·ty (in/kə pas/i tē), n. 1. lack of ability, qualification, or strength; incapability. 2. lack of legal power to act.

in·car·cer·ate (in kär/sə rāt/), v.t., -at·ed, -at·ing. 1. to imprison; confine. 2. to enclose; constrict closely. —in·car/cer·a/tion, n. —in·car/cer·a/tive, adj. —in·car/cer·a/tor, n.

in·car·nate (adj. in kär/nit, -nāt; v. -nāt), adj., v., -nat·ed, -nat·ing. —adj. 1. given a bodily, esp. a human, form: a devil incarnate. 2. personified; typified: chivalry incarnate. 3. red; crimson. —v.t. 4. to put into or represent in a concrete form. 5. to be the embodiment or type of: a woman who incarnates goodness. 6. to invest with a bodily, esp. a human, form.

in·car·na·tion (in/kär nā/shən), n. 1. an incarnate being or form. 2. a living being embodying a deity or spirit. 3. the Incarnation, (sometimes l.c.) the doctrine that the second person of the Trinity assumed human form in the person of Jesus Christ. 4. a person or thing regarded as embodying or exhibiting some quality, idea, or the like: The dancer is the incarnation of grace. 5. the act of incarnating. 6. state of being incarnated. —in/car·na/tion·al, adj.

in·cen·di·ar·y (in sen/dē er/ē), adj., n., pl. -ar·ies. —adj. 1. used or adapted for setting property on fire: incendiary bombs. 2. of or pertaining to the criminal setting on fire of property. 3. tending to arouse strife, sedition, etc.; inflammatory: incendiary speeches. —n. 4. a person who deliberately sets fire to property. 5. a device containing napalm or the like, that burns with an intense heat. 6. a person who stirs up strife; an agitator.

in·cense¹ (in/sens), n., v., -censed, -cens·ing. —n. 1. an aromatic gum or other substance producing a sweet odor when burned. 2. the perfume or smoke arising from incense. 3. any pleasant fragrance. 4. homage; adulation. —v.t. 5. to perfume with incense. 6. to burn incense for.

in·cense² (in sens/), v.t., -censed, -cens·ing. to arouse the wrath of; enrage. —in·cense/ment, n.

in/cense ce/dar, n. a tall, W North American coniferous tree, Calocedrus decurrens, of the cypress family.

in·cen·tive (in sen/tiv), n. 1. something that incites or tends to incite to action or greater effort. —adj. 2. inciting, as to action. —in·cen/tive·ly, adv.

in·cep·tion (in sep/shən), n. beginning; commencement.

in·cep·tive (in sep/tiv), adj. 1. beginning; initial. 2. (of a verb form or aspect) expressing the beginning of the action indicated by the underlying verb, as Latin calēscō "become or begin to be hot" from caleō "be hot." —n. 3. the inceptive aspect. 4. a verb in this aspect. —in·cep/tive·ly, adv.

in·cer·ti·tude (in sûr/ti tōōd/, -tyōōd/), n. 1. uncertainty; doubtfulness. 2. instability; insecurity.

in·ces·sant (in ses/ənt), adj. continuing without interruption; unending: an incessant noise. —in·ces/san·cy, in·ces/sant·ness, n. —in·ces/sant·ly, adv.

in·cest (in/sest), n. 1. sexual relations between persons so closely related that they are forbidden by law or religion to marry. 2. the crime of sexual relations, cohabitation, or marriage between such persons.

in·ces·tu·ous (in ses/chōō əs), adj. 1. involving incest. 2. guilty of incest. 3. too closely interconnected: an incestuous relationship between business and government. —in·ces/tu·ous·ly, adv. —in·ces/tu·ous·ness, n.

inch (inch), n., v., inched, inch·ing. —n. 1. a unit of length, 1/12 of a foot, equivalent to 2.54 centimeters. 2. a very small amount, degree, or distance: averted disaster by an inch. —v.t., v.i. 3. to move by small degrees: We inched along the road. —Idiom. 4. every inch, in every respect; completely. 5. within an inch of, nearly; close to.

in·cho·ate (in kō/it, -āt; esp. Brit. in/kō āt/), adj. 1. not yet completed or fully developed. 2. just begun; incipient. —in·cho/ate·ly, adv. —in·cho/ate·ness, n.

inch·worm (inch/wûrm/), n. MEASURINGWORM.

in·ci·dence (in/si dəns), n. 1. the rate or range of occurrence or influence of something: a high incidence of flu. 2. occurrence; happening. 3. a. the striking of a ray of light, beam of electrons, etc., on a surface, or the direction of striking. b. ANGLE OF INCIDENCE (def. 1).

in·ci·dent (in/si dənt), n. 1. an occurrence or event. 2. a distinct piece of action, as in a story. 3. something that occurs casually in connection with something else. 4. something appertaining or attaching to something else. 5. a seemingly minor occurrence, esp. involving nations or factions, that can lead to serious consequences: a border incident. —adj. 6. likely to happen. 7. naturally appertaining: hardships incident to the life of an explorer. 8. conjoined, esp. as subordinate to a principal thing. 9. falling or striking on something, as light rays.

in·ci·den·tal (in/si den/tl), adj. 1. happening or likely to happen in an unplanned or subordinate conjunction with something else. 2. incurred casually and in addition to the regular or main amount; incidental expenses. —n. 3. something incidental. 4. incidentals, minor expenses. —in/ci·den/tal·ness, n.

in·ci·den·tal·ly (in/si den/tl ē or, for 1, -dent/lē), adv. 1. apart or aside from the main subject; parenthetically. 2. by chance.

in/ciden/tal mu/sic, n. music intended primarily to point up or accompany parts of the action of a play or to serve as transitional material between scenes.

in·cin·er·ate (in sin/ə rāt/), v.t., -at·ed, -at·ing. to cause to burn to ashes; cremate. —in·cin/er·a/tion, n.

in·cin·er·a·tor (in sin/ə rā/tər), n. a furnace or apparatus for incinerating materials.

in·cip·i·ent (in sip/ē ənt), adj. beginning to exist or appear: an incipient cold. —in·cip/i·ent·ly, adv.

in·cise (in sīz/), v.t., -cised, -cis·ing. 1. to cut into; cut marks or figures upon. 2. to engrave with marks or figures.

in·cised (in sīzd/), adj. 1. made by cutting; engraved: an incised pattern. 2. made or cut cleanly: an incised wound. 3. (of a leaf) sharply and irregularly notched.

in·ci·sion (in sizh/ən), n. 1. a cut, gash, or notch. 2. the act of incising. 3. a surgical cut into a tissue or organ. 4. incisiveness; keenness.

in·ci·sive (in sī/siv), adj. 1. penetrating; cutting: an incisive tone of voice. 2. clear and direct; keen: an incisive commentary. —in·ci/sive·ly, adv. —in·ci/sive·ness, n.

in·ci·sor (in sī/zər), n. any of the four anterior teeth in each jaw, used for cutting and gnawing.

in·cite (in sīt/), v.t., -cit·ed, -cit·ing. to stimulate to action; urge on; stir up. —in·cit/a·ble, adj. —in·cit/ant, adj., n. —in/ci·ta/tion (-sī tā/shən, -si-), n. —in·cit/er, n. —in·cit/ing·ly, adv.

in·ci·vil·i·ty (in/sə vil/i tē), n., pl. -ties. 1. the quality or state of being uncivil. 2. an uncivil act. —in·civ/il (-siv/əl), adj.

in·clem·ent (in klem/ənt), adj. 1. severe; stormy: inclement weather. 2. not kind or merciful. —in·clem/en·cy, in·clem/ent·ness, n. —in·clem/ent·ly, adv.

in·cli·na·tion (in/klə nā/shən), n. 1. a special disposition of the mind or temperament; a liking or preference: a great inclination for sports. 2. something to which one is inclined. 3. the act of inclining or state of being inclined: an inclination of the head. 4. a tendency toward a certain condition, action, etc. 5. deviation or amount of deviation from a normal, esp. horizontal or vertical, direction or position. 6. an inclined surface. 7. a. the angle between two lines or two planes. b. the angle formed by the x-axis and a given line. —in/cli·na/tion·al, adj.

in·cline (v. in klīn/; n. in/klīn, in klīn/), v., -clined, -clin·ing, n. —v.i. 1. to deviate from the vertical or horizontal; slant. 2. to have a mental tendency, preference, etc.; be disposed: He inclines toward mysticism. 3. to approach; approximate: The color inclines toward blue. 4. to tend in character or in course of action. 5. to lean; bend. —v.t. 6. to persuade; dispose: Her attitude did not incline me to help her. 7. to bow; bend: inclined his head in greeting. 8. to cause to lean or bend in a particular direction. —n. 9. an inclined surface; slope; slant. —in·clin/er, n.

in·clined (in klīnd/), adj. 1. deviating in direction from the horizontal or vertical; sloping. 2. disposed; of a mind: He was inclined to stay. 3. tending in a direction that makes an angle with a plane or line.

in·clude (in klōōd/), v.t., -clud·ed, -clud·ing. 1. to contain or encompass as part of a whole; The meal includes dessert and coffee. 2. to place as part of a category. 3. to enclose. —in·clud/a·ble, in·clud/i·ble, adj.

in·clu·sion (in klōō/zhən), n. 1. the act of including or the state of being included. 2. something that is included. 3. a foreign body or inert structure within a cell. 4. a solid, liquid, or gaseous body enclosed within a mineral or rock.

in·clu·sive (in klōō/siv), adj. 1. including the limit or extremes in consideration or account: from 6 to 37 inclusive. 2. including everything; comprehensive: an inclusive fee. 3. (of a first person plural pronoun) including the person addressed, as we in Shall we dance? Compare EXCLUSIVE (def. 9). —Idiom. 4. inclusive of, including: Europe inclusive of Britain. —in·clu/sive·ly, adv. —in·clu/sive·ness, n.

in·cog·i·tant (in koj/i tənt), adj. thoughtless; inconsiderate. —in·cog/i·tant·ly, adv.

in·cog·ni·ta (in/kog nē/tə, in kog/ni-), adv., adj., n., pl. -tas. —adv., adj. 1. (of a woman or girl) with one's identity hidden or unknown. —n. 2. a woman or girl who is incognita. 3. the state or disguise of such a woman or girl.

in·cog·ni·to (in/kog nē/tō, in kog/ni tō/), adv., adj., n., pl. -tos. —adv., adj. 1. with one's identity hidden or unknown. —n. 2. a person who is incognito. 3. the state or disguise of such a person.

in·cog·ni·zant (in kog/nə zənt), adj. lacking knowledge or awareness. —in·cog/ni·zance, n.

in·co·her·ence (in/kō hēr/əns, -her/-), n. 1. the quality or state of being incoherent. 2. something that is incoherent.

in·co·her·ent (in/kō hēr/ənt, -her/-), adj. 1. lacking logical or meaningful connection: incoherent thoughts. 2. inarticulate: incoherent with rage. 3. lacking cohesion; loose; disjointed. —in/co·her/ent·ly, adv.

in·com·bus·ti·ble (in/kəm bus/tə bəl), adj. not combustible; incapable of being burned. —in/com·bus/ti·bil/i·ty, in/com·bus/ti·ble·ness, n. —in/com·bus/ti·bly, adv.

in·come (in/kum), n. 1. the monetary payment received for goods or services, or from other sources, such as rents or investments; revenue; receipts: an annual income of $25,000. 2. a coming in; influx. —in/come·less, adj.

in/come tax/, n. a tax levied on the annual incomes of individuals and corporations.

in·com·ing (in/kum/ing), adj. 1. coming in; arriving: the incoming tide. 2. succeeding, as an officeholder: the incoming mayor. 3. accruing, as profit. —n. 4. the act of coming in; arrival.

in·com·men·su·ra·ble (in/kə men/sər ə bəl, -shər-), adj. not commensurable; having no common basis, measure, or standard of comparison. —in/com·men/su·ra·bil/i·ty, in/com·men/su·ra·ble·ness, n. —in/com·men/su·ra·bly, adv.

in·com·men·su·rate (in/kə men/sər it, -shər-), adj. 1. not commen



Webster's Ninth New Collegiate Dictionary

A Merriam-Webster



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster®* is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1991 by Merriam-Webster Inc.

Philippines Copyright 1991 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.
    p.    cm.
  ISBN 0-87779-508-8. — ISBN 0-87779-509-6  (indexed). — ISBN 0-87779-510-X (deluxe)
  1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.W5638  1991
423—dc20                                                    90-47350
                                                               CIP

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

4142434445RMcN91

**: of spells or verbal charms** ic; *also* **:** a written or recited particular effect — **in-can-ta-** **»ry** \in-'kant-ə-,tōr-ē, -,tór-\ *n*

**i- + *capable* capable]** (1594) **:** on for the purpose or end in old, or keep **b** *archaic* **:** not ind to admit **: INSUSCEPTIBLE** formance **: INCOMPETENT  2** **:** y reason of mental incompe- **.**\in-,kā-pə-'bil-ət-ē\ *n* — **in- .ca-pa-bly** \-blē\ *adv*

**.tat-ing** (1657) **1 :** to make prive of capacity or natural **s-ə-'tā-shən**\ *n* — **in-ca-pac-i-**

**l-ties** [F *incapacité*, fr. MF, uality or state of being inca- . power or or natural or legal

**t-ing** [L *incarceratus,* pp. of **1 :** to put in prison **2 :** to \()in-,kär-sə-'rā-shən\ *n* [LL *incardination-, incar-* **?** to ordain as chief priest, fr. CARDINAL] (1897) **:** the for- n from another diocese **\** *adj* [MF *incarnadin,* fr. OIt r. LL *incarnatus*] (1591) **1** ILOODRED

nake incarnadine **: REDDEN** *carnat,* fr. LL *incarnatus,* pp. ι-, *caro* flesh — more at CAR- and esp. human nature and le **: EMBODIED** ⟨a fiend ~⟩ **2**

**-nat-ing** (1533) **:** to make in- ubstance to **b** (1) **:** to give a **2) :** to constitute an embodi- y important human value —

**a** (1) **:** the embodiment of **2)** *cap* **:** the union of divinity :rete or actual form of a qual- trait or typical character to a **»)  2 :** the act of incarnating passed in a particular bodily **i** first vice-president —Walter

**of caution : HEEDLESSNESS**
caution — **CARELESS — in-cau-**
1674) **:** incendiary action or

**•re\** *n, pl* **-ries** [L *incen- icendere*] (15c) **1 a :** a per- ng or other property **b :** an on who excites factions, quar-

or involving a deliberate burn- inflame **: INFLAMMATORY** ⟨~ materials spontaneously **¦** of a missile containing chemi-

F, fr. LL *incensum,* fr. L neut. *-e,* fr. *in- + -cendere* to burn; VDID] (13c) **1 :** material used ed **2 :** the perfume exhaled ; broadly **:** a pleasing scent **3** FRAGRANCE

**:** to apply or offer incense to

**as-ing** [ME *encensen,* fr. MF **: t**o cause (a passion or emo- the extreme anger or indigna-

*entivum,* fr. neut. of *incentivus entus,* pp. of *incinere* to set the CHANT] (15c) **:** something that ermination or action  *syn* see

*aptus,* pp. of *capere* to take— **INGEST — in-cep-tor** \-'sep-tər\

*., inceptio,* fr. *inceptus,* pp. of **: —** more at HEAVE] (15c) **: an** COMMENCEMENT  *syn* see ORI-

ioative verb **2 :** of or relating to a begin-

**,** fr. MF, fr. LL *incertitudo,* UNCERTAINTY **: a :** absence of e quality or state of being un-

the quality or state of being

saunt, fr. LL *incessant-, inces* of *cessare* to delay — more **' ¦** without interruption **: UNCEAS** *adv*

---

**in-cest** \'in-,sest\ *n* [ME, fr. L *incestum,* fr. neut. of *incestus* impure, fr. *in-* + *castus* pure — more at CASTE] (13c) **:** sexual intercourse between persons so closely related that they are forbidden by law to marry; *also* **:** the statutory crime of such a relationship  *syn* see ADULTERY
**in-ces-tu-ous** \in-'ses(h)-chə-wəs\ *adj* (1532) **1 :** constituting or involv- ing incest  **2 :** guilty of incest — **in-ces-tu-ous-ly** *adv* — **in-ces-tu-ous- ness** *n*
**¹inch** \'inch\ *n* [ME, fr. OE *ynce,* fr. L *uncia* — more at OUNCE] (bef. 12c) **1 :** a unit of length equal to 1/36 yard — see WEIGHT table  **2 :** a small amount, distance, or degree ⟨is like cutting a dog's tail off by ~es —Milton Friedman⟩ **3** *pl* **:** STATURE, HEIGHT  **4  a :** a fall (as of rain or snow) sufficient to cover a surface or to fill a gauge to the depth of one inch  **b :** a degree of atmospheric or other pressure sufficient to bal- ance the weight of a column of liquid (as mercury) one inch high in a barometer or manometer  **c : WATER-INCH — every inch :** to the ut- most degree ⟨looks *every inch* a winner⟩ — **within an inch of :** almost to the point of
**²inch** *vi* (1599) **:** to move by small degrees ⟨the long line of people ~ing up the stairs⟩ ~ *vt* **:** to cause to move slowly ⟨sooner or later they begin ~ing prices back up —*Forbes*⟩
**³inch** *n* [ME, fr. ScGael *innis*] *chiefly Scot* (15c) **: ISLAND**
**inched** \'incht\ *adj* (1605) **:** measuring a specified number of inches
**inch-er** \'in-chər\ *comb form* **:** one that has a dimension of a specified number of inches
**inch-meal** \'inch-,mēl, -'mē(ə)l\ *adv* ['inch + -meal (as in *piecemeal*)] (ca. 1530) **: LITTLE BY LITTLE, GRADUALLY**
**in-cho-ate** \in-'kō-ət, 'in-kə-,wāt\ *adj* [L *inchoatus,* pp. of *inchoare,* lit., to hitch up, fr. *in-* + *cohum* strap fastening a plow beam to the yoke; akin to L *colum* sieve — more at HEDGE] (1534) **:** being only partly in exis- tence or operation; *esp* **:** imperfectly formed or formulated ⟨misty, ~ suspicions that all is not well with the nation —J. M. Perry⟩ — **in-cho- ate-ly** *adv* — **in-cho-ate-ness** *n*
**in-cho-ative** \in-'kō-ət-iv\ *adj* (1631) **1 : INITIAL, FORMATIVE** ⟨the ~ stages⟩ **2 :** denoting the beginning of an action, state, or occurrence — used of verbs — **inchoative** *n* — **in-cho-ative-ly** *adv*
**inch-worm** \'inch-,wərm\ *n* (1861) **: LOOPER 1**
**in-ci-dence** \'in(t)-səd-ən(t)s, -sə-,den(t)s\ *n* (1656) **1  a :** an act or the fact or manner of falling upon or affecting **: OCCURRENCE  b :** rate of occurrence or influence ⟨a high ~ of crime⟩ **2 :** the arrival of some- thing (as a projectile or a ray of light) at a surface  **b : ANGLE OF INCI- DENCE**
**¹in-ci-dent** \'in(t)-səd-ənt, -sə-,dent\ *n* [ME, fr. MF, fr. ML *incident-, incidens,* fr. L, prp. of *incidere* to fall into, fr. *in-* + *cadere* to fall — more at CHANCE] (15c) **1 :** something dependent on or subordinate to something else of greater or principal importance  **2  a :** an occur- rence of an action or situation that is a separate unit of experience **: HAPPENING  b :** an accompanying minor occurrence or condition **: CONCOMITANT  3 :** an action likely to lead to grave consequences esp. in diplomatic matters ⟨a serious border ~⟩ *syn* see OCCURRENCE
**²incident** *adj* (15c) **1 :** occurring or likely to occur esp. as a minor con- sequence or accompaniment ⟨the confusion ~ to moving day⟩  **2 :** de- pendent on or relating to another thing in law  **3 :** falling or striking on something ⟨~ light rays⟩
**¹in-ci-den-tal** \,in(t)-sə-'dent-ᵊl\ *adj* (1616) **1 :** being likely to ensue as a chance or minor consequence ⟨social obligations ~ to his job⟩ **2 :** oc- curring merely by chance or without intention or calculation
**²incidental** *n* (1707) **1** *pl* **:** minor items (as of expense) that are not particularized  **2 :** something that is incidental
**in-ci-den-tal-ly** \-'dent-ᵊl-ē, *esp for 2* -'dent-lē\ *adv* (1665) **1 :** by chance **: CASUALLY  2 :** by way of interjection or digression **: PARENTHETI- CALLY**
**incidental music** *n* (1864) **:** descriptive music played during a play to project a mood (as for a battle, a storm, or a death scene) or to accom- pany stage action
**in-cin-er-ate** \in-'sin-ə-,rāt\ *vt* **-at-ed; -at-ing** [ML *incineratus,* pp. of *in- cinerare,* fr. L *in-* + *ciner-, cinis* ashes; akin to Gk *konis* dust, ashes] (1555) **:** to cause to burn to ashes — **in-cin-er-a-tion** \-,sin-ə-'rā-shən\ *n*
**in-cin-er-a-tor** \in-'sin-ə-,rāt-ər\ *n* (1883) **:** one that incinerates; *esp* **:** a furnace or a container for incinerating waste materials
**in-cip-i-ence** \in-'sip-ē-ən(t)s\ *n* (ca. 1864) **: INCIPIENCY**
**in-cip-i-en-cy** \-ən-sē\ *n* (1817) **:** the state or fact of being incipient **: BE- GINNING**
**in-cip-i-ent** \-ənt\ *adj* [L *incipient-, incipiens,* prp. of *incipere* to begin — more at INCEPTION] (1669) **:** beginning to come into being or to become apparent **: COMMENCING** ⟨an ~ solar system⟩ ⟨evidence of ~ racial tension⟩ — **in-cip-i-ent-ly** *adv*
**in-cip-it** \'in(t)-sə-pət, 'iŋ-kə-,pit; in-'sip-ət, -'kip-\ *n* [L, it begins, fr. *incipere*] (1897) **:** the first part **: BEGINNING;** *specif* **:** the opening words of a text of a medieval manuscript or early printed book
**in-ci-sal** \in-'sī-zəl, -səl\ *adj* (1903) **:** relating to, involving, or being the cutting edge or surface of a tooth (as an incisor)
**in-cise** \in-'sīz, -'sīs\ *vt* **in-cised; in-cis-ing** [MF or L; MF *inciser,* fr. L *incisus,* pp. of *incidere,* fr. *in-* + *caedere* to cut — more at CONCISE] (1567) **1 :** to cut into  **2  a :** to carve figures, letters, or devices into **b :** to carve (as an inscription) into a surface
**in-cised** *adj* (15c) **1 :** cut in **: ENGRAVED;** *esp* **:** decorated with incised figures  **2 :** having a margin that is deeply and sharply notched ⟨an ~ leaf⟩
**in-ci-sion** \in-'sizh-ən\ *n* (15c) **1  a :** a marginal notch (as in a leaf)  **b : CUT, GASH;** *specif* **:** a wound made esp. in surgery by incising the body **2 :** an act of incising something  **3 :** the quality or state of being inci- sive
**in-ci-sive** \in-'sī-siv\ *adj* (1850) **:** impressively direct and decisive (as in manner or presentation) ⟨~ writing⟩ — **in-ci-sive-ly** *adv* — **in-ci-sive- ness** *n*
**in-ci-sor** \in-'sī-zər\ *n* (1666) **:** a tooth adapted for cutting; *esp* **:** one of the cutting teeth in mammals in front of the canines — see TOOTH illus- tration
**in-ci-ta-tion** \,in-,sī-'tā-shən, ,in(t)-sə-\ *n* (15c) **1 :** an act of inciting **: STIMULATION  2 :** something that incites to action **: INCENTIVE**
**in-cite** \in-'sīt\ *vt* **in-cit-ed; in-cit-ing** [MF *inciter,* fr. L *incitare,* fr. *in-* + *citare* to put in motion — more at CITE] (15c) **:** to move to action **: stir up: spur on: urge on — in-cit-ant** \-'sīt-ᵊnt\ *n* — **in-cite-ment** \-mənt\ *n* — **in-cit-er** *n*

---

*syn* INCITE, INSTIGATE, ABET, FOMENT mean to spur to action. INCITE stresses a stirring up and urging on, and may or may not imply initiat- ing; INSTIGATE definitely implies responsibility for initiating another's action and often connotes underhandedness or evil intention; ABET implies both assisting and encouraging; FOMENT implies persistence in goading.
**in-ci-vil-i-ty** \,in(t)-sə-'vil-ət-ē\ *n* [MF *incivilité,* fr. LL *incivilitat-, in- civilitas,* fr. *incivilis,* fr. L *in-* + *civilis* civil] (1584) **1 :** the quality or state of being uncivil  **2 :** a rude or discourteous act
**in-clem-en-cy** \(')in-'klem-ən-sē\ *n* (1559) **:** the quality or state of being inclement
**in-clem-ent** \(')in-'klem-ənt\ *adj* [L *inclement-, inclemens,* fr. *in-* + *clement-, clemens* clement] (1621) **:** lacking clemency: as  **a :** physi- cally severe **: STORMY** ⟨~ weather⟩  **b** *archaic* **:** severe in temper or action **: UNMERCIFUL — in-clem-ent-ly** *adv*
**in-clin-able** \in-'klī-nə-bəl\ *adj* (15c) **1 :** having a tendency or inclination; *also* **:** disposed to favor or think well of
**in-cli-na-tion** \,in-klə-'nā-shən, ,iŋ-\ *n* (14c) **1  a** *obs* **:** natural disposi- tion **: CHARACTER  b :** a particular disposition of mind or character **: PROPENSITY;** *esp* **: LIKING** ⟨had little ~ for housekeeping⟩ **2 :** an act or the action of bending or inclining: as  **a : BOW, NOD  b :** a tilting of something  **3  a :** a deviation from the true vertical or horizontal **: SLANT;** *also* **:** the degree of such deviation  **b :** an inclined surface **: SLOPE  c** (1) **:** the angle determined by two lines or planes  (2) **:** the angle made by a line with the x-axis measured counterclockwise from the positive direction of that axis  **4 :** a tendency to a particular aspect, state, character, or action ⟨the clutch has an ~ to slip⟩ — **in-cli-na-tion- al** \-shnəl, -shən-ᵊl\ *adj*
**¹in-cline** \in-'klīn\ *vb* **in-clined; in-clin-ing** [ME *inclinen,* fr. MF *incliner,* fr. L *inclinare,* fr. *in-* + *clinare* to lean — more at LEAN] *vi* (14c) **1 :** to bend the head or body forward **: BOW  2 :** to lean, tend, or become drawn toward an opinion or course of conduct  **3 :** to deviate from a line, direction, or course; *specif* **:** to deviate from the vertical or hori- zontal ~ *vt* **1 :** to cause to stoop or bow **: BEND  2 :** to have influence on **: PERSUADE** ⟨his love of books *inclined* him toward a literary career⟩ **3 :** to give a bend or slant to — **in-clin-er** *n*
*syn* INCLINE, BIAS, DISPOSE, PREDISPOSE mean to influence one to have or take an attitude toward something. INCLINE implies a tendency to favor one of two or more actions or conclusions; BIAS suggests a set- tled and predictable leaning in one direction and connotes unfair prej- udice; DISPOSE suggests an affecting of one's mood or temper so as to incline one toward something; PREDISPOSE implies the operation of a disposing influence well in advance of the opportunity to manifest itself.
**²in-cline** \'in-,klīn\ *n* (1846) **:** an inclined plane **: GRADE, SLOPE**
**in-clined** \in-'klīnd, 2 *also* 'in-,\ *adj* (14c) **1 :** having inclination, dispo- sition, or tendency  **2  a :** having a leaning or slope  **b :** making an angle with a line or plane
**inclined plane** *n* (1710) **:** a plane surface that makes an oblique angle with the plane of the horizon
**in-clin-ing** \in-'klī-niŋ\ *n* (14c) **1 : INCLINATION  2** *archaic* **: PARTY, FOLLOWING**
**in-cli-nom-e-ter** \,in-klə-'näm-ət-ər, ,iŋ-; ,in-,klī-\ *n* (1842) **1 :** an appa- ratus for determining the direction of the earth's magnetic field with reference to the plane of the horizon  **2 :** a machinist's clinometer  **3 :** an instrument for indicating the inclination to the horizontal of an axis of a ship or an airplane
**in-clip** \in-'klip\ *vt, archaic* (1608) **: CLASP, ENCLOSE**
**inclose, inclosure** *var of* ENCLOSE, ENCLOSURE
**in-clude** \in-'klüd\ *vt* **in-clud-ed; in-clud-ing** [ME *includen,* fr. L *in- cludere,* fr. *in-* + *claudere* to close — more at CLOSE] (15c) **1 :** to shut up **: ENCLOSE  2 :** to take in or comprise as a part of a whole  **3 :** to contain between or within ⟨two sides and the *included* angle⟩ — **in- clud-able** or **in-clud-ible** \-'klüd-ə-bəl\ *adj*
*syn* INCLUDE, COMPREHEND, EMBRACE, INVOLVE mean to contain within as part of the whole. INCLUDE suggests the containment of something as a constituent, component, or subordinate part of a larger whole; COMPREHEND implies that something comes within the scope of a state- ment or definition; EMBRACE implies a gathering of separate items within a whole; INVOLVE suggests inclusion by virtue of the nature of the whole, whether by being its natural or inevitable consequence.
**in-clu-sion** \in-'klü-zhən\ *n* [L *inclusion-, inclusio,* fr. *inclusus,* pp. of *includere*] (1600) **1 :** the act of including **:** the state of being included  **2 :** something that is included: as  **a :** a gaseous, liquid, or solid for- eign body enclosed in a mass (as of a mineral)  **b :** a passive product of cell activity (as a starch grain) within the protoplasm  **3 :** a relation between two classes that exists when all members of the first are also members of the second — compare MEMBERSHIP 3
**inclusion body** *n* (ca. 1923) **:** a rounded or oval intracellular body that consists of elementary bodies in a matrix, is characteristic of some virus diseases, and is believed to represent a stage in the multiplication of the virus
**in-clu-sive** \in-'klü-siv, -ziv\ *adj* (1515) **1 :** comprehending stated limits or extremes ⟨from Monday to Friday ~⟩  **2 :** broad in orientation or scope  **b :** covering or intended to cover all items, costs, or services — **in-clu-sive-ly** *adv* — **in-clu-sive-ness** *n*
**inclusive disjunction** *n* (1942) **:** a complex sentence in logic that is true when either or both of its constituent propositions are true — see TRUTH TABLE table
**inclusive of** *prep* (1709) **:** including or taking into account ⟨the cost of building *inclusive of* materials⟩
**in-co-erc-ible** \,in-kō-'ər-sə-bəl\ *adj* (1710) **:** incapable of being con- trolled, checked, or confined
**in-cog-i-tant** \in-'käj-ət-ənt\ *adj* [L *incogitant-, incogitans,* fr. *in-* + *cogi- tant-, cogitans,* prp. of *cogitare* to cogitate] (1628) **: THOUGHTLESS, IN- CONSIDERATE**

\ə\ abut  \ʰ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ cot, cart
\aù\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \ò\ law  \òi\ boy  \th\ thin  \th\ the  \ü\ loot  \ù\ foot
\y\ yet  \zh\ vision  \ä, k, ⁿ, œ, œ̄, ᵫ, ᴇ, ʰ\ *see* Guide to Pronunciation