**EXHIBIT "N"**

# THE RANDOM HOUSE DICTIONARY OF THE ENGLISH LANGUAGE

Second Edition

Unabridged

APIO00014

*Dedicated to the memory of*
*Jess Stein*

COPYRIGHT © 1987, BY RANDOM HOUSE, INC.

First Edition: Copyright © 1983, 1981, 1979, 1973, 1971, 1970, 1969, 1967, 1966, by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher. All inquiries should be addressed to Reference Department, Random House, Inc., 201 E. 50th Street, New York, N.Y. 10022. Published in the United States by Random House, Inc., and simultaneously in Canada by Random House of Canada Limited, Toronto

*The Random House Dictionary of the English Language* and its abbreviations, RHD, RHDEL, RHD–I, and RHD–II, are trademarks of Random House, Inc.

Library of Congress Cataloging-in-Publication Data
The Random House dictionary of the English language.
(Random House dictionaries)
1. English language—Dictionaries. I. Flexner,
Stuart Berg. II. Series.
PE1625.R3   1987      423      87-4500
ISBN 0-394-50050-4; 0-394-56500-2 deluxe ed.

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights may exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

*The Concise French Dictionary,* edited by Francesca L. V. Langbaum, Copyright © 1983, 1954, by Random House, Inc.

*The Concise German Dictionary,* edited by Jenni Karding Moulton, Copyright © 1983, 1959, by Random House, Inc.

*The Concise Italian Dictionary,* edited by Robert A. Hall, Jr., Copyright © 1983, 1957, by Random House, Inc.

*The Concise Spanish Dictionary,* edited by Donald F. Solá, Copyright © 1983, 1954, by Random House, Inc.

Entire contents of the *Atlas,* Copyright © 1987, by C. S. Hammond & Company.

*International Phonetic Alphabet,* courtesy International Phonetic Association.

Manufactured in the United States of America

r.s/uh

APIO00015

struments used esp. with piano accompaniment to teach musical rhythm. [1940–45]

**rhyth·mic** (rith′mik), *adj.* **1.** cadenced; rhythmical. —*n.* **2.** rhythmics. [1595–1605; < LL *rhythmicus* < Gk *rhythmikós*. See RHYTHM, -IC]

**rhyth·mi·cal** (rith′mi kəl), *adj.* **1.** periodic, as motion, or a drumbeat. **2.** having a flowing rhythm. **3.** of or pertaining to rhythm: *an excellent rhythmical sense.* [1560–70; RHYTHMIC + -AL¹] —**rhyth′mi·cal·ly,** *adv.*

**rhyth·mic·i·ty** (riṱẖ mis′i tē), *n.* the state or quality of being rhythmical. [1900–05; RHYTHMIC + -ITY]

**rhyth·mics** (riṱẖ′miks), *n.* (*used with a singular v.*) the science of rhythm and rhythmic forms. Also, **rhythmic.** [1860–65; RHYTHMIC + -ICS]

**rhyth·mist** (riṱẖ′mist), *n.* **1.** a person versed in or having a fine sense of rhythm. **2.** a person who uses rhythm, esp. in a skilled way: *a film editor who is a good rhythmist.* [1860–65; RHYTHM + -IST]

**rhythm′ meth′od,** a method of birth control in which the couple abstain from sexual intercourse during the period when ovulation is most likely to occur. Cf. **safe period.** [1935–40]

**rhythm′ sec′tion,** *Music.* **1.** band instruments, as drums or bass, that supply rhythm rather than harmony or melody. **2.** the group of players in a band who play such instruments. [1925–30]

**rhythm′ stick′,** a small wooden stick used, esp. by a child, as a simple percussive instrument in learning the rudiments of musical rhythm. [1950–55]

**rhyt·i·dec·to·my** (rit′i dek′tə mē), *n., pl.* **-mies.** face-lift. [1930–35; < Gk *rhytid-*, s. of *rhytís* wrinkle + -ECTOMY]

**rhy·ton** (rī′ton), *n., pl.* **-ta** (-tə). an ancient Greek drinking horn, made of pottery or metal, having a base in the form of the head of a woman or animal. [1840–50; < Gk *rhytón*, n. use of neut. of *rhytós* flowing, akin to *rheîn* to flow]


rhyton

**RI,** Rhode Island (approved esp. for use with zip code).

**R.I.,** **1.** Queen and Empress. [< L *Rēgīna et Imperātrīx*] **2.** King and Emperor. [< L *Rēx et Imperātor*] **3.** Rhode Island.

**ri·a** (rē′ə), *n.* a long, narrow inlet of a river that gradually decreases in depth from mouth to head. [1895–1900; < Sp *ría* river]

**ri·al¹** (rē ôl′, -äl′), *n.* a silver or cupronickel coin and monetary unit of Iran, equal to 100 dinars. [1930–35; < Pers < Ar *riyāl* RIYAL]

**ri·al²** (rī′əl), *n.* ryal.

**ri·al³** (rē ôl′, -äl′), *n.* riyal.

**rial′ o·ma′ni** (ō mä′nē), a paper money, coin, and monetary unit of Oman, equal to 1000 baiza. *Abbr.:* RO. [< Ar *riyāl* RIYAL; *'Umān* Oman + *-ī* suffix of appurtenance]

**ri·al·to** (rē al′tō), *n., pl.* **-tos.** an exchange or mart. [1590–1660; after the RIALTO in Venice]

**Ri·al·to** (rē al′tō; *for 1, 2 also It.* Rē äl′tô), *n.* **1.** a commercial center in Venice, Italy, consisting of an island and the surrounding district. **2.** a bridge spanning the Grand Canal in Venice, Italy: constructed of marble in 1590. **3.** a city in SW California, near Los Angeles. 35,615. **4.** the theater district of a city or town, esp. the area around Broadway in New York City.

**ri·ant** (rī′ənt, rē′-; *Fr.* RYÄN), *adj.* laughing; smiling; cheerful; gay. [1560–70; < F, prp. of *rire* to laugh << L *rīdēre*; see -ANT] —**ri′ant·ly,** *adv.*

**ri·a·ta** (rē ä′tə, -at′ə), *n.* a lariat. Also, **reata.** [1840–50, *Amer.*; < Sp *reata*, deriv. of *reatar* to tie again, equiv. to *re-* RE- + *atar* < L *aptāre* to fit]

**rib¹** (rib), *n., v.,* **ribbed, rib·bing.** —*n.* **1.** one of a series of curved bones that are articulated with the vertebrae and occur in pairs, 12 in humans, on each side of the vertebrate body, certain pairs being connected with the sternum and forming the thoracic wall. See diag. under **skeleton. 2.** a cut of meat, as beef, containing a rib. See diag. under **beef. 3. ribs,** spareribs (def. 2). **4.** *Archit.* **a.** any of several archlike members of a vault supporting it at the groins, defining its distinct surfaces, or dividing these surfaces into panels: including ogives and tiercerons. **b.** any of several molded members or moldings, including ridge ribs and liernes, on the surface of a vault accenting or dividing the surface into panels. **5.** something resembling a rib in form, position, or use, as a supporting or strengthening part. **6.** a structural member that supports the shape of something: *an umbrella rib.* **7.** *Naut.* any of the curved framing members in a ship's hull that rise upward and outward from the keel; frame. **8.** a stiffening beam cast as part of a concrete slab. **9.** a primary vein of a leaf. **10.** a vertical ridge in cloth, esp. in knitted fabrics. **11.** a ridge, as in poplin or rep, caused by heavy yarn. **12.** a wife (in humorous allusion to the creation of Eve. Gen. 2:21–22). **13.** *Ceram.* a scraper for smoothing clay being thrown on a potter's wheel. **14.** a metal ridge running along the top of the barrel of a firearm to simplify aligning the

**rib²** (rib), *v.t.,* **ribbed, rib·bing.** to tease; make fun of. [1925–30, *Amer.*; appar. short for *rib-tickle* (v.)]

**R.I.B.A.,** Royal Institute of British Architects.

**rib·ald** (rib′əld; *spelling pron.* rī′bəld), *adj.* **1.** vulgar or indecent in speech, language, etc.; coarsely mocking, abusive, or irreverent; scurrilous. —*n.* **2.** a ribald person. [1200–50; ME *ribald, ribaud* (n.) < OF *ribau(l)d,* equiv. to *rib(er)* to be licentious (< OHG *rīben* to copulate, be in heat, lit., rub) + *-au(l)d, -alt* < Frankish *-wald* a suffix in personal names, deriv. of *wald* to rule; cf. parallel development of -ARD] —**rib′ald·ly,** *adv.* —**Syn. 1.** indecent, obscene, gross. —**Ant. 1.** pure.

**rib·ald·ry** (rib′əl drē; *spelling pron.* rī′bəl drē), *n.* **1.** ribald character, as of language; scurrility. **2.** ribald speech. [1300–50; ME *ribaudrie* < OF. See RIBALD, -RY]

**rib·and** (rib′ənd), *n.* a decorative ribbon. [1350–1400; ME: RIBBON]

**ri·bat** (ri bät′), *n. Islam.* a building housing a community of Sufis. [< Ar *ribāṭ* hostelry]

**ri·ba·vi·rin** (rī′bə vī′rin), *n. Pharm.* a synthetic compound, $C_8H_{12}N_4O_5$, active against several DNA and RNA viruses. [1965–70; prob. by shortening and alter. of *ribofuranosyl,* a component of its chemical name (see RIBOSE, FURAN, -OSE², -YL) + VIR(US) + -IN²]

**rib·band¹** (rib′band′, rib′ənd, -ən), *n.* **1.** Also, **ribbon.** *Shipbuilding.* a strip of wood or metal running fore-and-aft along frames to keep them in the proper position until the shell planking or plating is in place. **2.** *Carpentry.* ribbon (def. 8). [1705–15; RIB¹ + BAND²]

**rib·band²** (rib′ənd), *n. Heraldry.* riband.

**ribbed-knit** (ribd′nit′), *n.* rib-knit (def. 2).

**ribbed′ toad′.** See **tailed frog.**

**ribbed′ vault′,** *Archit.* a vault supported by or decorated with diagonal ribs. Also called **rib vault.**

**Rib·ben·trop** (rib′ən trôp′), *n.* **Jo·a·chim von** (yō′ä кнім fən), 1893–1946, German leader in the Nazi party: minister of foreign affairs 1938–45; executed for war crimes.

**rib·bing¹** (rib′ing), *n.* **1.** ribs collectively. **2.** an assemblage or arrangement of ribs, as in cloth or a ship. [1555–65; RIB¹ + -ING¹]

**rib·bing²** (rib′ing), *n.* an act or instance of teasing. [1930–35; RIB² + -ING¹]

**rib·bon** (rib′ən), *n.* **1.** a woven strip or band of fine material, as silk or rayon, varying in width and finished off at the edges, used for ornament, tying, etc. **2.** material in such strips. **3.** anything resembling or suggesting a ribbon or woven band. **4.** a band of inked material used in a typewriter, adding machine, etc., that supplies ink for printing the figure on the striking typeface onto the paper beneath. **5.** a strip of material, as satin or rayon, being or representing a medal or similar decoration, esp. a military one: *an overseas ribbon.* **6. ribbons, a.** torn or ragged strips; shreds: *clothes torn to ribbons.* **b.** reins for driving. **7.** a long, thin flexible band of metal, as for a spring, a band saw, or a tapeline. **8.** Also, **ribband.** Also called **ledger, ledger board, ribbon strip.** *Carpentry.* a thin horizontal piece let into studding to support the ends of joists. **9.** *Archit.* came². **10.** Also, **ribband.** *Naut.* a distinctive narrow band or stripe painted along the exterior of a hull. **11.** *Shipbuilding.* ribband¹ (def. 1). —*v.t.* **12.** to adorn with ribbon. **13.** to mark with something suggesting ribbon. **14.** to separate into ribbonlike strips. —*v.i.* **15.** to form in ribbonlike strips. Also **riband** (for defs. 8, 10). [1520–30; var. of ME *riban(d)* < OF, var. of *r(e)uban,* perh. < Gmc. See BAND²] —**rib·bon-like′, rib′bon·y,** *adj.*

**rib′bon cop′y,** the original copy of a number of typewritten copies (distinguished from *carbon copy*). [1965–70]

**rib′bon devel′opment,** housing or commercial buildings built along a stretch of road. [1925–30]

**rib·bon·fish** (rib′ən fish′), *n., pl.* (*esp. collectively*) **-fish,** (*esp. referring to two or more kinds or species*) **-fish·es. 1.** any of several marine fishes of the families Trachipteridae, Regalicidae, and Lophotidae, having a long, compressed, ribbonlike body. **2.** any of several related fishes, as the oarfish. **3.** any of several unrelated but similar fishes, as the cutlassfish and jackknife-fish. Also called **snakefish.** [1785–95; RIBBON + FISH]

**rib′bon light′ning,** a repeated lightning discharge in which successive strokes are displaced from each other by wind, resulting in a broadened appearance. [1885–90]

**rib′bon mi′crophone,** a microphone that utilizes a metal ribbon suspended in a magnetic field. [1930–35]

**rib′bon plant′.** See **spider plant** (def. 1).

**rib′bon snake′,** either of two long-tailed garter snakes, *Thamnophis proximus* or *T. sauritus,* of eastern and central North America, having a brownish body and yellow or orange stripes. [1730–40, *Amer.*]

**rib′bon strip′,** *Carpentry.* ribbon (def. 8).

**rib′bon win′dow,** a long window made up of a number of individual compartments set together horizontally with little or no division.

**rib′bon worm′,** any of various slender, unsegmented marine worms of the phylum Nemertea, being able to contract and stretch to an extreme extent. [1850–55]

**rib·by¹** (rib′ē), *adj.* **-bi·er, -bi·est.** having prominent ribs: *a ribby fabric.* [1840–50; RIB¹ + -Y¹]

**rib·by²** (rib′ē), *n., pl.* **-bies.** *Baseball Slang.* a run batted in. [formation based on the abbr. *RBI;* see -Y²]

**rib′ cage′,** *Anat.* the enclosure formed by the ribs and their connecting bones. [1905–10]

**Ri·bei·rão Prê·to** (Rē′bā Roun′ prɛ′tŏŏ), a city in SE Brazil. 190,897.

**rib-knit** (rib′nit′), *adj.* **1.** (of a knitted garment or fabric) having a pattern of ribs: *a rib-knit sweater.* —*n.* **2.** Also, **ribbed-knit.** a garment having such a pattern. [1965–70]

**ri·bo·fla·vin** (rī′bō flā′vin, rī′bō flā′-, -bə-), *n. Biochem.* a vitamin B complex factor appearing as an orange-yellow, crystalline compound, $C_{17}H_{20}N_4O_6$, derived from ribose, essential for growth, found in milk, fresh meat, eggs, leafy vegetables, etc., or made synthetically, and used in enriching flour, in vitamin preparations, and in treating facial lesions. Also, **ri·bo·fla·vine** (rī′bō flā′vin, -vēn). Also called **lactoflavin, vitamin B₂, vitamin G.** [1930–35; RIBO(SE) + FLAVIN]

**ri·bo·nu·cle·ase** (rī′bō nōō′klē ās′, -āz′, -nyōō′-), *n. Biochem.* any of the class of enzymes that catalyze the hydrolysis of RNA. Also called **RNase, RNAase.** [1940–45; RIBONUCLE(IC ACID) + -ASE]

**ri′bo·nu·cle′ic ac′id** (rī′bō nōō klē′ik, -klā′-, -nyōō-, rī′-), *Biochem.* See **RNA.** Also, **ri′bose nucle′ic ac′id.** [1930–35; RIBO(SE) + NUCLEIC ACID]

**ri·bo·nu·cle·o·pro·tein** (rī′bō nōō′klē ō prō′tēn, -tē in, -nyōō′-), *n. Biochem.* a substance composed of RNA in close association with protein; a nucleoprotein containing RNA. *Abbr.:* RNP [1935–40; RIBO(SE) + NUCLEOPROTEIN]

**ri·bo·nu·cle·o·side** (rī′bō nōō′klē ə sīd′, -nyōō′-), *n. Biochem.* a ribonucleotide precursor that contains ribose and a purine or pyrimidine base. [1930–35; RIBO(NUCLEIC ACID) + NUCLEOSIDE]

**ri·bo·nu·cle·o·tide** (rī′bō nōō′klē ə tīd′, -nyōō′-), *n. Biochem.* an ester, composed of a ribonucleoside and phosphoric acid, that is a constituent of ribonucleic acid. [1925–30; RIBO(NUCLEIC ACID) + NUCLEOTIDE]

**ri·bose** (rī′bōs), *n. Biochem.* a white, crystalline, water-soluble, slightly sweet solid, $C_5H_{10}O_5$, a pentose sugar obtained by the hydrolysis of RNA. [1890–95; < G *Ribose,* earlier *Ribonsäure,* equiv. to *Ribon* (from Arabinose ARABINOSE, by arbitrary rearrangement and shortening) + *Säure* acid]

**ri·bo·so** (ri bō′sō), *n., pl.* **-sos.** rebozo.

**ribosomal RNA,** *Biochem.* a type of RNA, distinguished by its length and abundance, functioning in protein synthesis as a component of ribosomes. *Abbr.:* rRNA [1960–65; RIBOSOME + -AL¹]

**ri·bo·some** (rī′bə sōm′), *n. Cell Biol.* a tiny, somewhat mitten-shaped organelle occurring in great numbers in the cell cytoplasm either freely, in small clusters, or attached to the outer surfaces of endoplasmic reticula, and functioning as the site of protein manufacture. See diag. under **cell.** [1955–60; RIBO(SE) + -SOME³] —**ri′bo·so′mal,** *adj.*

**ri·bo·zo** (ri bō′sō, -zō), *n., pl.* **-zos.** rebozo.

**rib′ roast′,** a cut of beef taken from the small end of the ribs and containing a large rib eye and two or more ribs. Also called **standing rib roast.** [1885–90]

**rib′ steak′.** See **club steak.** [1920–25]

**rib-tick·ling** (rib′tik′ling), *adj.* very amusing; funny or hilarious: *a book of rib-tickling stories.* [1935–40] —**rib′-tick′ler,** *n.*

**rib′ vault′.** See **ribbed vault.**

**rib·wort** (rib′wûrt′, -wôrt′), *n.* See **English plantain.** [1325–75; ME. See RIB¹, WORT²]

**Ri·car′di·an the′ory of rent′** (ri kär′dē ən). See **economic rent.** [after David RICARDO; see -IAN]

**Ri·car·do** (ri kär′dō), *n.* **David,** 1772–1823, English economist.

**Ric·ca′ti equa′tion** (ri kä′tē; *It.* Rēk kä′tē), *Math.* a differential equation, $dy/dx + fy^2 + gy + h = 0$, where $f, g,$ and $h$ are functions of $x$. [named after J. F. Riccati (1676–1754), Italian mathematician]

**Ric·ci** (Rēt′chē), *n.* **Se·bas·tia·no** (se′bäs tyä′nô), 1660?–1734, Italian painter.

**Ric·cio** (*It.* Rēt′chô), *n.* **Da·vid** (*It.* dä′vēd). See **Rizzio.**

**rice** (rīs), *n., v.,* **riced, ric·ing.** —*n.* **1.** the starchy seeds or grain of an annual marsh grass, *Oryza sativa,* cultivated in warm climates and used for food. **2.** the grass itself. —*v.t.* **3.** to reduce to a form resembling rice: *to rice potatoes.* [1200–50; ME *ris, rys* < OF < It *riso, risi* (in ML *risium*) < MGk *oryzion,* deriv. of Gk *óryza*]

**Rice** (rīs), *n.* **1. Dan** (*Daniel McLaren*), 1823–1900, U.S. circus clown, circus owner, and Union patriot. **2. Elmer,** 1892–1967, U.S. playwright. **3. Grant·land** (grant′lənd), 1880–1954, U.S. journalist.

**rice′ bean′,** a twining southern Asian vine, *Vigna umbellata,* of the legume family, cultivated for its edible seeds.

**rice-bird** (rīs′bûrd′), *n.* **1.** *Southern U.S.* the bobolink. **2.** See **Java sparrow. 3.** any of several other birds that frequent rice fields. [1695–1705; RICE + BIRD]

**rice′ blast′,** *Plant Pathol.* a disease of rice caused by the fungus *Pyricularia oryae,* characterized by elliptical leaf spots with reddish-brown margins, brownish lesions and neck rot of the fruiting panicles, and stunting of the plant.

**rice′ coal′,** anthracite in sizes ranging from under ⁵⁄₁₆ in. (0.79 cm) to over ³⁄₁₆ in. (0.48 cm).

**rice′ pa′per, 1.** a thin paper made from the straw of rice, as in China. **2.** a Chinese paper consisting of the pith of certain plants cut and pressed into thin sheets. [1815–25]

**rice′-pa′per tree′** (rīs′pā′pər), *n.* small tree, *Tetrapanax papyriferus,* of the ginseng fam-

APIO00016