14181

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: ) | Group Art Unit: 1761 |
| PRATTE, Wesley Paul ) | Examiner Robert A. Madsen |
| Serial No.: 10/222,435 ) | CERTIFICATE OF TRANSMISSION UNDER 37 CFR 1.8 |
| Publication No. 2004/0033338 ) | I hereby certify that this correspondence is being facsimile transmitted to the United States Patent and Trademark Office (571-273-1402) on 5-18-04 |
| Filing Date: August 16, 2002 ) | Kira Lutchenkov |
| For: PARTY TRAY ) | |

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Sir:

Attached is an Information Disclosure Citation form for the above-identified application. It is respectfully requested that these documents be considered by the Examiner and an initialled copy of the form be returned to the undersigned.

It should be noted that the word "prior" is not on the form.

It is believed that this disclosure complies with the requirements of 37 C.F.R. 1.56 and the Manual of Patent Examining Procedures Section 707.05(b). If for some reason the Examiner considers otherwise, it is respectfully requested that the undersigned be called so that any deficiencies can be promptly remedied.

Some part of the documents may have markings thereon. No significance is meant to be attached to the markings.

14181

The information submitted herewith was received by the undersigned on May 17, 2004. It was provided gratuitously by an attorney for an unknown third party. According to the attorney, the Albertson's Trays are from an Albertson's manual dated 1996. The third party states: "See bar code date on page entitled "Fresh Fruit Tray"." The undersigned has no independent knowledge as to the date of the pages; whether or not all the pages are from the same manual with the same date, and if they are, what the missing pages state.

                                        Respectfully submitted,

                                        SHELDON & MAK

Date: 5/18/07                    By: _____
                                        Jeffrey G. Sheldon
                                        Reg. No. 27,953

225 South Lake Avenue
Ninth Floor
Pasadena, California 91101
(626) 796-4000

Sheet 1 of 1

| INFORMATION DISCLOSURE CITATION (Use Several sheets if necessary) | | Docket Number 14181 | | Application Number 10/222,425 | | | |
|---|---|---|---|---|---|---|---|
| | | Applicant(s) PRATTE | | | | | |
| MAY 2 0 2004 | | Filing Date: August 16, 2002 | | Group Art Unit 3753 | | | |

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL* | REF | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | RE36,867 | 09/12/00 | Rozzano | 426 | 87 | |
| | B | D305,205 | 12/26/89 | Grindrod et al. | D9 | 418 | |
| | C | 2,731,996 | 01/24/56 | Hayes | 150 | 5 | |
| | D | 3,301,460 | 01/31/67 | Harrison | 229 | 15 | |
| | E | 3,487,972 | 01/06/70 | Swett | 220 | 20 | |
| | F | 4,335,842 | 06/22/82 | Bradford et al. | 229 | 25 | |
| | G | 5,277,329 | 01/11/94 | Pomroy et al. | 220 | 526 | |
| | H | 5,657,874 | 08/19/97 | Hustad et al. | 206 | 724 | |
| | I | 6,092,664 | 07/25/00 | Bartosek | 206 | 784 | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | N |
|---|---|---|---|---|---|---|---|---|
| | J | | | | | | | |
| | K | | | | | | | |
| | L | | | | | | | |
| | M | | | | | | | |
| | N | | | | | | | |
| | O | | | | | | | |

### OTHER ART (Including Author, Title, Date, Pertinent Pages, Etc.)

| | P | "Albertson's Caramel Apple Tray", page 32A |
|---|---|---|
| | Q | "Albertson's Fresh Food Tray", page 34 |
| | R | "Albertson's Fresh Melon Tray", page 35 |
| | S | "Albertson's Fresh Vegetable Tray, page 37 |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

J:\Landec\14181\17 SuppPTO-1449.wpd

Exhibit B

32A

# CARMEL APPLE TRAY





# 57539 Label
Carmel Apple Tray

**RECIPE INSTRUCTIONS:**
1. Place 8 ounce caramel dip upside down in lid of tray.
2. Fill in around dip with sliced apples.
3. Apply bottom and turn upright.
4. Apply label.

BEST AVAILABLE COPY

| INGREDIENTS | WEIGHT |
|---|---|
| Sliced apples | 36 oz. |
| Caramel dip | 8 oz. |
| Container Order #4274973 | |
| TOTAL WEIGHT: | 44 oz. |
| SUGGESTED RETAIL: | $7.99 |

Exhibit B

34

# FRESH FRUIT TRAY





#56689 Label
Fresh Fruit Tray

### RECIPE INSTRUCTIONS:

1. Place 16 oz. bag of pineapple in center of dome, label facing dome.
2. Fill remaining area with three equal parts of cantaloupe, honeydew and strawberries. Use honeydew for color break between berries and cantaloupe.
3. Apply lid and attach scan and ingredient labels.

| INGREDIENTS | WEIGHT |
|---|---|
| Cantaloupe | 1 lb. 4 oz. |
| Honeydew | 1 lb. 4 oz. |
| Pineapple | 16 oz. |
| Strawberries | 14 oz. |
| Container Order #4274973 | |
| (Dome and 12" Round Tray) | |
| TOTAL WEIGHT: | 70 oz. |
| SUGGESTED RETAIL: | $12.98 - $14.98 |

BEST AVAILABLE COPY

# FRESH MELON TRAY





#58271 Label
Fresh Melon Tray

### RECIPE INSTRUCTIONS:

1. Cut all 3 kinds of melons into bite size pieces.
2. Fill lid with equal amounts of each melon, should look like 3 equal sections.
3. Apply tray and attach labels.

| INGREDIENTS | WEIGHT |
|---|---|
| Watermelon | 20 oz. |
| Cantaloupe | 20 oz. |
| Honeydew | 20 oz. |
| Container: | |
| Container Order #4274973 | |
| (Dome and 12" Round Tray) | |
| | |
| TOTAL WEIGHT: | 60 oz. |
| | |
| SUGGESTED RETAIL: | $12.98 - $14.98 |

BEST AVAILABLE COPY

35

Exhibit B

# FRESH VEGETABLE TRAY with Ranch Dressing





#56119 Label
Fresh Vegetable Tray

**RECIPE INSTRUCTIONS:**

1. Place 8 oz. cup of Litehouse Ranch Dressing upside down in center of lid.
2. Divide lid into four equal sections and fill with carrots, cauliflower, celery, and broccoli.
3. Apply tray to lid. Attach scan label on bottom, turn over and attach ingredient label on top.

| INGREDIENTS | WEIGHT |
|---|---|
| Carrots | 14 oz. |
| Cauliflower | 12 oz. |
| Broccoli | 6 oz. |
| Celery | 10 oz. |
| Ranch Dressing | 8 oz. |
| Container Order #4274973 | |
| (Dome and 12" Round Tray) | |
| **TOTAL WEIGHT:** | 50 oz. |
| **SUGGESTED RETAIL:** | $9.98 - $12.98 |

BEST AVAILABLE COPY

Exhibit B