BEST AVAILABLE COPY

01/16/2006  18:28   650-854-2384          T&S RICHARDSON                    PAGE  01

## TRANSMITTAL FORM AND FEE TRANSMITTAL

| Attorney Docket No. | 14181 | First Named Inventor (a) | Pratte |
|---|---|---|---|
| Application No. | 10/222,435 | Filing Date | August 16, 2002 |
| Examiner | Madsen | Group Art Unit | 1761 |

    (a)  Where an inventor is not named, alphanumeric identifier provided in lieu thereof.

### By fax to 571 273 8300     Total of 21 sheets

### This Transmittal Sheet is accompanied by

    Reply to the Office Action mailed October 26, 2005 (including Statement of the Substance of the Interview on January 12, 2006)

RECEIVED
CENTRAL FAX CENTER

JAN 16 2006

### Fee Calculations.  (Applicant is a small entity)

It is believed that no fee is due.

#### Excess claim fees

| | No. in Specification or after Amendment | No. Included in filing fee or Previously Paid for | No. Extra (b) | Applicable Fee | Fee Paid |
|---|---|---|---|---|---|
| Total Claims | | - 20 = | | x 50/25 (ea) | |
| Independent Claims | | - 3 = | | x 200/100 (ea) | |
| | | | | Subtotal Extra claim fees | ($) |

#### Additional fees

| | Fee Paid |
|---|---|
| Extension for Reply (1, 2, 3, 4 months:  $120/60, 450/225, 1020/510, 1590/795)         month | |
| Notice of Appeal (500/250) | |
| Petition to Commissioner | |
| Information Disclosure Statement ($180) | |
| Subtotal Additional fees | |

#### Total Fees

| | Total Fees Submitted | $ |
|---|---|---|

### Authorization to Charge Deposit Account for Fees

The Assistant Commissioner for Patents is hereby authorized to charge any fees required under 37 CFR §§ 1.16 and 1.17, and credit any overpayments to, the following deposit account.

Deposit Account No:  19-2090          Deposit Account Name:  Sheldon & Mak

Respectfully Submitted,

*(signature)* T.H. Richardson

| CERTIFICATE OF FACSIMILE TRANSMISSION | |
|---|
| **UNDER 37 CFR 1.8** |
| I hereby certify that this paper is being sent by facsimile transmission to the United States Patent and Trademark Office (703 872 9306) on January 16, 2006 |
| Typed name of person signing this certificate: T. H. P. Richardson Reg No. 28,805, Tel No. 571 273 8300 |
| Signature *(signature)* J.H. Richardson |

Name     T. H. P. Richardson, Reg. No.28,805
Tel. No.   650-854-6304
Fax No.   626-795-6321
Address   Sheldon & Mak
          225 South Lake Avenue
          Pasadena
          CA  91101

Exhibit E

01/16/2006  18:28   650-854-2384             T&S RICHARDSON                    PAGE  02

RECEIVED
CENTRAL FAX CENTER

JAN 1 6 2006

Docket No. 14181

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Pratte                        Group Art Unit: 1761

Serial No.:   10/222,435                     Examiner: Robert Madsen

5   Filing Date: August 16, 2002

Title:        Party Tray


Mail Stop Amendment

Commissioner for Patents

10  P.O. Box 1450

Alexandria, VA 22313-1450


### REPLY

Sir,

15        This paper is filed in reply to the Office Action mailed October 26, 2005, and to

file a Statement of the Substance of the Interview which took place on January 12,

2006. Reexamination, reconsideration and allowance are respectfully requested in view

of the Amendments and Remarks below.


20  **"Special" Status of This Application**


        At the interview, the undersigned noted that Applicant was extremely anxious

that this application should proceed to grant with minimum delay, and that examination

had been subject to unusual delay in the Office.  SPE Cano acknowledged this fact, and

25  indicated that it might be possible for future examination of this application to be carried

out on the basis that the application had been "made special".  Applicant sincerely

hopes that this will be possible, with a Notice of Allowance being dispatched in the near

future; and, after the Issue Fee has been paid, with the printing and issuance of the

patent being advanced on the basis that the application has been "made special".

**CERTIFICATE OF FACSIMILE TRANSMISSION UNDER 37 CFR 1.8**

I hereby certify that this paper is being sent by facsimile transmission to the United States Patent and Trademark Office
(571-273-8300) on January 16, 2006
Typed name of person signing this certificate: T. H. P. Richardson, Reg No. 26,805, Tel No. 650 854 6304
Signature

Exhibit E

By way of example, it may be noted that on March 11, 2003, Applicant filed a
Petition to Make Special under 37 CFR 1.102, and that it was not until seventeen
months later that the decision on that Petition issued. The Petition was denied on the
5    ground that the preexamination search referred to in the Petition failed to cover class
426, subclasses 419 and 415. At no time during the prosecution of this application has
any patent in class 426, subclasses 419 and 415, been cited; nor, apparently, has the
Examiner found it necessary to search in those subclasses of class 426. It may also be
noted that in an interview on November 1, 2004, the Examiner agreed that the
10    amendments discussed at the interview, which were subsequently presented in the
Reply mailed November 3, 2004, would overcome all the rejections raised in the Office
Action mailed June 3, 2004; that on February 9, 2005, the Examiner issued a final
rejection relying in part on new references and stating that Applicant's amendment
necessitated the new grounds of rejection; that on March 9, 2005, Applicant filed a
15    petition to withdraw the finality of the February 9, 2005, Office Action; that on July 29,
2005, nearly five months after the Petition had been filed, the Petition was granted; and
that on October 26, 2005, the present non-final Office Action, relying on new references,
was mailed.

20    **Statement of the Substance of the Interview.**

Supervisory Patent Examiner Cano and Examiner Madsen are thanked for their
courtesy and attention at the interview with the undersigned on January 12, 2006. The
Interview Summary prepared by SPE Cano is correct. As noted in that Interview
25    Summary, it was agreed that the proposed amended claims considered at the interview
(which are the same as the amended claims set out below) overcome all the rejections
made in the Office Action mailed October 26, 2005. Specifically, the following matters
were discussed and agreed.

(1)    It was agreed that there was support in the original specification for the
30    absence of any intermediate step between steps B and C, as required by
amended claim 35, having regard to the accepted understanding of the term

2

Exhibit E

"comprises", in particular taken with page 5, lines 13-17 and 17-22 of the original specification; and that the rejection under 35 USC 112 set out in paragraph 6 of the Office Action mailed October 26, 2005, would, therefore, be withdrawn.

(2)    It was agreed that the proposed amendments to claim 81 would overcome

5    the rejection under 35 USC 112 raised in paragraph 8 of the Office Action mailed October 26, 2005.

(3)    It was agreed that the rejection under 35 USC 112 discussed in paragraphs 9-12 of the Office Action mailed October 26, 2005, insofar as it was applicable to the proposed amended claims, would be withdrawn.  It was noted in

10    particular that it is well-known to those of ordinary skill in the art that an atmosphere control member must have one surface exposed to air and the other surface exposed to the atmosphere which is to be controlled, and that it is, therefore, unnecessary for the specification to state explicitly any additional structural components needed to ensure that the ribs on the support tray enable

15    air to circulate between the support tray and the atmosphere control member.

(4)    It was agreed that the only rejection under 35 USC 103 which was relevant to the proposed amended claims was the rejection discussed in paragraph 30 of the Office Action, and that the rejection would be withdrawn in view of the fact that the ribs disclosed in the Wyslotsky reference do not form part

20    of a support tray.

In addition, as noted above, Applicant's desire for speedy prosecution was discussed.

### Amendments to the Specification

There are no amendments to the specification.

25    **Amendments to the Claims** are reflected in the listing of claims which begins on page 4 of this paper.

**Remarks/Arguments** begin on page 12 of this paper.

PAGE 4/21 * RCVD AT 1/16/2006 9:26:55 PM [Eastern Standard Time] * SVR:USPTO-EFXRF-6/26 * DNIS:2738300 * CSID:650 854 2384 * DURATION (mm-ss):10-38

Exhibit E

**Amendments to the Claims:**

This listing of claims will replace all prior versions, and listings, of claims in the application:

5

**Listing of Claims:**

1-34.  (Canceled)

10  35. (Currently amended)        A method of preparing a party tray which comprises the steps of

      A)    providing a container body which

          (i)    is composed of a transparent polymeric material,

          (ii)   has a depth of 1 to 4 in.,

15          (iii)  has a circumference of 30 to 100 in.; and

          (iv)  comprises

              1)   a base,

              2)   a continuous wall which extends away from the base and is contiguous with the base,

20              3)   a continuous rim which is contiguous with the wall, and

              4)   partitions which extend away  from the base in the same direction as the wall; and

          (v)   has a loading orientation in which the wall extends upwards from the base, and the partitions extend upwards from the base and create

25              fillable compartments within the container body;

          <u>the partitions being cavity walls, and the container body having been prepared by molding a polymeric material, thus forming the base, wall, rim and partitions at the same time;</u>

      B)    while the container body is in the loading orientation, placing foodstuffs in

30      the compartments so that the foodstuffs rest on the base, at least some of the

4

Exhibit E

foodstuffs being fresh vegetables and the foodstuffs placed in at least one of the
compartments being multiple pieces of a fresh vegetable;

C)    after step B, and without any intermediate step between step B and step
C, sealing a sealing sheet of polymeric material to the rim of the container body
5    so that the sealing sheet extends over the compartments and creates a sealed
package (i) which contains the foodstuffs and a packaging atmosphere around
the foodstuffs, (ii) whose outer surface is defined by the container body and the
sealing sheet, and (iii) which includes <u>an</u> ~~at least one~~ atmosphere control
member <u>included in the sealing sheet</u>;

10    D)    after step C, placing a support tray over the sealing sheet; and

E)    after step D, turning the sealed package and the support tray placed
thereon upside-down<u>, so that the foodstuffs rest on the sealing sheet, and the
sealing sheet is supported by the support tray, the support tray comprising ribs
such that, after step (E), air can circulate between the support tray and the</u>
15    <u>atmosphere control member</u>;

whereby the party tray can be displayed for sale in a display orientation in which the
foodstuffs are viewed by a shopper through the container body.


36. (Currently amended)   A method according to claim 35 wherein~~, after step E, the
20    foodstuffs rest on the sealing sheet, and the sealing sheet is supported by~~ the support
tray <u>has a solid color</u>.


37. (Currently amended)   A method according to claim <u>35</u> ~~36~~ wherein the atmosphere
control member~~, or one of the atmosphere control members if there is more than one
25    atmosphere control member,~~ covers a window in the sealing sheet~~, and the support tray
comprises ribs such that air can circulate between the support tray and the atmosphere
control member~~.


38. (Canceled)
30


5

Exhibit E

39. (Currently amended)   A method according to claim 35 wherein the <u>ribs on the</u> <u>support tray are discontinuous, upstanding ribs.</u>  ~~partitions are cavity walls, and the~~ ~~container body has been prepared by molding a polymeric material, thus forming the~~ ~~base, wall, rim and partitions at the same time.~~

5

40. (Canceled)

41. (Previously presented)      A method according to claim 35 wherein, before step B, a carton of vegetable dip is placed in the center of the container body, and the carton

10    has walls which help to define the compartments.

42. (Currently amended)      A method according to claim 35 wherein <u>the</u> ~~said at~~ ~~least one~~ atmosphere control member provides substantially the only pathways for oxygen and carbon dioxide to enter or leave the packaging atmosphere.

15

43. (Previously presented)      A method according to claim 35 which includes, after step E, the step of displaying the party tray for sale in a display orientation in which the foodstuffs are viewed by a shopper through the container body.

20    44. (Currently amended)      A method of preparing a party tray which comprises the steps of:

A)    providing a container body which

(i)    is composed of a transparent polymeric material,

(ii)   has a depth of 1 to 4 in.,

25          (iii)  has a circumference of 30 to 100 in.; and

(iv)   comprises

1)    a base,

2)    a continuous wall which extends away from the base and is contiguous with the base,

30          3)    a continuous rim which is contiguous with the wall, and

6

Exhibit E

4)      partitions which extend away from the base in the same direction as the wall; and

(v)     has a loading orientation in which the wall extends upwards from the base, and the partitions extend upwards from the base and create

5      fillable compartments within the container body; ~~and~~

the partitions being cavity walls, and the container body having been prepared by molding a polymeric material, thus forming the base, wall, rim and partitions at the same time;

B)      while the container body is in the loading orientation, placing foodstuffs in

10     the compartments so that the foodstuffs rest on the base, at least some of the foodstuffs being fresh vegetables and the foodstuffs placed in at least one of the compartments being multiple pieces of a fresh vegetable;

C)      after step B, sealing a sealing sheet of polymeric material to the rim of the container body so that the sealing sheet extends over the compartments and

15     creates a sealed package (i) which contains the foodstuffs and a packaging atmosphere around the foodstuffs, (ii) whose outer surface is defined by the container body and the sealing sheet, and (iii) which includes an ~~at least one~~ atmosphere control member included in the sealing sheet;

D)      after step C, placing a support tray over the sealing sheet; and

20     E)      after step D, turning the sealed package and the support tray placed thereon upside-down, so that the foodstuffs rest on the sealing sheet, and the sealing sheet is supported by the support tray, the support tray comprising ribs such that, after step (E), air can circulate between the support tray and the atmosphere control member;

25     whereby the party tray can be displayed for sale in a display orientation in which the foodstuffs are viewed by a shopper through the container body.

45. (Currently amended)   A method according to claim 44 wherein the atmosphere control member, ~~or one of the atmosphere control members if there is more than one~~

30     ~~atmosphere control member,~~ covers a window in the sealing sheet, ~~and the support tray~~

7

Exhibit E

comprises ribs such that air can circulate between the support tray and the atmosphere
control member.

46.  (Currently amended)   A method according to claim 44 wherein the <u>support tray has</u>
5    <u>a solid color.</u> atmosphere control member, or each of the atmosphere control members
if there is more than 1 atmosphere control member, covers a window in the sealing
sheet or a window in the container body.

47.  (Currently amended)   A method according to claim 44 wherein the <u>ribs on the</u>
10   <u>support tray are discontinuous, upstanding ribs.</u> partitions are cavity walls, and the
container body has been prepared by molding a polymeric material, thus forming the
base, wall, rim and partitions at the same time.

48.  (Canceled)
15

49.  (Previously presented)      A method according to claim 44 wherein, before step
B, a carton of vegetable dip is placed in the center of the container body, and the carton
has walls which help to define the compartments.

20   50.  (Canceled)

51.  (Previously presented)      A method according to claim 44 which includes, after
step E, the step of displaying the party tray for sale in a display orientation in which the
foodstuffs are viewed by a shopper through the container body.
25

52-63. (Canceled)

64.  (Currently amended)      A method of preparing a party tray which comprises
the steps of
30       A)   providing a container body which
             (i)   is composed of a transparent polymeric material,

8

Exhibit E

(ii)    has a depth of 1 to 4 in.,

(iii)   has a circumference of 30 to 100 in.;

(iv)    comprises

    1)    a base,

5          2)    a continuous wall which extends away from the base and is
            contiguous with the base,

    3)    a continuous rim which is contiguous with the wall, and

    4)    partitions which extend away from the base in the same
        direction as the wall, and are removably located in the container
10        body; and

(v)     has a loading orientation in which the wall extends upwards from
the base, and the partitions extend upwards from the base and create
fillable compartments within the container body; and

B)     while the container body is in the loading orientation, placing foodstuffs in
15   the compartments so that the foodstuffs rest on the base, at least some of the
foodstuffs being fresh vegetables and the foodstuffs placed in at least one of the
compartments being multiple pieces of a fresh vegetable;

C)     after step B, sealing a sealing sheet of polymeric material to the rim of the
container body so that the sealing sheet extends over the compartments and
20   creates a sealed package (i) which contains the foodstuffs and a packaging
atmosphere around the foodstuffs, (ii) whose outer surface is defined by the
container body and the sealing sheet, and (iii) which includes an at least one
atmosphere control member included in the sealing sheet;

D)     after step C, placing a support tray over the sealing sheet; and

25   E)     after step D, turning the sealed package and the support tray placed
thereon upside-down, so that the foodstuffs rest on the sealing sheet, and the
sealing sheet is supported by the support tray, the support tray comprising ribs
such that, after step (E), air can circulate between the support tray and the
atmosphere control member;

30   whereby the party tray can be displayed for sale in a display orientation in which the
foodstuffs are viewed by a shopper through the container body.

9

Exhibit E

65. (Previously presented)         A method according to claim 64 wherein the partitions are composed of a polymeric material having a thickness less than 0.125 inch.

5    66. (Previously presented)         A method according to claim 64 wherein, before step B, a carton of vegetable dip is placed in the center of the container body, and the carton has walls which help to define the compartments.

67. (Currently amended)         A method according to claim 64 wherein the said at
10   least one atmosphere control member provides substantially the only pathways for oxygen and carbon dioxide to enter or leave the packaging atmosphere.

68. (Previously presented)         A method according to claim 64 which includes, after step E, the step of displaying the party tray for sale in a display orientation in which the
15   foodstuffs are viewed by a shopper through the container body.

69-80.  (Canceled)

81. (Currently amended)   A method according to claim 64 wherein the partitions are
20   removably located within the container body includes by location members formed in the container body as the container body was molded, the location members being in the base of the container body or in the wall of the container body, or in both the base and the wall of the container body, whereby, when all the partitions are located within the container body by the location members, each of the compartments has a fixed size.
25

82. (Currently amended)         A method according to claim 64 where the partitions are removably located within the container body and have one or more of the following characteristics
          (a)     at least one of the partitions comprises two or more straight portions at
30                 right angles to each other and to the base,

10

Exhibit E

01/16/2006  18:28   650-854-2384         T&S RICHARDSON                    PAGE  12

(b)     at least one of the partitions comprises two or more straight portions at right angles to the base and with a curved portion between them, and

(c)     two or more first partitions which are parallel to each other and at right angles to the base, and one or more second partitions which are at right angles to the first partitions and to the base, some or all of the first and second partitions are slotted so that they fit together.

83. (New)    A method according to claim 64 wherein the support tray has a solid color.

84. (New)    A method according to claim 64 wherein the ribs on the support tray are discontinuous, upstanding ribs.

85. (New)    A method according to claim 64 wherein the atmosphere control member covers a window in the sealing sheet.

Exhibit E

## REMARKS

### Summary

5          The Office Action provides a very detailed and systematic discussion of the
various rejections.  As noted above, in the Statement of the Substance of the Interview,
the claims have been extensively amended, and it has been agreed that all the
rejections are overcome by the proposed amendments.  The rejections which are
relevant to the amended claims are discussed below, but it is believed to be

10  unnecessary to burden the record with detailed discussion of the numerous rejections
under 35 USC 103 which are not relevant to the amended claims.  It should, however,
be noted that the amendments have been made in the interests of speedy prosecution
of this application, without prejudice to the prosecution of broader or different claims in
one or more continuing applications, and that Applicant does not accept that any of the

15  rejections set out in the Office Action is justified.

### Amendments

#### 1. Amendment of the independent claims.

20

           The claims have been extensively amended, and as a result, there are now only
three independent claims, claims 35, 44 and 64, each of which has been further defined
by amendment

           (a)     to replace "at least one atmosphere control member" by -- an atmosphere
25         control member --; and
           (b)     to require that the sealing sheet includes an atmosphere control member
           and that the support tray comprises ribs such that, after step (E), air can circulate
           between support tray and the atmosphere control member (basis on page 8,
           lines 6-13, and page 11, lines 1-3).

30  Claims 35 and 44 have also been further defined by amendment to require that the
partitions are cavity walls, and that the container body has been prepared by molding a

12

Exhibit E

polymeric material, thus forming the base, wall, rim and partitions at the same time (basis on page 8, lines 15-17, and page 9, lines 1-2).  Claim 64 continues to require that the partitions are removable partitions.

5        Claims 35 and 64 have also been further defined by amendment to require (as claim 44 already required) that, after step E, the foodstuffs rest on the sealing sheet, and the sealing sheet is supported by the support tray.

        As a result of these amendments, claims 35 and 44 are the same, except that
10    claim 35 requires (and claim 44 does not require) the absence of any step between steps B and C; and each of the independent claims 35, 44 and 64 contains the following definitions 1-7 (as more fully set out in the claims themselves).

        (1)    The container body has a depth of 1 to 4 in. and a circumference of 30 to 100 in.

15    (2)    The partitions extend away from the base in the same direction as the wall, so that, when the container body is in the loading orientation, the partitions extend upwards from the base and create fillable components within the container body.

        (3)    The foodstuffs placed in at least one of the compartments are multiple
20    pieces of a fresh vegetable.

        (4)    A sealing sheet of polymeric material is sealed to the rim of the container body, so that the sealing sheet extends over the compartments and creates a sealed package (i) which contains the foodstuffs and a packaging atmosphere around the foodstuffs, (ii) whose outer surface is defined by the container body
25    and sealing sheet, and (iii) which includes an atmosphere control member which is included in the sealing sheet.

        (5)    A support tray is placed over the sealing sheet.

        (6)    The sealed package and the support tray placed thereon are turned upside down, and as a result the foodstuffs rest on the sealing sheet and the
30    sealing sheet is supported by the support tray.

13

Exhibit E

(7)     The support tray comprises ribs such that, after the sealed package and
the support tray have been turned upside down, air can circulate between the
support tray and the atmosphere control member.

Each of the independent claims also contains one or more of the following features
5    8-10 (as more fully set out in the respective claims)

(8)     There is no intermediate step between step B and Step C (claim 35).

(9)     The partitions are cavity walls, and the container body has been prepared
by molding a polymeric material, thus forming the base, wall, rim and partitions
simultaneously (claims 35 and 44).

10    (10)    The partitions are removably located in the container body (claim 64).


**Amendment of the Dependent Claims, and Addition of New Dependent Claims.**


The dependent claims have been amended for consistency with the amended
15   independent claims. In addition,

Claims 36 and 45, dependent on claims 35 and 44 respectively, have been
amended to replace the former requirements by a requirement that the support
tray has a solid color (basis on page 11, line 4); new claim 83, dependent on
claim 64, similarly specifies that the support tray has a solid color.

20   Claims 39 and 47, dependent on claims 35 and 44 respectively, have been
amended to require that the ribs on the support sheet are discontinuous,
upstanding ribs (basis on page 12, line 20); and new claim 84, dependent on
claim 64, similarly specifies that the ribs on the support tray are discontinuous,
upstanding ribs.

25   Claim 81 has been amended to make it clear that it is only when the removable
partitions are located within the container body by the location members that
each of the compartments has a fixed size.

New claim 85, dependent on claim 64, specifies that the atmosphere control
member covers a window in sealing sheet.

30

14

Exhibit E

**The Rejections under 35 USC 112**

Applicant respectfully traverses the rejection of

(1)    claims 1, 2, 26-53, 55-68 and 73-82 under 35 USC 112, first paragraph, as

5    failing to comply with the written description requirement, and

(2)    claims 28, 37, 45, 53, 58 and 62 under 35 USC 112, second paragraph,

as being indefinite for failing to particularly point out and distinctly claim the

subject matter which applicant regards as the invention,

insofar as those rejections are applicable to the amended claims and insofar as those

10    rejections can be understood, for the following reasons.

The rejections under 35 USC 112 have been rendered moot by the cancellation

of claims, or have been overcome by amendments to the claims.  As noted in the

Statement of the Substance of the Interview above, it was agreed at the interview that

15    all the rejections would be withdrawn.  For the record, the following comments are made

on the rejections.

1.      The rejection of claims 1, 2, 26-53, 55-68 and 73-82 on the ground that claims

1, 35, 44, 52, 60 and 64 refer to "at least one atmosphere control member" for which

20    there is no support in the originally filed specification.

As noted above, in the remaining independent claims, the requirement that the

sealed package contains "at least one atmosphere control member" has been replaced

by a requirement that the sealed package contains "an atmosphere control member".

25    Consequential amendments have been made in the dependent claims referring to

atmosphere control members.  For the sake of the record, it is noted that replacing "at

least one atmosphere control member" by -- an atmosphere control member -- makes

no difference to the scope of the claims, since a sealed package which contains more

than one atmosphere control member necessarily contains "an atmosphere control

30    member".

15

Exhibit E

2.    The rejection of claims 1, 2, 26-53, 55-68 and 73-82 on the ground that claim 1
requires that the initial packaging atmosphere is air, for which there is no support in the
originally filed specification.

5          None of the amended claims contains this requirement, and the rejection is,
therefore, moot.

3.    The rejection of claims 1, 2, 26-53, 55-68 and 73-82 on the ground that claims 26
and 35 require the absence of any intermediate step between step B and step C, for
10    which there is no support in the originally filed specification.

           In the amended claims, only claim 35, and the claims dependent on claim 35,
require the absence of any intermediate step between step B and step C.

15          The original specification discloses that the method **comprises** step B and, after
step B, step C. If there could be any doubt that such disclosure includes the possibility
that those steps are carried out consecutively, with no intermediate step, that doubt is
removed by the disclosure in the original specification that

                *The term "comprises" and grammatical equivalents thereof are used*
20              *herein to mean that other components, ingredients, steps etc. are **optionally***
                *present. For example, an article "comprising" (or "which comprises")*
                *components A, B and C can consist of (i.e. **contain only**) components A, B and*
                *C, or **can contain not only components A, B and C but also one or more***
                ***other components**.* (Page 5, lines 13-17, emphasis added)
25    Paragraph 6 of the Office Action refers to the disclosure in the original specification (at
page 5, lines 17-22) that a method which comprises two or more defined steps

                *can include one or more other steps which are carried out... between two of the*
                *defined steps*

and apparently reaches the conclusion that this disclosure **excludes** the possibility that
30    there is no step between the defined steps (alternatively put, that there **must be** other
steps carried out between the defined steps). The passage in question does not state

16

Exhibit E

that the method **must** include one or more other steps, but that the method **can** include one or more other steps.  The difference between "must include" and "can include" is critical.

5    4.    The rejection of claims 1, 2, 26-53, 55-68 and 73-82 on the ground that claims 33 and 50 require that at 22°C at least 75% of the oxygen entering the packaging atmosphere passes through said at least atmosphere control member, for which there is no support in the original disclosure.

10    None of the amended claims contains this requirement, and the rejection is, therefore, moot.

    5.    The rejection of claims 1, 2, 26-53, 55-68 and 73-82 on the ground that the removable partitions in claims 73, 75, 77, 79 and 81 cannot result in compartments
15  having a fixed size, as required by claims 73, 75, 77, 79 and 81.

    Claims 73, 75, 77 and 79 have been canceled.  Claim 81 has been amended to make it clear that it is only when all the removable partitions are located within the container body by the location members that each of the compartments has a fixed size.
20  As noted above, in the Statement of the Substance of the Interview, it was agreed at the interview that this amendment overcame the rejection.

    6.    The rejection of claims 28, 37, 45, 53, 58 and 62 under 35 USC 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the
25  subject matter which applicant regards as the invention, in particular because the claims are "incomplete for omitting essential structural cooperative relationships of the elements, such omission amounting to a gap between the necessary structural connections. "

30    As noted above, in the Statement of the Substance of the Interview, it was agreed at the interview that this rejection, insofar as it was applicable to the proposed

17

Exhibit E

amended claims, would be withdrawn. It was noted in particular that it is well-known to those of ordinary skill in the art that an atmosphere control member must have one surface exposed to air and the other surface exposed to the atmosphere which is to be controlled, and that it is, therefore, unnecessary for the specification to state explicitly

5   any additional structural components needed to ensure that the ribs on the support tray enable air to circulate between the support tray and the atmosphere control member.

For the sake of completeness, Applicant also notes that those skilled in the art (a) would recognize in Applicant's disclosure a description of the invention defined in the

10   amended claims; and (b) would have no difficulty in making and using the invention defined in the amended claims. As the specification states, at page 8, line 9, "atmosphere control members are well-known", and this includes, of course, knowledge that, in use, one side of the control member must be exposed to the packaging atmosphere and the other side exposed to an external atmosphere (usually air).

15   Reference may be made, for example, to column 1, lines 23-47 of US Patent No. 6,376,032, incorporated by reference in this application. The specification includes disclosure of one specific way of ensuring such exposure (ribs on the support tray), and it is unnecessary for the specification to provide further structural description of how a tray supporting the sheet enables such exposure. As the specification states, at page

20   11, lines 7-9, "those skilled in the art will have no difficulty, having regard to their own knowledge and the disclosure of this specification, in manufacturing suitable container bodies, partitions and support trays".

Applicant also notes that the term "rib" is used, and would be understood by one

25   of ordinary skill in the art to be used, in a broad sense to include any conformation which ensures that "air can circulate between the support tray and the atmosphere control member". The Random House Dictionary, 2nd edition, unabridged, after giving various definitions of the term "rib" in the fields of anatomy and architecture, then states:

5.    *something resembling a rib in form, position, or use, as a supporting or*
30   *strengthening part.*

18

Exhibit E

      6.     *a structural member that supports the shape of something: an umbrella rib.*

## The Rejections under 35 USC 103

5

Applicant respectfully traverses the rejections under 35 USC 103 of

(a)     claims 35, 36, 38, 40-44, 47-52 and 55-63  over  (i) Albertson's page 37 (hereinafter Albertson's), in view of (ii) the admission of the prior art, (iii) US 4,660,716 (hereinafter McMahon), (iv) US 1,695,366 (hereinafter Brown), and (v)

10     US 5,045,331 (hereinafter Antoon);

(b)     claims 37, 45 and 53 over  (i) Albertson's, in view of (ii) the admission of the prior art, (iii) McMahon, (iv) Brown, (v) Antoon, and (vi) US 2003/0057217 (hereinafter Wyslotsky);

(c)     claims 75, 77 and 79 over (i) Albertson's, in view of

15     (ii) the admission of the prior art, (iii) McMahon, (iv) Brown, (v) Antoon, and (vi) US 4593816 (hereinafter Langenbeck);

(d)     claims 76, 78 and 80 over  (i) Albertson's, in view of (ii) the admission of the prior art, (iii) McMahon, (iv) Brown, (v) Antoon, and (vi) US 4272008 (hereinafter Wozniacki);

20     (e)     claims 1, 26, 27, 29, 30 and 32-34 over (i) Albertson's, in view of (ii) the admission of the prior art, (iii) McMahon, (iv) Brown and (v) Antoon;

(f)     claims 2, 31 and 73 over (i) Albertson's, in view of (ii) the admission of the prior art, (iii) McMahon, (iv) Brown, (v) Antoon and (vi)  Langenbeck;

(g)     claims 2, 31 and 74 over (i) Albertson's, in view of (ii) the admission of the

25     prior art, (iii) McMahon, (iv) Brown, (v) Antoon and (vi) US 4272008 (hereinafter Wozniacki);

(h)     claim 28 over (i) Albertson's, in view of (ii) the admission of the prior art, (iii) McMahon, (iv) Brown, (v) Antoon and (vi) Wyslotsky;

(i)     claims 64-68 and 82 over (i) Albertson's, in view of (ii) the admission of the

30     prior art, (iii) McMahon and (iv) Antoon; and

19

Exhibit E

(j)     claim 81 over (i) Albertson's, in view of (ii) the admission of the prior art,
(iii) Wozniacki, (iv) McMahon, (v) Antoon, and (vi) US 3749299 (hereinafter
Ingle);

insofar as those rejections are applicable to the amended claims, for the reasons set out

5   below. [Applicant understands, from a telephone conversation between the Examiner
and Jeffrey G. Sheldon on or about December 8, 2005, that the Examiner also intended
to reject claims 39 and 46 under 35 USC 103, and this Reply assumes, therefore, that
39 and 46 were rejected over the references cited in (a) and/or (b) above.]

10      As noted above, a feature of all the amended claims is that the support tray
comprises ribs such that air can circulate between the support tray and the atmosphere
control member included in the sealing sheet.  Before the proposed amendments,
claims 28, 37, 45 and 53 included this feature.  Each of claims 28, 37, 45 and 53 was
rejected over a combination of references including Wyslotsky, which was relied upon

15   as making it obvious to modify Albertson's container body to include this feature (see
paragraph 30 of the Office Action).  However, as discussed and agreed at the interview,
the ribs disclosed in Wyslotsky do not form part of a support tray on which rests a
sealing sheet including an atmosphere control member.  Furthermore, as explained in
detail in the previous response (pages 3 and 39-46), the only sealing sheet disclosed by

20   Wyslotsky is the "diaphragm" shown in Figures 12 and 13, which cannot function as an
atmosphere control member.

## CONCLUSION

25      It is submitted that, having regard to the amendments made to the claims, the
facts and arguments set out above, and the agreement reached at the interview, this
application is now in condition for allowance.  If, however, the Examiner has any
remaining issues, he is asked to call the undersigned.

Respectfully submitted

30

T.H.P.Richardson,  Registration No. 28,805,  Tel No. 650 854 6304

20

Exhibit E

PTO/SB/06 (08-03)
Approved for use through 7/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PATENT APPLICATION FEE DETERMINATION RECORD
### Substitute for Form PTO-875

Application or Docket Number: 10/000 935

### CLAIMS AS FILED – PART I

| | (Column 1) | (Column 2) | | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | | RATE | FEE | | RATE | FEE |
| BASIC FEE (37 CFR 1.16(a)) | | | | | $ | OR | | $ |
| TOTAL CLAIMS (37 CFR 1.16(c)) | minus 20 = | | | X $ = | | OR | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(b)) | minus 3 = | | | X $ = | | OR | X $ = | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(d)) | | | | + $ = | | OR | + $ = | |
| | | | | TOTAL | | OR | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2.

### CLAIMS AS AMENDED – PART II

1-16-06

| | | (Column 1) | | (Column 2) | (Column 3) | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT A** | | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
| | Total (37 CFR 1.16(c)) | * 23 | Minus | ** 54 | = | X $ = | | OR | X $ = | |
| | Independent (37 CFR 1.16(b)) | * 3 | Minus | *** 5 | = | X $ = | | OR | X $ = | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(d)) | | | | | + $ = | | OR | + $ = | |
| | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

35, 44, 16, 41

| | | (Column 1) | | (Column 2) | (Column 3) | RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT B** | | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | | | | |
| | Total (37 CFR 1.16(c)) | * | Minus | ** | = | X $ = | | OR | X $ = | |
| | Independent (37 CFR 1.16(b)) | * | Minus | *** | = | X $ = | | OR | X $ = | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(d)) | | | | | + $ = | | OR | + $ = | |
| | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

| | | (Column 1) | | (Column 2) | (Column 3) | RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT C** | | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | | | | |
| | Total (37 CFR 1.16(c)) | * | Minus | ** | = | X $ = | | OR | X $ = | |
| | Independent (37 CFR 1.16(b)) | * | Minus | *** | = | X $ = | | OR | X $ = | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(d)) | | | | | + $ = | | OR | + $ = | |
| | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Exhibit E