Docket No. 14181-1

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:   Pratte

Serial No.:   11/408,443

Filing Date:   04/20/2006

Title:    Method of Preparing a Party Tray

Group Art Unit: 1761

Examiner: Viren A. Thakur

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## DECLARATION OF WESLEY PRATTE

I, Wesley Pratte, declare:

### My Background

1.     I am the named inventor for the above-identified patent application.

2.     Due to my long time experience in the food industry, I am knowledgeable with regard to how pre-cut vegetables are sold by grocery stores. I started as a meat cutter at the age of 15 in 1972 and worked in the grocery industry through January, 1999, when I went to work for Apio. From 1978 until 1999, I was employed by American Stores in the retail food business, becoming a director of Meat, Seafood, Bakery and Deli operations for 266 Lucky Stores, a Southern California division of American Stores. Among the many jobs I held in the grocery industry was produce supervisor for about 50 stores in the San Diego area. As produce supervisor, I was familiar with how pre-cut vegetables were packaged. Since 1999, when Albertson's purchased American Stores, I have been employed by Apio Inc., the assignee of this application, as Director of Product Development. Most of the products sold by Apio Inc. are fresh vegetables and other biologically respiring foodstuffs. I am, therefore, very familiar with the requirements for packaging respiring foodstuffs for the retail trade.

### Albertsons Documents

3.     The Patent Office cited as a reference an Albertson document that is purported to be a sheet describing preparation of an Albertsons fresh vegetable tray, where the listed ingredients are placed in a lid, a tray is applied to the lid, and a final

Exhibit G

tray is obtained by turning the combination of the lid and the tray upside down. I used a different process to prepare substantially the same tray. In particular, I obtained a tray of the same size and configuration as shown in the Albertson document. I then took the ingredients listed in the Albertson material, using the listed weight of each of the ingredients, and placed them in the tray. I then attached the lid to the loaded tray. Accompanying this declaration as Exhibit A is a computer video file showing me loading the tray and attaching the lid.

4.      The final tray produced by this process appeared the same as the product in the Albertson document. Stated another way, with knowledge only of the final tray, it is impossible to tell whether the tray was made according to the instructions of the Albertson document or was made as I made it, where the tray was loaded with the ingredients and then the lid was placed on the tray.

### The Success of My Invention and Other Evidence of Non-Obviousness

5.      I invented the first successful mass produced party tray that appears store made. I became aware of the need for such a tray at least as early as1996. Prior to my invention, party trays were made in-house by a grocery store or were mass produced by vegetable packers such as Apio. The store made trays generally were perceived by consumers as tasting better and having a better appearance than mass produced party trays. However, a problem with these in-store trays is they had to be made on site by relatively costly labor, were labor intensive, and thus were more expensive than mass produced trays available from vegetable packers such as Apio. Another problem with these trays is the quality of the tray and the actual weight of the tray contents could vary from store to store. The variable weights could cause problems with regulatory agencies if there was under weight.

6.      My invention is commonly known in the industry as a "flip tray," because of how it is made and used.   My method of making the flip tray starts with a transparent container body of a size to accommodate the desired contents of the tray (i.e. the vegetables and any other ingredients, e.g. other foodstuffs or a container of dip).  The container body can have a depth of 1 to 4 inches and a circumference of 30 to 100 inches. I then fill the container body with the contents. I then place a polymeric sealing sheet on the container body to create a sealed package, and then place the support tray over the sealing sheet.  An atmosphere control member is provided to help keep the vegetables fresh. Next, the sealed package and the support tray are "flipped" over so

Exhibit G

that the vegetables rest on the sealing sheet and are visible to the consumer through the transparent container body.

7.    In use by a consumer, the "flip" feature again comes into play. In particular, the party tray is turned upside down so that the vegetables rest on the container body, the support tray is removed, and the sealing sheet is removed. The consumer can then replace the support tray, flip the assembly over again, remove the container body, and serve the vegetables on the support tray.

8.    Because of these features, the tray appears to be store made, mimicking the appearance of in-house trays, the vegetables appear fresh and are fresh, with freshness comparable to the freshness of store made trays, the trays have sufficient shelf life extension to enable the tray to move through the complete supply chain, and the tray has the economic advantages of mass production and the consistent quality and weight made possible by mass production.

9.    In making my invention, I had to overcome many problems. One problem in some versions of my flip tray was how to support the vegetables on a fragile sealing sheet when the tray was flipped over. That was not a problem for the Albertsons tray since there was no sealing sheet. I solved that problem by sizing the support tray so that it not only supported the sealing sheet at locations around the rim of the container body, but also supported the sealing sheet at one or more locations within the circumference of the rim and spaced apart from the rim if, after flipping, the sealing sheet was deformed downwards by the weight of the vegetables.

10.    These commercially successful trays have been provided in two different partition style versions. In one version, the partitions are removable. In another version, the partitions are cavity walls formed at the same time as the base, wall and rim of the container body.

11.    My flip tray as claimed has received awards. In particular:

A.    In September, 2005 my flip tray received the Progressive Grocer Editor's Pick award winning the category for Perimeter Produce (bakery/deli/meat/produce). A true and correct copy of the announcement of the award is provided as Exhibit B. The announcement states:

*By combining the innovative packaging and design of its popular vegetable tray with Colby/Jack cheese and hardwood smoked beef bites, Apio's new Eat Smart Gourmet Tray brings favorites from the deli and produce department together .".*

B.     In November, 2005 my flip tray received a Progressive Grocer Category Captain Award.  A true and correct copy of the award certificate is provided as Exhibit C.  Exhibit E show the medallion awarded.  The category won was for "Fixed/variable Weight Produce: Fresh-Cut produce."  The Captain awards are held annually to honor outstanding performers in the grocery field.  Entries are judged based on a submitted essay describing innovations made by the company and by data of sales performance over the past year. Apio chose to highlight how it has revitalized and revolutionized the party tray category by adding convenience and value to both the retailer and the consumer.

C.     In October, 2007 my flip tray won the Produce Marketing Association Impact Award for my 40 ounce In-Store Party Tray.  A true and correct copy of the award is provided as Exhibit D.  The category won was the Best in Functionality/Technology.  The award overview was:  In recognition of the critical importance packaging plays in increasing the sales of fresh fruits and vegetables, the Produce Marketing Association (PMA) announces its new PMA Impact Award: Excellence in Produce Packaging.  The award is granted in five categories:  food safety/traceability, functionality/technology, marketing design/messaging, sustainability, and merchandising/transportability.

12.     My flip tray invention has been copied by at least two competitors:  The Nunes Company, Inc. doing business as Foxy Fresh Vegetables, and Mann Packaging, Inc.

I hereby declare that all statements made herein of my own knowledge are true and that all statement made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Exhibit G

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.org

Dated: _____7-24-08_____          By _____

                                         Wesley Pratte



ucts are formulated to make bathtime easier and to help parents transition children from baby toiletries to those made for 2- to 5-year-olds. This line of soap, face wash, comb spray, shampoos, conditioners, and wash cloths is being supported by $14 million in television and print advertising, direct mail and Internet marketing, multiple FSIs, bonus packs, and professional support. For more information: (908) 874-2842, www.johnsonsbuddies.com.

### Okamoto USA: Beyond Bodi Heat Bodi Wrap/Neck & Shoulder



A LINE extension of Okamoto USA's Beyond Bodi Heat air-activated, nonmedicated disposable heat pad, the Bodi-Wrap contains a stretchable belt with Velcro to wrap around a consumer's waist and securely hold the pad against the lower back.

It's designed to be worn under clothing and provides approximately 12 hours of heat. For more information: (203) 378-0003, www.beyondbodiheat.com.

### Procter & Gamble: Crest Whitestrips Premium Plus

CREST Whitestrips Premium Plus from Procter & Gamble provides 50 percent longer-lasting whitening than Crest Whitestrips Premium—at just a 16 percent higher cost. According to P&G, the Premium Plus product also provides the immediate-gratification benefit of visible results in just three days. Additionally, a new compact plastic case features a premium design. For more information: (513) 983-5899, www.pg.com.

### Procter & Gamble: Kandoo

PROCTER & GAMBLE'S Kandoo line of children's HBC products—developed under the Pampers brand—is a line of kids' personal care products that empower children to master the bathroom all on their own, according the company. Kandoo Foaming Hand Soap comes in an easy-to-use pump and is available in two styles: Fresh Splash and Jungle Fruits. Small

## Perimeter (Bakery/Deli/Meat/Produce)



### Apio: Eat Smart Gourmet Tray

THIS new item is a study in synergy. By combining the innovative packaging and design of its popular vegetable tray with Colby/Jack cheese and hardwood smoked beef bites, Apio's new Eat Smart Gourmet Tray brings favorites from the deli and produce department together in a single prepackaged appetizer tray that's perfect for any social gathering but especially well suited to sporting events. Apio will support the gourmet meat and cheese tray with its ongoing "Tailgate Advantage" promotional program. For more information: (805) 249-5274.

### Applegate Farms: Organic Deli Line

ORGANICS have moved into the deli in a major way, with Applegate Farms' complete line of presliced deli meats and cheeses in resealable packs. Among the items offered are certified organic Roast Beef, Roasted Turkey, Smoked Turkey, Chicken, Smoked Chicken, Ham, Genoa Salami, Turkey Bologna, Cheddar, Monterey Jack, and Muenster. According to the company the line can be merchandised in either a peg set or flat case. For more information: (908) 725-5800 www.applegatefarms.com.

### Bird's Eye Fresh: Table Toppers Fries



BIRD'S EYE Fresh offers convenience at its best with these tasty fries that are ready in just three minutes, thanks to cutting-edge cooking technology. Each eye-catching package of Table Toppers Fries contains one pound of both



*2005 Category Captain Award*

*presented to*

*Apio*

**Fixed-/Variable Weight Produce: Fresh-Cut Produce**

Judith Princz
Publisher

Stephen Dowdell
Editor-in-Chief

Exhibit G



Exhibit G



Exhibit G