# BreatheWay™ Membrane Technology

*Intelligent packaging for fresh produce*



The BreatheWay™ membrane technology, is a means of providing different package permeabilites, in order to create specific oxygen and carbon dioxide levels in a package and maintain this optimum atmosphere, within limits, even as the temperature is changing. The highly permeable membrane is used over a hole in the wall of the package and controls the flow of gases into and out of the package. As the produce consumes oxygen and gives out carbon dioxide an equilibrium gas concentration is established in the package. This process is a function of the membrane permeability and its carbon dioxide to oxygen selectivity ratio. These carefully researched atmospheres (UC Davis and others) are able to extend shelf life and preserve nutrients of fresh produce items by naturally regulating their respiration.

## WHAT IS THE MEMBRANE MADE OF?

The membrane is made by coating a porous substrate with a proprietary side chain crystallizable polymer.

## OXYGEN CONSUMPTION OF PRODUCE INCREASES WITH INCREASING TEMPERATURE

The respiration rate of produce increases quite rapidly with temperature and in many instances at a rate, which is higher than the increase in permeability for polyethylene over the same temperature interval. *This is shown in Table 2 and 3 on the next page.* As a result, a package, which has adequate oxygen permeability at one temperature, can become anaerobic as the temperature increases. This can be damaging to produce, leading to off odors and in the presence of microbial contaminants, harmful bacteria may be produced.

## CREATING THE CORRECT PACKAGE ATMOSPHERE WITH BREATHEWAY MEMBRANES

The UC Davis Postharvest website (http://postharvest.ucdavis.edu — *please see Table 3 on the next page*) lists the recommended atmospheres for preserving fresh produce, the temperature of storage and the respiration rate. Using this set of data it is possible to calculate the size of membrane which would be needed to achieve the recommended atmospheres. Because the membrane has a CO2TR/OTR permeability of 3.8 it is possible to achieve the recommended atmospheres. Changes in package atmosphere can be made by altering the size of the hole beneath the membrane.

## DOESN'T MICROPERF DO THE SAME THING?

In some instances people use pinholes to provide the oxygen permeability needed in a package. However, because the oxygen permeability of the pinhole is the same as for carbon dioxide, the atmospheres in a package using pinholes will always add up to 21%. Hence for 2% oxygen, there will be 19% CO2. Also with a pinhole the increase in permeability with temperature is small, (i.e. 1.06, for a 10C interval) while the produce in general will increase its respiration rate by a factor of 2.0 over the same range. This results in a rapid accumulation of carbon dioxide in such packages. The effect of carbon dioxide on produce is dependent on time and level, with some produce 10% is beneficial but in general levels above 10% are damaging.

> *In contrast to the behavior of pinholes, the BreatheWay membrane will provide the recommended atmosphere and has a temperature response of 1.8, from 0-10C, which is close to the increase in respiration rate for produce over the same interval.*

**BREATHEWAY TECHNOLOGY PRESERVES FRESHNESS, EXTENDS SHELF LIFE, REDUCES DEHYDRATION AND CAN COMPENSATE FOR MILD TEMPERATURE ABUSE!**



805-249-5212
P.O. Box 727, Guadalupe, CA 93434

Exhibit I

# BreatheWay™ Membrane Technology
*Intelligent packaging for fresh produce.*

## Reference Materials

### Table 1
Permeabilities of SCC Coated Membrane, (SZ 100), and Polyethylene at 22C

| Material | Permeability to O2 (cc/100 sq.ins.atm-24hrs) | Permeability to CO2 (cc/100 sq.ins.atm-24hrs) | Permeability to ethylene (cc/100 sq.ins.atm-24hrs) | Permeability to water G/m2*24hrs |
|---|---|---|---|---|
| Coated membrane (273-145) | 280,000 | 1,120,000 | 1,080,000 | 849 |
| Polyethylene film (2 mils) | 254 | 1,102 | 508 | 16 |

### Table 2
Temperature Response, (P10), of SCC Coated Membrane, (SZ 100) Polyethylene and a Pinhole.

| Material | P10 (Permeability at 10C) / (Permeability at 0C) |
|---|---|
| Coated membrane | 1.8 |
| Polyethylene film (2 mils) | 1.4 |
| Pinhole | 1.06 |

### Table 3
Change in respiration rate of selected fruit and vegetables resulting from a 10C increase in temperature in air and 3% O2 atmosphere.

| Commodity | Temperature Range (°C) | Air | 3%O2 |
|---|---|---|---|
| Strawberry | 0-10 | 3.01 | 2.78 |
| Raspberry | 0-10 | 2.88 | 2.51 |
| Apple | 0-10 | 2.78 | - |
| Mushroom | 0-10 | 2.77 | - |
| Cauliflower | 0-10 | 2.44 | 2.14 |
| Brussel sprout | 0-10 | 2.4 | 2.3 |
| Leek | 0-10 | 2.39 | 2.47 |
| Broccoli | 0-10 | 2.39 | 1.86 |
| Cabbage | 0-10 | 2.33 | 2.24 |
| Celery | 0-10 | 2.29 | 2.15 |
| Lettuce | 0-10 | 2.22 | 1.88 |
| Asparagus | 0-10 | 2.22 | 1.77 |
| Green Pepper | 8-18 | 2.12 | 1.39 |
| Potato | 4-14 | 1.91 | 1.77 |

Ref Exema, Arul, Lencki, Lee and Toupin  Journal of Food Science, Vol 58 No 6, 1993 p 1365



Apio, INC.  805.249.5212 • P.O. Box 727, Guadalupe, CA 93434

Exhibit I