# Technology

**BreatheWay**™
Extends Freshness Naturally

See BreatheWay at Work

# Innovation

## Intelligent packaging for fresh produce.

Exhibit J





Exhibit J