**Exhibit K**

# PRIOR ART FOXY FOODS PARTY TRAY

Distinguished by APIO in July 21 IDS
(see Presta Dec. Exhibit F)



support tray
(or **LID**)

**RIBS** distinguished
by APIO as being "too far removed from the atmosphere control member to permit air
to circulate between the lid and atmosphere control member if the party tray is turned
upside down, i.e., they will not prevent intimate contact which would render the
atmosphere control member inoperative." (Presta Dec., Exhibit F at p. 9)



SEALING SHEET

ATMOSPHERE CONTROL MEMBER

transparent
container
**BODY**

Exhibit K