VIRGINIA A. CRISP (State Bar No. 121387)
e-mail: ef-vac@cpdb.com
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213
Telephone:  415.391.4800
Facsimile:  415.989.1663

JOSEPH S. PRESTA (*Pro Hac Vice*)
email:  jsp@nixonvan.com
MICHAEL E. CRAWFORD (*Pro Hac Vice*)
email:  mec@nixonvan.com
NIXON & VANDERHYE P.C.
901 North Glebe Road
Arlington, Virginia  22203
Telephone:  703.816.4000
Facsimile:  703.816.4100

Attorneys for Defendant and Counterclaimant
MANN PACKING COMPANY, INC.,
a California corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| APIO, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MANN PACKING COMPANY, INC., a California corporation, and DOES 1-10 inclusive,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV-07-5628-JF<br><br>**MANN'S UNOPPOSED ADMINISTRATIVE MOTION FOR PERMISSION TO BRING EQUIPMENT INTO COURTROOM FOR SEPTEMBER 15, 2008 *MARKMAN* HEARING**<br><br>*Markman* Hearing<br>Date:         September 15, 2008<br>Time:         9:00 a.m.<br>Crtrm.:       3, 5th Floor<br><br>Judge:  Honorable Jeremy Fogel<br><br>Trial Date:   August 10, 2009 |

Mann respectfully moves the Court under Local Rule 7-11 and General Order No. 58 for an Order granting permission for Mann's counsel, its support staff, and vendors assisting Mann's counsel to bring into the Federal Courthouse in San Jose, California, located at 280 South First Street, San Jose, California, and set up in the courtroom of the Honorable Jeremy Fogel, on

1 Monday morning, September 15, 2008 prior to the *Markman* hearing that day (or the preceding
2 Friday, September 12, 2008 after conclusion of Court business that day), certain equipment and
3 materials as demonstrative exhibits and for purposes of facilitating illustrative exhibits for that
4 hearing, and that Mann be permitted to remove the equipment and materials following the
5 conclusion of the hearing.
6     Mann's counsel contacted Apio's counsel regarding the sharing of certain equipment
7 itemized in the Proposed Order filed concurrently herewith. Apio does not oppose this Motion.

Respectfully submitted,

September 3, 2008

**MANN PACKING COMPANY, INC.**
by its attorneys

O/S
_____
Joseph S. Presta, Va. Bar No. 29645
Michael E. Crawford, Va. Bar No. 39566
NIXON & VANDERHYE P.C.
901 North Glebe Road
Arlington, VA 22203
703-816-4000 (main)
703-816-4100 (facsimile)

Virginia A. Crisp, Cal. Bar No. 121387
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, CA 94111-4213
415-391-4800 (main)
415-989-1663 (facsimile)

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

13247.001.947992v1    2    Case No. CV-07-5628-JF

**MANN'S UNOPPOSED ADMINISTRATIVE MOTION FOR PERMISSION TO BRING EQUIPMENT INTO COURTROOM FOR SEPTEMBER 15, 2008 *MARKMAN* HEARING**