VIRGINIA A. CRISP (State Bar No. 121387)
e-mail: ef-vac@cpdb.com
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663

JOSEPH S. PRESTA (*Pro Hac Vice*)
email: jsp@nixonvan.com
MICHAEL E. CRAWFORD (*Pro Hac Vice*)
email: mec@nixonvan.com
NIXON & VANDERHYE P.C.
901 North Glebe Road
Arlington, Virginia 22203
Telephone: 703.816.4000
Facsimile: 703.816.4100

Attorneys for Defendant and Counterclaimant
MANN PACKING COMPANY, INC.,
a California corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| APIO, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MANN PACKING COMPANY, INC., a California corporation, and DOES 1-10 inclusive,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV-07-5628-JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION FOR PERMISSION TO BRING EQUIPMENT INTO COURTROOM FOR SEPTEMBER 15, 2008 *MARKMAN* HEARING**<br><br>*Markman* Hearing<br>Date:        September 15, 2008<br>Time:        9:00 a.m.<br>Crtrm.:      3, 5th Floor<br><br>Judge: Honorable Jeremy Fogel<br><br>Trial Date: August 10, 2009 |

IT IS HEREBY ORDERED that MANN PACKING COMPANY, INC. ("Mann"), through its counsel of record, NIXON & VANDERHYE P.C. and COBLENTZ, PATCH, DUFFY & BASS LLP, their support staffs, and vendors assisting Mann's counsel permission to bring into the

13247.001.947993v1                                                                                          Case No. CV-07-5628-JF

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION FOR PERMISSION TO BRING EQUIPMENT INTO COURTROOM FOR *MARKMAN* HEARING**

Federal Courthouse in San Jose, California, located at 280 South First Street, San Jose, California, and set up in the courtroom of the Honorable Jeremy Fogel, on Monday morning, September 15, 2008 prior to the Markman hearing that day (or on Friday, September 12, 2008 after conclusion of Court business that day), certain equipment and materials as demonstrative exhibits and for purposes of facilitating illustrative exhibits for that hearing.  The demonstrative equipment and materials may include:

- 3 laptop computers;
- 1 projector with stand;
- 1 portable screen for projector;
- 4 LCD monitors;
- 1 visual presenter (ELMO) with stand;
- 1 wireless clicker with built-in laser pointer;
- 1 VGA switch (for ELMO and PowerPoint);
- 1 VGA distributed amplifier (for monitors);
- miscellaneous accessory cables, power strips, power supplies and cases;
- 1 easel;
- foam core exhibit boards;
- 1 mechanical pointer;
- 6 or fewer exemplary plastic food trays, some containing vegetables and dip.

Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow and to take such steps as reasonably necessary to facilitate the foregoing activity.  Mann is permitted to bring the materials into the Courtroom prior to and on September 15, 2008, and may remove the materials following the conclusion of the September 15, 2008 hearing.

IT IS SO ORDERED.

Dated:  September ___, 2008

_____
The Honorable Jeremy Fogel
United States District Court Judge