**E-Filed 9/5/08**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PHASE FORWARD, INC., | Case Number C 07-5628 JF (PVT) |
| Plaintiff, | |
| v. | CLERK'S NOTICE |
| MARY NOEL ADAMS, | |
| Defendant. | |

To all Parties and Attorneys of Record:

The Claims Construction Hearing set on September 15, 2008 is continued to September 22, 2008 at 9:00 a.m. before Judge Jeremy Fogel.  Please report at that time to Courtroom 3 on the 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

DATED:  9/5/08

For the Court
Richard W.  Weiking, Clerk

By: _____/s/_____
Diana Munz
Courtroom Deputy Clerk