**E-Filed 9/5/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APIO, INC., <br> Plaintiff, <br> v. <br> MANN PACKING COMPANY, INC., <br> Defendant. | Case Number C 07-5628 JF (PVT) <br><br> CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Claims Construction Hearing set on September 15, 2008 is continued to September 22, 2008 at 9:00 a.m. before Judge Jeremy Fogel. Please report at that time to Courtroom 3 on the 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

DATED: 9/5/08

For the Court
Richard W. Weiking, Clerk

By: _____/s/_____
Diana Munz
Courtroom Deputy Clerk