Jeffrey G. Sheldon (State Bar No. 67516)
Marc A. Karish (State Bar No. 205440)
SHELDON MAK ROSE & ANDERSON PC
100 Corson Street, Third Floor
Pasadena, California 91103-3842
Telephone: (626) 796-4000
Facsimile: (626) 795-6321
E-Mail: mkarish@usip.com

Attorneys for Plaintiff and Counterdefendant
APIO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APIO, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>MANN PACKING COMPANY, INC., a California corporation; and DOES 1 – 10, inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV 07-5628 JF/PVT<br><br>**ORDER**<br><br><br>**Judge: Honorable Jeremy Fogel**<br><br>**Trial Date: August 10, 2009** |

IT IS HEREBY ORDERED that APIO, INC. ("Apio"), through its counsel of record, Sheldon Mak Rose & Anderson, their support staffs and vendors assisting Apio's counsel, permission to bring into the Federal Courthouse in San Jose, California, located at 280 South 1st Street. San Jose. CA, and set up in the courtroom of the Honorable Jeremy Fogel, on Monday morning, September 22, 2008, prior to the *Markman* hearing that day (or on Friday, September 19, 2008, after conclusion of Court business that day), certain equipment and materials as demonstrative exhibits and for purposes of facilitating illustrative exhibits for that hearing. The demonstrative equipment and materials may include:

- 2 laptop computers;
- 1 wireless clicker with built-in laser pointer;
- Miscellaneous accessory cables, power strips, power supplies and cases;
- 1 mechanical pointer;
- 6 or fewer exemplary plastic food trays, some containing vegetables and dip.

Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow to take such steps as reasonably necessary to facilitate the foregoing activity. Apio is permitted to bring the materials into the Courtroom prior to and on September 22, 2008, and may remove the materials following the conclusion of the September 22, 2008 hearing.

IT IS SO ORDERED.

Dated: _____                                   _____
                                                         United States District Court Judge