1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APIO, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MANN PACKING COMPANY, INC.,<br>a California corporation; and DOES 1 –<br>10, inclusive,<br><br>Defendants.<br>_____<br>MANN PACKING COMPANY, INC.,<br>a California corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>APIO, INC., a Delaware corporation,<br><br>Counterdefendant. | Case No.  CV 07-5628 JF<br><br>[PROPOSED] AMENDED CASE<br>MANAGEMENT ORDER |

The Case Management Statement and Proposed Order is hereby amended by the Court to have the following deadlines and the parties are ordered to comply with the amended Case Management Order.

//

| Subject | Proposed Date |
|---|---|
| Joint subsequent Case Management Statement | Feb. 19, 2009 |
| Subsequent Case Management Conference | Feb. 26, 2009 |
| Final infringement contentions | Feb. 26, 2009 |
| Final invalidity contentions | March 16, 2009 |
| Mann's disclosure of reliance on advice of counsel (if any) and production of opinion (if disclosure chosen) | March 16, 2009 |
| Fact discovery cut-off | April 6, 2009 |
| Final date for motions to compel fact discovery | April 13, 2009 |
| Willfulness discovery cut-off | April 20, 2009 |
| Initial expert report deadline | May 4, 2009 |
| Rebuttal expert report deadline | May 18, 2009 |
| Expert discovery cut-off | June 5, 2009 |
| Motions to compel expert discovery | June 12, 2009 |
| Dispositive motion deadline | July 10, 2009 |
| Dispositive motion hearing | ~~Sep. 7, 2009~~ Sep. 11, 2009 |
| Pretrial conference | Oct. 16, 2009 |
| Trial | ~~Nov. 9, 2009~~ Nov. 13, 2009 |

Dated: 10/27/08

_____
U.S. District Court Judge

J:\Apio\18171.21          2          **AMENDED CASE MANAGEMENT ORDER**